# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, | ) |
| | ) |
| Plaintiffs, | ) Case No. 2:23-cv-521 |
| | ) |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| YEALINK (USA) NETWORK | ) |
| TECHNOLOGY CO., LTD., and | ) |
| YEALINK NETWORK | ) |
| TECHNOLOGY CO., LTD. | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Barco, Inc., and Barco NV hereby state that Barco, Inc. is a wholly-owned subsidiary of Barco NV. Barco NV has no parent company and no publicly held corporation owns 10% or more of Barco NV.

Dated: November 14, 2023

*/s/ Melissa R. Smith*
Melissa R. Smith (Texas Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: +1 903 934 8450
Facsimile: +1 903 934 9257
melissa@gillamsmithlaw.com

Christopher Centurelli (pro hac vice forthcoming)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (pro hac vice forthcoming)
Anna.lhommedieu@klgates.com
Joshua N. Andrews (pro hac vice forthcoming)
Joshua.Andrews@klgates.com
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114-2023

1

Telephone: (617) 261-3100

Erik J. Halverson (pro hac vice forthcoming)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Ctr,
Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238

*Attorneys for Plaintiffs*
*Barco, Inc. and Barco N.V.*