IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, § <br> § <br> Plaintiffs, § <br> § <br> v.  § <br> § <br> YEALINK (USA) NETWORK § <br> TECHNOLOGY CO., LTD., and § <br> YEALINK NETWORK TECHNOLOGY § <br> CO., LTD., § <br> § <br> Defendants. § | Civil Action No. 2:23-CV-00521-JRG-RSP <br><br> DEMAND FOR JURY TRIAL |

**DEFENDANTS YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and
YEALINK NETWORK TECHNOLOGY CO., LTD.'S
<u>NOTICE OF APPEARANCE OF ELIZABETH M. CHIAVIELLO</u>**

Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. file this notice of attorney appearance and hereby notify the Court and all parties of record that Elizabeth M. Chiaviello is appearing as counsel for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. in the above-referenced matter.

1

| | |
|---|---|
| Dated: December 5, 2023 | Respectfully submitted,<br><br>/s/ Elizabeth M. Chiaviello<br>Ahren C. Hsu-Hoffman<br>Texas State Bar No. 24053269<br>*ahren.hsu-hoffman@morganlewis.com*<br>**Morgan, Lewis & Bockius LLP**<br>1400 Page Mill Road<br>Palo Alto, CA 94304-1124<br>T. (650) 843-4000<br>F. (650) 843-4001<br><br>Elizabeth M. Chiaviello<br>Texas State Bar No. 24088913<br>*elizabeth.chiaviello@morganlewis.com*<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>1717 Main Street, Suite 3200<br>Dallas, Texas 75201<br>T. (214) 466-4000<br>F. (214) 466-4001<br><br>***Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.*** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served via the Court's ECF/CM e-filing system to all counsel of record who are deemed to have consented to electronic service on this 5th day of December 2023.

/s/ *Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello