UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:23-cv-00521-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF NATALIE A. BENNETT**

PLEASE TAKE NOTICE that the undersigned attorney enters her appearance as lead counsel on behalf of Defendants Yealink (USA) Network Technology Co., Ltd. ("Yealink USA") and Yealink Network Technology Co., Ltd. ("Yealink China") (collectively "Defendants" or "Yealink").

1

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted, |

                                                              */s/ Natalie A. Bennett*

Natalie A. Bennett\*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
T: (202) 739-5559
F: (202) 739-3001

Elizabeth M. Chiaviello
Texas State Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
T. (214) 466-4000
F. (214) 466-4001

Ahren C. Hsu-Hoffman
Texas State Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304-1124
T. (650) 843-4000
F. (650) 843-4001

\*Admitted to practice

*Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 14, 2024 a true and correct copy of the foregoing has been served via electronic mail.

                                                              */s/ Natalie A. Bennett*
                                                              Natalie A. Bennett