**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV, <br><br> Plaintiffs, <br><br> v. <br><br> YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 2:23-cv-00521-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS YEALINK (USA) NETWORK TECHNOLOGY CO., LTD. AND YEALINK NETWORK TECHNOLOGY CO., LTD.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Yealink (USA) Network Technology Co., Ltd. ("Yealink USA") and Yealink Network Technology Co., Ltd. ("Yealink China"), through its undersigned counsel, state as follows:

Yealink China is a publicly held Chinese corporation. Yealink China has no parent corporation, and no publicly held corporation is known to own 10% or more of its stock. Yealink USA is a wholly-owned subsidiary of Yealink China.

Dated: March 18, 2024                              Respectfully submitted,

/s/ Natalie A. Bennett

Natalie A. Bennett*
Illinois State Bar No. 6304611
natalie.bennett@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
T: (202) 739-5559
F: (202) 739-3001

Elizabeth M. Chiaviello
Texas State Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
T. (214) 466-4000
F. (214) 466-4001

Ahren C. Hsu-Hoffman
Texas State Bar No. 24053269
*ahren.hsu-hoffman@morganlewis.com*
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304-1124
T. (650) 843-4000
F. (650) 843-4001

*Admitted to practice

***Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.***

## **CERTIFICATE OF SERVICE**

      I certify that on March 18, 2024, a true and correct copy of the foregoing instrument was electronically filed and served on all counsel of record using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and Local Rule 5.1.

                                           */s/ Natalie A. Bennett*
                                           Natalie A. Bennett