IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. e*t al.*, § <br> §<br> *Plaintiffs*, § <br> §<br> v. § <br> §<br> YEALINK (USA) NETWORK § <br> TECHNOLOGY CO., LTD. *et al.*, § <br> §<br> *Defendants*. § | CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP |

## ORDER

Before the Court is the Unopposed Request for Extension of Time to Answer Complaint filed by Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. **Dkt. No. 17.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants' deadline to answer the complaint in this matter is March 18. 2024, making Defendants' Answer filed at Dkt. No. 19 timely.

**SIGNED this 24th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE