AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| BARCO, INC. and BARCO NV, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-CV-00521-JRG-RSP |
| YEALINK (USA) NETWORK TECHNOLOGY ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants: Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.

Date:  05/22/2024

/s/ Victor C. Johnson
*Attorney's signature*

Victor C. Johnson, TX State Bar No. 24029640
*Printed name and bar number*

100 Crescent Court, Suite 900
Dallas, Texas 75201
*Address*

victor.johnson@dentons.com
*E-mail address*

(214) 259-1876
*Telephone number*

*FAX number*