# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BARCO, INC., ET AL., § § § | | |
| Plaintiffs, § § | | |
| v. § § | Case No. 2:23-CV-0521-JRG-RSP | |
| YEALINK (USA) NETWORK § TECHNOLOGY CO., LTD., ET AL., § § § § | **JURY TRIAL DEMANDED** | |
| Defendants. § | | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL AND FOR TERMINATION OF ELECTRONIC NOTICES

Before the Court is Defendants Yealink Network Technology Co., Ltd. and Yealink (USA) Network Technology Co., Ltd.'s Unopposed Motion for Withdrawal of Counsel. Having considered the Motion, the Court finds that the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** and that Natalie A. Bennett, Elizabeth M. Chiaviello, and Morgan, Lewis & Bockius LLP are no longer counsel of record for Defendants in this matter.

**IT IS FURTHER ORDERED** that electronic notices to Natalie A. Bennett and Elizabeth M. Chiaviello in this matter are terminated effective the date of this Order.