AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| BARCO, INC. and BARCO NV, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-CV-00521-JRG-RSP |
| YEALINK (USA) NETWORK TECHNOLOGY ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants: Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.   .

Date:   05/23/2024                                                                      /s/ Timothy C. Bickham
                                                                                                  *Attorney's signature*

                                                                        Timothy C. Bickham, DC State Bar No. 45614
                                                                                         *Printed name and bar number*

                                                                                                 1900 K Street, NW
                                                                                           Washington, DC 20006-1102
                                                                                                          *Address*

                                                                                         timothy.bickham@dentons.com
                                                                                                    *E-mail address*

                                                                                                  (202) 408-6390
                                                                                                *Telephone number*

                                                                                                  (202) 496-7756
                                                                                                    *FAX number*