AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BARCO, INC. and BARCO NV, *Plaintiff* <br> v. <br> YEALINK (USA) NETWORK TECHNOLOGY ET AL *Defendant* | ) ) ) ) ) Case No. 2:23-CV-00521-JRG-RSP |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants: Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.

Date: 05/23/2024

/s/ Forrest Gothia
*Attorney's signature*

Forrest Gothia, Texas State Bar No. 24125250
*Printed name and bar number*

100 Crescent Court, Suite 900
Dallas, Texas 75201
*Address*

forrest.gothia@dentons.com
*E-mail address*

(214) 259-1887
*Telephone number*

*FAX number*