IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. e*t al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>YEALINK (USA) NETWORK<br>TECHNOLOGY CO., LTD. *et al.*,<br><br>   *Defendants*. | §<br>§<br>§  CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Before the Court is the Unopposed Motion for Withdrawal of Counsel field by Defendants Yealink Network Technology Co., Ltd. and Yealink (USA) Network Technology Co., Ltd. (collectively, "Yealink"). **Dkt. No. 36.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Natalie A. Bennett, Elizabeth M. Chiaviello, and Morgan, Lewis & Bockius LLP are withdrawn as counsel of record for Yealink in the above captioned matter.

**SIGNED this 27th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE