# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BARCO, INC. and BARCO NV,** § § § *Plaintiffs*, § v. § § **YEALINK (USA) NETWORK** § **TECHNOLOGY CO., LTD., and** § **YEALINK NETWORK** § **TECHNOLOGY CO., LTD.** § § *Defendants*. § § | Civil Action No. 2:23-cv-00521-JRG-RSP  JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the Court is Yealink (USA) Network Technology Co., LTD. and Yealink Network Technology Co., Ltd.'s ("Defendants") unopposed *Motion for Extension of Time* to serve its invalidity contentions and accompanying document production pursuant to P.R. 3-3 and 3-4 (the "Motion").

The Court has considered the Motion and, finding good cause, the Motion is hereby **GRANTED**. It is therefore **ORDERED** that the deadline for Defendants to serve their invalidity contentions and accompanying document production pursuant to P.R. 3-3 and 3-4 is extended up to and including June 7, 2024.

Dated this _____ day of _____, 2024.

_____
Rodney Gilstrap
Chief United States District Judge
Eastern District of Texas