IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. e*t al.*, | § |
| | § |
| *Plaintiffs*, | § CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP |
| | § |
| v. | § |
| | § |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD. *et al.*, | § |
| | § |
| *Defendants*. | § |

### ORDER

Before the Court is the Motion for Extension of Time to Serve Invalidity Contentions and Disclosures field by Defendants Yealink Network Technology Co., Ltd. and Yealink (USA) Network Technology Co., Ltd. (collectively, "Yealink"). **Dkt. No. 40.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants' deadline to serve their invalidity contentions and accompanying document disclosure in accordance with P.R. 3-3 and 3-4 is June 7, 2024.

**SIGNED this 29th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE