# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,   )<br>  )<br>  Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>YEALINK (USA) NETWORK   )<br>TECHNOLOGY CO., LTD., and   )<br>YEALINK NETWORK   )<br>TECHNOLOGY CO., LTD.   )<br>  )<br>  Defendants.   ) | Case No. 2:23-cv-521<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF COMPLIANCE

Plaintiffs Barco, Inc and Barco NV. hereby notify the Court that pursuant to the Court's Docket Control Order [Dkt. 23], they served their P.R. 4-1 on counsel for Defendants via electronic mail on November 6, 2024.

Dated: November 6, 2024

Respectfully submitted,

 /s/ *Melissa R. Smith*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Christopher Centurelli (pro hac vice)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (pro hac vice)
Anna.lhommedieu@klgates.com
Joshua N. Andrews (pro hac vice)
Joshua.Andrews@klgates.com

          **K&L GATES LLP**
          1 Congress Street, Suite 2900
          Boston, MA 02114-2023
          Telephone: (617) 261-3100

          Erik J. Halverson
          (admitted to practice before this Court)
          erik.halverson@klgates.com
          **K&L GATES LLP**
          Four Embarcadero Ctr, Suite 1200
          San Francisco, CA 94111
          Telephone: (415) 882-8238

          *Counsel for Plaintiffs Barco, Inc. and Barco N.V.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of November 2024.

          /s/ Melissa R. Smith
          Melissa R. Smith