**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BARCO, INC. e*t al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP |
| | § | |
| YEALINK (USA) NETWORK | § | |
| TECHNOLOGY CO., LTD. *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

The Court issues this order *sua sponte*. On November 1, 2024, the Court scheduled a hearing for November 15, 2024, on Plaintiff's Motion to Compel (Dkt. No. 45). The Parties have not complied with the Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes.[1] Paragraph 2 of that Order requires that "[w]ithin 72 hours of the Court setting any discovery motion for a hearing, each party's lead attorney . . . and local counsel shall meet and confer in person or by telephone, without the involvement or participation of other attorneys, in an effort to resolve the dispute without Court intervention." And Paragraph 3 requires that "counsel shall promptly notify the Court of the results of that meeting by filing a joint report of no more than 2 pages. Such joint report shall be filed by the earlier of 48 hours following that meeting or 24 hours before said hearing." The parties have not notified the Court of the results of that meeting. This Order is not optional.

---

[1]
https://txed.uscourts.gov/sites/default/files/judgeFiles/Standing%20Order%20Regarding%20Meet%20and%20Confer%20Obligations%20for%20Discovery%20Dispute.pdf

Accordingly, it is **ORDERED** that the parties file a joint report regarding the results of their compliant meet and confer by **November 14, 2024** at **Noon.**

**SIGNED this 13th day of November, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE