IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. e*t al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> YEALINK (USA) NETWORK § <br> TECHNOLOGY CO., LTD. *et al.*, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP |

## ORDER

Before the Court is Plaintiffs Barco, Inc**.** and Barco NV's Motion to Compel Defendants' Document Production and Interrogatory Responses. **Dkt. No. 45; Dkt No. 50** (reply in support). Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co. Ltd. filed oppositions to the Motion. **Dkt. No. 48; Dkt. No. 52** (sur-reply in opposition). On November 15, 2024, the Court held a hearing on the Motion. For the reasons assigned at the hearing, the Motion is **GRANTED** as follows**:**

Yealink is **ORDERED** by December 9, 2024, to:

(1) Supplement its response to Plaintiffs' interrogatory No. 8 and to produce sufficient technical documentation to understand the design and and the development of Yealink's accused products, as described in the Infringement Contentions;

(2) Supplement its response to Plaintiffs' interrogatory No. 1 and produce U.S. sales data of the accused products from January 1, 2019, through the present;

(3) Supplement its response to Plaintiffs' interrogatory No. 4 and produce all license agreements and settlement agreements regarding the accused products;

(4) Supplement its response to Plaintiffs' interrogatory No. 7 and identify as described the 3 individuals most knowledgeable about the requested categories of the accused products.

**SIGNED this 15th day of November, 2024.**

                                              ROY S. PAYNE
                                              UNITED STATES MAGISTRATE JUDGE