# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BARCO, INC. e*t al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP |
| | § | |
| YEALINK (USA) NETWORK | § | |
| TECHNOLOGY CO., LTD. *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Modify Docket Control Order filed by Plaintiffs Barco, Inc. and Barco NV and Defendants Yealink Network Technology Co., Ltd. and Yealink (USA) Network Technology Co., Ltd. **Dkt. No. 69.** After consideration, and noting its joint nature, the Motion is **GRANTED**.

It is **ORDERED** that the deadline to complete claim construction discovery is extended to January 17, 2025.

**SIGNED this 2nd day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE