# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, | ) )   ) |
| Plaintiffs, | ) )  Case No. 2:23-CV-00521-JRG-RSP )   ) |
| v. | )   ) |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD. | ) ) ) )   ) |
| Defendants. | ) ) |

## DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Erik J. Halverson, hereby declare as follows:

1. I am a partner at the law firm of K&L Gates LLP and counsel for Plaintiffs Barco, Inc. and Barco NV (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of U.S. Patent No. 10,762,002 (the "'002 Patent"), one of the asserted patents in this action.

3. Attached as **Exhibit B** is a true and correct copy of U.S. Patent No. 10,795,832 (the "'832 Patent"), one of the asserted patents in this action.

4. Attached as **Exhibit C** is a true and correct copy of U.S. Patent No. 10,904,103 (the "'103 Patent"), one of the asserted patents in this action.

5. Attached as **Exhibit D** is a true and correct copy of U.S. Patent No. 11,258,676 (the "'676 Patent"), one of the asserted patents in this action.

1

6. Attached as **Exhibit E** is a true and correct copy of U.S. Patent No. 11,403,237 (the "'237 Patent"), one of the asserted patents in this action.

7. Attached as **Exhibit F** is a true and correct copy of U.S. Patent No. 11,422,951 (the "'951 Patent"), one of the asserted patents in this action.

8. Attached as **Exhibit G** is a true and correct copy of the prosecution history of U.S. Patent No. 10,904,103.

9. Attached as **Exhibit H** is a true and correct copy of the prosecution history of U.S. Patent No. 11,403,237.

10. Attached as **Exhibit I** is a true and correct copy of the Expert Declaration of Michael C. Brogioli, Ph.D. regarding Claim Construction.

11. Attached as **Exhibit J** is a true and correct copy of the transcript of the deposition of Michael C. Brogioli, Ph.D., held on January 17, 2025.

12. Attached as **Exhibit K** is a true and correct copy of the Declaration of Kevin C. Almeroth, Ph.D. regarding Claim Construction.

13. Attached as **Exhibit L** is a true and correct copy of the transcript of the deposition of Kevin Almeroth, Ph.D., held on January 9, 2025.

14. Attached as **Exhibit M** is a true and correct copy of the Declaration of Kevin C. Almeroth, Ph.D. in support of Yealink's Petition for *Inter Partes* Review of U.S. Patent No. 10,762,002, submitted in IPR2024-01436.

15. Attached as **Exhibit N** is a true and correct copy of Yealink's WPP30 Data Sheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2025 in San Francisco, CA.

*/s/ Erik J. Halverson*
Erik J. Halverson
