# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:23-cv-00521-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF KEVIN C. ALMEROTH, PH.D.**
**REGARDING CLAIM CONSTRUCTION**

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

## <u>TABLE OF CONTENTS</u>

I.    INTRODUCTION ................................................................................................ 1

II.   QUALIFICATIONS ........................................................................................... 1

III.  SCOPE OF OPINIONS ...................................................................................... 5

IV.   LEGAL STANDARDS RELIED UPON ........................................................... 6

V.    BACKGROUND OF PATENTS ....................................................................... 8

VI.   LEVEL OF ORDINARY SKILL IN THE ART ............................................... 13

VII.  DISPUTED CLAIM TERMS ............................................................................ 14

    A.    *"means for audio communication"* ...................................................... 14

    B.    *"means for data communication"* ........................................................ 20

    C.    *"means for communications"* ............................................................... 26

    D.    *"the at least one peripheral device"* ................................................... 31

    E.    *"the audio device"* ............................................................................... 32

## I.    INTRODUCTION

I, Kevin C. Almeroth, hereby state and declare as follows:

1.    I have been asked to review certain issues regarding U.S. Patent No. 10,762,002 (the "'002 Patent"), U.S. Patent No. 10,795,832 (the "'832 Patent"), U.S. Patent No. 10,904,103 (the "'103 Patent"), U.S. Patent No. 11,258,676 (the "'676 Patent"), U.S. Patent No. 11,403,237 (the "'237 Patent"), and U.S. Patent No. 11,422,951 (the "'951 Patent") (together, the "Asserted Patents") that have been asserted by Barco, Inc. and Barco NV ("Barco") against Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. ("Yealink") in the matter styled above.

## II.    QUALIFICATIONS

2.    I am currently a Professor Emeritus in the Department of Computer Science at the University of California, Santa Barbara (UCSB). All of my opinions stated in this declaration are based on my own personal knowledge and professional judgment. In forming my opinions, I have relied on my knowledge and experience in designing, developing, researching, and teaching regarding computer networks and protocols, wireless networking, multicast communication, large-scale multimedia systems, and mobile applications.

3.    While at UCSB, I held faculty appointments and was a founding member of the Computer Engineering (CE) Program, Media Arts and Technology (MAT) Program, and the Technology Management Program (TMP). I also served as the Associate Director of the Center for Information Technology and Society (CITS) from 1999 to 2012. I have been a faculty member at UCSB since July 1997.

4.    I hold three degrees from the Georgia Institute of Technology: (1) a Bachelor of Science degree in Information and Computer Science (with minors in Economics, Technical

1

Communication, and American Literature) earned in June 1992; (2) a Master of Science degree in Computer Science (with specialization in Networking and Systems) earned in June 1994; and (3) a Doctor of Philosophy (Ph.D.) degree in Computer Science (Dissertation Title: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia System, minor in Telecommunications Public Policy) earned in June 1997. During my education, I took a wide variety of courses as demonstrated by my minors. My undergraduate degree also included a number of courses more typical of a degree in electrical engineering including digital logic, signal processing, and telecommunications theory.

5.      One of the major concentrations of my research over the past 30+ years has been the delivery of multimedia content and data between computing devices, including through various network architectures. In my research, I have studied large-scale content delivery systems, and the use of servers located in a variety of geographic locations to provide scalable delivery to hundreds or thousands of users simultaneously. I have also studied smaller-scale content delivery systems in which content is exchanged between individual computers and portable devices. My work has emphasized the exchange of content more efficiently across computer networks, including the scalable delivery of content to many users, mobile computing, satellite networking, delivering content to mobile devices, and network support for data delivery in wireless networks.

6.      An important component of my research has been investigating the challenges of communicating multimedia content, including video, between computers and across networks including the Internet. Although the early Internet was used mostly for text-based, non-real time applications, the interest in sharing multimedia content, such as video, quickly developed. Multimedia-based applications ranged from downloading content to a device to streaming multimedia content to be instantly used. One of the challenges was that multimedia content is

2

typically larger than text-only content, but there are also opportunities to use different delivery techniques since multimedia content is more resilient to errors. I have worked on a variety of research problems and used a number of systems that were developed to deliver multimedia content to users. One content-delivery method I have researched is the one-to-many communication facility called "multicast," first deployed as the Multicast Backbone, a virtual overlay network supporting one-to-many communication. Multicast is one technique that can be used on the Internet to provide streaming media support for complex applications like video-on-demand, distance learning, distributed collaboration, distributed games, and large-scale wireless communication. The delivery of media through multicast often involves using Internet infrastructure, devices and protocols, including protocols for routing and TCP/IP.

7.      As a parallel research theme, starting in 1997, I began researching issues related to wireless devices and sensors. In particular, I was interested in showing how to provide greater communication capability to "lightweight devices," *i.e.*, small form-factor, resource-constrained (*e.g.*, CPU, memory, networking, and power) devices.  Starting in 1998, I published several papers on my work to develop a flexible, lightweight, battery-aware network protocol stack. The lightweight protocols we envisioned were similar in nature to protocols like Bluetooth, Universal Plug and Play (UPnP) and Digital Living Network Alliance (DLNA).

8.      From this initial work, I have made wireless networking—including ad hoc, mesh networks and wireless devices—one of the major themes of my research. My work in wireless networks spans the protocol stack from applications through to the encoding and exchange of data at the data link and physical layers.

9.      Yet another theme is monitoring wireless networks, in particular different variants of IEEE 802.11 compliant networks, to (1) understand the operation of the various protocols used

in real-world deployments, (2) use these measurements to characterize use of the networks and identify protocol limitations and weaknesses, and (3) propose and evaluate solutions to these problems.  I have successfully used monitoring techniques to study wireless data link layer protocol operation and to improve performance by enhancing the operation of such protocols.  For wireless protocols, this research includes functions like network acquisition and channel bonding.

10.    As an important component of my research program, I have been involved in the development of academic research into available technology in the market place.  One aspect of this work is my involvement in the Internet Engineering Task Force (IETF).  The IETF is a large and open international community of network designers, operators, vendors, and researchers concerned with the evolution of the Internet architecture and the smooth operation of the Internet. I have been involved in various IETF groups including many content delivery-related working groups like the Audio Video Transport (AVT) group, the MBone Deployment (MBONED) group, Source Specific Multicast (SSM) group, the Inter-Domain Multicast Routing (IDMR) group, the Reliable Multicast Transport (RMT) group, the Protocol Independent Multicast (PIM) group, etc. I have also served as a member of the Multicast Directorate (MADDOGS), which oversaw the standardization of all things related to multicast in the IETF.  Finally, I was the Chair of the Internet2 Multicast Working Group for seven years.

11.    My involvement in the research community extends to leadership positions for several academic journals and conferences. I am the co-chair of the Steering Committee for the ACM Network and System Support for Digital Audio and Video (NOSSDAV) workshop and on the Steering Committees for the International Conference on Network Protocols (ICNP), ACM Sigcomm Workshop on Challenged Networks (CHANTS), and IEEE Global Internet (GI) Symposium. I have served or am serving on the Editorial Boards of IEEE/ACM Transactions on

4

Networking, IEEE Transactions on Mobile Computing, IEEE Network, ACM Computers in Entertainment, AACE Journal of Interactive Learning Research (JILR), and ACM Computer Communications Review. I have co-chaired a number of conferences and workshops including the IEEE International Conference on Network Protocols (ICNP), IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON), International Conference on Communication Systems and Networks (COMSNETS), IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS), the International Workshop On Wireless Network Measurement (WiNMee), ACM Sigcomm Workshop on Challenged Networks (CHANTS), the Network Group Communication (NGC) workshop, and the Global Internet Symposium, and I have served on the program committees for numerous conferences.

12.     I am a Member of the Association of Computing Machinery (ACM) and a Fellow of the Institute of Electrical and Electronics Engineers (IEEE).

13.     Additional details about my employment history, fields of expertise, courses taught, and publications are further included in my CV attached as Appendix B to this Report.

14.     Based on my education and experience, I believe I am qualified to render the opinions set forth here.

## III.    SCOPE OF OPINIONS

15.     I have been asked to provide opinions regarding the meaning of certain disputed claim terms as understood by one of ordinary skill at the time of the claimed inventions. In preparation for this declaration, I reviewed the claims and specifications of the '002 Patent, the '832 Patent, the '103 Patent, the '676 Patent, the '237 Patent, and the '951 Patent, along with their associated file histories, and any of the materials I cite herein.

5

16.     My opinions that follow are independent, objective, and based on facts presented in the intrinsic evidence and the extrinsic evidence governing the subject matter. I reserve the right to supplement this declaration, or my opinions based on material or information that subsequently comes to light in this case, e.g., based on the nature and content of the documentation, data, proof, and other evidence or testimony that Plaintiff or its experts, may present, or based on any additional information provided to me or found by me in this matter.

## IV.    LEGAL STANDARDS RELIED UPON

17.     Certain legal principles that relate to my opinions have been explained to me by counsel.

18.     I understand that ultimately the Court will determine how specific terms shall be construed. The intent of this declaration is to help inform the Court how a person of ordinary skill in the art ("POSITA") would have understood the meaning of certain disputed claim terms at the time of the claimed inventions in the context of the Asserted Patents' claims, specifications, and prosecution histories in a manner that will assist the Court in the process of construing the claims.

19.     I understand that patent claims are generally given the meaning that the terms would have to a person of ordinary skill in the art in question as of the earliest claimed priority date. It is my understanding that a patentee can act as its own lexicographer by defining a term, in the patent specification, to have specific meaning. It is my understanding that statements made to the patent office by the patentee or its legal representative during prosecution can serve to illuminate, or possibly narrow the proper scope of claim terms, and that such statements must be considered when construing the claim terms. This is sometimes referred to as disclaimer. I have taken into account these principles in my analysis.

20.     I understand that indefiniteness means that language or description does not have a single clear and concise conveyance.  I understand that indefiniteness, when applied to claims, means that there is not a clear distinction between, and a POSITA would not be reasonably apprised of, what is being claimed and what is not.

21.     I understand that a patent may include both independent and dependent claims. I understand that a claim in dependent form must contain reference to a claim previously set forth and then specify a further limitation of the subject matter claimed. A claim in dependent form must be construed to incorporate by reference all the limitations of the claim on which it depends.

22.     I understand that 35 U.S.C. § 112, ¶6 allows an element in a claim to be expressed as a means or step for performing a specified function, and that the claim shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof. I also understand that a claim limitation is presumed to invoke 35 U.S.C. 112, ¶6 when it uses the term "means" or "step" and includes functional language. In the absence of structure disclosed in the specification to perform those functions, the claim limitations would lack specificity, rendering the claim as a whole invalid for indefiniteness under 35 U.S.C. § 112, ¶2.

23.     I understand that even if the specification discloses a corresponding structure for a term that invokes 35 U.S.C. 112, ¶6, the disclosure must nonetheless be adequate to satisfy 35 U.S.C. § 112, ¶2. I also understand that the specification must provide a specific algorithm as structure for means plus function limitations that require software to meet the definiteness requirements of 35 U.S.C. § 112, ¶2.

24.     Further, I understand that a finding of indefiniteness does not imply that it is incapable of being compared to prior art to determine whether one of its alternatives is also anticipated or would have been obvious. I also understand that material incorporated by reference

7

cannot provide the corresponding structure necessary to satisfy the definiteness requirement for a means-plus-function clause. A claim can be indefinite even if there are known techniques or methods that could be used to implement a claimed means.

25.     I have taken into account these principles in my analysis.

## V.     BACKGROUND OF PATENTS

26.     I have been asked to provide opinions regarding the meaning of certain claim terms in the Asserted Patents.

27.     The '002 Patent and the '237 Patent are titled "ELECTRONIC TOOL AND METHODS WITH AUDIO FOR MEETINGS." The '676 Patent and the '103 Patent are titled "ELECTRONIC TOOL AND METHODS FOR MEETINGS." The '951 Patent is titled "ELECTRONIC TOOL AND METHODS FOR MEETINGS BETWEEN TWO USERS." The '832 Patent is titled "ELECTRONIC TOOL FOR COMMUNICATING OVER A COMMUNICATIONS NETWORK."

28.     I understand that Barco has asserted the following claims and priority dates:

| Patent | Asserted Claims[1] | Asserted Priority Date ("Priority Date") |
|---|---|---|
| '002 Patent | 1-7, 10 | June 24, 2010 |
| '832 Patent | 1-4, 6-8, 13-14, 16-19 | June 24, 2010 |
| '103 Patent | 1-2, 16-17, 19-20 | June 24, 2010 |
| '676 Patent | 1-20 | June 24, 2010 |
| '237 Patent | 1-5, 7-8, 19 | June 24, 2010 |

---

[1] Barco narrowed its asserted claims in its First Amended Disclosure of Asserted Claims and Infringement Contentions, dated December 11, 2024. The Asserted Claims provided in this chart and in my report reflect the narrowed Asserted Claims.

| '951 Patent | 1-15, 17-21 | June 24, 2010 |
| --- | --- | --- |

29.     I have been asked to assume the priority dates for these patents as detailed above and have therefore analyzed the claim constructions and knowledge of one of ordinary skill for the patents as of the Priority Date.

30.     The Asserted Patents all share substantially similar specifications. Below I describe the '002 Patent, but the description is equally applicable to the remaining Asserted Patents. I will note key differences between each Asserted Patent, when and if it is necessary to understand the subject matter.

31.     The '002 Patent is directed to electronic tools for meetings, including methods or devices for use in displaying media content. '002 Patent, at 1:4-9. The '002 Patent recognizes a recent "explosion of communication electronic communication tools" allowing ad hoc communication, such as "synchronous and asynchronous conferencing, online chat, Instant Messaging, audio conferencing, video conferencing, data conferencing, application sharing, remote desktop sharing, electronic meeting systems, collaborative management (coordination) tools, project management systems, knowledge management systems, and social software systems." *Id.*, at 1:15-27.

32.     The '002 patent acknowledges the known desirability for tools allowing greater participation in a meeting and tools addressing that need. *Id.*, at 2:18-35. The '002 patent purports to improve problems associated with previous meeting technologies such as the "high demands of technical expertise" and "barriers to the use of complicated technology" and the "lack of, or restriction of participation by members of the meeting." *Id.*, at 4:40-53.

9

33. The '002 Patent discloses a method and/or system to couple a processing device to a network for displaying media content to a base node. The processing device can be a user's laptop computer, a smartphone, a tablet etc. *Id.*, at 16:18-20. Each of the processing devices could be a "host device." *Id.*, at 16:20-21.

34. The processing device is connected to a communications network via connection to a peripheral device, also defined as a "connection unit 47." *Id.*, at 16:22-23. The '002 Patent states that the connection units are preferably "physical plug-and-play devices," as shown in FIG. 10. *Id.*, 18:1-3. Alternatively, the connection unit may be "integrated into a user processing device" or "an external peripheral device comprising a connector adapted to couple to a port of" the user's processing device. *Id.*, at 18:4-8. The connection unit has a transceiver for communication with the base node through the communication network. *Id.*, at 18:52-56.

35. The connection units also include an input device, which is preferably a physical actuator coupled to the connection unit, that allows a user action on the input device to initiate the transfer of data from the processing device to the network. *Id.*, at 18:62-67. However, the input device can also be a "key displayed on the client display" of the user's processing device which, when activated by a mouse trigger, for example, can trigger the transfer of the data. *Id.*, at 19:2-6. The connection unit is also "preferably provided with a visual indicator" which can provide feedback on the status of any activity. *Id.*, at 19:7-9. For example, the visual indicator can demonstrate to users that "media content is being sent by that connection unit 47 to the base node 36 for display." *Id.*, at 21:1-4. An example of the connection unit is provided in FIG. 10:



'002 Patent, FIG. 10

36.    On the other end of the communications network is the "base or display node 36" which may also be a processing device and which "may be coupled to a second connection unit 49 that provides access the network" to further link all of the processing devices together. *Id.*, at 16:49-55. This second connection unit may be either integrated into the base unit or a separate, external peripheral device with a connector adapted to couple to a port of the base node. *Id.*, at 18:10-14. The display node "allow[s] display of media" on a display which may be a projector or screen connected to the base or display node. *Id.*, at 16:61-66. The base node has a receiver or transceiver either integrated into the base node or within the connection unit connected to the base node. *Id.*, at 18:56-61.



'002 Patent, FIG. 1a

37.    As shown above in FIG. 1a, the processing devices, connection units, and base node form a "communications network 50 for linking at least one of a plurality of processing devices … and the central display device." *Id.*, at 18:19-23. The specification recites that "[e]ach of the processing devices 31 … has a first connection unit 47." *Id.*, at 16:20-22; *see additionally*, *id.*, at FIG. 1a (demonstrating multiple users 37 each with their own processing device 31 and connection unit 47). To communicate between devices, the '002 Patent discloses using the "pre-installed generic drivers of the operating system" of the user computing/processing device. *Id.*, at 19:53-57. The pre-installed generic drivers provide a "generic communication protocol" to "communicate[]" between the connection unit/peripheral device and the "relevant processing device." *Id.*, at 19:61-65.

38.    FIG. 1b describes an embodiment of the invention:



Fig. 1b

'002 Patent, FIG. 1b

## VI.    LEVEL OF ORDINARY SKILL IN THE ART

39.    In this case, Barco alleges that a person having ordinary skill in the art at the time of the alleged invention ("POSITA") would have had at least a Master's Degree in Electrical Engineering and five years of work experience in computer science and embedded systems, or a Master's Degree in Computer Science and five years of work experience in electrical and computer engineering and embedded systems. Additional educational experience could substitute for some of the work experience. For the purposes of this declaration, I accept as true Barco's alleged level of the POSITA.

40.    As of the time of the invention of the Asserted Patents and through today, I qualify as a person of ordinary skill in the art.

13

## VII.    DISPUTED CLAIM TERMS

41.    I have been asked to provide opinions as to the terms and issues identified below

and the claims associated with those terms.

| Claim(s) | Term(s) | Defendants' Position | Plaintiff's Position |
|---|---|---|---|
| '002 Patent, Claim 1 | "means for audio communication" | Indefinite<br><br>35 U.S.C. § 112(f)/(sixth paragraph)<br><br>Structure: an interface using a generic communications protocol.<br><br>Function: provide audio communication between the peripheral device and the processing device.<br><br>*See*: '002 Patent, 19:50-20:12 | Not indefinite<br><br>Alternatively:<br><br>Structure: an interface using a generic communications protocol.<br><br>Function: provide [data or audio] communication between the peripheral device and the processing device.<br><br>Exemplary Disclosure in '002 Patent: 14:32-46; 18:19-28; 18:29-40; 18:60-61; 18:64-67; 19:10-35; 19:50-20:12; 23:26-24:20; 30:15-19; 30:20-30; 30:36-31:42; 31:57-58; 32:11-42; 32:57-66; 30:15-19; 30:23-30;30:38-54; 30:56-31:2; Figs. 1a, 3-5, 7-11 |
| '002 Patent, Claim 1 | "means for data communication" | Same as "means for audio communication" | Same as "means for audio communication" |
| '676 Patent, Claim 1 | "means for communication" | Same as "means for audio communication" | Same as "means for audio communication" |
| '103 Patent, Claims 1, 16 | "the at least one peripheral device" | Indefinite | Plain and ordinary meaning |
| '237 Patent, Claim 2 | "the audio device" | Indefinite | Plain and ordinary meaning |

### A.  *"means for audio communication"*

| Claim(s) | Defendants' Position | Plaintiff's Position |
|---|---|---|
| '002 Patent, Claim 1 | Indefinite | Not indefinite |

14

42.     In my opinion, the term "means for audio communication" is indefinite.

43.     This term recites "means" followed by the function "for audio communication." Therefore, it my understanding that this term presumably invokes 35 U.S.C. § 112, ¶6 and is limited to the structure, material, or acts described in the specification.

44.     In my opinion, however, the specification lacks sufficient structure or material relating to "means for audio communication" to reasonably apprise a POSITA of the scope of the claim. Therefore, this term renders claim 1 indefinite.

