UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>                    Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK<br>TECHNOLOGY CO., LTD., and<br>YEALINK NETWORK<br>TECHNOLOGY CO., LTD.<br><br>                    Defendants. | Case No. 2:23-CV-00521-JRG-RSP |

**ORDER GRANTING PLAINTIFFS' SECOND MOTION TO COMPEL DEFENDANTS' DOCUMENT PRODUCTION AND INTERROGATORY RESPONSES**

Before this Court is Plaintiffs Barco, Inc. and Barco NV's (collectively, "Barco") Second Motion to Compel Defendants' to Produce Documents and Interrogatory Responses, including (1) technical documents on the design and development of the Accused Products; (2) unredacted and complete U.S. sales data; (3) a completed license agreement; (4) any market research; (5) Yealink's source code; and (6) supplement Yealink's response to Interrogatory No. 12 regarding Yealink's noninfringement positions or admit infringement in response to Barco's Requests for Admission Nos. 1 to 38. The Court having considered the Motion and related documents hereby GRANTS Plaintiffs' Motion.

IT IS THEREFORE ORDERED that Plaintiffs' motion is GRANTED. The Court orders Defendants, within two weeks from the entry of this Order, to produce: (1) technical documents on the design and development of the Accused Products; (2) unredacted and complete U.S. sales

1

data; (3) a completed license agreement; (4) any market research; (5) Yealink's source code; and (6) supplement Yealink's response to Interrogatory No. 12 regarding Yealink's noninfringement positions or admit infringement in response to Barco's Requests for Admission Nos. 1 to 38.