# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC., ET AL. § | |
| § | |
| v. § | Case No. 2:23-CV-0521-JRG-RSP |
| § | |
| YEALINK (USA) NETWORK § | |
| TECHNOLOGY CO., LTD., ET AL. § | |

**Markman and Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
March 11, 2025

**OPEN:** 3:04 pm                                          **ADJOURN:** 4:47 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Eric Halverson |
| | Josh Andrews |
| | Chris Centurelli |
| | Tom Gorham |
| ATTORNEY FOR DEFENDANTS: | Forrest Gothia |
| | Stephen Yang |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Tom Gorham introduced co-counsel and announced ready. Forrest Gothia introduced co-counsel and announced ready.

The Court heard argument on a term by term basis. Eric Halverson and Josh Andrews presented argument on behalf of Plaintiffs. Stephen Yang presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.

Mr. Halverson then argued Plaintiffs' Second Motion to Compel Defendants' Document Production and Interrogatory Responses (Dkt. No. 75). Mr. Yang responded. The Court carried the motion.