# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC., ET AL. § | |
| § | |
| v. § | Case No. 2:23-CV-0521-JRG-RSP |
| § | |
| YEALINK (USA) NETWORK § | |
| TECHNOLOGY CO., LTD., ET AL. § | |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Hon. David Folsom, Folsom ADR PLLC, 6002 Summerfield Drive, Texarkana, Texas 75503, telephone number 903-277-7303, and email david @folsomadr.com, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**SIGNED this 9th day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE