IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BARCO, INC. et al, | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:23-cv-00521-JRG-RSP |
| YEALINK (USA) NETWORK | § | |
| TECHNOLOGY CO., LTD. et al, | § | |
| *Defendants* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Thursday, May 15, 2025, between Plaintiffs and Defendants. The mediation has been suspended. The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 16th day of May 2025.

/ s /  David Folsom
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone:  (903) 277-7303
Email:  david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 16, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/ s /  David Folsom
David Folsom