# EXHIBIT C

*Redacted in Entirety*