# Exhibit B



August 23, 2023

Christopher Centurelli
christopher.centurelli@klgates.com

T +1 617 261 3276
F +1 617 261 3175

**By FedEx and Email**

**Huirong Zhang, Secretary/CEO
Marc Rawls, Registered Agent
Wang Yan, Employee
Yealink Network Technology Co., Ltd.
Yealink (USA) Network Technology Co., Ltd.
999 Peachtree St. Suite 2300
Atlanta, GA 30309**

Re:   Cease and Desist Yealink Infringement of Barco Patents

Dear Mr. Zhang, Mr. Rawls, and Mr. Wang:

I am following up on our email correspondence, to which I have not received a response since July 10, when Mr. Wang represented that Yealink would "keep in touch" regarding Barco's patents. In addition to the previously identified patents infringed by Yealink's A20-020-TEAMS Video Bar and WPP30 Presentation Pod, US 11,422,951 B2; US 10,795,832 B2; and US 10,762,002 B2, we have identified two additional patents that are infringed by Yealink's continued sale of these products, U.S. Patent No 10,904,103 and 11,403,237. These five patents represent a small portion of Barco's overall patent portfolio and additional patents of interest to Yealink can be found at https://www.barco.com/us-en/about/patents. Barco reserves its right to identify additional patents that are infringed by Yealink's products.

Barco requests a response regarding Yealink's ongoing infringement of Barco's patents. If Barco does not receive a satisfactory response to resolve Yealink's infringement, Barco is prepared to take all steps necessary to protect its intellectual property rights.

I await your prompt response.

Very truly yours

Christopher Centurelli

K&L GATES LLP
STATE STREET FINANCIAL CENTER   ONE LINCOLN STREET   BOSTON   MA 02111
T +1 617 261 3100  F +1 617 261 3175  klgates.com
316095416.2

BARCO_0052328
BARCO_0052328