# Exhibit C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

---

| | |
|---|---|
| BARCO, INC. and BARCO NV, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Case No. 2:23-CV-0521-JRG-RSP |
| | ) |
| v. | ) |
| | ) |
| YEALINK (USA) NETWORK | ) |
| TECHNOLOGY CO., LTD., and | ) |
| YEALINK NETWORK | ) |
| TECHNOLOGY CO., LTD. | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

**PLAINTIFFS' DISCLOSURE OF ASSERTED**
**CLAIMS AND INFRINGEMENT CONTENTIONS**

Pursuant to Local Patent Rules 3-1 and 3-2, Plaintiffs Barco, Inc. and Barco NV (collectively, "Barco" or "Plaintiffs") hereby provide defendants Yealink (USA) Network Technology Co., Ltd. ("Yealink USA"), and Yealink Network Technology Co., Ltd. ("Yealink China") (collectively, "Yealink" or "Defendants") its Disclosure of Asserted Claims and Infringement Contentions.

Barco presents these Infringement Contentions regarding Yealink's infringement of U.S. Patent Nos. 10,762,002 B2 (the "'002 Patent"); 10,795,832 B2 (the "'832 Patent"); 10,904,103 (the "'103 Patent"); 11,258,676 (the "'676 Patent"); 11,403,237 (the "'237 Patent"); and 11,422,951 B2 (the "'951 Patent") (collectively, the "Asserted Patents"). Barco makes these disclosures based on the limited information available at the early, pre-discovery, stage of this litigation. Because Yealink's infringement is ongoing, and because full discovery of Yealink has not yet occurred, Barco reserves the right to amend or supplement these disclosures—including to

supplement its infringement contentions pursuant to P.R. 3-6—with additional information obtained in the course of discovery or further investigation concerning Yealink's products.

## I.    BARCO'S P.R. 3-1 DISCLOSURES

### A.    P.R. 3-1(a): Infringed Claims

Subject to ongoing discovery and investigation, Barco asserts that Yealink infringes literally and/or under the doctrine of equivalents:

i.   Claims 1-23 of the '002 Patent directly under 35 U.S.C. §§ 271(a) by making, using, offering to sell, selling, and/or importing Yealink's WPP30 Presentation Pod and similarly operating devices such as, but not limited to, WPP20, which when used with a connected device, infringes systems claimed in the '002 Patent.  Additionally, Yealink indirectly infringes under 35 U.S.C. § 271(b) and (c) by inducing and/or contributing to the infringement of its customers, wherein the underlying infringement is the customers' use of Yealink's WPP30 Presentation Pod.

ii.  Claims 1-4, 6-8, and 13-19 of the '832 Patent directly under 35 U.S.C. §§ 271(a) by, making, using, offering to sell, selling, and/or importing Yealink's WPP30 Presentation Pod and similarly operating devices such as, but not limited to, WPP20.  Additionally, Yealink indirectly infringes under 35 U.S.C. § 271(b) and (c) by inducing and/or contributing to the infringement of its customers, wherein the underlying infringement is the customers' use of Yealink's WPP30 Presentation Pod.

iii. Claims 1, 2, 4-8, and 12-21 of the '103 Patent directly under 35 U.S.C. §§ 271(a) by making, using, offering to sell, selling, and/or importing Yealink's WPP30 Presentation Pod and similarly operating devices such as, but not limited to, WPP20.  Additionally, Yealink indirectly infringes under 35 U.S.C. § 271(b) and (c) by inducing and/or

contributing to the infringement of its customers, wherein the underlying infringement is the use of Yealink's WPP30 Presentation Pod with Yealink's Meeting Bar A20-020-TEAMS Video Bar, Yealink's Room Cast, or Yealink's Meeting Board.

iv.  Claims 1-20 of the '676 Patent directly under 35 U.S.C. §§ 271(a) by making, using, offering to sell, selling, and/or importing Yealink's A20-020-TEAMS Video Bar or Yealink's Meeting Board on Android and Yealink's WPP30 Presentation Pod and similarly operating devices such as, but not limited to, WPP20.  Additionally, Yealink indirectly infringes under 35 U.S.C. § 271(b) and (c) by inducing and/or contributing to the infringement of its customers, wherein the underlying infringement is the use of Yealink's WPP30 Presentation Pod with Yealink's A20-020-TEAMS Video Bar or Yealink's Meeting Board.

v.  Claims 1-20 of the '237 Patent directly under 35 U.S.C. §§ 271(a) by making, using, offering to sell, selling, and/or importing Yealink's WPP30 Presentation Pod and similarly operating devices such as, but not limited to, WPP20.  Additionally, Yealink indirectly infringes under 35 U.S.C. § 271(b) and (c) by inducing and/or contributing to the infringement of its customers, wherein the underlying infringement is the use of Yealink's WPP30 Presentation Pod.

vi.  Claims 1-21 of the '951 Patent directly under 35 U.S.C. §§ 271(a) by making, using, offering to sell, selling, and/or importing Yealink's WPP30 Presentation Pod and similarly operating devices such as, but not limited to, WPP20, along with Yealink's A20-020-TEAMS Video Bar, Yealink's Room Cast, or Yealink's Meeting Board. Additionally, Yealink indirectly infringes under 35 U.S.C. § 271(b) and (c) by inducing and/or contributing to the infringement of its customers, wherein the underlying

infringement is the use of Yealink's WPP30 Presentation Pod and A20-020-TEAMS Video Bar, Yealink's Room Cast, or Yealink's Meeting Board on Android.