45.     Claim 1 requires "routing audio data from the processing device to the wireless transceiver <u>via</u> the connector of the peripheral device and <u>the means for audio communication</u>." Therefore, the "means for audio communication" is associated with routing audio data between the processing device to the transceiver of the peripheral device.

46.     A POSITA would reasonably look to the specification to identify the structure or material that supports the "means for audio communication" limitation. Specifically, the following paragraph of the specification appears to relate to "means for audio communication":

> [O]ne of the pre-installed generic drivers of the operating system on the relevant computer 31, 36 is exploited for setting up communication from the computer device 31, 36 to the network 50 via the connection unit 47 (optionally 49)….the connection unit 47, (optionally 49) operated as a peripheral device communicates with the relevant processing device 31, 36 by using a generic communication protocol provided by the pre-installed generic driver.

'002 Patent, 19:50-20:12.

47.     Given the invention's overall function of transferring media content from the processing device to a base node via a peripheral device, the routed audio data would be passed from the processing device to the peripheral device. Therefore, support for the "means for audio communication" appears to be "a generic communication protocol provided by the pre-installed

15

generic driver" (i.e., "connection unit 47 … operated as a peripheral device *communicates* with the relevant processing device 31, 36 by *using a generic communication protocol* provided by the pre-installed generic driver"). *Id.* Claim 1 also recites "a communications protocol for communication between the processing device and a class of peripheral devices." For purposes of this construction, I will consider the "means for audio communication" to be supported by and defined as a "generic communications protocol provided by the pre-installed generic driver."[2]

48.    Notably, the specification recites various examples of the pre-installed generic drivers. For example, in the sentence following the paragraph above, the specification states "Pre-installed USB drivers" as an apparent example of a "pre-installed generic driver". Additionally, the specification recites "a human interface device driver (e.g., USB HID driver)" and "a mass storage device driver." '002 Patent, 8:25-26, 8:29-30; *see also* '002 Patent, 14:32-46 (providing a definition of "pre-installed generic driver").

49.    However, the specification does not define or provide sufficient structure or algorithm that defines or specifies the scope of the "generic communication protocol provided by the pre-installed generic driver." Thus, the specification fails to define the scope of the claim because a POSITA cannot determine whether any specific communication protocol would infringe claim 1 of the '002 Patent.

50.    Communications protocols consist of precisely defined rules for exchanging data unambiguously. They require either complicated software modules, such as drivers, or sophisticated hardware that define how a device communicates with another device, software package, or other components of a computer system. Further, each protocol requires specific combinations of hardware and software structures to properly implement the protocol. The

---

[2] I note that Barco also cites '002 Patent, 19:50-20:12 as an exemplary disclosure of the structure for "means for audio communication" and additionally proposes that the term is supported by a "generic communications protocol."

specification of the Asserted Patents does not include any disclosure of algorithms, structure, or even definition as to what the "generic communication protocol provided by the pre-installed generic driver" is.[3] Without this information, a POSITA is unable to determine, with reasonable certainty, what protocol would be a "generic communications protocol provided by the pre-installed generic driver" and further, what the required structure is to implement that protocol. Instead, the specification only provides minimal detail on its function—to transfer data between the processing device and a peripheral device. *See* '002 Patent, 5:23-25, 36-38, 8:61-65, 9:56-60, 10:57-60, 30:15-19.

51.    In part, the term is indefinite due to the inherent ambiguity and lack of structure to implement the disclosed "generic communication protocol provided by the pre-installed generic driver." To start, there are many communications protocols to communicate between devices and drivers implementing such protocols. As a simple example, the RFC Index provides a database containing over 9,000 entries, many of which relate to various communications protocols. *See* https://www.rfc-editor.org/rfc-index.html. The RFC Index is in part published by the Internet Engineering Task Force (IETF). The IETF is a premier standards development organization for the internet and is the primary organization responsible for developing and standardizing internet protocols. A POSITA would be familiar with the IETF and the RFC Index and would look to this source for standards implementations. The IETF is only one organization and the RFC Index only one list of communication protocols available.

52.    However, the specification of the Asserted Patents does not provide any definition of, algorithms to implement a, or structure that relates to, a "generic communications protocol

---

[3] The Patent Owner did, however, disclose algorithms for other components/elements of the system. For example, the '002 Patent recites the "portable application comprises an algorithm for screen scraping. Screen scraping algorithms include VNC and RDP or similar [or] may include a combination of algorithms." '002 Patent, 21:62-66.

17

provided by the pre-installed generic driver." The wide variation in required hardware and software structures between each protocol means that without specifying which protocol(s) and their implementing structure, a POSITA cannot determine the scope of the claims. Thus, within this large set of protocols, a POSITA is left to guess as to which communication protocol would be "generic" and the steps to implement that protocol to infringe claim 1 of the '002 Patent.

53.    The '002 patent attempts to include any generic interface using generic pre-installed drivers no matter how their algorithms communicate audio signals, "for example (not an exhaustive list): Firewire (IEEE-1394), PCI, Mini PCI, PCI Express, Mini PCI Express, PCMCIA, PC Card, Universal Serial Bus (USB), SDIO cards." '002 patent, at 12:7-10. The '002 patent contains no disclosure of an algorithm for using protocols for these or any other interfaces. Even if some operating systems include drivers, the '002 patent contains no algorithms for how those drivers perform the function of audio communication. I further note that the specification does not define if any example from this list of interfaces is the "generic" communications protocol the claims require. Thus, a POSITA must guess as to which communication protocol would be "generic" and the steps to implement that protocol to infringe claim 1 of the '002 Patent.

54.    Further, claim 1 adds an additional layer of ambiguity because it recites a "communication protocol", but then recites a "means for audio communication." As discussed above, the "means for audio communication" appears to relate to the "generic communications protocol." This protocol is intended to be used to transfer data (in this limitation, audio data) between the processing device and a peripheral device. However, claim 1 additionally recites "a communications protocol for communication between the processing device and a class of peripheral devices."

18

55.     It is my understanding that the recitation of separate terms is normally used to
denote separate meaning/interpretation of that term. The claim language, thus, leads to multiple
interpretations of what the claim scope may be. For example, if "means for audio communication"
is not interpreted to mean a "generic communications protocol," claim 1 is indefinite because there
is no disclosure in the specification that would otherwise support and disclose sufficient structure
for the term "means for audio communication."

56.     Conversely, if the "means for audio communication" is interpreted to mean a
"generic communications protocol," claim 1 is indefinite because it recites both a
"communications protocol" and a "generic communications protocol." A POSITA would consider
the two separate terms to have separate and distinct meanings. Apart from the complete lack of
sufficient disclosure in the specification for either term, it is my opinion that the specification
provides insufficient support and structure for two separate and distinct communication protocols,
nor does it define or identify any protocols which would qualify for either term. Thus, a POSITA
would not be reasonably apprised of the scope of the claim and the claim is indefinite.

57.     Last, a "means for audio communication" is indefinite for another reason. Claim 1
recites "by means of a first pre-installed generic audio driver…a means for audio communication"
and, separately, "by means of a second pre-installed generic driver…a means for data
communication." Thus, claim 1 recites the use of two, separate and distinct pre-installed drivers.
The specification discloses "using a generic communication protocol provided by the pre-installed
generic driver." '002 Patent, 19:50-20:12. Thus, the drivers provide the generic communications
protocols. A POSITA would interpret claim 1's requirement of separate "first" and "second" pre-
installed drivers as further requiring there be two separate "generic communication protocols" to
support the "means for audio communication" and the separate "means for data communication"

19

(see subsection below for "means for data communication"). As discussed above, it is my opinion that the specification provides insufficient support and structure for two separate and distinct communication protocols, nor does it identify any protocols which would qualify for either. Thus, a POSITA would not be able to determine the resulting scope of the claim.

58.    There is no disclosure, or at least insufficient disclosure, of structure that in my opinion would render the term sufficiently definite in the specification, as required by 35 U.S.C. § 112, ¶2, for the term "means for audio communication." The specification does not define, identify structure, or otherwise provide support for the "generic communications protocol provided by the pre-installed generic driver," to which the "means for audio communication" appears to relate to. Thus, a POSITA would not be able to determine with reasonable certainty which one, of many, communication protocols would infringe claim 1 of the '002 Patent.

59.    As such, it is my opinion that "means for audio communication" is indefinite, and a POSITA would not be reasonably apprised of the scope of claim 1.

**B.**  ***"means for data communication"***

| Claim(s) | Defendants' Position | Plaintiff's Position |
|---|---|---|
| '002 Patent, Claim 1 | Indefinite | Not indefinite |

60.    In my opinion, the term "means for data communication" is indefinite.

61.    This term recites "means" followed by the function "for data communication." Therefore, it is my understanding that this term presumably invokes 35 U.S.C. § 112, ¶6 and is limited to the structure, material, or acts described in the specification.

62.    In my opinion, however, the specification lacks sufficient structure or material relating to "means for data communication" to reasonably apprise a POSITA of the scope of the claim. Therefore, this term renders claim 1 indefinite.

63.    Claim 1 requires "a means for data communication between the peripheral device and the processing device." Therefore, the "means for data communication" is associated with performing data communication between the processing device to the peripheral device.

64.    A POSITA would reasonably look to the specification to identify the structure or material that supports the "means for data communication" limitation. Specifically, the following paragraph of the specification appears to relate to "means for data communication":

> [O]ne of the pre-installed generic drivers of the operating system on the relevant computer 31, 36 is exploited for setting up communication from the computer device 31, 36 to the network 50 via the connection unit 47 (optionally 49)….the connection unit 47, (optionally 49) operated as a peripheral device communicates with the relevant processing device 31, 36 by using a generic communication protocol provided by the pre-installed generic driver.

'002 Patent, 19:50-20:12.

65.    Given the invention's overall function of transferring data from the processing device to a base node via a peripheral device, the data communications would be passed from the processing device to the peripheral device. Therefore, the support for the "means for data communication" appears to be "a generic communication protocol provided by the pre-installed generic driver" (i.e., "connection unit 47 … operated as a peripheral device communicates with the relevant processing device 31, 36 by *using a generic communication protocol*"). *Id.* Claim 1 also recites "a communications protocol for communication between the processing device and a class of peripheral devices." For purposes of this construction, I will consider the "means for data communication" to be supported by and defined as a "generic communications protocol provided by the pre-installed generic driver."[4]

---

[4] *See* FN 2, *supra*.

66.    Notably, the specification recites various examples of the pre-installed generic drivers. For example, in the sentence following the paragraph above, the specification states "Pre-installed USB drivers" as an apparent example of a "pre-installed generic driver". Additionally, the specification recites "a human interface device driver (e.g., USB HID driver)" and "a mass storage device driver." '002 Patent, 8:25-26, 8:29-30; *see also* '002 Patent, 14:32-46 (providing a definition of "pre-installed generic driver").

67.    However, the specification does not define or provide sufficient structure or algorithm that defines or specifies the scope of the "generic communication protocol provided by the pre-installed generic driver." Thus, the specification fails to define the scope of the claim because a POSITA cannot determine whether any specific communication protocol would infringe claim 1 of the '002 Patent.

68.    Communication protocols consist of precisely defined rules for exchanging data unambiguously. They require either complicated software modules, such as drivers, or sophisticated hardware that define how a device communicates with another device, software package, or other components of a computer system. Further, each protocol requires specific combinations of hardware and software structures to properly implement the protocol. The specification of the Asserted Patents does not include any disclosure of algorithms, structure, or even definition as to what the "generic communication protocol provided by the pre-installed generic driver" is.[5] Without this information, a POSITA is unable to determine, with reasonable certainty, what protocol would be a "generic communications protocol provided by the pre-installed generic driver" and further, , what the required structure is to implement that protocol. Instead, the specification only provides minimal detail on its function—to transfer data between

---

[5] *See* FN 3, *supra*.

the processing device and a peripheral device. *See* '002 Patent, 5:23-25, 36-38, 8:61-65, 9:56-60, 10:57-60, 30:15-19.

69.     In part, the term is indefinite due to the inherent ambiguity and lack of structure to implement the disclosed "generic communication protocol provided by the pre-installed generic driver." To start, there are many communications protocols to communicate between devices and drivers implementing such protocols. As a simple example, the RFC Index provides a database containing over 9,000 entries, many of which relate to various communications protocols. *See* https://www.rfc-editor.org/rfc-index.html. The RFC Index is in part published by the Internet Engineering Task Force (IETF). The IETF is a premier standards development organization for the internet and is the primary organization responsible for developing and standardizing internet protocols. A POSITA would be familiar with the IETF and the RFC Index and would look to this source for standards implementations. The IETF is only one organization and the RFC Index only one list of communication protocols available.

70.     However, the specification of the Asserted Patents does not provide any definition of, algorithms to implement a, or structure that relates to, a "generic communications protocol provided by the pre-installed generic driver." The wide variation in required hardware and software structures between each protocol means that without specifying which protocol(s) and their implementing structure, a POSITA cannot determine the scope of the claims. Thus, within this large set of protocols, a POSITA is left to guess as to which communication protocol would be "generic" and to which communication protocol would infringe claim 1 of the '002 Patent.

71.     The '002 patent attempts to include any generic interface using generic pre-installed drivers no matter how their algorithms communicate data signals, "for example (not an exhaustive list): Firewire (IEEE-1394), PCI, Mini PCI, PCI Express, Mini PCI Express, PCMCIA, PC Card,

Universal Serial Bus (USB), SDIO cards." '002 patent, at 12:7-10. The '002 patent contains no disclosure of an algorithm for using protocols for these or any other interfaces. Even if some operating systems include drivers, the '002 patent contains no algorithms for how those drivers perform the function of audio communication. I further note that the specification does not define if any example from this list of interfaces is the "generic" communications protocol the claims require. Thus, a POSITA must guess as to which communication protocol would be "generic" and the steps to implement that protocol to infringe claim 1 of the '002 Patent.

72.    Further, claim 1 add an additional layer of ambiguity because it recites a "communication protocol", but then recites a "means for data communication." As discussed above, the "means for data communication" appears to relate to the "generic communications protocol." This protocol is intended to be used to transfer data between the processing device and a peripheral device. However, claim 1 additionally recites "a communications protocol for communication between the processing device and a class of peripheral devices."

73.    It is my understanding that the recitation of separate terms is normally used to denote separate meaning/interpretation of that term. The claim language, thus, leads to multiple interpretations of what the claim scope may be. For example, if "means for audio communication" is not interpreted to mean a "generic communications protocol," claim 1 is indefinite because there is no disclosure in the specification that would otherwise support and disclose sufficient structure for the term "means for data communication.

74.    Conversely, if the "means for data communication" is interpreted to mean a "generic communications protocol," claim 1 is indefinite because it recites both a "communications protocol" and a "generic communications protocol." A POSITA would consider the two separate terms to have separate and distinct meanings. Apart from the complete lack of

24

sufficient disclosure in the specification for either term, it is my opinion that the specification provides insufficient support and structure for two separate and distinct communication protocols, nor does it define or identify any protocols which would qualify for either term. Thus, a POSITA would not be reasonably apprised of the scope of the claim and the claim is indefinite.

75.    Last, a "means for data communication" is indefinite for another reason. Claim 1 recites "by means of a first pre-installed generic audio driver…a means for audio communication" and, separately, "by means of a second pre-installed generic driver…a means for data communication." Thus, claim 1 recites the use of two, separate and distinct pre-installed drivers. The specification discloses "using a generic communication protocol provided by the pre-installed generic driver." '002 Patent, 19:50-20:12. Thus, the drivers provide the generic communications protocols. A POSITA would interpret claim 1's requirement of separate "first" and "second" pre-installed driver as further requiring there be two separate "generic communication protocols" to support the "means for audio communication" (see subsection above for "means for audio communication") and the separate "means for data communication." As discussed above, it is my opinion that the specification provides insufficient support and structure for two separate and distinct communication protocols, nor does it identify any protocols which would qualify for either. Thus, a POSITA would not be able to determine the resulting scope of the claim.

76.    There is no disclosure, or at least insufficient disclosure, of structure that in my opinion would render the term sufficiently definite in the specification, as required by 35 U.S.C. § 112, ¶2, for the term "means for data communication." The specification does not define, identify structure, or otherwise provide support for the "generic communications protocol provided by the pre-installed generic driver," to which the "means for data communication" appears to relate to.

Thus, a POSITA would not be able to determine with reasonable certainty which one, of many, communication protocols would infringe claim 1 of the '002 Patent.

77.     As such, it is my opinion that "means for data communication" is indefinite, and a POSITA would not be reasonably apprised of the scope of claim 1.

### C. *"means for communications"*

| Claim(s) | Defendants' Position | Plaintiff's Position |
|---|---|---|
| '676 Patent, Claim 1 | Indefinite | Not indefinite |

78.     In my opinion, the term "means for communication" is indefinite.

79.     This term recites "means" followed by the function "for communication." Therefore, it is my understanding that this term presumably invokes 35 U.S.C. § 112, ¶6 and is limited to the structure, material, or acts described in the specification.

80.     In my opinion, however, the specification lacks sufficient structure or material relating to "means for communication" to reasonably apprise a POSITA of the scope of the claim. Therefore, this term renders claim 1 indefinite.

81.     Claim 1 requires "a means for communication between the peripheral device and the processing device." Therefore, the "means for communication" is associated with performing communication between the processing device to the peripheral device.

82.     A POSITA would reasonably look to the specification to identify the structure or material that supports the "means for communication" limitation. Specifically, the following paragraph of the specification appears to relate to "means for communication":

> [O]ne of the pre-installed generic drivers of the operating system on the relevant computer 31, 36 is exploited for setting up communication from the computer device 31, 36 to the network 50 via the connection unit 47 (optionally 49)….the connection unit 47, (optionally 49) operated as a peripheral device communicates with the relevant processing device 31, 36 by using a generic

communication protocol provided by the pre-installed generic driver.

'002 Patent, 19:50-20:12.

83.    Given the invention's overall function of transferring data from the processing device to a base node via a peripheral device, the communications would be passed from the processing device to the peripheral device. Therefore, the support for the "means for communication" appears to be "a generic communication protocol provided by the pre-installed generic driver" (i.e., "connection unit 47 … operated as a peripheral device *communicates* with the relevant processing device 31, 36 by *using a generic communication protocol*"). *Id.* For purposes of this construction, I will consider the "means for communication" to be supported by and defined as a "generic communications protocol provided by the pre-installed generic driver."[6]

84.    Notably, the specification recites various examples of the pre-installed generic drivers. For example, in the sentence following the paragraph above, the specification states "Pre-installed USB drivers" as an apparent example of a "pre-installed generic driver". Additionally, the specification recites "a human interface device driver (e.g., USB HID driver)" and "a mass storage device driver." '002 Patent, 8:25-26, 8:29-30; *see also* '002 Patent, 14:32-46 (providing a definition of "pre-installed generic driver").

85.    However, the specification does not define or provide sufficient structure or algorithm that defines or specifies the scope of the "generic communication protocol provided by the pre-installed generic driver." Thus, the specification fails to define the scope of the claim because a POSITA cannot determine whether any specific communication protocol would infringe claim 1 of the '676 Patent.

---

[6] *See* FN 2, *supra*.

86.     Communications protocols are precisely defined rules for exchanging data unambiguously. They require either complicated software modules, such as drivers, or sophisticated hardware that define how a device communicates with another device, software package, or other components of a computer system. Further, each protocol requires specific combinations of hardware and software structures to properly implement the protocol. The specification of the Asserted Patents does not include any disclosure of algorithms, structure, or even definition as to what the "generic communication protocol provided by the pre-installed generic driver" is.[7] Without this information, a POSITA is unable to determine, with reasonable certainty, what protocol would be a "generic communications protocol provided by the pre-installed generic driver" and further, what the required structure is to implement that protocol. Instead, the specification only provides minimal detail on its function—to transfer data between the processing device and a peripheral device. *See* '002 Patent, 5:23-25, 36-38, 8:61-65, 9:56-60, 10:57-60, 30:15-19.