### B.    P.R. 3-1(b): Accused Instrumentality

Subject to ongoing discovery and investigation, and based on present information and belief, Barco contends that the Asserted Claims of the Patents-in-Suit are infringed by Yealink's products as identified in the charts attached hereto as Exhibits A-1 to F-1, respectively, ("Accused Instrumentalities").  Specifically, Barco has identified Yealink's A20-020-TEAMS Video Bar, Yealink's Room Cast, Yealink's Meeting Board on Android and WPP30 Presentation Pod, and any similarly situated products, as Accused Instrumentalities that infringe the identified Asserted Claims of the Patent-in-Suit based on the current information available to Barco.  Barco reserves the right to supplement its infringement contentions to identify additional products and/or services, if necessary, when it is provided with non-public documents from third parties and/or Yealink via the discovery process.

### C.    P.R. 3-1(c): Infringement Charts

Subject to ongoing discovery and investigation, and based on present information and belief, Barco contends that each element of each identified Asserted Claim of the Patents-in-Suit is found within each Accused Instrumentality as shown in the infringement charts (Exhibits A-1 to F-3) incorporated herein in their entirety.  Barco's identification in the claim charts is exemplary and based upon public information currently available to Barco.

Barco reserves the right to amend its asserted claims and infringement contentions pursuant to P.R. 3-6 as discovery progresses and additional information is gathered.

**D.     P.R. 3-1(d): Literal Infringement and Infringement Under the Doctrine of Equivalents**

Subject to ongoing discovery and investigation, and based on available information obtained to date, Barco hereby contends that each element of each asserted claim is literally present in each of the Accused Instrumentalities as specifically shown in Exhibits A-1 to F-3 unless otherwise stated in those exhibits.  As stated above, discovery is necessary to further develop Barco's infringement positions—either literal or under the doctrine of equivalents—and the Court has yet to issue a claim construction order.  Pursuant to P.R. 3-6, Barco expressly reserves the right to amend and supplement its position on whether there is infringement under the doctrine of equivalents of any element of any asserted claim until full discovery from Yealink (and/or third parties) is completed and/or pending this Court's claim construction order.

**E.     P.R. 3-1(e): Priority Dates**

Barco states that each and every Asserted Patent is entitled to a priority date at least as early based on the earliest effective filing date of provisional patent application to which that asserted patent ultimately claims priority.  Moreover, certain documents produced thus far, including those identified in response to P.R. 3-2, support an earlier priority date.  Based on the investigation completed thus far, Barco contends each of the Asserted Patents is entitled to at least the following priority date:

| United States Patent No. | Priority Date |
|---|---|
| 10,762,002 | June 24, 2010 |
| 10,795,832 | June 24, 2010 |
| 10,904,103 | June 24, 2010 |
| 11,258,676 | June 24, 2010 |
| 11,403,237 | June 24, 2010 |
| 11,422,951 | June 24, 2010 |

### F.    P.R. 3-1(f): Right to Rely on Barco's Own Instrumentality

Barco practices the Asserted Claims in Barco's ClickShare® Products, including: C-5, C-10, CX-20, CX-30, CX-50, CX-50 Gen2, and Button as further identified at www.barco.com/en/about/terms-conditions/patents.

## II.    DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE

### A.    Documents Responsive to P.R. 3-2(a)

Barco has produced certain documents, including those at BARCO_0010839–BARCO_0011093 that are responsive to P.R. 3-2(a).  Barco will supplement this response with any additional relevant, non-privileged documents requested and identified in the future, subject to Barco's objections, and as required and limited by the Local Rules and Federal Rules of Civil Procedure.

### B.    Documents Responsive to P.R. 3-2(b)

Barco has produced certain documents, including those at BARCO_0011094–BARCO_0052308 that are responsive to P.R. 3-2(b).  Barco will supplement this response with any additional relevant, non-privileged documents requested and identified in the future, subject to Barco's objections, and as required and limited by the Local Rules and Federal Rules of Civil Procedure.

### C.    Documents Responsive to P.R. 3-2(c)

Pursuant to P.R. 3-2(c), copies of the file history of the Asserted Patents have been produced at BARCO_0000042–BARCO_0010838.