87.     In part, the term is indefinite due to the inherent ambiguity and lack of structure to implement the disclosed "generic communication protocol provided by the pre-installed generic driver." To start, there are many communications protocols to communicate between devices and drivers implementing such protocols. As a simple example, the RFC Index provides a database containing over 9,000 entries, many of which relate to various communications protocols. *See* https://www.rfc-editor.org/rfc-index.html. The RFC Index is in part published by the Internet Engineering Task Force (IETF). The IETF is a premier standards development organization for the internet and is the primary organization responsible for developing and standardizing internet protocols. A POSITA would be familiar with the IETF and the RFC Index and would look to this

---

[7] *See* FN 3, *supra*.

source for standards implementations. The IETF is only one organization and the RFC Index only one list of communication protocols available.

88.     However, the specification of the Asserted Patents does not provide any definition of, algorithms to implement a, or structure that relates to, a "generic communications protocol provided by the pre-installed generic driver." The wide variation in required hardware and software structures between each protocol means that without specifying which protocol(s) and their implementing structure, a POSITA cannot determine the scope of the claims. Thus, within this large set of protocols, a POSITA is left to guess as to which communication protocol would be "generic" and the steps to implement that protocol to infringe claim 1 of the '676 Patent.

89.     The '676 patent attempts to include any generic interface using generic pre-installed drivers no matter how their algorithms communicate data signals, "for example (not an exhaustive list): Firewire (IEEE-1394), PCI, Mini PCI, PCI Express, Mini PCI Express, PCMCIA, PC Card, Universal Serial Bus (USB), SDIO cards." '676 patent, at 11:62-65. The '676 patent contains no disclosure of an algorithm for using protocols for these or any other interfaces. Even if some operating systems include drivers, the '676 patent contains no algorithms for how those drivers perform the function of audio communication. I further note that the specification does not define if any example from this list of interfaces is the "generic" communications protocol the claims require. Thus, a POSITA must guess as to which communication protocol would be "generic" and the steps to implement that protocol to infringe claim 1 of the '676 Patent.

90.     Further, claim 1 add an additional layer of ambiguity because it recites a "generic communication protocol", but then recites a "means for communication." As discussed above, the "means for communication" appears to relate to the "generic communications protocol." This protocol is intended to be used to transfer data between the processing device and a peripheral

29

device. However, claim 1 additionally recites "a generic communications protocol for communication between the processing device and a class of peripheral devices." Thus, claim 1 recites two different terms for performing the same step.

91.     It is my understanding that the recitation of separate terms is normally used to denote separate meaning/interpretation of that term. The claim language, thus, leads to multiple interpretations of what the claim scope may be. For example, if "means for communication" is not interpreted to mean a "generic communications protocol," claim 1 is indefinite because there is no disclosure in the specification that would otherwise support and disclose sufficient structure for the term "means for audio communication."

92.     Conversely, if the "means for communication" is interpreted to mean a "generic communications protocol," claim 1 is indefinite for the reasons stated above, i.e., there is insufficient structure for a "generic communications protocol" and, thus, the "means for communication."

93.     There is no disclosure, or at least insufficient disclosure, of structure that in my opinion would render the term sufficiently definite in the specification, as required by 35 U.S.C. § 112, ¶2, for the term "means for communication". The specification does not define, identify structure, or otherwise provide support for the "generic communications protocol provided by the pre-installed generic driver," to which the "means for communication" appears to relate to. Thus, a POSITA would not be able to determine with reasonable certainty which one, of many, communication protocols would infringe claim 1 of the '676 Patent.

94.     As such, it is my opinion that "means for communication" is indefinite, and a POSITA would not be reasonably apprised of the scope of claim 1.

**D.** *"the at least one peripheral device"*

| Claim(s) | Defendants' Position | Plaintiff's Position |
|---|---|---|
| '103 Patent, Claims 1 and 16 | Indefinite | Not indefinite |

95.     In my opinion, the term "at least one peripheral device" is indefinite.

96.     Specifically, claim 1 is directed to "A computer peripheral device." However, in the last limitation of the claim, it recites for the first time "being sent from *the at least one peripheral device.*"[8] The resulting ambiguous recitation of these two terms, and the failure to properly define the antecedent basis, renders this claim indefinite.

97.     It is my understanding that the antecedent "a"/"an" introduces a term for the first time in a claim, while "the" refers to a previously disclosed term in that claim or a claim from which it depends. Here, claim 1 recites "*the* at least one peripheral device." Since it recites the antecedent "the", I would expect to find an earlier disclosure of "at least one peripheral device." However, there is not an earlier disclosure in claim 1. Therefore, a POSITA must guess whether the claim: (1) refers back to the previously recited " [computer] peripheral device" or (2) introduces a separate "[*an*] at least one peripheral device" distinct from the computer peripheral device. Both interpretations are equally possible based on the specification's disclosure, yet each would define a different scope of the claim.

98.     Claim 1 requires a computer peripheral device to have a "visual indicator" and a "physical actuator." A POSITA could reasonably interpret claim 1 as intended to recite "*the* [computer] peripheral device." In this scenario, claim 1 would require an infringing device to be a

---

[8] Claim 16 recites "an electronic meeting tool … comprising at least one computer peripheral device according to claim 1." Therefore, it relies upon and further limits the device of claim 1, which discloses "the at least one peripheral device." This phrase is indefinite for largely the same reasons as explained in this section. Likewise, the indefinite nature of claim 1 is imputed on claim 16 due to claim 16's reliance and incorporation of claim 1, therefore rendering claim 16 indefinite as well.

31

computer peripheral device which has an "actuator" that, when pressed by a user, would initiate
on the "computer peripheral device" a "visual indicator" that indicates media content is being sent
from the same "computer peripheral device" that the actuator and visual indicator are connected
to.

99.    However, a POSITA could reasonably interpret claim 1 as intended to recite "[*an*]
at least one peripheral device." In this separate scenario, claim 1 would require an infringing device
to be a computer peripheral device which has an "actuator" that, when pressed by a user, would
initiate on the "computer peripheral device" a "visual indicator" that indicates media content is
being sent from a separate peripheral device (i.e., at least one peripheral device) from that which
the actuator and visual indicator are located on. *See* ¶36 (the specification discloses the ability for
multiple processing devices each connected to separate connection/peripheral devices 47); '103
Patent, 19:3-5 (emphasis added) (visual indicator allows user feedback from connection unit 47
"of the status of *any* activity").

100.    In my opinion, both scenarios are equally possible. The lack of correct antecedent
basis renders this claim indefinite because the claim has an inherent ambiguity in the meaning of
"at least one peripheral device." This ambiguity results in multiple (at least two) interpretations as
to the potential scope of claim 1. Further, this ambiguity is insoluble, as either interpretation would
change the scope of the claim. Thus, in my opinion, claim 1 is indefinite because a POSITA is not
reasonably apprised of the scope of claim 1.

### E.  *"the audio device"*

| Claim(s) | Defendants' Position | Plaintiff's Position |
|---|---|---|
| '237 Patent, Claim 2 | Indefinite | Not indefinite |

101.    In my opinion, the term "the audio device" is indefinite.

102.    It is my understanding that the antecedent "a"/"an" introduces a term for the first time in a claim, while "the" refers to a previously disclosed term in that claim or a claim from which it depends. Here, claim 2 recites "*the* audio device." Since it recites the antecedent "the", I would expect to find an earlier disclosure of "audio device." However, there is no earlier disclosure of "audio device" in claim 2, nor in claim 1 from which claim 2 depends.

103.    The lack of antecedent basis renders this term, and the claim, indefinite. Initially, I note that claim 2 (and claim 1 from which claim 2 depends) describe a "method of", i.e., they are method claims. However, claim 2 only defines a structure, the "audio device" as "compris[ing] an audio output adapter…."

104.    It is my understanding that 35 U.S.C. § 112, ¶4 requires a dependent claim to specify a further limitation of the subject matter claimed in the claim from which it depends. However, the structure of claim 2, "the audio device," is not linked to any specific step in the method of claim 1. Therefore, claim 2 does not further limit claim 1, and results in the entire claim being surplusage and indefinite.

105.    Second, I note that my review of the prosecution history reveals that after the Patent Owner's preliminary amendment prior to examination of the patent application, original independent claim 1 required "reading the audio data from the port using an audio device on the external peripheral device." However, the patent owner removed "using an audio device on the external peripheral device." From my review, the patent owner did not provide any specific reason for removing this limitation.

106.    Initially, I note that the prosecution history amendments discussed above demonstrate the Patent Owner's intention to not limit "the audio device" to "reading audio data from the port" of method claim 1. I find this interpretation meaningful because the Patent Owner

had the opportunity to amend claim 2 to further recite this limitation if that was its desire, but deliberately chose not to.

107.    Finding the term ambiguous, a POSITA would refer to the '237 Patent's specification for further interpretation of the meaning of "the audio device." However, the patent specification fails to provide clarification on what "the audio device" is. Thus, "the audio device" remains subject to multiple interpretations.

108.    Initially, the patent specification recites "[a]udio equipment 46 may be provided, e.g. a telephone that allows other members of the meeting to call in from remote destinations." '237 Patent, at 17:1-4. FIG. 1a demonstrates the "audio equipment" near the center of the Meeting Table. The patent specification does not further describe how this "audio equipment" is otherwise linked to the system. However, a POSITA would consider the "audio equipment…e.g. a telephone" as disclosure of an "audio device."

109.    The patent specification further recites "a microphone or microphones 38 that can be used to transfer audio, e.g. to the processing devices 31 and to loud speakers…attached to the base node 36 or part of the display 44." *Id.*, at 17:24-27. I understand this description to mean that the microphone provides the audio data from the microphone to the processing device, which may then transfer the audio data to the base node through the normal communication procedures discussed in the specification, i.e., through the communications network via the connection units 47 and/or 49. A POSITA would consider both the "microphone or microphones 38" and the "loud speakers" as disclosure of "audio device."

110.    As another example, the specification recites a "peripheral device [that] can present itself as an audio out device to the processing device" implementing a "virtual audio device…adapted to analyze [an] incoming signal." *Id.*, at 30:64-67, 31:9-11. However, this cannot

be "the audio device" of claim 2 because: (1) presenting as "an audio out device" or a "virtual audio device" would not be considered an "audio device" as that term is normally construed, and (2) the patent owner explicitly removed the limitation requiring "the audio device" to be on the "peripheral device" in its preliminary amendment.

111.    The patent specification also recites that the "base node" comprises "an audio output adapter (27)." *Id.*, at 23:4-48. Additionally, the specification discloses that "[o]n the base unit 33 the audio information stream is recovered" and the "audio is then unpacked in an unpacker 23" and "offered to an audio mixer 28." *Id.*, at 33:28-33. A POSITA would consider "an audio mixer" as disclosure of an "audio device."

112.    Thus, the specification of the '237 Patent does not correct the inherent ambiguity of "the audio device" of claim 2. Instead, the specification discloses numerous examples of devices to which a POSITA could define as "the audio device." It is my opinion that a POSITA would be unable to determine which disclosed device is more likely to be "the audio device" of claim 2. Further, dependent on which device "the audio device" is interpreted to be, each interpretation would change the scope of claim 2. Thus, in my opinion, claim 2 is indefinite because a POSITA is not reasonably apprised of the scope of claim 2.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December, 2024

*Kevin C Almeroth*

Kevin C. Almeroth, Ph.D.

in Makena, HI

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

36

# APPENDIX A

## List Of Materials Considered

- U.S. Patent No. 10,762,002

- U.S. Patent No. 10,795,832

- U.S. Patent No. 10,904,103

- U.S. Patent No. 11,258,676

- U.S. Patent No. 11,403,237

- U.S. Patent No. 11,422,951

- File History of U.S. Patent No. 10,762,002

- File History of U.S. Patent No. 10,795,832

- File History of U.S. Patent No. 10,904,103

- File History of U.S. Patent No. 11,258,676

- File History of U.S. Patent No. 11,403,237

- File History of U.S. Patent No. 11,422,951

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

# APPENDIX B

# Kevin C. Almeroth

Professor Emeritus
Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
(805)636-1123 (office)
(805)893-8553 (fax)
almeroth@cs.ucsb.edu (email)
http://www.cs.ucsb.edu/~almeroth (WWW URL)

## Education

**Ph.D.**   June 1997 *Georgia Institute of Technology*  Computer Science

*Dissertation Title*: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems

*Minor*: Telecommunications Public Policy

**M.S.**   June 1994 *Georgia Institute of Technology*  Computer Science

*Specialization*: Networking and Systems

**B.S.**   June 1992 *Georgia Institute of Technology*  Information and Computer Science
**(high honors)**   *Minors*: Economics, Technical Communication, American Literature

## Employment History

| | | |
|---|---|---|
| Professor Emeritus | Department of Computer Science University of California Santa Barbara, CA | Nov 2020 -- present |
| Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 2005 -- Oct 2020 |
| Associate Dean | College of Engineering University of California Santa Barbara, CA | Mar 2007 -- Aug 2009 |
| Vice Chair | Department of Computer Science University of California Santa Barbara, CA | Jul 2000 -- Nov 2005 |

| Associate Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 2001 -- Jun 2005 |
| Assistant Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 1997 -- Jun 2001 |
| Graduate Researcher | Broadband Telecommunications Center Georgia Center for Adv Telecom Tech Atlanta, GA | Sep 1996--Jun 1997 |
| Graduate Intern | IBM T.J. Watson Research Labs Hawthorne, NY | Jun 1995--Sep 1995 |
| Support Specialist | Office of Information Technology Georgia Institute of Technology Atlanta, GA | Sep 1995--Jun 1997 |
| Research Assistant | College of Computing Georgia Institute of Technology Atlanta, GA | Jan 1994--Mar 1994 |
| Graduate Intern | Hitachi Telecommunications Norcross, GA | Jun 1992--Sep 1992 |
| Undergraduate Intern | IBM Research Triangle Park, NC | Jun 1989--Sep 1989 Jun 1990--Sep 1990 Mar 1991--Sep 1991 |

## Industry Technical Advising

| Board of Directors | The New Media Studio Santa Barbara, CA | Nov 2006 -- present |
| Co-Founder & Chairman of the Board | Santa Barbara Labs, LLC Santa Barbara, CA | Sep 2007 -- Dec 2009 |
| Board of Advisors | Techknowledge Point Santa Barbara, CA | May 2001 -- Dec 2007 |
| Technical Advisory Board | Occam Networks, Inc. Santa Barbara, CA | May 2000 -- Dec 2010 |
| Board of Advisors | Airplay Inc. San Francisco, CA | Jun 2005 -- Aug 2009 |
| Consultant | Lockheed Martin Corporation San Jose, CA | Nov 1999 -- Jun 2009 |

| Board of Advisors | Santa Barbara Technology Group<br>Santa Barbara, CA | Sep 2000 --<br>Dec 2004 |
| Board of Directors | Virtual Bandwidth, Inc.<br>Santa Barbara, CA | Nov 2000 --<br>Jun 2001 |
| Board of Advisors &<br>Affiliated Scientist | Digital Fountain<br>San Francisco, CA | Jan 2000 --<br>Dec 2001 |
| Senior Technologist | IP Multicast Initiative, Stardust Forums<br>Campbell, CA | Jun 1998 --<br>Dec 2000 |

# I. Teaching

## A. Courses Taught

| CS 176A | Intro to Computer Communication Networks | Fall 1997, Fall 1998, Fall 2002, Fall 2003, Fall 2004, Spring 2005, Spring 2006, Spring 2007, Spring 2008, Fall 2008, Fall 2009, Fall 2010, Fall 2011, Fall 2012, Fall 2013, Fall 2014, Spring 2017, Spring 2018, Spring 2020, Fall 2020 |
| CS 176B | Network Computing | Winter 2000, Winter 2001, Winter 2002, Winter 2012, Winter 2014, Winter 2015, Winter 2018, Winter 2019, Winter 2020 |
| MAT 201B | Media Networks and Services | Fall 1999, Fall 2000, Fall 2001, Fall 2003 |
| CS 276 | Distributed Computing and Computer Networks | Winter 1999, Spring 2000, Fall 2002, Fall 2005, Fall 2018 |
| CS 290I | Networking for Multimedia Systems | Winter 1998, Spring 1999, Fall 2004, Winter 2010 |
| CS 595N | Technology and Society | Winter 2005, Fall 2005, Spring 2006, Fall 2006, Spring 2007, Fall 2007, Spring 2008, Fall 2008, Spring 2009 |
| CS 595N | Economic Systems Seminar | Winter 2004, Spring 2004, Winter 2005, Spring 2005 |
| CS 595N | Networking Seminar | Winter 1999, Fall 1999, Winter 2003, Winter 2019 |
| CS 595N | Wireless Networking & Multimedia Seminar | Fall 2000 |
| CS 595I | Systems Design and Implementation Seminar | Fall 1999, Fall 2000, Winter 2001, Spring 2001, Winter 2002, Spring 2002 |

## B. Other Teaching Experience

- *The Evolution of Advanced Networking Services: From the ARPAnet to Internet2*, Instructor, Summer 2001. Short course taught at Escuela de Ciencias Informatica (ECI) sponsored by the Universidad de Buenos Aires.

- *Johns Hopkins Center for Talented Youth*, Instructor, Summer 1994. CTY is a program to teach gifted high school students the fundamentals of computer science.

- *Georgia Institute of Technology*, Graduate Teaching Assistant, Sep 1994--Sep 1996. Worked as a TA for 12 quarters teaching 7 different courses (4 undergraduate and 3 graduate).