## III.    CONCLUSION

The information contained in these disclosures is based on Barco's analysis of the facts it currently possesses and based on Barco's review of public information reasonably available to it

prior to discovery.  Barco reserves the right to supplement, modify, and/or amend these disclosures as new information is learned, becomes available, and as discovery progresses.

Dated: March 11, 2024

*/s/ Erik J. Halverson*
Melissa Smith (Texas Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: +1 903 934 8450
Facsimile: +1 903 934 9257
melissa@gillamsmithlaw.com

Christopher Centurelli (pro hac vice)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (pro hac vice)
Anna.lhommedieu@klgates.com
Joshua N. Andrews (pro hac vice)
Joshua.Andrews@klgates.com
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Telephone: (617) 261-3100

Erik J. Halverson (pro hac vice)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Ctr,
Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238

*Attorneys for Plaintiffs*
*Barco, Inc. and Barco N.V.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 11, 2024 to counsel of record for Defendants via email at the following addresses:

Elizabeth M. Chiaviello
Morgan, Lewis & Bockius LLP
1717 Main Street Suite 3200
Dallas, TX 75201
Telephone: 214-446-4000
Fax: 214-466-4001
Email: Elizabeth.Chiaviello@morganlewis.com

*/s/ Erik J. Halverson*
Erik Halverson

# EXHIBIT A-1

A-1; US Patent No. US 10,762,002 B2

**Product**: **Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| device obtains screen scraped data. | |
| 16. They system of claim 15 wherein the client application is a portable application. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 17. The system of claim 11 wherein the peripheral device is adapted to analyse an incoming signal from the processing device and if no audio is received, the incoming signal is discarded. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 18. The system of claim 17 wherein if audio is received the peripheral device will initiate an additional connection to the base unit through the communications network. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 19. The system of claim 11 further comprising timestamping synchronously the audio stream with the data stream. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 20. The system of claim 19 further comprising means for encoding, optionally encrypting the audio data. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 21. [pre] A peripheral device for providing communication connectivity to a processing device which is provided with memory, a display, and an operating system with at least one pre-installed generic driver | Refer to claim 1[pre], 1[a1] and 5 above.<br><br>Peripheral device WPP30 includes a permanent storage which is a type of nonvolatile memory.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

**A-1; US Patent No. US 10,762,002 B2**

**Product**: Yealink WPP30

| Claim | Exemplary Evidence of Infringement |
|---|---|
| providing a generic communication protocol for communication between the processing device and a class of peripheral devices, the peripheral device comprising a connection configured to be physically coupled to a port of the processing device and a memory in which executable software code is stored for execution on the processing device, said executable software code comprising: | |
| [a] a first software code portion for setting up, by means of the pre-installed generic driver of the operating system, a means for audio communication between the peripheral device and a processing device; | Refer to 1[b1] which is herein incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [b] a second software code portion for connecting the processing device to a communications network via a transceiver of the peripheral device; | Refer to 1[c] which is herein incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [c] a third software code portion for routing audio data from the processing device to the peripheral device via the connection and the means for audio communication and for routing the audio data from the | Refer to 1[d] which is herein incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

A-1; US Patent No. US 10,762,002 B2

**Product**: **Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| peripheral device to the base node over the communications network, wherein the first pre-installed generic driver is used for transferring the audio data between the processing device and the peripheral device. | |
| 22. The method of claim 1, wherein the audio driver is a generic audio driver. | Refer to 1[b] which is herein incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 23. The method of claim 1, wherein the audio data is routed from the processing device to the peripheral device via the connector and the means for audio communication when an actuator on the peripheral device is actuated to generate a signal for the processing device to trigger transfer of the audio data. | Peripheral device WPP30 is configured to route the audio data form the processing device to the peripheral device via the connector and the means for audio communication as described with respect to 1[d] which is herein incorporated by reference.<br><br>Peripheral device WPP30 includes an actuator configured to be actuated to generate a signal for the processing device to trigger transfer of the audio data (e.g. as show in Figure 18 below):<br><br><br><br>**Figure 18** |