## C. Ph.D. Students Advised [14 graduated]

14. Daniel Havey
    Research Area: *Throughput and Delay on the Packet Switched Internet*
    Date Graduated: Winter 2015
    First Position: Microsoft
13. Lara Deek (co-advised with E. Belding)
    Research Area: *Resource-Efficient Wireless Systems for Emerging Wireless Networks*
    Date Graduated: Summer 2014
    First Position: Post Doc, UIUC
12. Mike Wittie
    Research Area: *Towards Sustained Scalability of Communication Networks*
    Date Graduated: Summer 2011
    First Position: Assistant Professor, Montana State University
11. Allan Knight
    Research Area: *Supporting Integration of Educational Technologies and Research of Their Effects on Learning*
    Date Graduated: Summer 2009
    First Position: Research Scientist, Citrix Online
10. Hangjin Zhang
    Research Area: *Towards Blended Learning: Educational Technology to Improve and Assess Teaching and Learning*
    Date Graduated: Spring 2009
    First Position: Microsoft
9. Gayatri Swamynathan
    Dissertation Title: *Towards Reliable Reputations for Distributed Applications*
    Date Graduated: Spring 2008
    First Position: Zynga
8. Amit Jardosh (co-advised with E. Belding)
    Dissertation Title: *Adaptive Large-Scale Wireles Networks: Measurements, Protocol Designs, and Simulation Studies*
    Date Graduated: Fall 2007
    First Position: Yahoo!
7. Khaled Harras
    Dissertation Title: *Protocol and Architectural Challenges in Delay and Disruption Tolerant Networks*
    Date Graduated: Summer 2007
    First Position: Assistant Professor, Carnegie Mellon University
6. Krishna Ramachandran (co-advised with E. Belding)
    Dissertation Title: *Design, Deployment, and Management of High-Capacity Wireless Mesh Networks*
    Date Graduated: Winter 2006
    First Position: Research Scientist, Citrix Online

5. Robert Chalmers
   Dissertation Title: *Improving Device Mobility with Intelligence at the Network Edge*
   Date Graduated: Summer 2004
   First Position: President and CEO, Limbo.net
4. Prashant Rajvaidya
   Dissertation Title: *Achieving Robust and Secure Deployment of Multicast*
   Date Graduated: Spring 2004
   First Position: President and CTO, Mosaic Networking
3. Sami Rollins
   Dissertation Title: *Overcoming Resource Constraints to Enable Content Exchange Applications in Next-Generation Environments*
   Date Graduated: Spring 2003
   First Position: Assistant Professor, Mount Holyoke College
2. Srinivasan Jagannathan
   Dissertation Title: *Multicast Tree-Based Congestion Control and Topology Management*
   Date Graduated: Spring 2003
   First Position: Consultant, Kelly & Associates
1. Kamil Sarac
   Dissertation Title: *Supporting a Robust Multicast Service in the Global Infrastructure*
   Date Graduated: Spring 2002
   First Position: Assistant Professor, UT-Dallas

## D. M.S. Students Advised (Thesis/Project Option) [19 graduated]

19. Neer Shey
    Research Area: *Analyzing Content Distribution Through Opportunistic Contact for Smart Cellular Phones*
    Date Graduated: Spring 2010
18. Camilla Fiorese
    Research Area: *Analysis of a Pure Rate-Based Congestion Control Algorithm*
    Date Graduated: Summer 2009
17. Brian Weiner
    Research Area: *Multi-Socket TCP: A Simple Approach to Improve Performance of Real-Time Applications over TCP*
    Date Graduated: Fall 2007
16. Avijit Sen Mazumder
    Research Area: *Facilitating Robust Multicast Group Management*
    Date Graduated: Fall 2005
15. Rishi Matthew
    Thesis Title: *Providing Seamless Access to Multimedia Content on Heterogeneous Platforms*
    Date Graduated: Summer 2004
14. Camden Ho
    Research Area: *Tools and Techniques for Wireless Network Management*
    Date Graduated: Spring 2004
13. Amit Jardosh (co-advised with E. Belding)
    Research Area: *Realistic Environment Models for Mobile Network Evaluation*
    Date Graduated: Spring 2004
12. Nitin Solanki
    Research Area: *SongWand: A Wireless Barcode Scanner Using Bluetooth Technology*

Date Graduated: Winter 2004

11. Vrishali Wagle (co-advised with E. Belding)
   Research Area: *An Ontology-Based Service Discovery Mechanism*
   Date Graduated: Winter 2004

10. Uday Mohan
   Thesis Title: *Scalable Service Discovery in Mobile Ad hoc Networks*
   Date Graduated: Spring 2003

9. Krishna Ramachandran
   Thesis Title: *Ubiquitous Multicast*
   Date Graduated: Spring 2003

8. John Slonaker
   Thesis Title: *Inductive Loop Signature Acquisition Techniques*
   Date Graduated: Spring 2002

7. Mohammad Battah
   Thesis Title: *Dedicated Short-Range Communications Intelligent Transportation Systems Protocol (DSRC-ITS)*
   Date Graduated: Spring 2002

6. Kevin Vogel
   Thesis Title: *Integrating E-Commerce Applications into Existing Business Infrastructures*
   Date Graduated: Spring 2001

5. Sami Rollins
   Thesis Title: *Audio XmL: Aural Interaction with XML Documents*
   Date Graduated: Winter 2000

4. Andy Davis
   Thesis Title: *Stream Scheduling for Data Servers in a Scalable Interactive TV System*
   Date Graduated: Spring 1999

3. David Makofske
   Thesis Title: *MHealth: A Real-Time Graphical Multicast Monitoring Tool*
   Date Graduated: Winter 1999

2. Prashant Rajvaidya
   Thesis Title: *MANTRA: Router-Based Monitoring and Analysis of Multicast Traffic*
   Date Graduated: Winter 1999

1. Alex DeCastro (co-advised with Yuan-Fang Wang)
   Thesis Title: *Web-Based Collaborative 3D Modeling*
   Date Graduated: Winter 1998

## E. Teaching Awards

2006-2007 UCSB Academic Senate Distinguished Teaching Award
2004-2005 Computer Science Outstanding Faculty Member
2000-2001 UCSB Spotlight on Excellence Award
1999-2000 Computer Science Outstanding Faculty Member (co-recipient)
1998-1999 Computer Science Outstanding Faculty Member (co-recipient)
1997-1998 Computer Science Outstanding Faculty Member

## II. Research

## A. Journal Papers, Magazine Articles, Books, and Book Chapters

62. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "A Practical Framework for 802.11 MIMO Rate Adaptation," Computer Networks, vol. 83, num. 6, pp. 332-348, June 2015.

61. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "Intelligent Channel Bonding in 802.11n WLANs," IEEE Transactions on Mobile Computing, vol. 13, num. 6, pp. 1242-1255, June 2014.

60. H. Zhang and K. Almeroth, "Alternatives for Monitoring and Limiting Network Access to Students in Network-Connected Classrooms," Journal of Interactive Learning Research (JILR), vol. 24, num. 3, pp. 237-265, July 2013.

59. M. Tavakolifard and K. Almeroth, "A Taxonomy to Express Open Challenges in Trust and Reputation Systems," Journal of Communications, vol. 7, num. 7, pp. 538-551, July 2012.

58. M. Tavakolifard and K. Almeroth, "Social Computing: An Intersection of Recommender Systems, Trust/Reputation Systems, and Social Networks," IEEE Network, vol. 26, num. 4, pp. 53-58, July/August 2012.

57. M. Tavakolifard, K. Almeroth, and P. Ozturk, "Subjectivity Handling of Ratings for Trust and Reputation Systems: An Abductive Reasoning Approach," International Journal of Digital Content Technology and its Applications (JDCTA), vol. 5, num. 11, pp. 359-377, November 2011.

56. R. Raghavendra, P. Acharya, E. Belding and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," Wireless Communications and Mobile Computing (WCMC) Journal, vol. 11, num. 8, pp. 1182-1196, August 2011.

55. A. Knight and K. Almeroth, "Automatic Plagiarism Detection with PAIRwise 2.0," Journal of Interactive Learning Research (JILR), vol. 22, num. 3, pp. 379-400, July 2011.

54. V. Kone, M. Zheleva, M. Wittie, B. Zhao, E. Belding, H. Zheng, and K. Almeroth, "AirLab: Consistency, Fidelity and Privacy in Wireless Measurements," ACM Computer Communications Review, vol. 41, num. 1, pp. 60-65, January 2011.

53. G. Swamynathan, K. Almeroth, and B. Zhao, "The Design of a Reliable Reputation System," Electronic Commerce Research Journal, vol. 10, num. 3-4, pp. 239-270, December 2010.

52. P. Acharya, A. Sharma, E. Belding, K. Almeroth and K. Papagiannaki, "Rate Adaptation in Congested Wireless Networks through Real-Time Measurements," IEEE Transactions on Mobile Computing, vol. 9, num. 11, pp. 1535-1550, November 2010.

51. R. Raghavendra, E. Belding, K. Papagiannaki, and K. Almeroth, "Unwanted Link Layer Traffic in Large IEEE 802.11 Wireless Networks," IEEE Transactions on Mobile Computing, vol. 9, num. 9, pp. 1212-1225, September 2010.

50. H. Zhang and K. Almeroth, "Moodog: Tracking Student Activity in Online Course Management Systems," Journal of Interactive Learning Research (JILR), vol. 21, num. 3, pp. 407-429, July 2010.

49. R. Chertov and K. Almeroth, "Qualitative Comparison of Link Shaping Techniques," International

_Journal of Communication Networks and Distributed Systems_, vol. 5, num. 1/2, pp. 109-129, July 2010.

48. A. Knight and K. Almeroth, "Fast Caption Alignment for Automatic Indexing of Audio," _International Journal of Multimedia Data Engineering and Management_, vol. 1, num. 2, pp. 1-17, April-June 2010.

47. K. Harras and K. Almeroth, "Scheduling Messengers in Disconnected Clustered Mobile Networks," _Ad Hoc & Sensor Wireless Networks_, vol. 9, num. 3-4, pp. 275-304, March-April 2010.

46. A. Jardosh, K. Papagiannaki, E. Belding, K. Almeroth, G. Iannaccone, and B. Vinnakota, "Green WLANs: On-Demand WLAN Infrastructures," _ACM Journal on Mobile Networks and Applications (MONET)_, vol. 14, num. 6, pp. 798-814, December 2009.

45. M. Wittie, K. Harras, K. Almeroth, and E. Belding, "On the Implications of Routing Metric Staleness in Delay Tolerant Networks," _Computer Communications Special Issue on Delay and Disruption Tolerant Networking_, vol. 32, num. 16, pp. 1699-1709, October 2009.

44. K. Harras, L. Deek, C. Holman, and K. Almeroth, "DBS-IC: An Adaptive Data Bundling System for Intermittent Connectivity," _Computer Communications Special Issue on Delay and Disruption Tolerant Networking_, vol. 32, num. 16, pp. 1687-1698, October 2009.

43. S. Karpinski, E. Belding, K. Almeroth, and J. Gilbert, "Linear Representations of Network Traffic," _ACM Journal on Mobile Networks and Applications (MONET)_, vol. 14, num. 4, pp. 368-386, August 2009.

42. K. Harras and K. Almeroth, "Controlled Flooding in Disconnected Sparse Mobile Networks," _Wireless Communications and Mobile Computing (WCMC) Journal_, vol. 9, num. 1, pp. 21-33, January 2009.

41. R. Mayer, A. Stull, K. DeLeeuw, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, A. Knight, and H. Zhang, "Clickers in College Classrooms: Fostering Learning with Questioning Methods in Large Lecture Classes," _Contemporary Educational Psychology_, vol. 34, num. 1, pp. 51-57, January 2009.

40. A. Knight, K. Almeroth, and B. Bimber, "Design, Implementation and Deployment of PAIRwise," _Journal of Interactive Learning Research (JILR)_, vol. 19, num. 3, pp. 489-508, July 2008.

39. A. Garyfalos and K. Almeroth, "Coupons: A Multilevel Incentive Scheme for Information Dissemination in Mobile Networks," _IEEE Transactions on Mobile Computing_, vol. 7, num. 6, pp. 792-804, June 2008.

38. I. Sheriff, K. Ramachandran, E. Belding, and K. Almeroth, "A Multi-Radio 802.11 Mesh Network Architecture," _ACM Journal on Mobile Networks and Applications (MONET)_, vol. 13, num. 1-2, pp. 132-146, April 2008.

37. M. Bulger, R. Mayer, K. Almeroth, and S. Blau, "Measuring Learner Engagement in Computer-Equipped College Classrooms," _Journal of Educational Multimedia and Hypermedia_, vol. 17, num. 2, pp. 129-143, April 2008.

36. G. Swamynathan, B. Zhao, and K. Almeroth, "Exploring the Feasibility of Proactive Reputations," _Concurrency and Computation: Practice and Experience_, vol. 20, num. 2, pp. 155-166, February 2008.

35. G. Swamynathan, B. Zhao, K. Almeroth, and H. Zheng, "Globally Decoupled Reputations for Large Distributed Networks," _Advances in Multimedia_, vol. 2007, pp. 1-14, 2007.

34. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Overestimation Bias in Self-reported SAT Scores," Educational Psychology Review, vol. 19, num. 4, pp. 443-454, December 2007.

33. P. Namburi, K. Sarac and K. Almeroth, "Practical Utilities for Monitoring Multicast Service Availability," Computer Communications Special Issue on Monitoring and Measurement of IP Networks, vol. 29, num. 10, pp. 1675-1686, June 2006.

32. R. Chalmers, G. Krishnamurthi and K. Almeroth, "Enabling Intelligent Handovers in Heterogeneous Wireless Networks," ACM Journal on Mobile Networks and Applications (MONET), vol. 11, num. 2, pp. 215-227, April 2006.

31. H. Lundgren, K. Ramachandran, E. Belding, K. Almeroth, M. Benny, A. Hewatt, A. Touma and A. Jardosh, "Experience from the Design, Deployment and Usage of the UCSB MeshNet Testbed," IEEE Wireless Communications, vol. 13, num. 2, pp. 18-29, April 2006.

30. R. Mayer, K. Almeroth, B. Bimber, D. Chun, A. Knight and A. Campbell, "Technology Comes to College: Understanding the Cognitive Consequences of Infusing Technology in College Classrooms," Educational Technology, vol. 46, num. 2, pp. 48-53, March-April 2006.

29. A. Garyfalos and K. Almeroth, "A Flexible Overlay Architecture for Mobile IPv6 Multicast," Journal on Selected Areas in Communications (JSAC) Special Issue on Wireless Overlay Networks Based on Mobile IPv6, vol. 23, num. 11, pp. 2194-2205, November 2005.

28. K. Sarac and K. Almeroth, "Monitoring IP Multicast in the Internet: Recent Advances and Ongoing Challenges," IEEE Communications, vol. 43, num. 10, pp. 85-91, October 2005.

27. K. Sarac and K. Almeroth, "Application Layer Reachability Monitoring for IP Multicast," Computer Networks, vol. 48, num. 2, pp. 195-213, June 2005.

26. A. Jardosh, E. Belding, K. Almeroth and S. Suri, "Real-world Environment Models for Mobile Network Evaluation," Journal on Selected Areas in Communications Special Issue on Wireless Ad hoc Networks, vol. 23, num. 3, pp. 622-632, March 2005.

25. S. Rollins and K. Almeroth, "Evaluating Performance Tradeoffs in a One-to-Many Peer Content Distribution Architecture," Journal of Internet Technology, vol. 5, num. 4, pp. 373-387, Fall 2004.

24. K. Sarac and K. Almeroth, "Tracetree: A Scalable Mechanism to Discover Multicast Tree Topologies in the Network," IEEE/ACM Transactions on Networking, vol. 12, num. 5, pp. 795-808, October 2004.

23. K. Sarac and K. Almeroth, "A Distributed Approach for Monitoring Multicast Service Availability," Journal of Network and Systems Management, vol. 12, num. 3, pp. 327-348, September 2004.

22. P. Rajvaidya, K. Ramachandran and K. Almeroth, "Managing and Securing the Global Multicast Infrastructure," Journal of Network and Systems Management, vol. 12, num. 3, pp. 297-326, September 2004.

21. P. Rajvaidya and K. Almeroth, "Multicast Routing Instabilities," IEEE Internet Computing, vol. 8, num. 5, pp. 42-49, September/October 2004.

20. D. Johnson, R. Patton, B. Bimber, K. Almeroth and G. Michaels, "Technology and Plagiarism in the University: Brief Report of a Trial in Detecting Cheating," Association for the Advancement of Computing in Education (AACE) Journal, vol. 12, num. 3, pp. 281-299, Summer 2004.

19. R. Chalmers and K. Almeroth, "A Security Architecture for Mobility-Related Services," Journal of Wireless Personal Communications, vol 29, num. 3, pp. 247-261, June 2004.

18. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Pricing for Content in the Internet," Computer Communications, vol. 27, num. 6, pp. 522-528, April 2004.

17. S. Rollins and K. Almeroth, "Lessons Learned Deploying a Digital Classroom," Journal of Interactive Learning Research (JILR), vol. 15, num. 2, pp. 169-185, April 2004.

16. S. Jagannathan and K. Almeroth, "A Dynamic Pricing Scheme for E-Content at Multiple Levels-of-Service," Computer Communications, vol. 27, num. 4, pp. 374-385, March 2004.

15. K. Almeroth, "Using Satellite Links in the Delivery of Terrestrial Multicast Traffic," Internetworking and Computing over Satellites, Kluwer Academic Publishers, 2003.

14. R. Chalmers and K. Almeroth, "On the Topology of Multicast Trees," IEEE/ACM Transactions on Networking, vol. 11, num. 1, pp. 153-165, January 2003.

13. S. Jagannathan, J. Nayak, K. Almeroth, and M. Hofmann, "On Pricing Algorithms for Batched Content Delivery Systems," Electronic Commerce Research and Applications Journal, vol. 1, num. 3-4, pp. 264-280, Fall 2002.

12. D. Makofske and K. Almeroth, "Multicast Sockets: Practical Guide for Programmers," *Morgan Kaufmann Publishers*, November 2002.

11. S. Jagannathan and K. Almeroth, "Price Issues in Delivering E-Content On-Demand," ACM Sigecom Exchanges, vol. 3, num. 2, pp. 18-27, May 2002.

10. D. Makofske and K. Almeroth, "From Television to Internet Video-on-Demand: Techniques and Tools for VCR-Style Interactivity," Software: Practice and Experience, vol. 31, num. 8, pp. 781-801, July 2001.

9. K. Sarac and K. Almeroth, "Supporting Multicast Deployment Efforts: A Survey of Tools for Multicast Monitoring," Journal on High Speed Networking, Special Issue on Management of Multimedia Networking, vol. 9, num. 3/4, pp. 191-211, March 2001.

8. K. Almeroth, "Adaptive, Workload-Dependent Scheduling for Large-Scale Content Delivery Systems," Transactions on Circuits and Systems for Video Technology, *Special Issue on Streaming Video*, vol. 11, num. 3, pp. 426-439, March 2001.

7. D. Makofske and K. Almeroth, "Real-Time Multicast Tree Visualization and Monitoring," Software: Practice and Experience, vol. 30, num. 9, pp. 1047-1065, July 2000.

6. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of WWW Pages," Electronic Commerce Technology Trends: Challenges and Opportunities, IBM Press, February 2000.

5. K. Almeroth, "The Evolution of Multicast: From the MBone to Inter-Domain Multicast to Internet2 Deployment," IEEE Network Special Issue on Multicasting, vol. 10, num. 1, pp. 10-20, January/ February 2000.

4. K. Almeroth and M. Ammar, "An Alternative Paradigm for Scalable On-Demand Applications: Evaluating and Deploying the Interactive Multimedia Jukebox," IEEE Transactions on Knowledge and Data Engineering Special Issue on Web Technologies, vol. 11, num. 4, pp 658-672, July/August 1999.

3. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video," Computer Networks and ISDN Systems, vol. 30, no. 1, April 1998.

2. K. Almeroth and M. Ammar, "Multicast Group Behavior in the Internet's Multicast Backbone (MBone)," IEEE Communications, vol. 35, no. 6, pp. 124-129, June 1997.

1. K. Almeroth and M. Ammar, "On the Use of Multicast Delivery to Provide a Scalable and Interactive Video-on-Demand Service," Journal on Selected Areas of Communication (JSAC), vol. 14, no. 6, pp. 1110-1122, August 1996.

## B. Conference Papers with Proceedings (refereed)

89. D. Havey and K. Almeroth, "Active Sense Queue Management (ASQM)," *IFIP Networking Conference*, Toulouse, FRANCE, May 2015.

88. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "Joint Rate and Channel Width Adaptation in 802.11 MIMO Wireless Networks," IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON), New Orleans, LA, USA, June 2013.

87. D. Havey and K. Almeroth, "Fast Wireless Protocol: A Network Stack Design for Wireless Transmission," *IFIP Networking Conference*, Brooklyn, New York, USA, May 2013.

86. M. Tavakolifard, J. Gulla, K. Almeroth, J. Ingvaldsen, G. Nygreen, and E. Berg, "Tailored News in the Palm of Your HAND: A Multi-Perspective Transparent Approach to News Recommendation," *Demo Track at the International World Wide Web Conference (WWW)*, Rio de Janeiro, BRAZIL, May 2013.

85. S. Patterson, M. Wittie, K. Almeroth, and B. Bamieh, "Network Optimization with Dynamic Demands and Link Prices," *Allerton Conference*, Monticello, Illinois, USA, October 2012.

84. D. Havey, R. Chertov, and K. Almeroth, "Receiver Driven Rate Adaptation," *ACM Multimedia Systems Conference (MMSys)*, Chapel Hill, North Carolina, USA, February 2012.

83. M. Tavakolifard and K. Almeroth, "Trust 2.0: Who to Believe in the Flood of Online Data?" *International Conference on Computing, Networking and Communications (ICNC)*, Maui, Hawaii, USA, January 2012.

82. L. Deek, E. Garcia-Villegas, E. Belding, S.J. Lee, and K. Almeroth, "The Impact of Channel Bonding on 802.11n Network Management," *ACM CoNEXT*, Tokyo, JAPAN, December 2011.

81. L. Deek, X. Zhou, K. Almeroth, and H. Zheng, "To Preempt or Not: Tackling Bid and Time-based Cheating in Online Spectrum Auctions," *IEEE Infocom*, Shanghai, CHINA, April 2011.

80. M. Wittie, V. Pejovic, L. Deek, K. Almeroth, and B. Zhao, "Exploiting Locality of Interest in Online Social Networks," *ACM CoNEXT*, Philadelphia, Pennsylvania, USA, November 2010.