EXHIBIT B-1

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. A peripheral device comprising:<br>[a] a base, | A peripheral device, WPP30, includes a base (e.g., as shown in Figure 1, and Figure 2 below):<br><br><br><br>**Figure 1**<br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>**Figure 2**[1]<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [b] connector configured to connect to a serial plug and play port of a host processing device, | Peripheral device WPP30 includes a connector configured to connect to a serial plug and play port of a host processing device (e.g. a laptop computer) (e.g. as shown in Figure 3 below):<br><br><br><br>**Figure 3**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Further, the connector includes a USB interface which is a serial plug and play port (e.g. as shown in Figure 4 below):<br><br><br><br>**Figure 4** |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [c] a flexible connection between the base and the connector configured to transfer data signals and power, and, | Peripheral device WPP30 includes a flexible connection that connects the base and the connector (e.g. as shown in Figure 5 below):<br><br><br><br>**Figure 5**<br><br>The flexible connector of peripheral device WPP30 is configured to transfer data signals and power.  For example, transfer of data signals is illustrated by a USB log obtained from a WPP30 device using a "USB Device Tree Viewer" tool (https://www.uwe-sieber.de/usbtreeview_e.html).  The USB log illustrates that signal endpoints are detected when connecting WPP30 to a host processing device.  Data signals transfer through the flexible connection as there is no other connection between the base of WPP30 and the host processing device. A filter USB log is shown below in Figure 6:<br><br>========================= USB Device =========================<br>++++++++++++++++ Device Information ++++++++++++++++<br>Device Description          : USB Composite Device<br>…<br>Child Device 1          : USB Mass Storage Device<br>…<br>Child Device 2          : USB Input Device |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | ...<br>Child Device 3    : Yealink Room (WinUsb Device)<br>...<br>Child Device 4    : USB Input Device<br>...<br>Child Device 5    : Yealink Room Audio (USB Audio Device)<br>...<br>Child Device 6    : Yealink Audio (USB Audio Device)<br>...<br>Child Device 7    : Yealink Room Camera (USB Video Device)<br>...<br><br>**Figure 6**<br><br>The flexible connector of peripheral device WPP30 transfers power.  For example, WPP30 has a typical power consumption of 2.2W (e.g., as shown in Figure 7 below):<br><br>**WPP30 Specifications**<br><br>| | Decoder | Up to 4k/30fps |<br>| | Input Power | 5V/600 mA |<br>| | Power Consumption | 2.2 W (Typical) |<br>| Basic | Interface | • Full-featured USB Type-C×1<br>• USB-C to USB-A Adapter x1 |<br><br>**Figure 7**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Peripheral device WPP30 obtains the power from the processing device as no other power source is available.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [d] wherein the base has electronics comprising a wireless transceiver and a processing | Peripheral device WPP30 has a wireless transceiver with Wi-Fi 6 (802.11 a/b/g/n/ac/ax) capabilities (e.g. as shown in Figure 8 below): |

B-1; US Patent No. US 10,795,832 B2

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| engine, wherein said wireless transceiver and the processing engine are configured to connect the peripheral device directly to a wireless communications network, and | <br><br>**Figure 8**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Peripheral device WPP30 includes a processing engine.  For example, WPP30 includes a hardware encoding chip solution with a processing engine (e.g. as shown in Figure 9 below):.<br><br><br><br>**Figure 9**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Peripheral device WPP30 is configured to connect directly to a wireless communications network.  For example, peripheral device WPP30 includes a self-built Wi-Fi network, which constitutes a wireless communications network (e.g. as shown in Figure 10 below): |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 10** yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [e] a physical actuator on the base being configured to actuate a signal and to transfer the signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the port, | Peripheral device WPP30 includes a physical actuator on the base configured to actuate a signal.  WPP30 is configured to actuate a signal and to transfer the signal to the connector to transfer to the serial plug and play port (e.g. as shown in Figure 11 below) via at least one pre-installed generic driver for the port. |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  2. On the WPP30, press the presentation button to share full screen. **Figure 11** yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf For example, Figure 12 below shows a data transfer between the host processing device and the flexible connector of peripheral device WPP30: |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 12²** <br><br> As shown in Figure 12 above, actuating the actuator of WPP30 causes the signal to be transmitted over the serial plug and play port between the host processing device and WPP30. <br><br> Peripheral device WPP30 transfers data through preinstalled generic drivers because no new drivers are installed. (e.g. as shown in Figure 13 below): <br><br> **Figure 13** |

---

² Blue and orange annotations added

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf <br><br> Further, Figure 14 below from USBDeview tool (www.nirsoft.net/utils/usb_devices_view.html) shows the devices and preinstalled generic drivers exposed by WPP30, including for example a human interface device (HID) (or input device), a mass storage device, and a composite USB device: <br><br>  <br><br> **Figure 14** <br><br> The drivers for the devices exposed by WPP30 are preinstalled generic drivers (e.g. as shown in Figure 15 below): |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 15** Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [f] and the serial plug and play port is configured to receive thereafter image data displayed on the host processing device, | Peripheral device WPP30 is configured to receive thereafter image data on the host processing device (e.g. as shown in Figure 16 below): |

B-1; US Patent No. US 10,795,832 B2

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 16**<br><br>https://www.yealink.com/en/product-detail/wireless-presentation-wpp30<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [g] wherein the physical actuator is configured to be activated by a user action applied to the physical actuator which triggers delivery of the image data from the host processing device via the serial plug and play port to the wireless transceiver, and from the wireless transceiver to the wireless communications network. | Peripheral device WPP30 includes a physical actuator configured to be activated by a user action which triggers delivery of the image data from the host processing device via the serial plug and play port to the wireless transceiver, and from the wireless transceiver to the wireless communications network.See for example 1[e] above, which is incorporated by reference.<br><br>The transceiver of peripheral device WPP30 communicates image data to the wireless communications network.  The image data is configured to be communicated from the host processing device to the transceiver of WPP30, and from the wireless transceiver to the wireless communications network.  This is shown in Figure 17, which is a graph of image data transferred between WPP30 and a Meeting Bar A20/Meeting Board/Room Cast: |