79. R. Chertov and K. Almeroth, "Using BGP in a Satellite-Based Challenged Network Environment," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, Boston, Massachusetts, USA, June 2010.

78. R. Chertov, D. Havey and K. Almeroth, "MSET: A Mobility Satellite Emulation Testbed," *IEEE*

*Infocom*, San Diego, California, USA, March 2010.

77. B. Stone-Gross, A. Moser, C. Kruegel, E. Kirda, and K. Almeroth, "FIRE: FInding Rogue nEtworks," *Annual Computer Security Applications Conference (ACSAC)*, Honolulu, Hawaii, USA, December 2009.

76. M. Wittie, K. Almeroth, E. Belding, I. Rimac, and V. Hilt, "Internet Service in Developing Regions Through Network Coding," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, Rome, ITALY, June 2009.

75. R. Chertov and K. Almeroth, "High-Fidelity Link Shaping," *International Conference on Testbeds and Research Infrastructures for the Development of Networks and Communities (TRIDENTCOM)*, Washington DC, USA, April 2009.

74. L. Deek, K. Almeroth, M. Wittie, and K. Harras, "Exploiting Parallel Networks Using Dynamic Channel Scheduling," *International Wireless Internet Conference (WICON)*, Maui, Hawaii, USA, November 2008.

73. D. Havey, E. Barlas, R. Chertov, K. Almeroth, and E. Belding, "A Satellite Mobility Model for QUALNET Network Simulations," *IEEE Military Communications Conference (MILCOM)*, San Diego, California, USA, November 2008.

72. J. Kayfetz and K. Almeroth, "Creating Innovative Writing Instruction for Computer Science Graduate Students," *ASEE/IEEE Frontiers in Education (FIE) Conference*, Saratoga Springs, New York, USA, October 2008.

71. G. Swamynathan, B. Zhao, K. Almeroth, and S. Rao, "Towards Reliable Reputations for Dynamic Networked Systems," *IEEE International Symposium on Reliable Distributed Systems (SRDS)*, Napoli, ITALY, October 2008.

70. B. Stone-Gross, D. Sigal, R. Cohn, J. Morse, K. Almeroth, and C. Krugel, "VeriKey: A Dynamic Certificate Verification System for Public Key Exchanges," *Conference on Detection of Intrusions and Malware & Vulnerability Assessment (DIMVA)*, Paris, FRANCE, July 2008.

69. P. Acharya, A. Sharma, E. Belding, K. Almeroth, K. Papagiannaki, "Congestion-Aware Rate Adaptation in Wireless Networks: A Measurement-Driven Approach," *IEEE Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON)*, San Francisco, California, USA, June 2008.

68. A. Jardosh, P. Suwannatat, T. Hollerer, E. Belding, and K. Almeroth, "SCUBA: Focus and Context for Real-time Mesh Network Health Diagnosis," *Passive and Active Measurement Conference (PAM)*, Cleveland, Ohio, USA, April 2008.

67. B. Stone-Gross, C. Wilson, K. Almeroth, E. Belding, H. Zheng, K. Papagiannaki, "Malware in IEEE 802.11 Wireless Networks," *Passive and Active Measurement Conference (PAM)*, Cleveland, Ohio, USA, April 2008.

66. R. Raghavendra, E. Belding, K. Papagiannaki, and K. Almeroth, "Understanding Handoffs in Large IEEE 802.11 Wireless Networks," *Internet Measurement Conference (IMC)*, San Diego, California, USA, October 2007.

65. M. Wittie, B. Stone-Gross, K. Almeroth and E. Belding, "MIST: Cellular Data Network Measurement for Mobile Applications," *IEEE International Conference on Broadband Communications, Networks,*

*and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

64. S. Karpinski, E. Belding, K. Almeroth, "Wireless Traffic: The Failure of CBR Modeling," *IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

63. A. Knight, K. Almeroth, H. Zhang, R. Mayer, and K. DeLeeuw, "Data Cafe: A Dining Car Approach to Educational Research Data Management and Distribution," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA, June 2007.

62. H. Zhang, K. Almeroth, A. Knight, M. Bulger, and R. Mayer, "Moodog: Tracking Students' Online Learning Activities," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA, June 2007.

61. M. Bulger, K. Almeroth, R. Mayer, D. Chun, A. Knight, H. Collins, "Effects of Instructor Engagement on Student Use of a Course Management System," Assocation for Psychological Science (APS) Annual Conference, Washington DC, USA, May 2007.

60. R. Mayer, A. Stull, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, Allan Knight, and H. Zhang, "Using Technology-Based Methods to Foster Learning in Large Lecture Classes: Evidence for the Pedagogic Value of Clickers," *American Educational Research Association (AERA) Annual Conference*, Chicago, Illinois, USA, April 2007.

59. K. Ramachandran, I. Sheriff, E. Belding, and K. Almeroth, "Routing Stability in Static Wireless Mesh Networks," *Passive and Active Measurement Conference (PAM)*, Louvain-la-neuve, BELGIUM, April 2007.

58. G. Swamynathan, T. Close, S. Banerjee, R. McGeer, B. Zhao, and K. Almeroth, "Scalable Access Control For Web Services," *International Conference on Creating, Connecting and Collaborating through Computing (C5)*, Kyoto, JAPAN, January 2007.

57. A. Knight, M. Bulger, K. Almeroth, and H. Zhang, "Is Learning Really a Phone Call Away? Knowledge Transfer in Mobile Learning," *World Conference on Mobile Learning (mLearn)*, Banff, Alberta, CANADA, October 2006.

56. J. Kurian, K. Sarac, and K. Almeroth, "Defending Network-Based Services Against Denial of Service Attacks," *International Conference on Computer Communication and Networks (IC3N)*, Arlington, Virginia, USA, October 2006.

55. A. Jardosh, K. Sanzgiri, E. Belding and K. Almeroth, "IQU: Practical Queue-Based User Association Management for WLANs--Case Studies, Architecture, and Implementation," ACM Mobicom, Marina del Rey, California, USA, September 2006.

54. C. Holman, K. Harras, and K. Almeroth, "A Proactive Data Bundling System for Intermittent Mobile Connections," IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON), Reston, Virginia, USA, September 2006.

53. G. Banks, M. Cova, V. Felmetsger, K. Almeroth, R. Kemmerer and G. Vigna, "SNOOZE: toward a Stateful NetwOrk prOtocol fuZZEr," *Information Security Conference (ISC)*, Samos Island, GREECE, September 2006.

52. K. Harras and K. Almeroth, "Inter-Regional Messenger Scheduling in Delay Tolerant Mobile Networks," *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks*

*(WoWMoM)*, Niagara Falls, New York, USA, June 2006.

51. M. Bulger, R. Mayer, and K. Almeroth, "Engaged By Design: Using Simulation to Promote Active Learning," **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

50. A. Knight, K. Almeroth, R. Mayer, D. Chun, and B. Bimber, "Observations and Recommendations for Using Technology to Extend Interaction," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

49. H. Zhang, and K. Almeroth, "A Simple Classroom Network Access Control System," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

48. K. Harras and K. Almeroth, "Transport Layer Issues in Delay Tolerant Mobile Networks," *IFIP Networking Conference*, Coimbra, PORTUGAL, May 2006.

47. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Some Shortcomings of Soliciting Students' Self-Reported SAT Scores," *American Educational Research Association (AERA) Annual Conference*, San Francisco, California, USA, April 2006.

46. K. Ramachandran, E. Belding, K. Almeroth, and M. Buddhikot, "Interference-Aware Channel Assignment in Multi-Radio Wireless Mesh Networks," *IEEE Infocom*, Barcelona, SPAIN, April 2006.

45. A. Jardosh, K. Ramachandran, K. Almeroth, and E. Belding, "Understanding Congestion in IEEE 802.11b Wireless Networks," *ACM/USENIX Internet Measurement Conference (IMC)*, Berkeley, California, USA, October 2005.

44. H. Zhang, K. Almeroth and M. Bulger, "An Activity Monitoring System to Support Classroom Research," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Montreal, Quebec, CANADA, pp. 1444-1449, June 2005.

43. Z. Xiang, H. Zhang, J. Huang, S. Song and K. Almeroth, "A Hidden Environment Model for Constructing Indoor Radio Maps," *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM)*, Taormina, ITALY, June 2005.

42. K. Harras, K. Almeroth and E. Belding, "Delay Tolerant Mobile Networks (DTMNs): Controlled Flooding in Sparse Mobile Networks," *IFIP Networking Conference*, Waterloo, Ontario, CANADA, May 2005.

41. A. Garyfalos and K. Almeroth, "Coupons: Wide Scale Information Distribution for Wireless Ad Hoc Networks," *IEEE Global Telecommunications Conference (Globecom) Global Internet and Next Generation Networks Symposium*, Dallas, Texas, USA, pp. 1655-1659, December 2004.

40. A. Knight and K. Almeroth, "DeCAF: A Digital Classroom Application Framework," *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

39. P. Namburi, K. Sarac and K. Almeroth, "SSM-Ping: A Ping Utility for Source Specific Multicast," *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

38. K. Ramachandran, E. Belding and K. Almeroth, "DAMON: A Distributed Architecture for Monitoring

Multi-hop Mobile Networks," *IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON)*, Santa Clara, California, USA, October 2004.

37. A. Garyfalos and K. Almeroth, "Coupon Based Incentive Systems and the Implications of Equilibrium Theory," *IEEE Conference on Electronic Commerce (CEC)*, San Diego, California, USA, pp. 213-220, July 2004.

36. A. Knight, K. Almeroth and B. Bimber, "An Automated System for Plagiarism Detection Using the Internet," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 3619-3625, June 2004.

35. H. Zhang and K. Almeroth, "Supplement to Distance Learning: Design for a Remote TA Support System," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 2821-2830, June 2004.

34. U. Mohan, K. Almeroth and E. Belding, "Scalable Service Discovery in Mobile Ad hoc Networks," *IFIP Networking Conference*, Athens, Greece, pp. 137-149, May 2004.

33. V. Thanedar, K. Almeroth and E. Belding, "A Lightweight Content Replication Scheme for Mobile Ad hoc Environments," *IFIP Networking Conference*, Athens, Greece, pp. 125-136, May 2004.

32. R. Chalmers and K. Almeroth, "A Mobility Gateway for Small-Device Networks," *IEEE International Conference on Pervasive Computing and Communications (PerCom)*, Orlando, Florida, USA, March 2004.

31. A. Jardosh, E. Belding, K. Almeroth and S. Suri, "Towards Realistic Mobility Models For Mobile Ad hoc Networks," *ACM Mobicom*, San Diego, California, USA, September 2003.

30. K. Sarac, P. Namburi and K. Almeroth, "SSM Extensions: Network Layer Support for Multiple Senders in SSM," *International Conference on Computer Communication and Networks (IC3N)*, Dallas, Texas, USA, October 2003.

29. K. Ramachandran and K. Almeroth, "MAFIA: A Multicast Management Solution for Access Control and Traffic Filtering," *IEEE/IFIP Conference on Management of Multimedia Networks and Services (MMNS)*, Belfast, Northern Ireland, September 2003.

28. J. Humfrey, S. Rollins, K. Almeroth, and B. Bimber, "Managing Complexity in a Networked Learning Environment," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 60-63, June 2003.

27. K. Almeroth, S. Rollins, Z. Shen, and B. Bimber, "Creating a Demarcation Point Between Content Production and Encoding in a Digital Classroom," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 2-5, June 2003.

26. M. Kolsch, K. Kvilekval, and K. Almeroth, "Improving Speaker Training with Interactive Lectures," *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, June 2003.

25. P. Rajvaidya and K. Almeroth, "Analysis of Routing Characteristics in the Multicast Infrastructure," *IEEE Infocom*, San Francisco, California, USA, April 2003.

24. S. Rollins and K. Almeroth, "Pixie: A Jukebox Architecture to Support Efficient Peer Content Exchange," *ACM Multimedia*, Juan Les Pins, FRANCE, December 2002.

23. S. Rollins, R. Chalmers, J. Blanquer, and K. Almeroth, "The Active Information System(AIS): A Model for Developing Scalable Web Services," *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

22. S. Rollins and K. Almeroth, "Seminal: Additive Semantic Content for Multimedia Streams," *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

21. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Content Pricing in the Internet," *SPIE ITCom Conference on Internet Performance and Control of Network Systems (IPCNS)*, Boston, Massachusetts, USA, July 2002.

20. S. Jagannathan, J. Nayek, K. Almeroth and M. Hofmann, "A Model for Discovering Customer Value for E-Content," *ACM International Conference on Knowledge Discovery and Data Mining (SIGKDD)*, Edmonton, Alberta, CANADA, July 2002.

19. S. Rollins and K. Almeroth, "Deploying and Infrastructure for Technologically Enhanced Learning," **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Denver, Colorado, USA, pp. 1651-1656, June 2002.

18. P. Rajvaidya and K. Almeroth, "Building the Case for Distributed Global Multicast Monitoring," *Multimedia Computing and Networking (MMCN)*, San Jose, California, USA, January 2002.

17. S. Jagannathan and K. Almeroth, "An Adaptive Pricing Scheme for Content Delivery Systems," *IEEE Global Internet*, San Antonio, Texas, USA, November 2001.

16. K. Sarac and K. Almeroth, "Providing Scalable Many-to-One Feedback in Multicast Reachability Monitoring Systems," *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

15. S. Jagannathan and K. Almeroth, "The Dynamics of Price, Revenue and System Utilization," *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

14. A. Kanwar, K. Almeroth, S. Bhattacharyya, and M. Davy, "Enabling End-User Network Monitoring via the Multicast Consolidated Proxy Monitor," *SPIE ITCom Conference on Scalability and Traffic Control in IP Networks (STCIPN)*, Denver, Colorado, USA, August 2001.

13. S. Jagannathan and K. Almeroth, "Using Tree Topology for Multicast Congestion Control," *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

12. P. Rajvaidya and K. Almeroth, "A Router-Based Technique for Monitoring the Next-Generation of Internet Multicast Protocols," *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

11. R. Chalmers and K. Almeroth, "Modeling the Branching Characteristics and Efficiency Gains of Global Multicast Trees," *IEEE Infocom*, Anchorage, Alaska, USA, April 2001.

10. R. Chalmers and K. Almeroth, "Developing a Multicast Metric," *Global Internet*, San Francisco, California, USA, December 2000.

9. K. Sarac and K. Almeroth, "Monitoring Reachability in the Global Multicast Infrastructure," *IEEE International Conference on Network Protocols (ICNP)*, Osaka, JAPAN, November 2000.

8. K. Almeroth, "A Long-Term Analysis of Growth and Usage Patterns in the Multicast Backbone (MBone)," *IEEE INFOCOM*, Tel Aviv, ISRAEL, March 2000.

7. K. Almeroth, K. Obraczka and D. De Lucia, "A Lightweight Protocol for Interconnecting Heterogeneous Devices in Dynamic Environments," *IEEE International Conference on Multimedia Computing and Systems (ICMCS)*, Florence, ITALY, June 1999.

6. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video," **Best Paper** at *the Seventh International World Wide Web Conference (WWW)*, Brisbane, AUSTRALIA, April 1998.

5. K. Almeroth, M. Ammar and Z. Fei, "Scalable Delivery of Web Pages Using Cyclic Best-Effort (UDP) Multicast," *IEEE INFOCOM*, San Francisco, California, USA, June 1998.

4. K. Almeroth and M. Ammar, "Delivering Popular Web Pages Using Cyclic Unreliable Multicast (Extended Abstract)," *SPIE Conference on Voice, Video and Data Communications*, Dallas, Texas, USA, November 1997.

3. K. Almeroth, A. Dan, D. Sitaram and W. Tetzlaff, "Long Term Resource Allocation in Video Delivery Systems," *IEEE INFOCOM*, Kobe, JAPAN, April 1997.

2. K. Almeroth and M. Ammar, "On the Performance of a Multicast Delivery Video-On-Demand Service with Discontinuous VCR Actions," *International Conference on Communications (ICC)*, Seattle, Washington, USA, June 1995.

1. K. Almeroth and M. Ammar, "A Scalable, Interactive Video-On-Demand Service Using Multicast Communication," *International Conference on Computer Communication and Networks (IC3N)*, San Francisco, California, USA, September 1994.

## C. Workshop Papers (refereed)

34. M. Tavakolifard, J. Gulla, K. Almeroth, F. Hopfgartner, B. Kille, T. Plumbaum, A. Lommatzsch, T. Brodt, A. Bucko, and T. Heintz, "Workshop and Challenge on News Recommender Systems," *ACM RecSys News Recommender Systems (NRS) Workshop and Challange*, Hong Kong, CHINA, October 2013.

33. M. Tavakolifard, K. Almeroth, and J. Gulla, "Does Social Contact Matter? Modelling the Hidden Web of Trust Underlying Twitter," *ACM International Workshop on Social Recommender Systems (SRS)*, Rio de Janeiro, BRAZIL, May 2013.

32. D. Johnson, E. Belding, K. Almeroth and G. van Stam, "Internet Usage and Performance Analysis of a Rural Wireless Network in Macha, Zambia," *ACM Networked Systems for Developing Regions (NSDR) Workshop*, San Francisco, California, USA, June 2010.

31. D. Havey, R. Chertov, and K. Almeroth, "Wired Wireless Broadcast Emulation," *International Workshop on Wireless Network Measurement (WiNMee)*, Seoul, Korea, June 2009.

30. R. Raghavendra, P. Acharya, E. Belding, and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," *ACM Mobihoc Wireless of the Students, by the Students, for the Students Workshop (S3)*, New Orleans, Louisiana, USA, May 2009.

29. G. Swamynathan, C. Wilson, B. Boe, B. Zhao, and K. Almeroth, "Do Social Networks Improve e-Commerce: A Study on Social Marketplaces," *ACM Sigcomm Workshop on Online Social Networks (WOSN)*, Seattle, Washington, USA, August 2008.

28. R. Raghavendra, E. Belding, and K. Almeroth, "Antler: A Multi-Tiered Approach to Automated Wireless Network Management," *IEEE Workshop on Automated Network Management (ANM)*, Phoenix, Arizona, USA, April 2008.

27. S. Karpinski, E. Belding, and K. Almeroth, "Towards Realistic Models of Wireless Workload," *International Workshop on Wireless Network Measurement (WiNMee)*, Limassol, CYPRUS, April 2007.

26. K. Harras, M. Wittie, K. Almeroth, and E. Belding, "ParaNets: A Parallel Network Architecture for Challenged Networks," *IEEE Workshop on Mobile Computing Systems and Applications (HotMobile)*, Tucson, Arizona, USA, February 2007.

25. H. Caituiro-Monge, K. Almeroth, M. del Mar Alvarez-Rohena, "Friend Relay: A Resource Sharing Framework for Mobile Wireless Devices," *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Los Angeles, California, September 2006.

24. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Exploring the Feasibility of Proactive Reputations," *International Workshop on Peer-to-Peer Systems (IPTPS)*, Santa Barbara, California, USA, February 2006.

23. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Decoupling Service and Feedback Trust in a Peer-to-Peer Reputation System," *International Workshop on Applications and Economics of Peer-to-Peer Systems (AEPP)*, Nanjing, CHINA, November 2005.

22. K. Ramachandran, M. Buddhikot, G. Chandranmenon, S. Miller, E. Belding, and K. Almeroth, "On the Design and Implementation of Infrastructure Mesh Networks," *IEEE Workshop on Wireless Mesh Networks (WiMesh)*, Santa Clara, California, USA, September 2005.

21. A. Jardosh, K. Ramachandran, K. Almeroth and E. Belding, "Understanding Link-Layer Behavior in Highly Congested IEEE 802.11b Wireless Networks," Sigcomm Workshop on Experimental Approaches to Wireless Network Design and Analysis (EWIND), Philadelphia, Pennsylvania, USA, August 2005.

20. A. Sen Mazumder, K. Almeroth and K. Sarac, "Facilitating Robust Multicast Group Management," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Skamania, Washington, USA, June 2005.