**B-1; US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | <br><br>**Figure 17[3]**<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 2. The peripheral device according to claim 1, wherein the base has a shape which is one of polygonal, round or oval. | Peripheral device WPP30 includes a base with  a round shape (e.g. as shown in Figure 18 below): |

---

[3] Blue and orange annotations added

EXHIBIT C-1

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. A computer peripheral device comprising:<br>[a] a base, | A computer peripheral device, WPP30 includes a base (e.g., as shown in Figure 1 and Figure 2 below):<br><br><br><br>**Figure 1**<br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>**Figure 2**[1] |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

**C-1; US Patent No. US 10,904,103 B2**

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [b] a connector for connection to a serial plug and play port of a host processing device | Computer peripheral device WPP30 includes a connector configured to connect to a serial plug and play port of a host processing device (e.g., a laptop computer) (e.g., as shown in Figure 3 below):<br><br><br><br>**Figure 3**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Further, the connector includes a USB interface which is a serial plug and play port (e.g., as shown in Figure 4 below):<br><br> |

2

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Figure 4**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [c] a flexible connection between the base and the connector, | Computer peripheral device WPP30 includes a flexible connection that connects the base and the connector (e.g., as shown in Figure 5 below):<br><br><br><br>**Figure 5**<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [d] a transceiver for communicating with a communications network, | Computer peripheral device WPP30 includes a transceiver with Wi-Fi 6 (802.11 a/b/g/n/ac/ax) capabilities configured to communicate with a communications network (e.g., as shown in Figure 6 below): |

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 6** yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [e] a physical actuator on the base configured to allow user action to actuate the physical actuator to trigger transfer of a signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the serial plug and play port, and | Computer peripheral device WPP30 includes a physical actuator on the base configured to actuate and trigger transfer of a signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the serial plug and play port. Computer peripheral device WPP30 includes a physical actuator (e.g., a button) on a base (e.g., as shown in Figure 7 below):  **Figure 7** The button of computer peripheral device WPP30 is used to trigger transfer of a signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver (e.g., as shown in Figure 8 below): |

4

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

**Figure 8[2]**

As shown in Figure 8 above, actuating the actuator of WPP30 triggers the signal to be transmitted over the serial plug and play port between the host processing device and WPP30.

Computer peripheral device WPP30 transfers data through preinstalled generic drivers as no new drivers are installed (e.g., as shown in Figure 9):

**Figure 9**

---

[2] Blue and Orange annotations added

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | [yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf](yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf)<br><br>Further, Figure 10 below from USBDeview tool ([www.nirsoft.net/utils/usb_devices_view.html](www.nirsoft.net/utils/usb_devices_view.html)) shows the devices and preinstalled generic drivers exposed by WPP30, including for example a human interface device (HID) (or input device), a mass storage device, and a composite USB device:<br><br><br><br>**Figure 10**<br><br>The drivers for the devices exposed by WPP30 are preinstalled generic drivers (e.g., as shown in Figure 11 below): |

**C-1; US Patent No. US 10,904,103 B2**

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 11** <br><br> Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [f] the serial plug and play port being configured to receive arbitrary media content on the host processing device, | The serial plug and play port of computer peripheral device WPP30 is configured to receive arbitrary media content on the host processing device (e.g., as shown in Figure 12 below): |

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 12**<br><br>https://www.yealink.com/en/product-detail/wireless-presentation-wpp30<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [g] wherein the base has a visual indicator which is also activated by the user action applied to the physical actuator, | Computer peripheral device WPP30 includes a base with a visual indicator (e.g., an LED status indicator) which is configured to be activated by the physical actuator (e.g., as shown in Figure 13 below): |

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 13**[3]<br><br>https://support.yealink.com/en/portal/knowledge/show?id=64b136f75b323b55e7a979e4<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [h] wherein the physical actuator is configured to be activated by the user action applied to the | Computer peripheral device WPP30 physical actuator is configured to trigger delivery of arbitrary media content on the host processing device to the transceiver of WPP30 (see 1[e] which is incorporated by reference) and from WPP30 to the communications network. Figure 14 shows a Wi-Fi trace that monitors the connection between computer |