19. Y. Sun, I. Sheriff, E. Belding and K. Almeroth, "An Experimental Study of Multimedia Traffic Performance in Mesh Networks," MobiSys International Workshop on Wireless Traffic Measurements and Modeling (WitMeMo), Seattle, Washington, USA, June 2005.

18. K. Ramachandran, K. Almeroth and E. Belding, "A Framework for the Management of Large-Scale Wireless Network Testbeds," International Workshop on Wireless Network Measurement (WiNMee), Trentino, ITALY, April 2005.

17. A. Garyfalos, K. Almeroth and K. Sanzgiri, "Deployment Complexity Versus Performance Efficiency in Mobile Multicast," *International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWiM)*, San Jose, California, USA, October 2004.

16. C. Ho, K. Ramachandran, K. Almeroth and E. Belding, "A Scalable Framework for Wireless Network Monitoring," *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Philadelphia, Pennsylvania, USA, October 2004.

15. A. Garyfalos, K. Almeroth and J. Finney, "A Hybrid of Network and Application Layer Multicast for Mobile IPv6 Networks," *International Workshop on Large-Scale Group Communication (LSGC)*, Florence, ITALY, October 2003.

14. A. Garyfalos, K. Almeroth and J. Finney, "A Comparison of Network and Application Layer Multicast for Mobile IPv6 Networks," *ACM Workshop on Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM)*, San Diego, California, USA, September 2003.

13. S. Jagannathan, and K. Almeroth, "Pricing and Resource Provisioning for Delivering E-Content On-Demand with Multiple Levels-of-Service," *International Workshop on Internet Charging and QoS Technologies (ICQT)*, Zurich, SWITZERLAND, October 2002.

12. S. Rollins, K. Almeroth, D. Milojicic, and K. Nagaraja, "Power-Aware Data Management for Small Devices," *Workshop on Wireless Mobile Multimedia (WoWMoM)*, Atlanta, GA, USA, September 2002.

11. K. Almeroth, S. Bhattacharyya, and C. Diot, "Challenges of Integrating ASM and SSM IP Multicast Protocol Architectures," *International Workshop on Digital Communications: Evolutionary Trends of the Internet (IWDC)*, Taormina, ITALY, September 2001.

10. K. Sarac and K. Almeroth, "Scalable Techniques for Discovering Multicast Tree Topology," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Port Jefferson, New York, USA, June 2001.

9. P. Rajvaidya, K. Almeroth and K. Claffy, "A Scalable Architecture for Monitoring and Visualizing Multicast Statistics," *IFIP/IEEE International Workshop on Distributed Systems: Operations & Management (DSOM)*, Austin, Texas, USA, December 2000.

8. S. Jagannathan, K. Almeroth and A. Acharya, "Topology Sensitive Congestion Control for Real-Time Multicast," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill, North Carolina, USA, June 2000.

7. K. Sarac and K. Almeroth, "Supporting the Need for Inter-Domain Multicast Reachability," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill , North Carolina, USA, June 2000.

6. D. Makofske and K. Almeroth, "MHealth: A Real-Time Multicast Tree Visualization and Monitoring Tool," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Basking Ridge New Jersey, USA, June 1999.

5. K. Almeroth and Y. Zhang, "Using Satellite Links as Delivery Paths in the Multicast Backbone (MBone)," *ACM/IEEE International Workshop on Satellite-Based Information Services (WOSBIS)*, Dallas, Texas, USA, October 1998.

4. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of Web Pages OR How to Make Web Servers Pushy," *Workshop on Internet Server Performance (WISP)*, Madison, Wisconsin, USA, June 1998.

3. K. Almeroth and M. Ammar, "Prototyping the Interactive Multimedia Jukebox," *Mini-conference on Multimedia Appliances, Interfaces, and Trials--International Conference on Communications (ICC)*,

Montreal, Quebec, CANADA, June 1997.

2. K. Almeroth and M. Ammar, "Collection and Modeling of the Join/Leave Behavior of Multicast Group Members in the MBone," *High Performance Distributed Computing Focus Workshop (HPDC)*, Syracuse, New York, USA, August 1996.

1. K. Almeroth and M. Ammar, "The Role of Multicast Communication in the Provision of Scalable and Interactive Video-On-Demand Service," *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Durham, New Hampshire, USA, April 1995.

## D. Non-Refereed Publications

8. K. Almeroth, E. Belding, M. Buddhikot, G. Chandranmenon, S. Miller, and K. Ramachandran, "Infrastructure Mesh Networks," *U.S. Patent Application US20070070959 A1*, September 2005.

7. K. Almeroth, R. Caceres, A. Clark, R. Cole, N. Duffield, T. Friedman, K. Hedayat, K. Sarac, M. Westerlund, "RTP Control Protocol Extended Reports (RTCP XR)," *Internet Engineering Task Force (IETF) Request for Comments (RFC) 3611*, November 2003.

6. Z. Albanna, K. Almeroth, D. Meyer, and M. Schipper, "IANA Guidelines for IPv4 Multicast Address Allocation," *Internet Engineering Task Force (IETF) Request for Comments (RFC) 3171*, August 2001.

5. B. Quinn and K. Almeroth, "IP Multicast Applications: Challenges and Solutions," *Internet Engineering Task Force (IETF), Request for Comments (RFC) 3170*, September 2001.

4. K. Almeroth, L. Wei and D. Farinacci, "Multicast Reachability Monitor (MRM) Protocol," *Internet Engineering Task Force Internet Draft*, July 2000.

3. K. Almeroth and L. Wei, "Justification for and use of the Multicast Reachability Monitor (MRM) Protocol," *Internet Engineering Task Force Internet Draft*, March 1999.

2. K. Almeroth, "Managing IP Multicast Traffic: A First Look at the Issues, Tools, and Challenges," IP Multicast Initiative White Paper, San Jose, California, USA, February 1999.

1. K. Almeroth, K. Obraczka and D. De Lucia, "Pseudo-IP: Providing a Thin Network Protocol for Semi-Intelligent Wireless Devices," *DARPA/NIST Smart Spaces Workshop*, Gaithersburg, Maryland, USA, July 1998.

## E. Released Software Systems

19. *A Multi-radio Wireless Mesh Network Architecture -- http://moment.cs.ucsb.edu/tic/.* Released December 1, 2006 (with K. Ramachandran, I. Sheriff, and E. Belding). The software as part of a multi-radio wireless mesh network that includes a Split Wireless Router that alleviates the interference that can occur between commodity radios within a single piece of hardware. The second is server software to perform channel assignment and communicate the assignments throughout the mesh network.

18. *AODV-Spanning Tree (AODV-ST) -- http://www.cs.ucsb.edu/~krishna/aodv-st/.* Released September 1, 2006 (with K. Ramachandran and E. Belding). AODV-ST is an extension of the well-known AODV

protocol specifically designed for wireless mesh networks. The advantages of AODV-ST over AODV include support for high throughput routing metrics, automatic route maintenance for common-case traffic, and low route discovery latency.

17. *The Multicast Detective -- http://www.nmsl.cs.ucsb.edu/mcast_detective/.* Released September 1, 2005 (with A. Sen Mazumder). The multicast detective is a robust solution to determine the existence and nature of multicast service for a particular user. By performing a series of tests, a user can determine whether there is network support for multicast, and consequently, whether a multicast group join is likely to succeed.

16. *AutoCap: Automatic and Accurate Captioning -- http://www.nmsl.cs.ucsb.edu/autocap/.* Released August 1, 2005 (with A. Knight). AutoCap is a software system that takes as input an audio/video file and a text transcript. AutoCap creates captions by aligning the utterances in the audio/video file to the transcript. For those words that are not recognized, AutoCap estimates when the words were spoken along with an error bound that gives the content creator an idea of caption accuracy. The result is a collection of accurately time-stamped captions that can be displayed with the video.

15. *PAIRwise Plagiarism Detection System -- http://cits.ucsb.edu/pair/.* Released July 1, 2005 (with A. Knight). PAIRwise is a plagiarism detection system with: (1) an easy-to-use interface for submitting papers, (2) a flexible comparison engine that allows intra-class, inter-class, and Internet-based comparisons, and (3) an intuitive graphical presentation of results.

14. *DAMON Multi-Hop Wireless Network Monitoring -- http://moment.cs.ucsb.edu/damon/.* Released October 1, 2004 (with K. Ramachandran and E. Belding). DAMON is a distributed system for monitoring multi-hop mobile networks. DAMON uses agents within the network to monitor network behavior and send collected measurements to data repositories. DAMON's generic architecture supports the monitoring of a wide range of protocol, device, or network parameters.

13. *Multicast Firewall -- http://www.nmsl.cs.ucsb.edu/mafia/.* Released June 1, 2004 (with K. Ramachandran). MAFIA, a multicast firewall and traffic management solution, has the specific aim of strengthening multicast security through multicast access control, multicast traffic filtering, and DoS attack prevention.

12. *AODV@IETF Peer Routing Software-- http://moment.cs.ucsb.edu/aodv-ietf/.* Released November 1, 2003 (with K. Ramachandran and E. Belding). One of the first large-scale efforts to run the Ad hoc On demand Distance Vector (AODV) routing protocol in a public space (at the Internet Engineering Task Force (IETF)). The implementation includes a daemon that runs on both the Linux and Windows operating systems.

11. *Mobility Obstacles -- http://moment.cs.ucsb.edu/mobility/.* Released September 1, 2003 (with A. Jardosh, E. Belding, and S. Suri). The topology and movement of nodes in ad hoc protocol simulation are key factors in protocol performance. In this project, we have developed ns-2 simulation plug-ins that create more realistic movement models through the incorporation of obstacles. These obstacles are utilized to restrict both node movement and wireless transmissions.

10. *mwalk -- http://www.nmsl.cs.ucsb.edu/mwalk/.* Released December 1, 2000 (with R. Chalmers). Mwalk is a collection of Java applications and Perl scripts which re-create a global view of a multicast session from mtrace and RTCP logs. Users to the site can download mwalk, examine the results of our analysis, or download data sets for use in simulations dependent on multicast tree characteristics.

9. *MANTRA2 -- http://www.nmsl.cs.ucsb.edu/mantra/.* Released December 1, 1999 (with P. Rajvaidya). This new version of MANTRA focuses on the visualization of inter-domain routing statistics. Working

in conjunction with the Cooperative Association for Internet Data Analysis (CAIDA) we have developed advanced collection and visualization techniques.

8. ***MRM -- http://www.nmsl.cs.ucsb.edu/mrm/.*** Released October 1, 1999 (with K. Sarac). MRM is the Multicast Reachability Protocol. We have implemented an end-host agent that responds to MRM Manager commands. Our end-host agent works in conjunction with Cisco routers to detect and isolate multicast faults.

7. ***MANTRA -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released January 1, 1999 (with P. Rajvaidya). MANTRA is the Monitoring and Analysis of Traffic in Multicast Routers. It uses scripts to collect and display data from backbone multicast routers.

6. ***SDR Monitor -- http://www.nmsl.cs.ucsb.edu/sdr-monitor/.*** Released January 1, 1999 (with K. Sarac). The SDR Monitor receives e-mail updates from participants containing information about observed sessions in the MBone. A global view of multicast reachability is then constructed.

5. ***The MHealth tool -- http://www.nmsl.cs.ucsb.edu/mhealth/.*** Released September 1, 1998 (with D. Makofske). The mhealth tool graphically visualizes MBone multicast group trees and provides `health' information including end-to-end losses per receiver and losses on a per hop basis. The implementation required expertise in Java, the MBone tools, and Unix.

4. ***The MControl tool -- http://www.nmsl.cs.ucsb.edu/mcontrol/.*** Released August 1, 1998 (with D. Makofske). Mcontrol is a tool to provide VCR-based interactivity for live MBone sessions. The implementation required expertise in Java, the MBone tools, and Unix.

3. ***Interactive Multimedia Jukebox (IMJ) -- http://imj.ucsb.edu/.*** Released October 1, 1996. The IMJ combines the WWW and the MBone conferencing tools to provide a multi-channel video jukebox offering both instructional and entertainment programming on a wide scale. The implementation required expertise in HTML, Perl, C, the MBone tools, and Unix.

2. ***Mlisten -- http://www.cc.gatech.edu/computing/Telecomm/mbone/.*** Released September 1, 1995. A tool to continuously collect MBone multicast group membership information including number and location of members, membership duration, and inter-arrival time for all audio and video sessions. The implementation required expertise in C, Tcl/Tk, the MBone tools, and UNIX socket programming.

1. ***Audio-on-Demand (AoD)***. March 1, 1995. A server/client prototype to demonstrate interactivity in near VoD systems. The AoD server provides songs-on-demand and VCR-like functions via multicast IP over Ethernet. The implementation required expertise in C, OpenWindows programming, UNIX socket programming, and network programming.

## F. Tutorials, Panels and Invited Talks

- "25th Anniversary Panel," Network and Operating System Support for Digital Audio and Video (NOSSDAV), Portland, Oregon, USA, March 2015.

- "Sensing and Opportunistic Delivery of Ubiquitous Video in Health Monitoring, On-Campus and Social Network Applications," Workshop on Mobile Video Delivery (MoViD), Chapel Hill North Carolina, USA, February 2012.

- "Medium Access in New Contexts: Reinventing the Wheel?," USC Invited Workshop on Theory and

Practice in Wireless Networks, Los Angeles, California, USA, May 2008.

- "The Wild, Wild West: Wireless Networks Need a New Sheriff," University of Florida CISE Department Lecture Series, Gainesville, Florida, USA, February 2008.

- "Distinguishing Between Connectivity, Intermittent Connectivity, and Intermittent Disconnectivity," Keynote at the ACM MobiCom Workshop on Challenged Networks (CHANTS), Montreal, CANADA, September 2007.

- "The Three Ghosts of Multicast: Past, Present, and Future," Keynote at the Trans-European Research and Education Networking Association (TERENA) Networking Conference, Lynby, DENMARK, May 2007.

- "Multicast Help Wanted: From Where and How Much?," Keynote at the Workshop on Peer-to-Peer Multicasting (P2PM), Las Vegas, Nevada, USA, January 2007.

- "The Confluence of Wi-Fi and Apps: What to Expect Next," Engineering Insights, UC-Santa Barbara, Santa Barbara, California, USA, October 2006.

- "Challenges, Opportunities, and Implications for the Future Internet," University of Minnesota Digital Technology Center, Minneapolis, Minnesota, USA, September 2006.

- "Wireless Technology as a Catalyst: Possibilities for Next-Generation Interaction," Santa Barbara Forum on Digital Transitions, Santa Barbara, California, USA, April 2006.

- "Challenges and Opportunities in an Internet with Pervasive Wireless Access," University of Texas-- Dallas Computer Science Colloquium, Dallas, Texas, USA, March 2006.

- "Challenges and Opportunities with Pervasive Wireless in the Internet," Duke University Computer Science Colloquium, Durham, North Carolina, USA, February 2006.

- "The Span From Wireless Protocols to Social Applications," Intel Research Labs, Cambridge, United Kingdom, December 2005.

- "The Internet Dot.Com Bomb and Beyond the Dot.Com Calm," CSE IGERT and Cal Poly Lecture Series, San Luis Obispo, California, USA, October 2005.

- "Panel: Directions in Networking Research," IEEE Computer Communications Workshop (CCW), Irvine, California, USA, October 2005.

- "Economic Incentives for Ad Hoc Networks," KAIST New Applications Seminar, Seoul, South Korea, March 2004.

- "New Applications for the Next Generation Internet," Citrix Systems, Santa Barbara, California, USA, March 2004.

- "PI: The Imperfect Pursuit of Pure Pattern," CITS Visions in Technology Series, Santa Barbara, California, USA, January 2004.

- "Panel: Core Networking Issues and Protocols for the Internet," National Science Foundation (NSF) Division of Advanced Networking Infrastructure and Research (ANIR) Principal Investigators Workshop, Washington DC, USA, March 2003.

- "Panel: Pricing for Content in the Internet," SPIE ITCom Internet Performance and Control of Network Systems, Boston, Massachusetts, USA, July 2002.

- "The Technology Behind Wireless LANs," Central Coast MIT Enterprise Forum, Santa Barbara, California, USA, March 2002.

- "Lessons Learned in the Digital Classroom," Center for Information and Technology Brown Bag Symposium, Santa Barbara, California, USA, March 2002.

- "The Evolution of Advanced Networking Services: From the ARPAnet to Internet2," California State University--San Luis Obispo CS Centennial Colloquium Series, San Luis Obispo, California, USA, February 2002.

- "Deployment of IP Multicast in Campus Infrastructures," Internet2 Campus Deployment Workshop, Atlanta, Georgia, USA, May 2001.

- "Multicast: Is There Anything Else to Do?," Sprint Research Retreat, Miami, Florida, USA, May 2001.

- "The Evolution of Next-Generation Internet Services and Applications," Government Technology Conference 2001 (GTC) for the Western Region, Sacramento, California, USA, May 2001.

- "I2 Multicast: Not WIDE-scale Deployment, FULL-scale Deployment," Closing Plenary, Internet2 Member Meetings, Washington, D.C., USA, March 2001.

- "Panel: Beyond IP Multicast," Content Delivery Networks (CDN), New York, New York, USA, February 2001.

- "Viable Multicast Pricing & Business Models for Wider-Scale Deployment," Content Delivery Networks (CDN), New York, New York, USA, February 2001.

- "IP Multicast: Modern Protocols, Deployment, and Management," Content Delivery Networks (CDN), New York, New York, USA, February 2001 & San Jose, California, USA, December 2001.

- "Under the Hood of the Internet," Technology 101: Technology for Investors, Center for Entrepreneurship & Engineering Management, November 2000.

- "Understanding Multicast Traffic in the Internet," (1) University of Virginia, (2) University of Maryland, and (3) Columbia University, September 2000.

- "The Bad, The Ugly, and The Good: The Past, Present, and Future of Multicast," Digital Fountain, San Francisco, California, USA, August 2000.

- "Implications of Source-Specific Multicast (SSM) on the Future of Internet Content Delivery," Occam Networks, Santa Barbara, California, USA, August 2000.

- "Introduction to Multicast Routing Protocols," UC-Berkeley Open Mash Multicast Workshop, Berkeley, California, USA, July 2000.

- "Efforts to Understand Traffic and Tree Characteristics," University of Massachusetts--Amherst Colloquia, Amherst, Massachusetts, USA, May 2000.

- "Monitoring Multicast Traffic," Sprint Research Retreat, Half Moon Bay, California, USA, April 2000.

- "What is the Next Generation of Multicast in the Internet?," HRL Laboratories, Malibu, California, USA, January 2000.

- "Mission and Status of the Center for Information Technology and Society (CITS)," Intel Research Council, Portland, Oregon, USA, September 1999.

- "Multicast at a Crossroads," IP Multicast Initiative Summits and Bandwidth Management Workshops, San Francisco, CA, USA, (1) October 1999; (2) February 2000; and (3) June 2000.

- "IP Multicast: Modern Protocols, Deployment, and Management," Networld+Interop: (1) Las Vegas, Nevada, USA--May 2000; (2) Tokyo, JAPAN--June 2000; (3) Atlanta, Georgia, USA--September 2000; (4) Las Vegas, Nevada, USA--May 2001; (5) Las Vegas, Nevada, USA--May 2002.

- "IP Multicast: Practice and Theory" (w/ Steve Deering), Networld+Interop: (1) Las Vegas, Nevada, USA--May 1999; (2) Tokyo, JAPAN--June 1999; and (3) Atlanta, Georgia, USA--September 1999.

- "Internet2 Multicast Testbeds and Applications," Workshop on Protocols for High Speed Networks (PfHSN), Salem, Massachusetts, USA, August 1999.

- "IP Multicast: Protocols for the Intra- and Inter-Domain," Lucent Technologies, Westford, Massachusetts, USA, August 1999.

- "Internet2 Multicast Testbeds and Applications," NASA Workshop: Bridging the Gap, Moffett Field, California, USA, August 1999.

- "The Evolution of Next-Generation Services and Applications in the Internet," Tektronix Distinguished Lecture Series, Portland, Oregon, USA, May 1999.