---

[3] Annotations in original

9

C-1; US Patent No. US 10,904,103 B2

**Product: Yealink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| physical actuator to trigger delivery of the arbitrary media content on the host processing device to said transceiver on the computer peripheral device through said serial plug and play port, and from the transceiver to the communications network, | peripheral device WPP30 and another device on the communications network (e.g., a Meeting Bar A20/Meeting Board/Room Cast):<br><br><br><br>**Figure 14**[4]<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [i] wherein the visual indicator is configured in a way such that the user action by actuating the | The visual indicator of computer peripheral device WPP30is configured to indicate to the user whether or not arbitrary media content is being sent to the communications network. See 1[g] which is incorporated by reference. |

---

[4] Blue and orange annotations added

C-1; US Patent No. US 10,904,103 B2

**Product: Yelink WPP30 and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| physical actuator indicates to the user whether or not the arbitrary media content is being sent from the at least one peripheral device to the communications network. | The indicator slowly pulses when content is not being shared but WPP30 is connected to another device on the wireless communication network, is static green when arbitrary media content is being shared, and is orange when WPP30 is trying to connect to another device on the communications network.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 2. The computer peripheral device of claim 1, wherein the flexible connection is for transferring data signals and power. | The flexible connection of computer periheral device WPP30 is configured to transfer data signals and power. Figure 15 shows that WPP30 requires 2.2 W:<br><br><br><br>**Figure 15**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>There is no otherconnection or power source to WPP30, so data signals must be transferred from the processing device to the the flexible connection of WPP30.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 3. The computer peripheral device of claim 1, further comprising permanent storage storing a portable application, and | Computer peripheral device WPP30 includes a permanent storage configured to store a portable application, PresentationLauncher (e.g., as shown in Figure 16): |

# EXHIBIT D-1

**D-1; US Patent No. US 11,258,676 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 15. The method of claim 14, wherein the base node has one or more displays, further comprising loading a server program onto the base node, the server program receiving screen scraped data from one or a plurality of client processing devices, and displaying the screen scraped data on the one or more displays, the server program allowing display in accordance with one or more rules of which one is the forcing rule, wherein the forcing rule is that the display on the one or more displays is obtained by the action of only one participant involved in the meeting, without requiring the agreement of another participant, new screen scraped data of any participant for display overrides or replaces any data displayed on the one or more displays from the same or another participant of the meeting. | Meeting Bar A20/Meeting Board includes one display and is configured to run a server program onto Meeting Bar A20/Meeting Board, the server program receiving screen scraped data from one or a plurality of client processing devices, and displaying the screen scraped data on the one or more displays, the server program allowing display in accordance with one or more rules of which one is the forcing rule, wherein the forcing rule is that the display on the one or more displays is obtained by the action of only one participant involved in the meeting, without requiring the agreement of another participant, new screen scraped data of any participant for display overrides or replaces any data displayed on the one or more displays from the same or another participant of the meeting.. See 2 which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 16. [pre] An electronic meeting tool for communicating arbitrary media content at a meeting, being data for display, from users at a meeting, the tool comprising: | Peripheral device WPP30 and base node Meeting Bar A20/Meeting Board provide an electronic meeting tool for communicating arbitrary media content at a meeting. See 1[pre] which is herein incorporated by reference,<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [b] a base unit of a wireless communications network, the base unit being coupled to one or | Base node Meeting Bar A20/Meeting Board is configured to couple to a display. See 1[pre] which is incorporated by reference. |

D-1; US Patent No. US 11,258,676 B2

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| more first displays, the base unit being adapted to receive user selected arbitrary media content from a processing device via the wireless communications network, and to control display of the user selected arbitrary media content on the one or more first displays | Base node Meeting Bar A20/Meeting Board is configured to receive user selected arbitrary media content from a processing device via the wireless communications network.  See 1[d] which is incorporated by reference.<br><br>Base node Meeting Bar A20/Meeting Board controls display of the user selected arbitrary media content.  See 1[f] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [c] at least one peripheral device adapted to communicate the user selected arbitrary media content from the processing device to the base unit via the wireless communications network; | Peripheral device WPP30 is configured to communicate the user selected arbitrary media content.  See 1[c2] which is incorporated by reference.<br><br>Peripheral device WPP30 is configured to communicate from the processing device to the base unit Meeting Bar A20/Meeting Board via the wireless communications network.  See 1[d] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [d] a program adapted to be loaded on the processing device and to run on an operating system of the processing device, said program being adapted to obtain user selected arbitrary media content from the processing device; | Peripheral device WPP30 is configured to provide a program, the program configured to load on the processing device and obtain user selected arbitrary media content onto the processing device, the program configured to be run on the operating system of a processing device. See 1[c2] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [e] an input device to allow the user to carry out a user action that triggers the transfer of said user selected arbitrary media content from said processing device to a transmitter and to the wireless communications network, the | Peripheral device WPP30 includes an input device to allow the user to carry out a user action that triggers the transfer of user selected arbitrary media content from the processing device to a transmitter and to the wireless communications network.<br><br>WPP30 includes a transmitter to transfer user selected arbitrary media content to the wireless communications network. See 1[a] which is incorporated by reference. |