- "Multicast Applications and Infrastructure in the Next Generation Internet," CENIC 99 Workshop on Achieving Critical Mass for Advanced Applications, Monterey, California, USA, May 1999.

- "Multicast Traffic Monitoring and Analysis Work at UCSB" (w/ P. Rajvaidya), Workshop on Internet Statistics and Metrics Analysis (ISMA), San Diego, California, USA, April 1999.

- "How the Internet Works: Following Bits Around the World," Science Lite, Santa Barbara General Affiliates and Office of Community Relations, California, USA, February 1999.

- "Managing Multicast: Challenges, Tools, and the Future," IP Multicast Initiative Summit, San Jose, California, USA, February 1999.

- "The Future of Multicast Communication and Protocols," Internet Bandwidth Management Summit (iBAND), San Jose, California, USA, November 1998.

- "An Overview of IP Multicast: Applications and Deployment," (1) Workshop on Evaluating IP Multicast as the Solution for Webcasting Real-Time Networked Multimedia Applications, New York, New York, USA, July 1998; and (2) Satellites and the Internet Conference, Washington, D.C., USA, July 1998.

- "IETF Developments in IP Multicast," IP Multicast Initiative Summit, San Jose, California, USA, February 1998.

- "An Introduction to IP Multicast and the Multicast Backbone (MBone)" vBNS Technical Meeting

sponsored by the National Center for Network Engineering (NLANR), San Diego, California, USA, February 1998.

- "Using Multicast Communication to Deliver WWW Pages" Computer Communications Workshop (CCW '97), Phoenix, Arizona, USA, September 1997.

## G. Research Funding

- K. Almeroth, "Packet Scheduling Using IP Embedded Transport Instrumentation," Cisco Systems Inc., $100,000, 3/1/13-8/31/14.

- K. Almeroth, E. Belding and S.J. Lee, "GOALI: Maximizing Available Bandwidth in Next Generation WLANs", National Science Foundation (NSF), $101,088, 10/1/13-9/30/14.

- K. Almeroth and E. Belding, "GOALI: Intelligent Channel Management in 802.11n Networks," National Science Foundation (NSF), $51,000, 10/1/10-9/30/11.

- B. Zhao, K. Almeroth, H. Zheng, and E. Belding, "NeTS: Medium: Airlab: Distributed Infrastructure for Wireless Measurements," National Science Foundation (NSF), $700,000, 9/1/09-8/13/13.

- K. Almeroth, E. Belding and T. Hollerer, "NeTS-WN: Wireless Network Health: Real-Time Diagnosis, Adaptation, and Management," National Science Foundation (NSF), $600,000, 10/1/07-9/30/10.

- K. Almeroth, "Next-Generation Service Engineering in Internet2," University Consortium for Advanced Internet Development (UCAID), $1,254,000, 7/1/04-6/30/09 (reviewed and renewed each year).

- B. Manjunath, K. Almeroth, F. Bullo, J. Hespanha, T. Hollerer, C. Krintz, U. Madhow, K. Rose, A. Singh, and M. Turk, "Large-Scale Multimodal Wireless Sensor Network," Office of Naval Research Defense University Research Instrumentation Program (DURIP), $655,174, 4/14/08-4/14/09.

- K. Almeroth and E. Belding, "Improving Robustness in Evolving Wireless Infrastructures," Intel Corporation, $135,000, 7/1/06-6/30/09 (reviewed and renewed for second and third year).

- K. Almeroth and K. Sarac, "Bridging Support in Mixed Deployment Multicast Environments," Cisco Systems Inc., $100,000, 9/1/07-8/31/08.

- K. Sarac and K. Almeroth, "Building the Final Piece in One-to-Many Content Distribution," Cisco Systems Inc., $95,000, 9/1/06-8/31/07.

- E. Belding, K. Almeroth and J. Gibson, "Real-Time Communication Support in a Ubiquitous Next-Generation Internet," National Science Foundation (NSF), $900,000, 10/1/04-9/30/07.

- K. Almeroth and K. Sarac, "Improving the Robustness of Multicast in the Internet," Cisco Systems Inc., $80,000, 9/1/04-8/31/05.

- R. Mayer, B. Bimber, K. Almeroth and D. Chun, "Assessing the Pedagogical Implications of Technology in College Courses," Mellon Foundation, $350,000, 7/1/04-6/30/07.

- B. Bimber, A. Flanagin and C. Stol, "Technological Change and Collective Association: Changing

Relationships Among Technology, Organizations, Society and the Citizenry," National Science Foundation (NSF), $329,175, 7/1/04-6/30/07.

- K. Almeroth and B. Bimber, "Plagiarism Detection Techniques and Software," UCSB Instructional Development, $22,000, 7/1/04-6/30/05.

- K. Almeroth, "Student Travel Support for the 14th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV)," National Science Foundation (NSF), $10,000, 5/1/04-8/31/04.

- K. Almeroth, "An Automated Indexing System for Remote, Archived Presentations," QAD Inc., $25,000, 5/1/04-6/30/05.

- K. Almeroth and M. Turk, "A Remote Teaching Assistant Support System," Microsoft, $40,000, 1/1/04-6/30/05.

- K. Almeroth, "Supporting Multicast Service Functionality in Helix," Real Networks, $30,000, 9/1/03-6/30/04.

- K. Almeroth and E. Belding, "Service Discovery in Mobile Networks," Nokia Summer Research Grant (U. Mohan), $10,240, 7/1/03-9/30/03.

- K. Almeroth, D. Zappala, "Building a Global Multicast Service," Cisco Systems Inc., $100,000, 1/1/03-6/30/04.

- K. Almeroth, "Developing A Dynamic Protocol for Candidate Access Router Discovery," Nokia Graduate Student Fellowship (R. Chalmers), $26,110, 9/01/02-6/30/03.

- B. Bimber and K. Almeroth, "The Role of Collaborative Groupware in Organizations," Toole Family Foundation, $182,500 ($20,000 cash plus $162,500 in software), 9/1/02-8/30/07.

- B. Manjunath, et al., "Digital Multimedia: Graduate Training Program in Interactive Digital Multimedia," National Science Foundation (NSF), $2,629,373, 4/1/02-3/31/07.

- J. Green, K. Almeroth, et al., "Inquiry in the Online Context: Learning from the Past, Informing the Future," UCSB Research Across Disciplines, $10,000, 9/1/01-8/31/02.

- K. Almeroth, "Monitoring and Maintaining the Global Multicast Infrastructure," Cisco Systems Inc., $54,600, 7/1/01-6/30/02.

- R. Kemmerer, K. Almeroth, et al., "Hi-DRA High-speed, Wide-area Network Detection, Response, and Analysis," Department of Defense (DoD), $4,283,500, 5/1/01-4/30/06.

- A. Singh, K. Almeroth, et al., "Digital Campus: Scalable Information Services on a Campus-wide Wireless Network," National Science Foundation (NSF), 1,450,000, 9/15/00-12/31/04.

- K. Almeroth, "Visualizing the Global Multicast Infrastructure," UC MICRO w/ Cisco Systems Inc., $85,438, 7/1/00-6/30/02.

- H. Lee, K. Almeroth, et al., "Dynamic Sensing Systems," International Telemetering Foundation, $260,000, 07/01/00-06/30/04.

- B. Bimber and K. Almeroth, "Funding for the Center on Information Technology and Society,"

$250,000 from Dialogic (an Intel Company) and $250,000 from Canadian Pacific.

- K. Almeroth, "CAREER: From Protocol Support to Applications: Elevating Multicast to a Ubiquitous Network Service," National Science Foundation (NSF), $200,000, 9/1/00-8/31/04.

- K. Almeroth, "Characterizing Multicast Use and Efficiency in the Inter-Domain," Sprint Advanced Technology Laboratories, $62,500, 3/1/00-6/30/01.

- K. Almeroth, "Producing the Next Generation of Multicast Monitoring and Management Protocols and Tools," UC MICRO w/ Cisco Systems Inc., $124,500, 7/1/99 - 6/30/01.

- K. Almeroth, "Utilizing Satellite Links in the Provision of an Inter-Wide Multicast Service," HRL Laboratories, $20,000, 7/1/99 - 6/30/00.

- T. Smith, K. Almeroth, et al., "Alexandria Digital Earth Prototype," National Science Foundation, $5,400,000, 4/1/99-3/31/04.

- V. Vesna, K. Almeroth, et al., "Online Public Spaces: Multidisciplinary Explorations in Multi-User Environments (OPS:MEME), Phase II," UCSB Research Across Disciplines, $50,000, 9/1/98-8/31/99.

- K. Almeroth, "Techniques and Analysis for the Provision of Multicast Route Management," UC MICRO w/ Cisco Systems Inc., $97,610, 7/1/98 - 6/30/00.

- K. Almeroth, "Capturing and Modeling Multicast Group Membership in the Multicast Backbone (MBone)," UC MICRO w/ Hughes Research Labs, $19,146, 7/1/98 - 12/31/99.

- K. Almeroth, "Building a Content Server for the Next Generation Digital Classroom," UCSB Faculty Research Grant, $5,000, 7/1/98-6/31/99.


## H. Research Honors and Awards

- IEEE Fellow Status, 2013
- Finalist for Best Paper Award, IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), June 2008
- Best Paper Award, Passive and Active Measurement (PAM) Conference, April 2007
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2006
- IEEE Senior Member Status, 2003
- Finalist for Best Student Paper Award, ACM Multimedia, December 2002
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2002
- Computing Research Association (CRA) Digital Government Fellowship, 2001
- National Science Foundation CAREER Award, 2000
- Best Paper Award, 7th International World Wide Web Conference, April 1998

# III. Service

## A. Professional Activities

### 1. Society Memberships

Member, Association for Computing Machinery (ACM): 1993-present
Member, ACM Special Interest Group on Communications (SIGComm): 1993-present
Fellow, Institute of Electrical and Electronics Engineers (IEEE): 1993-present
Member, IEEE Communications Society (IEEE ComSoc): 1993-present
Member, American Society for Engineering Education (ASEE): 2003-2006

### 2. Review Work for Technical Journals and Publishers

NSF CISE research proposals, IEEE/ACM Transactions on Networking, IEEE/ACM Transactions on Computers, IEEE/ACM Transactions on Communications, IEEE Transactions on Circuits and Systems for Video Technology, IEEE Transactions on Parallel and Distributed Systems, IEEE Transactions on Multimedia, IEEE Communications, IEEE Communications Letters, IEEE Network, IEEE Internet Computing, IEEE Multimedia, IEEE Aerospace & Electronics Systems Magazine, ACM Transactions on Internet Technology, ACM Transactions on Multimedia Computing, Communications and Applications, ACM Computing Surveys, ACM Computer Communications Review, ACM Computeres in Entertainment, ACM/Springer Multimedia Systems Journal, AACE Journal of Interactive Learning (JILR), International Journal of Computer Mathematics, Journal of Communications and Networks, Journal of Parallel and Distributed Computing, Journal of Network and Systems Management, Journal of High Speed Networking, Journal of Communications and Networks, Journal on Selected Areas in Communications, Journal of Wireless Personal Communications, Personal Mobile Communications, Annals of Telecommunications, International Journal of Wireless and Mobile Computing, Pervasive and Mobile Computing (PMC), Wireless Networks Journal, Computer Networks Journal, Cluster Computing, Computer Communications, Mobile Computing and Communications Review, Performance Evaluation, Software--Practice & Experience, Information Processing Letters, ACM Sigcomm, ACM Multimedia, ACM Network and System Support for Digital Audio and Video Workshop (NOSSDAV), ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon), ACM Sigcomm Workshop on Challenged Networks (CHANTS), IEEE Infocom, IEEE Globecom, IEEE Global Internet (GI) Symposium, IEEE Globecom Automatic Internet Symposium, IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium, IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM), IEEE International Conference on Network Protocols (ICNP), IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), IEEE International Conference on Multimedia and Exposition (ICME), IEEE International Conference on Communications (ICC), IEEE International Conference on Parallel and Distributed Systems (ICPADS) IEEE International Symposium on High-Performance Distributed Computing (HPDC), IEEE International Conference on Distributed Computing Systems (ICDCS), IEEE International Workshop on Quality of Service (IWQoS), IEEE/IFIP Network Operations and Management Symposium (NOMS), IFIP/IEEE International Symposium on Integrated Network Management (IM), IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS), IEEE Aerospace & Electronics Systems Magazine, SPIE Conference on Multimedia Computing and Networking (MMCN), IFIP

Networking, IASTED International Conference on Information Systems and Databases (ISD), IASTED International Conference on Communications, Internet, and Information Technology, IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA), IASTED International Conference on European Internet and Multimedia Systems and Applications (EuroIMSA), IASTED International Conference on Communications and Computer Networks (CCN), IASTED International Conference on Software Engineering and Applications (SEA), International Conference on Computer and Information Science (ICIS), International Association for Development of the Information Society (IADIS) International Conference on the WWW/Internet, Workshop on Network Group Communication (NGC), International Conference on Next Generation Communication (CoNEXT), International Conference on Parallel Processing (ICPP), International Conference on Computer Communications and Networks (IC3N), International Workshop on Hot Topics in Peer-to-Peer Systems (Hot-P2P), International Workshop on Wireless Network Measurements (WiNMee), International Workshop on Incentive-Based Computing (IBC), International Workshop on Multi-hop Ad Hoc Networks (REALMAN), International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM), International Packet Video (PV) Workshop, High Performance Networking Conference (HPN), International Parallel Processing Symposium (IPPS), International Symposium on Innovation in Information & Communication Technology (ISIICT), Workshop on Coordinated Quality of Service in Distributed Systems (COQODS), Pearson Education (Cisco Press) Publishers, Macmillan Technical Publishing, and Prentice Hall Publishers.

## 3. Conference Committee Activities

### Journal/Magazine Editorial Board
IEEE Transactions on Mobile Computing (TMC): 2006-2011, 2017-2020 (Associate Editor-in-Chief)
IEEE Networking Letters: 2018-2021
IEEE Transactions on Network and Service Management (TNSM): 2015-2021
Journal of Network and Systems Management (JNSM): 2011-present
IEEE/ACM Transactions on Networking (ToN): 2003-2009, 2013-2017
ACM Computers in Entertainment: 2002-2015
IEEE Network: 1999-2012
AACE Journal of Interactive Learning Research (JILR): 2003-2012
IEEE Transactions on Mobile Computing (TMC): 2006-2011
ACM Computer Communications Review (CCR): 2006-2010

### Journal/Magazine Guest Editorship

IEEE Journal on Selected Areas in Communications (JSAC) Special Issue on "Delay and Disruption Tolerant Wireless Communication", June 2008
Computer Communications Special Issue on "Monitoring and Measuring IP Networks", Summer 2005
Computer Communications Special Issue on "Integrating Multicast into the Internet", March 2001

### Conference/Workshop Steering Committee
IEEE International Conference on Network Protocols (ICNP): 2007-present
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006-present

IEEE Global Internet (GI) Symposium: 2005-2013, 2018-present
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2001-2020, 2005-2011 (chair), 2012-2020 (co-chair)
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2005-2009

### Conference/Workshop Chair

International Conference on Communication Systems and Networks (COMSNETS): 2014 (co-chair)
ACM International Conference on Next Generation Communication (CoNext): 2013 (co-chair)
ACM RecSys News Recommender Systems (NRS) Workshop and Challange: 2013 (co-chair)
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006 (co-chair)
IEEE International Conference on Network Protocols (ICNP): 2003 (co-chair), 2006
International Workshop on Wireless Network Measurements (WiNMee): 2006 (co-chair)
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2002 (co-chair)
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2002 (co-chair), 2003 (co-chair)
IEEE Global Internet (GI) Symposium: 2001 (co-chair), 2018 (co-chair)
International Workshop on Networked Group Communication (NGC): 2000 (co-chair)

### Program Chair

International Conference on Computer Communication and Networks (ICCCN): 2015 (Track co-chair) International Conference on Communication Systems and Networks (COMSNETS): 2010
IEEE International Conference on Network Protocols (ICNP): 2008 (co-chair)
IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2007 (co-chair)
IFIP Networking: 2005 (co-chair)

### Posters/Demonstrations Chair

ACM Sigcomm: 2012 (co-chair)

### Student Travel Grants Chair

ACM Sigcomm: 2010 (co-chair)

### Publicity Chair

IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2004 (co-chair)

### Keynote Chair

IEEE Infocom: 2005 (co-chair)

### Local Arrangements Chair

Internet2 "Field of Dreams" Workshop: 2000

## Tutorial Chair

ACM Multimedia: 2000
IEEE International Conference on Network Protocols (ICNP): 1999

## Panel/Session Organizer

NSF ANIR PI 2003 Panel on "Core Networking Issues and Protocols for the Internet"
CCW 2001 Session on "Multicast/Peer-to-Peer Networking"
NOSSDAV 2001 Panel on "Multimedia After a Decade of Research"
NGC 2000 Panel on "Multicast Pricing"

## Technical Program Committee

IEEE International Conference on Network Protocols (ICNP): 1999, 2000, 2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009 (Area Chair), 2010 (Area Chair), 2011 (Area Chair), 2012 (Area Chair), 2013, 2014 (Area Chair), 2015 (Area Chair), 2016 (Area Chair), 2017 (Area Chair), 2018 (Area Chair), 2019 (Area Chair), 2020 (Area Chair), 2021 (Area Chair)
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019
ACM Multimedia (MM): 2001, 2003, 2004, 2005 (short paper), 2006, 2007, 2008, 2008 (short paper), 2010, 2011, 2012, 2013, 2015, 2016, 2017, 2018, 2019, 2023, 2024
IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011 (Area Chair), 2012 (Area Chair), 2013, 2014 (Area Chair), 2015, 2016 (Area Chair), 2017, 2018, 2019
IEEE/IFIP Network Operations and Management Symposium (NOMS): 2004, 2006, 2010
IEEE Infocom: 2004, 2005, 2006, 2008, 2009, 2010 (Area Chair), 2011 (Area Chair), 2012 (Area Chair)
IFIP Networking: 2004, 2005, 2006, 2007, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2022
IEEE International Conference on Communications (ICC) Next Generation Networking and Internet Symposium (NGNI): 2018, 2019
ACM Workshop on Mobile Video (MoVid): 2014, 2015, 2016, 2017
ACM Student Research Competition (SRC) Grand Finals: 2014
Mobile and Social Computing for Collaborative Interactions (MSC): 2014
IEEE Conference on Communications and Network Security (CNS): 2013
IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM): 2005, 2006, 2007, 2008, 2009, 2010
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006, 2008, 2009, 2010, 2011, 2012, 2016, 2017, 2018, 2019
IEEE International Conference on Distributed Computing Systems (ICDCS): 2006, 2010, 2011, 2012, 2013
International Workshop on Wireless Network Measurements (WiNMee): 2006, 2008, 2010
ACM Sigcomm: 2004 (poster), 2008 (poster), 2010
IEEE International Conference on Computer Communication and Networks (IC3N): 2008, 2009, 2010, 2011, 2012
International Conference on Communication Systems and Networks (COMSNETS): 2009, 2010, 2011, 2012, 2013
International Conference on Sensor Networks (SENSORNETS): 2012

International Workshop on Social and Mobile Computing for Collaborative Environments (SOMOCO): 2012

Workshop on Scenarios for Network Evaluation Studies (SCENES): 2009, 2010, 2011

ACM Multimedia Systems (MMSys): 2010, 2011, 2012, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022

IEEE Internation Symposium on Multimedia (ISM): 2016

IEEE International Conference on Pervasive Computing and Communications (PerCom): 2010

IEEE Wireless Communications and Networking Conference (WCNC): 2010, 2011

ACM International Symposium on Mobility Management and Wireless Access (MobiWac): 2010, 2011

International Conference on Computing, Networking and Communications, Internet Services and Applications Symposium (ICNC-ISA): 2012, 2013

IEEE WoWMoM Workshop on Hot Topics in Mesh Networking (HotMesh): 2010, 2011, 2012, 2013

IEEE Workshop on Pervasive Group Communication (PerGroup): 2010

ACM International Conference on Next Generation Communication (CoNEXT): 2005, 2006, 2007, 2009, 2012

IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Wireless Communications, Networks and Systems Symposium: 2007, 2008, 2009

IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Internet Technologies Symposium: 2007, 2008, 2009

International Workshop on Mobile and Networking Technologies for Social Applications (MONET): 2008, 2009

Extreme Workshop on Communication-The Midnight Sun Expedition (ExtremeCom): 2009

IEEE International Workshop on Cooperation in Pervasive Environments (CoPE): 2009

International Workshop on the Network of the Future (FutureNet): 2009, 2010, 2011, 2012

IEEE International Conference on Multimedia and Exposition (ICME): 2010

SPIE Conference on Multimedia Computing and Networking (MMCN): 2004, 2008

ACM Sigcomm Workshop on the Economics of Networks, Systems, and Computation (NetEcon): 2008

IEEE International Conference on Communications (ICC): 2008

IEEE International Conference on Mobile Ad-hoc and Sensor Systems (MASS): 2008

IFIP/IEEE International Symposium on Integrated Network Management (IM): 2005, 2007

Global Internet (GI) Symposium: 2001, 2002, 2004, 2006, 2007, 2022, 2023

IEEE/ACM International Conference on High Performance Computing (HiPC): 2007

ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc): 2007

IEEE Workshop on Embedded Systems for Real-Time Multimedia (ESTIMedia): 2007

IEEE/IFIP Wireless On Demand Network Systems and Services (WONS): 2007

IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2001, 2002, 2003, 2004, 2005, 2006

IASTED International Conference on European Internet and Multimedia Systems and Applications (EuroIMSA): 2004, 2006

IEEE International Conference on Parallel and Distributed Systems (ICPADS): 2005, 2006

IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium: 2006

International Workshop on Incentive-Based Computing (IBC): 2006

IEEE International Workshop on Quality of Service (IWQoS): 2006, 2014, 2015

International Workshop on Multi-hop Ad Hoc Networks (REALMAN): 2006
IEEE Globecom Automatic Internet Symposium: 2005
ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon): 2005
International Conference on Parallel Processing (ICPP): 2001, 2003, 2004
International Packet Video (PV) Workshop: 2002, 2003, 2004
IEEE International Symposium on High-Performance Distributed Computing (HPDC): 2004
International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM): 2004
International Symposium on Innovation in Information & Communication Technology (ISIICT): 2004
Workshop on Coordinated Quality of Service in Distributed Systems (COQODS): 2004
IASTED International Conference on Networks and Communication Systems (NCS): 2004
IASTED International Conference on Communications, Internet, and Information Technology (CIIT): 2004
IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA): 2003, 2004
International Workshop on Networked Group Communication (NGC): 1999, 2000, 2001, 2002, 2003
International Association for Development of the Information Society (IADIS)
International Conference on the WWW/Internet: 2003
International Conference on Computer and Information Science (ICIS): 2003
Human.Society@Internet: 2003
IASTED International Conference on Communications and Computer Networks (CCN): 2002
The Content Delivery Networks (CDN) Event: 2001
IP Multicast Initiative Summit: 1998, 1999, 2000
Corporation for Education Network Initiatives in California (CENIC): 1999
Internet Bandwidth Management Summit (iBAND): 1998, 1999

## B. Technical Activities

### 1. Working Groups

Internet2 Working Group on Multicast, Chair: 1998-2005
IEEE Communications Society Internet Technical Committee (ITC), Conference Coordinator: 2000-2004
IETF Multicast Directorate (MADDOGS), Member: 1999-2001
IASTED Technical Committee on the Web, Internet and Multimedia, Member: 2002-2005
Internet Engineering Task Force (IETF), various working groups: 1995-present

### 2. Meeting Support Work

Internet Engineering Task Force MBone broadcasts: 1995-2005
Conference MBone broadcasts: Sigcomm '99, and '00
Interop+Networld Network Operations Center (NOC) Team Member: 1995-1997

ACM Multimedia technical staff: 1994

## C. University of California Committees

### 1. Department of Computer Science Committees

Public Relations: 2005-2006 (chair 2005-2006), 2009-2011 (chair 2009-2011)
Strategic Planning: 2000-2002, 2003-2006, 2009-2011
Undergraduate Advising and Affairs: 2006-2007, 2014-2015
Vice Chair: 2000-2005
Graduate Admissions: 2000-2005 (chair 2000-2005), 2011-2012
Graduate Affairs: 2000-2005 (co-chair 2000-2005)
Teaching Administration: 2000-2005
Facilities: 1997-2001 (chair 1999-2000), 2006-2007
External Relations: 1999-2002
Computer Engineering Public Relations: 2011-2012
Computer Engineering Awards: 2011-2012
Computer Engineering Administration/Recruiting: 1998-2001
Computer Engineering Lab and Computer Support: 1998-2001
Faculty Recruiting: 1999-2002
Graduate Advising: 1998-1999, 2000-2005

### 2. University Committees

Member, Campus Budget and Planning: 2013-2015
Faculty, Cognitive Science Program: 2006-2020
Faculty, Technology Management Program (TMP): 2003-2014
Faculty, Media Arts and Technology (MAT) Program: 1998-2014
Faculty, Computer Engineering Degree Program: 1998-2020
Steering Committee, Center for Information Technology and Society (CITS): 2012-2020
Associate Director, Center for Information Technology and Society (CITS): 1999-2012
Member, Campus Committee on Committees: 2010-2013
Member, Campus Income and Recharge Committee: 2010-2013
Member, College of Engineering Executive Committee: 2010-2012 (chair 2011-2012), 2014-2015 (chair 2014-2015)
Member, Distinguished Teaching Award Committee: 2009, 2010, 2011
Member, Campus Classroom Design and Renovation Committee: 2003-2010
Member, ISBER Advisory Committee: 2008-2011
Member, Fulbright Campus Review Committee: 2007
Member, Faculty Outreach Grant Program Review Committee: 2007
Executive Vice Chancellor's Information Technology Fee Committee: 2005-2006
Council on Research and Instructional Resources: 2003-2006
Executive Vice Chancellor's Working Group on Graduate Diversity: 2004-2005
Member, Engineering Pavillion Planning Committee: 2003-2005
Information Technology Board: 2001-2004
Executive Committee, Center for Entrepreneurship & Engineering Management (CEEM): 2001-2004

**3. System Wide Committees**

UCSB Representative to the Committee on Information Technology and Telecommunications Policy (ITTP): 2003-2005
UCSB Representative to the Executive Committee, Digital Media Innovation (DiMI): 1998-2003

## D. Georgia Tech Committees and Service (while a graduate student)

Graduate Student Body President: 1994-1995
Georgia Tech Executive Board: 1994-1995
Georgia Tech Alumni Association Executive Committee: 1994-1995
Dean of Students National Search Committee: 1995
Institute Strategic Planning Committee: 1994-1996

Cases in last 4 years I have been deposed or testified at hearing/trial:

➢ A deposition and trial testimony in Certain Audio Players and Controllers, Components, Thereof and Products Containing the Same (ITC Inv. No. 337-TA-1191) [Sonos, Inc. v. Google LLC and Alphabet, Inc.]. 11/2019-02/2021.

➢ A deposition in Finjan, Inc. v. Cisco Systems, Inc. (5:17-cv-00072-BLF-SVK, N. D. Cal). 02/2019-02/2021.

➢ A deposition and trial testimony in Gigamon, Inc. v. Apcon, Inc. (2:19-cv-300-JRG, E. D. Tex.). 09/2019-04/2021.

➢ A deposition in Certain IP Camera Systems including Video Doorbells and Components Thereof (US ITC Inv. No. 337-TA-1242) [SkyBell Technologies, Inc., SB IP Holdings, LLC, and Eyetalk365, LLC v. SimpliSafe, Inc., Arlo Technologies, Inc., and Vivint Smart Home, Inc.]. 02/2021-09/2021.

➢ A deposition in Warner Records, Inc. et al. v. Charter Communications, Inc. (19-cv-00874-RBJ-MEH, D. Colo.). 11/2019-10/2021.

➢ A deposition and trial testimony in VideoShare, LLC v. Google LLC (6:19-cv-00663-ADA, W. D. Tex.). 06/2021-11/2021.

➢ A deposition in The Chamberlain Group, LLC v. Overhead Door Corp. (2:21-cv-0084, E. D. Tex.). 11/2021-12/2021.

➢ Depositions in Contour IP Holding, LLC v. GoPro, Inc. (17-cv-04738-WHO, N. D. Cal.). 10/2019-12/2021.

➢ A deposition in Chewy, Inc. v. International Business Machines Corporation (1:21-cv-1319-JSR, S. D. N. Y.). 04/2021-02/2022.

➢ A deposition in Flexiworld Technologies, Inc. v. Roku, Inc. (6:20-cv-00819-ADA, W. D. Tex.). 10/2021-02/2022.

➢ A deposition in Proven Networks, LLC v. NetApp, Inc. (6:20-cv-00369-ADA, W. D. Tex.). 08/2020-03/2022.

➢ Trial testimony in Two Way Media LTD v. Telefonica (517/2017-X, Barcelona, Spain). 12/2015-05/2022.

➢ A deposition and claim construction hearing testimony in Peloton Interactive, Inc. v. Icon Health and Fitness, Inc. (1:20-cv-00662-RGA, D. Del). 10/2020-05/2022.

➢ Depositions in Icon Health and Fitness, Inc. v. Peloton Interactive, Inc. (20-1386-RGA, D. Del.). 10/2020-05/2022.

➢ A deposition and hearing testimony in UMG Recordings, Inc., et al. v. Bright House Networks, LLC (8:19-cv-00710-MSS-TGW, M. D. Fla.). 11/2019-05/2022.

➢ A deposition in Inter Partes Review of U.S. Patent Nos. 9,860,198 (IPR2021-00882) and 10,728,192 (IPR2021-00883) [Meta Platforms, Inc. v. Wrinkl Inc.]. 12/2021-06/2022.

➢ Depositions in TQ Delta, LLC v. AdTran, Inc. (14-cv-954-RGA, 15-cv-121-RGA, D. Del). 03/2017-06/2022.

➢ Depositions in Inter Partes Review of U.S. Patent Nos. 8,166,081 (IPR2021-01267), 8,688,028 (IPR2021-01303), 8,903,307 (IPR2021-01305), and 8,200,203 (IPR2021-01371) [Hyundai Motor America v. StratosAudio, Inc.]. 06/2021-08/2022.

➢ A deposition and trial testimony in Shopify, Inc. v. Express Mobile, Inc. (1:19-cv-00439-RGA, D. Del.). 05/2020-08/2022.

➢ A deposition in FirstFace Co, LTD v. Apple, Inc (3:18-cv-02245-JD, N. D. Cal.). 05/2022-11/2022.

➢ Depositions in Inter Partes Review of U.S. Patent Nos. 9,291,475 (IPR2022-00708 and IPR2023-00031); 9,602,608 (IPR2022-00709); 7,484,008 (IPR2022-00857); and 6,832,283 (IPR2022-0970) [Toyota Motor Corp. and American Honda Motor Co, Inc. v. Intellectual Ventures II LLC]. 01/2022-02/2023.

➢ A deposition and trial testimony in Express Mobile, Inc. v. GoDaddy.com, LLC (1:19-cv-01937-RGA, D. Del.). 05/2020-03/2023.

➢ A deposition in Inter Partes Review of U.S. Patent No. 9,182,231 (IPR2022-00586) [Qualcomm Inc. v. FedEx Corporate Services, Inc.]. 09/2021-04/2023.

➢ A deposition in WebRoot, Inc. and Open Text, Inc. v. Trend Micro, Inc. (22-cv-00239-ADA-DTG, W. D. Tex.). 06/2022-04/2023.

➢ Depositions and trial testimony in Sonos, Inc. v. Google LLC (6:20-cv-881-ADA, W. D. Tex.; 3:20-cv-06754-WHA, N. D. Cal.; and 3:21-cv-07559-WHA, N. D. Cal.). 11/2019-05/2023.

➢ A deposition in Inter Partes Review of U.S. Patent No. 8,072,968 (IPR2022-00890) [IBM Corp. v. Ebates Performance Marketing, Inc.]. 06/2022-05/2023.

➢ Depositions and trial testimony in Personal Audio, LLC v. Google, Inc. (1:17-cv-01751-VAC-CJB, D. Del) 03/2018-06/2023.

➢ A deposition and trial testimony in Centripetal Networks, Inc. v. Cisco Systems, Inc. (2:18-cv-00094, E. D. Va.). 01/2019-06/2023.

➢ A deposition in Orckit Corp v. Cisco Systems, Inc. (2:22-cv-276, E. D. Tex.). 05/2023-06/2023.

➢ A deposition and trial testimony in Touchstream Technologies, Inc. v. Google, LLC (6:21-cv-00569-ADA, W. D. Tex.). 08/2022-07/2023.

➢ A deposition in Inter Partes Review of U.S. Patent No. 8,784,113 (IPR2022-01439) [Go1 Pty, Ltd. v. OpenSesame, Inc.]. 01/2022-09/2023.

➢ A deposition and trial testimony in SB IP Holdings, LLC v. Vivint Smart Home, Inc. (4:20-cv-00886-ALM, E. D. Tex.). 12/2021-10/2023.

➢ Depositions and trial testimony in Alacritech, Inc. v. Centurylink Communications LLC; Winstron Corporation, Dell, Inc. (2:16-cv-693-RWS, 2:16-cv-692-RWS, 2:16-cv-695-RWS, E. D. Tex.). 04/2016-10/2023.

➢ A deposition in Inter Partes Review of U.S. Patent Nos. 9,503,498 (IPR2023-00185); 9,516,091 (IPR2023-00186); and 8,924,457 (IPR2023-00187) [Bright Data LTD v. Oxylabs, UAB]. 06/2020-11/2023.

- Trial testimony in <u>GoodRx, Inc.</u> v. Famulus Health LLC (AAA Ref. No. 01-23-000-5919). 06/2023-11/2023.

- A deposition in Entropic Communications LLC v. <u>Charter Communications, Inc.</u> (2:22-cv-00125-JRG, E. D. Tex.).  03/2023-12/2023.

- Depositions in Post-Grant Review of U.S. Patent No. 10,782,951 (PGR2021-00096) and 11,157,256 (PGR2022-00053) [<u>IronSource Ltd.</u> v. Digital Turbine, Inc.].  05/2021-12/2023.

- Trial testimony in Certain Wi-Fi Routers, Wi-Fi Devices, Mesh Wi-Fi Network Devices, and Hardware and Software Components Thereof (US ITC Inv. No. 337-TA-1361) [Netgear v. <u>TP-Link</u>]. 05/2023-01/2024.

- A deposition in Certain Fitness Devices, Streaming Components Thereof, and Systems Containing Same (US ITC Inv. No. 337-TA-1265E) [<u>iFit Inc., FreeMotion Fitness, Inc. and NordicTrack, Inc.</u> v. DISH DBS Corporation, DISH Technologies LLC, and Sling TV LLC]. 10/2023-02/2024.

- Depositions in IBM Corp. v. <u>Rakuten, Inc. and Ebates Performance Marketing, Inc.</u> (21-461-VAC, D. Del.). 06/2022-06/2024.

- A deposition and trial testimony in <u>Omnitracs, LLC</u> v. Platform Science, Inc. (3:20-cv-0958-CAB-DDL, S. D. Cal.). 05/2023-07/2024.

- A deposition and trial testimony in International Business Machines Corp v. <u>Zynga, Inc.</u> (22-590-GBW, D. Del.). 08/2023-09/2024.

- A deposition in Lionra Technologies Limited v. <u>Fortinet, Inc.</u> (2:22-cv-00322-JRG-RSP, E. D. Tex.). 02/2023-09/2024.

- A deposition in NetSocket, Inc. v. <u>Cisco Systems, Inc.</u> (2:22-cv-00172-JRG, E. D. Tex.). 09/2022-08/2024.

- A deposition in <u>Motorola Solutions, Inc.</u> v. Hytera Communications Corp. LTD (1:17-cv-01972, N. D. Ill.).  04/2017-present.

- Depositions and trial testimony in Luminati Networks Ltd. v. <u>UAB Tesonet and UAB Metacluster LT</u> (2:18-cv-00299-JRG, E. D. Tex.); Luminati Networks Ltd. v. <u>Teso LT, UAB; Oxysales, UAB; and Metacluster LT, UAB,</u> (2:19-cv-00395-JRG, E. D. Tex.); Luminati Networks Ltd. v. <u>Code 200, UAB; Oxysales, UAB; and Metacluster LT, UAB</u> (2:19-cv-00396-JRG, E. D. Tex.); Bright Data Networks Ltd. v. <u>Tefincom S.A.</u> (2:19-cv-00414-JRG, E. D. Tex.); Metacluster LT, UAB v. Bright Data Ltd. (2:23-cv-00011-JRG-RSP, E. D. Tex.); Bright Data Ltd. v. Oxylabs, UAB (2:23-cv-00171-JRG-RSP, E. D. Tex.). 06/2020-present.

- A deposition in WSOU Investments, LLC v. <u>Cisco Systems, Inc.</u> (6:20-cv-00128-ADA, W. D. Tex.). 03/2021-present.

- A deposition in Zilkr Cloud Technologies, LLC v. <u>Cisco Systems, Inc.</u> (2:22-cv-00166-JRG-RSP, E. D. Tex.). 02/2023-present.

- A deposition in STA Group, LLC v. <u>Motorola Solutions, Inc.</u> (2:22-cv-00381-JRG-RSP, E. D. Tex.). 05/2023-present.

➤ A deposition in NEC Corporation v. <u>Peloton Interactive, Inc.</u> (1-22-cv-00987-CJB, D. Del.). 08/2023-present.

➤ A deposition in <u>Antonio McKinney et al.</u> v. Corsair Gaming, Inc. (3:22-cv-00312-CRB, N. D. Cal.). 07/2023-present.

➤ A deposition in VidStream, LLC v. <u>X, formerly Twitter, Inc.</u> (3:16-cv-0764-N, N. D. Tex.). 07/2016-present.

➤ A deposition in Marble VOIP Partners LLC v. <u>Zoom Video Communications, Inc.</u> 4:23-cv-03619-JSW, N. D. Cal.).  12/2023-present.

➤ A deposition in Western Digital Technologies, Inc. v. <u>Viasat, Inc.</u> (4:22-cv-4376-HSG, N. D. Cal.). 08/2022-present.

➤ Depositions in Partes Review of U.S. Patent Nos. 7,230,931 (IPR2023-00098) and 9,426,794 (IPR2023-01147) [<u>Verizon Wireless</u> v. General Access Solutions, Ltd.]. 03/2023-present.

➤ Depositions in Video Solutions PTE. LTD. v. <u>Cisco Systems, Inc.</u> (2:23-cv-222-JRG, E. D. Tex.).  08/2023-present.

➤ A deposition in <u>Touchstream Technologies, Inc.</u> v. Comcast Cable Communications, LLC (2:23-cv-00062-JRG, E. D. Tex.). 01/2024-present.

➤ Depositions in STA Group LLC v. <u>Motorola Solutions, Inc.</u> (2:22-cv-00030-JRG-RSP, E. D. Tex.). 04/2024-present.

➤ A deposition in <u>Robocast, Inc.</u> v. Netflix, Inc. (1:22-cv-00305-RGA, D. Del.).  07/2022-present.

➤ A deposition in <u>Time Warner Cable Enterprises, LLC</u> v. Nokia of America Corp. (650748/2022, IAS Part 43, N. Y.). 01/2024-present.

➤ A deposition in <u>Charter Communications, LLC</u> v. Sonus Networks, Inc. and Ribbon Communications Operating Company, Inc. (N22C-09-529-EMD-CCLD, DE and 653435/2022, Part 49, N. Y.). 01/2024-present.

➤ A deposition in SmartSky Networks, LLC v. <u>Gogo Business Aviation, LLC</u> (22-266-VAC, D. Del.).  12/2023-present.

➤ A deposition in Stellar LLC v. <u>Motorola Solutions, Inc. and Watchguard Video, Inc.</u> (4:23-cv-750-SDJ, E. D. Tex.). 01/2024-present.