30

**D-1; US Patent No. US 11,258,676 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| input device being an actuator coupled to the peripheral device and | WPP30 includes an actuator that triggers the transfer of arbitrary media content to the wireless communications network. See claim 4 which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| … [f] the base unit is adapted to display said user selected arbitrary media content on the first display in accordance with a set of rules, wherein one of the rules is a forcing rule, whereby the forcing rule is that the display on the one or more first displays is obtained by the action of the only one participant involved in the meeting, without requiring the agreement of another participant, the data of any participant for display overriding or replacing any data displayed on the one or more first displays by the same or another participant of the meeting. | Base node Meeting Bar A20/Meeting Board is adapted to display user selected arbitrary media content on the first display according to a set of rules, like the forcing rule.  See 1[f] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

EXHIBIT E-1

**Ex. E-1; US Patent No. US 11,403,237 B2**

**Product**: **Yealink WPP30 and Laptop/Desktop Computer**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 15. The system of claim 14, wherein if audio is received the external peripheral device is adapted to initiate an additional connection to the base unit through the communications network. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 16. The system of claim 9, further comprising time-stamping synchronously the audio data with the display data. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 17. The system of claim 9, further comprising means for encoding, optionally encrypting the audio data. | Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| 18.  [pre] A peripheral device for providing communications connectivity to a processing device which is provided with memory, a display, and an operating system and for communication between the processing device and a class of peripheral devices, the peripheral device comprising a connection configured to be physically coupled to a port of the processing device and the peripheral device being adapted to work with executable software code, said executable software code comprising: | Peripheral device WPP30 is configured to provide communications connectivity to a processing device (e.g., a laptop) and peripheral device WPP30 is configured to work with executable software code.  See 1[pre], 1[a1], and 4 which are incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

**Ex. E-1; US Patent No. US 11,403,237 B2**

**Product**: **Yealink WPP30 and Laptop/Desktop Computer**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [a] a fourth software code for presenting the external peripheral device to the processing device as a human interface device; | Peripheral device WPP30 includes executable software code that presents a human interface device (HID) to the processing device.  See 1[a1] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [b] a first software code portion for setting up, a means for at least one of display data communication and audio data communication between the peripheral device and the processing device via the human interface device; | Peripheral device WPP30 includes executable software code that sets up a means for display data communication between the peripheral device and the processing device via the HID.  See 1[b] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [c] a second software code portion for connecting the processing device to a communications network via a transceiver of the external peripheral device; | Peripheral device WPP30 includes executable software code for connecting the processing device to a communications network via WPP30's transceiver.  Refer toSee 1[d] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [d] a third software code portion for routing the display data and the audio data between the processing device and the communication network via the transceiver to a base node. | Peripheral device WPP30 includes executable software code for routing the display data and audio data between the processing device and the base communication network via the transceiver to a base node (e.g. Meeting Bar A20/Meeting Board/Room Cast).  See 1[e] which is herein incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

EXHIBIT F-1

F-1; US Patent No. US 11,422,951 B2

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1.  An electronic meeting tool for communicating user selected arbitrary media content from users at a meeting comprising: | An electronic meeting tool includes a peripheral device, WPP30, and a base node, Meeting Bar A20/Meeting Board/Room Cast, configured to communicate user selected arbitrary media content from users at a meeting. Figure 1 below shows Peripheral device WPP30 is configured to communicate arbitrary media content (e.g., wireless presentation):  **Figure 1**[1] https://www.yealink.com/en/product-detail/video-conferencing-wpp30 Figure 2 below shows Peripheral device WPP30 is configured to communicate with a base node (e.g., Meeting Bar A20/Meeting Board/Room Cast): |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 2** https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20 Base node Meeting Bar A20/Meeting Board/Room Cast includes a camera, microphone and speakers (e.g., as shown in Figure 3 below): |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <table><tr><th>Parameter</th><th>Description</th></tr><tr><td>Camera</td><td>• 20 MP Camera<br>• 120° field of view<br>• 8x e-PTZ camera<br>• Electric privacy shutter<br>• 120° DFOV, 111° HFOV, 73° VFOV<br>• Intelligence Features<br>- Auto Framing<br>- Speaker Tracking<br>- Picture in Picture<br>- Multi-focus Framing<br>- Smart Gallery (Zoom only)</td></tr><tr><td>Audio</td><td>• Built-in 8 MEMS microphone array with a voice pickup range of 6 meters<br>• Built-in speaker with the maximum volume of 93dB<br>• Yealink Noise Proof Technology<br>• Full-duplex<br>• AGC (Automatic Gain Control)<br>• Echo cancellation<br>• Built-in microphone frequency response: 100Hz to 8kHz<br>• Speaker frequency response: 100Hz to 8kHz</td></tr></table><br>**Figure 3**<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [a] a base node, the base node being coupled to a first display, | Base node Meeting Bar A20/Room Cast is configured to couple to a first display (e.g., as shown in Figure 4A below). |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|       |  **Figure 4A** <br><br> https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20 <br><br> Meeting Board includes a base node coupled to a first display (e.g., as shown in Figure 4B below): |

F-1; US Patent No. US 11,422,951 B2

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 4B** <br><br> https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingboard65 <br><br> Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [b] the base node being adapted to receive user selected arbitrary media content from at least one peripheral device via a wireless communications network, … | Base node Meeting Bar A20/Meeting Board/Room Cast is configured to receive user selected arbitrary media content from peripheral device WPP30 via a wireless communications network.  Figure 5 show WPP30 is capable of wireless content sharing: |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **QUICK SET UP, EASY PLUG AND PLAY**<br><br>**Plug & Play** allows users to enjoy instant content sharing. No extra software or driver is required, simply plug WPP30 into the devices, and your idea is ready to be presented.<br>**Touch & Go**, just click the button and start collaboration right away.<br>**Present Wirelessly**, WPP30 saves time for setting up additional cables between TV and conference table, bringing a clean and tidy meeting space.<br>**Work with Most Devices**, free collaboration on most devices with a full featured USB-C Port.<br><br>**Figure 5**<br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>Further, base node Meeting Bar A20/Meeting Board/Room Cast supports wireless presentation from WPP30 (e.g., as shown in Figure 6 below): |

F-1; US Patent No. US 11,422,951 B2

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 6**<br><br>https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [c] and to control display of the user selected arbitrary media content on the first display; and | Base node Meeting Bar A20 is configured to control the display of the user selected arbitrary media content on the first display.  See 1[b] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [d] the at least one peripheral device being adapted to communicate the user selected arbitrary media content to the | Peripheral device WPP30 is configured to communicate the user selected arbitrary media content to the wireless communications network.  Figure 7 shows peripheral device WPP30 includes Wi-Fi capabilities: |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| wireless communications network; | <br><br>**Figure 7**<br><br>[yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf](yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf)<br><br>Further Figure 8 shows peripheral device WPP30 communicates user selected arbitrary media over the wireless communication network, as the Meeting Bar A20/Meeting Board/Room Cast display shows a processing device (e.g., laptop computer) screen that has all network connections disabled: |

F-1; US Patent No. US 11,422,951 B2

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 8**<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [e] wherein the at least one peripheral device is a connection unit comprising: | Peripheral device WPP30 includes a connection unit (e.g., as shown in Figure 9 below): |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Figure 9**<br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [f] (a) a connector adapted to couple to a port of a user processing device, the user processing device having a second display and a memory, | Peripheral device WPP30 includes a connector (e.g., a USB connector) configured to couple to a processing device a port of a user processing device (e.g., a laptop computer), the processing device having a second display and a memory (e.g., as shown in Figure 10, 11, and 12 below): |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 10**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>**Figure 11**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br>**Figure 12**<br>https://www.yealink.com/en/product-detail/wireless-presentation-wpp30<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [g] (b) a transmitter for transferring user selected arbitrary media content to the wireless communications network, and | Peripheral device WPP30 includes a transmitter configured to transfer user selected arbitrary media content to the wireless communications network (e.g., as shown in Figure 13 below), the transmitted compatible with WiFi 6 a/b/g/n/ac/ax standard:<br><br>**Figure 13**<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element. Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

F-1; US Patent No. US 11,422,951 B2

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [h] (c) an input device configured to allow the user to carry out a user action on the input device | Peripheral device WPP30 includes an input device (e.g., a button) configured to allow the user to carry out a user action on the input device (e.g., as shown in Figure 14 below): <br><br>  <br><br> **Figure 14** <br><br> yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es) -v1.2.pdf <br><br> Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [i] that triggers transfer of said user selected arbitrary media content from the transmitter to the wireless communications network and to the base node through the wireless communications network for display on the first display, | Peripheral device WPP30 input device that triggers transfer of user selected arbitrary media content from the transmitted to the wireless communications network and to the base node through the wireless communications network for display on the first display.  Figure 15 shows that the WPP30 input device triggers the sharing of arbitrary media content: |

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  Figure 15 <br><br> yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf <br><br> Figure 16 shows the transfer of user selected arbitrary media content on the communications network communications network between peripheral device WPP30 and base node Meeting Bar A20/Meeting Board/Room Cast: |

14

**F-1; US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30, and Meeting Bar A20/Meeting Board/Room Cast**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 16[2]**<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |
| [j] the input device being a physical actuator coupled to the at least one peripheral device. | Peripheral device WPP30 includes an input device being a physical actuator coupled to the WPP30.  *See* 1[h] which is incorporated by reference.<br><br>Barco reserves its rights under the Discovery Order to rely, in part, on software that rests in the possession, custody, or control of Defendants for this element.  Barco will supplement in accordance with the Discovery Order once such software has been made available for inspection. |

[2] Blue and orange annotations added