Exhibit F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ————————————————— ) | |
| BARCO, INC. and BARCO NV, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:23-cv-00521-JRG-RSP |
| ) | |
| v. ) | |
| ) | |
| YEALINK (USA) NETWORK ) | |
| TECHNOLOGY CO., LTD., and ) | |
| YEALINK NETWORK ) | |
| TECHNOLOGY CO., LTD. ) | |
| ) | |
| Defendants. ) | |
| ————————————————— ) | |

**PLAINTIFFS' BARCO, INC. AND BARCO NV'S RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 9-16)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs Barco, Inc. and Barco NV (collectively "Barco" or "Plaintiffs") hereby submit their Responses and Objections to Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. (collectively "Yealink" or "Defendants") Second Set of Interrogatories (Nos. 9-16) ("Interrogatories").

## INTERROGATORIES AND RESPONSES

**INTERROGATORY NO. 9:**

Identify and describe in detail all facts and circumstances concerning any efforts You have undertaken to investigate or evaluate Your allegations of infringement of the Asserted Patents or Related Patents in this case, including, but not limited to, all tests, trials, reverse engineering, disassembly, or other assessments of any product from Yealink and the date of each.

**RESPONSE TO INTERROGATORY NO. 9:**

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships. Barco further objects to this Interrogatory as overly broad, unduly burdensome, and not proportional to the needs of this case in that it requests "all" facts and circumstances concerning Barco's efforts undertaken to investigate or evaluate Yealink's infringement, including those facts and circumstances not at issue in this case. Barco also objects to this Interrogatory to the extent it prematurely seeks expert disclosure or opinion in advance of the expert discovery deadlines set forth in the Federal Rules of Civil Procedure, the Local Patent Rules, and the Court's Scheduling Order. Barco further objects to the extent this Interrogatory seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Subject to the above objections, Barco responds as follows:

All efforts Barco has undertaken to investigate or evaluate its allegations of Yealink's infringement of the Asserted Patents or Related Patents in this case has been done at the direction of counsel and therefore, Barco will not further respond to this Interrogatory as it seeks privileged material.

**INTERROGATORY NO. 10:**

Identify each person responsible for any test, trial, reverse engineering, disassembly, or other assessment, as identified in Barco's response to Interrogatory No. 9, of any product from Yealink.

**RESPONSE TO INTERROGATORY NO. 10:**

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from

Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.  Barco also objects to this Interrogatory to the extent it prematurely seeks expert disclosure or opinion in advance of the expert discovery deadlines set forth in the Federal Rules of Civil Procedure, the Local Patent Rules, and the Court's Scheduling Order.  Finally, Barco objects to this request to the extent it seeks an identification of every individual involved.  Subject to the above objections, Barco responds as follows:

Barco identifies Erwin Six as the person responsible for any test, trial, reverse engineering, disassembly, or other assessment, of any Yealink product as identified in Barco's response to Interrogatory No. 9, and he did so at the direction of Barco's Associate General Counsel, Ashley Yeager.  Barco reserves the right to further supplement its response to this Interrogatory.

## INTERROGATORY NO. 11:

Identify the three (3) people who have the most knowledge relating to Barco's sales, costs, profits, and marketing of each of Barco's Products.

## RESPONSE TO INTERROGATORY NO. 11:

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.

Subject to the above objections, Barco responds as follows:

Barco identifies Wesley Lightcap as the person who has the most knowledge relating to Barco's sales, costs, profits, and marketing of each of Barco's Products in the United States.  Barco reserves the right to further supplement its response to this Interrogatory.

**INTERROGATORY NO. 12:**

State the factual basis for Barco's contention that this is an exceptional case and that Barco is entitled to its attorneys' fees incurred in this action.

**RESPONSE TO INTERROGATORY NO. 12:**

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.

Subject to the above objections, Barco responds as follows:

This case is exceptional and Barco is entitled to attorneys' fees incurred in this action because Yealink acted in wanton disregard of Barco's patent rights. Prior to filing the complaint in this action, Barco sent a letter to Yealink on May 17, 2023, notifying it that Yealink's A20-020-TEAMS Video Bar and WPP30 Presentation Pod products infringe at least the following Barco patents: US 11,422,951 B2; US 10,795,832 B2; and US 10,762,002 B2. *See* BARCO_0000001 - BARCO_0000041. Barco provided claim charts setting forth examples of Yealink's patent infringement with that letter. In August 2023, Barco sent Yealink another letter providing that, in addition to the previously identified patents, Yealink's continued sale of the A20-020-TEAMS Video Bar and WPP30 Presentation Pod also infringed upon Barco's U.S. Patent Nos. 10,904,103 and 11,403,237. *See* BARCO_0052328. Despite this knowledge, Yealink continued to sell the Accused Products.

Moreover, during the development of the Accused Products, Yealink admitted that it was aware of Barco and Barco's products. Yealink has not provided any discovery into this, despite it being relevant to both Yealink's own discovery request, as well as Barco's claims against Yealink.

Barco reserves its right to supplement upon Yealink's compliance with its discovery obligations.

## INTERROGATORY NO. 13:

State the factual basis for Barco's contention that it is entitled to an injunction as a result of the alleged patent infringement by Yealink, including identifying, by Bates number, all documents supporting Barco's contention that it is entitled to such injunction.

## RESPONSE TO INTERROGATORY NO. 13:

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.

Subject to the above objections, Barco responds as follows:

In connection with Barco's efforts to sell the Barco Products in the market, Barco has policed its patents in the market at a royalty rate sufficient to allow Barco to maintain its market share. Yealink undercuts those prices by selling infringing products, causing Barco to experience price erosion not remediable through money damages. Therefore, an injunction is necessary for Barco to maintain its status quo in the market. Barco further directs Yealink to its license with Crestron (BARCO_0052309 - BARCO_0052327) and its sales data and pricing information, including its response to Interrogatory No. 5. Furthermore, pursuant to Rule 33(d), documents will be produced that will contain sufficient information for Yealink to derive or ascertain the information it seeks and the burden of deriving or ascertaining the answer will be substantially the same for either party.

## INTERROGATORY NO. 14:

If Barco contends that any of Barco's Products have practiced any claim of the Asserted Patents, identify, separately for each asserted claim, each Barco's Products that incorporates or

reflects that particular claim and provide claim charts separately showing how each such Barco's Product practices each asserted claim.

## RESPONSE TO INTERROGATORY NO. 14:

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.  Subject to the above objections, Barco responds as follows:

Pursuant to Rule 33(d), documents will be produced that will contain sufficient information for Yealink to derive or ascertain the information it seeks and the burden of deriving or ascertaining the answer will be substantially the same for either party.  In further response, please see attached Appendices A-F.

## INTERROGATORY NO. 15:

Describe in detail all facts and circumstances concerning Barco's efforts to comply with 35 U.S.C. § 287(a) by marking each Barco's Products with each Asserted Patent, including whether the marks were placed on each article, or on the packaging thereof, and the dates when Barco first marked each article or package, and, if Barco has ever switched its method of marking (i.e., mark placed on the article to mark placed on the package), the start date and end date for each method of marking for each Asserted Patent.

## RESPONSE TO INTERROGATORY NO. 15:

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.  Barco objects to this Interrogatory as overly broad, unduly burdensome, and not proportional to the needs of this case in that it requests "all" facts and

circumstances concerning Barco's efforts to comply with 35 U.S.C. § 287(a), including those facts and circumstances not at issue in this case.

Subject to the above objections, Barco responds as follows:

The Asserted Patents were marked on each of Barco's products, or any products sold under Barco's authorization, at least as of October 19, 2023 at https://www.barco.com/en/about/terms-conditions/patents. The '103 Patent was marked on certain products via the same website at least as of June 29, 2021.  Further, pursuant to Rule 33(d), documents will be produced that will contain sufficient information for Yealink to derive or ascertain the information it seeks and the burden of deriving or ascertaining the answer will be substantially the same for either party.  Barco reserves the right to supplement its response to this Interrogatory with Bates numbers following production.

**INTERROGATORY NO. 16:**

For each asserted claim of the Asserted Patents identified by any person at any time as invalid under 35 U.S.C. § 101 or 35 U.S.C. § 112, including in Defendants' Initial Invalidity Contentions and the parties' Joint Claim Construction Statement, fully describe all contentions You have as to why each such claim is not invalid, including describing in detail all factual bases supporting Your contentions and identifying the persons most knowledgeable about, and all documents concerning, the alleged validity of each claim.

**RESPONSE TO INTERROGATORY NO. 16:**

Barco objects to this Interrogatory because the definition "Barco" is overly broad and unduly burdensome to the extent it includes any entity or person that is separate and distinct from Barco and not under Barco's control, including entities acting in joint venture, licensing agreements, or partnership relationships.  Barco objects to this Interrogatory as overly broad, unduly burdensome, and not proportional to the needs of this case in that it requests "all" factual bases supporting Barco's contentions and "all" documents concerning the validity of each claim, including those facts and circumstances not at issue in this case.  Barco further objects to the extent this Interrogatory seeks information protected by the attorney-client privilege, work product

doctrine, or any other applicable privilege or immunity.  Barco further objects to this Interrogatory, which contains at least three subparts, to the extent it exceeds the number of interrogatories permitted under Rule 33 of the Federal Rules of Civil Procedure. Barco also objects to this Interrogatory to the extent it prematurely seeks expert disclosure or opinion in advance of the expert discovery deadlines set forth in the Federal Rules of Civil Procedure, the Local Patent Rules, and the Court's Scheduling Order.  Barco also objects to this Interrogatory to the extent to which it calls for legal conclusions. Barco further objects to this Interrogatory to the extent it improperly attempts to shift the burden of proof regarding alleged invalidity from Yealink to Barco.

Subject to the above objections, Barco responds as follows:

The Asserted Patents have issued from the Patent Office and thus are presumed valid in accordance with 35 U.S.C. § 282 and Barco has no burden to provide evidence that any claim is not invalid.  Furthermore, the following specifications set forth exemplary disclosures of validity of the '002 Patent and '676 Patent (including at, for example, the '002 Patent at 14:32-46; 18:19-28; 18:29-40; 18:60-61; 18:64-67; 19:10-35; 19:50-20:12; 23:26-24:20; 29:50-51; 30:15-19; 30:20-30; 30:36-31:42; 31:57-58; 32:11-42; 32:57-33:16; Figs. 1a, 3-5, 7-11).  To the extent Yealink advances a cognizable invalidity theory, Barco reserves the right to respond to this invalidity theory.

Dated: January 27, 2025

*/s/ Erik J. Halverson*
Melissa Smith (Texas Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: +1 903 934 8450
Facsimile: +1 903 934 9257
melissa@gillamsmithlaw.com

Christopher Centurelli (pro hac vice)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (pro hac vice)

Anna.lhommedieu@klgates.com
Joshua N. Andrews (pro hac vice)
Joshua.Andrews@klgates.com
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Telephone: (617) 261-3100

Erik J. Halverson* (California Bar No. 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Ctr, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
*Admitted to practice before this Court*

*Attorneys for Plaintiffs*
*Barco, Inc. and Barco N.V.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2025, a true and correct copy of the above and foregoing

document was served via email to counsel for Defendants.

<u>*/s/ Erik J. Halverson*</u>
Erik J. Halverson

# Appendix A

**US Patent No. US 10,762,002 B2**

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [pre] A method for connecting a processing device to a communications network, the processing device having a memory, a display and an operating system with pre-installed generic drivers providing a communications protocol for communication between the processing device and a class of peripheral devices, the method comprising: | Clickshare Button provides a process for connecting a processing device (e.g., a laptop computer) to a communications network as set forth in claim 1.<br><br>Clickshare Button connects the processing device to a communications network.<br><br>**What is ClickShare?**<br><br>ClickShare is an award-winning wireless meeting room system for easy video conferencing, collaboration and presentation. It connects your laptop to the audio and video equipment of your conference room, so you can start your meeting in under 7 seconds with one click via the ClickShare Button or App.<br><br>ClickShare comes in three ranges: wireless conferencing solutions for effortless hybrid collaboration, all-in-one video bars for sharp views and clear audio in hybrid meetings, and wireless presentation solutions for content sharing in face-to-face meetings.<br><br>Start a free trial    Discover ClickShare Conference<br><br>**Figure 1**[1]<br><br>https://www.barco.com/en/products/clickshare-conferencing-collaboration<br><br>Clickshare Button provides network connectivity through a wireless transmission protocol: |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

US Patent No. US 10,762,002 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|       | **General specifications**<br><br>Connectors — USB-C type<br><br>Authentication protocol — WPA2-PSK in stand alone mode / WPA2-PSK or IEEE 802.1X in network integration mode<br><br>Wireless transmission protocol — IEEE 802.11 a/b/g/n/ac<br><br>Frequency band — 2.4 GHZ and 5 GHz<br><br>**Figure 2**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>The processing device includes a memory, display, and operating systems with pre-installed generic drivers.<br><br>The processing device communicates with a class of peripheral devices (e.g., USB devices). USB devices are a standard class of peripheral devices that are driven by pre-installed generic drivers. USB provides a generic communication protocol for communication between the processing device and a class of peripherals.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,762,002 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [a1] a) coupling an external peripheral device physically to a port of the processing device, | Clickshare Button includes an external peripheral device that is coupled to a port of the processing device. For example, Clickshare Button includes a USB interface which plugs into a laptop:<br><br><br><br>**Plug in and go with the ClickShare Button**<br><br>With the ClickShare Button you start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room equipment. Even guests can join this way!<br>**Figure 3**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,762,002 B2

**Product**: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| … [a2] wherein the peripheral device comprises a wireless transceiver and a connector, said connector configured to couple to the port of the processing device; … | Clickshare Button includes a wireless transceiver and a connector configured to couple to the port of the processing device: <br><br> **General specifications** <br><br> Connectors — USB-C type <br> Authentication protocol — WPA2-PSK in stand alone mode / WPA2-PSK or IEEE 802.1X in network integration mode <br> Wireless transmission protocol — IEEE 802.11 a/b/g/n/ac <br> Frequency band — 2.4 GHZ and 5 GHz <br><br> **Figure 4** <br><br> https://www.barco.com/en/product/clickshare-conferencing-button <br><br> Clickshare Button includes a wireless transceiver with Wi-Fi capabilities. <br><br> Clickshare Button includes a connector (e.g., USB interface). <br><br> Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,762,002 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [b1] b) setting up, by means of a first pre-installed generic audio driver of the operating system, a means for audio communication between the peripheral device and the processing device and | The processing device includes a first pre-installed generic audio driver of the operating system, a means for audio communication between the peripheral device Clickshare Button and the processing device.<br><br>The Clickshare Button utilizes the USB audio drivers on the processing device. The audio related devices are set up by means of pre-installed generic drivers. The driver provider is also the provider of the operating system, Microsoft (e.g., as shown in Figure 5 below):<br><br><br><br>**Figure 5**<br><br>The pre-installed generic drivers are a means for audio communication between Clickshare Button and the processing device.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,762,002 B2

**Product**: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [b2] by means of a second preinstalled generic driver of the operating system, a means for data communication between the peripheral device and the processing device; | Processing device includes a second pre-installed generic driver of the operating system, as a means for data communication between peripheral device Clickshare Button and the processing device.<br><br>Clickshare Button is used to perform wireless presentation and video conferencing which includes communicating video data:<br><br><br><br>**Figure 7**<br><br>https://www.barco.com/en/products/clickshare-conferencing-collaboration/video-bar-wireless-conferencing<br><br>An example use of the Clickshare Button is provided here: |

6

US Patent No. US 10,762,002 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

Figure 8

https://www.youtube.com/watch?v=qQmwrcf56ZE

Video data requires a second preinstalled generic driver for data communication between the peripheral device and the processing device. Video data is screenscraped on the processing device and utilizes the HID driver to pass the video data to the peripheral device.

The HID driver uses a second preinstalled generic driver as a means for data communication between the peripheral device and the processing device. The driver provider for this HID data communication is also the provider of the operating system, Microsoft (e.g., as shown in Figure Y below):

US Patent No. US 10,762,002 B2

Product: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 9** Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,762,002 B2

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [c] c) using the peripheral device to connect the processing device to a communications network via the wireless transceiver; | Clickshare Button is configured to connect the processing device to a communications network via a wireless transceiver. Clickshare Button connects a processing device to a communications network. Clickshare Button has a wireless transceiver with 802.11 a/b/g/n/ac/ax capabilities, as shown below:<br><br>**General specifications**<br><br>| Connectors | USB-C type |<br>| Authentication protocol | WPA2-PSK in stand alone mode<br>WPA2-PSK or IEEE 802.1X in network integration mode |<br>| Wireless transmission protocol | IEEE 802.11 a/b/g/n/ac |<br>| Frequency band | 2.4 GHZ and 5 GHz |<br><br>**Figure 10**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [d] d) routing audio data from the processing device to the wireless transceiver via the connector of the peripheral device and the means for audio communication and routing the audio data from the wireless transceiver of the peripheral device to a base node over the communications network, wherein the first pre-installed generic audio driver is used for transferring the audio data between the processing device and the peripheral device. | Clickshare Button is configured to route audio data from the Clickshare Button transceiver via the connector and means for audio communication. When Clickshare Button is connected to the processing device, the audio is routed via the means for audio communication to Clickshare Button via the connector.<br><br>Clickshare Button routes audio data to a Clickshare Conference, Clickshare Video Bar, or Clickshare Present ("Clickshare Room System"), over the communications network. For example, Clickshare connects to the to the room system without additional configuration: |

US Patent No. US 10,762,002 B2

Product: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Figure 11**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| 5. The method of claim 1, wherein a client application is stored on the peripheral device which when run on the processing device obtains screen scraped data. | Clickshare Button includes a client application configured to run on the processing device to obtain screen scaped data. For example, Clickshare Button includes an executable program that is available on the Clickshare Button storage drive. *See*, https://www.barco.com/en/support/knowledge-base/4381-do-i-need-to-install-any-software-or-an-app-on-my-pc-or-mac-to-use-clickshare.<br><br>After running the executable program, the Clickshare Button allows presentation of the screen of the host processing device. *See* https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage.<br><br>The executable program is run as shown below: |

US Patent No. US 10,762,002 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|       |  **Figure 12** <br><br> Barco reserves its rights to supplement the evidence submitted herein. |

11

# Appendix B

**US Patent No. US 10,795,832 B2**

**Product: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. A peripheral device comprising:<br>[a] a base, | Clickshare Button is a peripheral device that includes a base:<br><br><br><br>**Figure 1**[1]<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [b] connector configured to connect to a serial plug and play port of a host processing device, | Clickshare Button includes a connector configured to connect to a serial plug and play port of a host processing device (e.g. a laptop computer) (e.g. as shown in Figure 3 below):<br><br><br><br>**Figure 2**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

US Patent No. US 10,795,832 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Further, the connector includes a USB interface which is a serial plug and play port (e.g. as shown in Figure 4 below):<br><br><br><br>**Figure 3**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [c] a flexible connection between the base and the connector configured to transfer data signals and power, and, | Clickshare Button includes a flexible connection that connects the base and the connector (e.g. as shown in Figure 5 below):<br><br><br><br>**Figure 4** |

2

**US Patent No. US 10,795,832 B2**

**Product: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf

The flexible connector of Clickshare Button transfers power:

**ClickShare Base Unit dimensions**

| | |
|---|---|
| Dimensions (HxWxD) | 14.6 mm x 59.3 mm x 161.39 mm / 0.57" x 2.354" x 6.354" |
| Power consumption | Powered over USB<br>5V DC<br>350mA Typical<br>500mA Maximum |
| Weight | 60 gr - 0.132 lb |

**Figure 5**

https://www.barco.com/en/product/clickshare-conferencing-button

The flexible connection also allows ClickShare Button to transfer signals used in the room equipment:

With the ClickShare Button you can start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room display, camera, microphones, soundbars and any other AV peripheral. No cables, no mess.

**Figure 6**

https://www.barco.com/en/product/clickshare-conferencing-button

Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,795,832 B2

**Product: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [d] wherein the base has electronics comprising a wireless transceiver and a processing engine, wherein said wireless transceiver and the processing engine are configured to connect the peripheral device directly to a wireless communications network, and | Clickshare Button includes a wireless transceiver and processing engine that are configured to connect Clickshare Button directly to a wireless communications network.  For example, Clickshare Button can communicate via the IEEE 802.11 a/b/g/n/ac protocol:<br><br>**General specifications**<br><br>Connectors — USB-C type<br><br>Authentication protocol — WPA2-PSK in stand alone mode / WPA2-PSK or IEEE 802.1X in network integration mode<br><br>Wireless transmission protocol — IEEE 802.11 a/b/g/n/ac<br><br>Frequency band — 2.4 GHZ and 5 GHz<br><br>**Figure 7**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [e] a physical actuator on the base being configured to actuate a signal and to transfer the signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the port, | Clickshare Button includes a physical actuator that allows transfer of a signal from the Clickshare Button to the serial plug and play port via at least one pre-installed generic driver.<br><br>For example, pressing a button allows communication of data for presentation of a processing device's screen (See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage)<br><br>Clickshare utilizes a number of devices with associated pre-installed generic drivers: |

**US Patent No. US 10,795,832 B2**

**Product: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  |  **Figure 8** One device with associated preinstalled generic drivers is a human interface device (HID).  A HID uses the USB Input Device driver.  As shown below, the USB Input Device driver is a preinstalled generic driver because the driver provider is also the provider of the operating system, Microsoft: |

**US Patent No. US 10,795,832 B2**

**Product: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [f] and the serial plug and play port is configured to receive thereafter image data displayed on the host processing device, | Clickshare Button is configured to receive thereafter image data on the host processing device. (See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage).<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 10,795,832 B2

**Product: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [g] wherein the physical actuator is configured to be activated by a user action applied to the physical actuator which triggers delivery of the image data from the host processing device via the serial plug and play port to the wireless transceiver, and from the wireless transceiver to the wireless communications network. | Clickshare Button is configured to trigger image data from the host processing device when a user action is applied to the physical actuator. See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage. <br><br> Barco reserves its rights to supplement the evidence submitted herein. |
| 3.  The peripheral device according to claim 1, wherein the physical actuator has a shape which is one of round, oval, or polygonal. | Clickshare Button includes a physical actuator with a round shape: <br><br>  <br><br> **Figure 9** <br><br> Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf <br><br> Barco reserves its rights to supplement the evidence submitted herein. |

Appendix C

**C-1; US Patent No. US 10,904,103 B2**

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. A computer peripheral device comprising:<br>[a] a base, | Clickshare Button is a peripheral device that includes a base:<br><br><br><br>**Figure 1**[1]<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [b] a connector for connection to a serial plug and play port of a host processing device | Clickshare Button includes a connector configured to connect to a serial plug and play port of a host processing device (e.g. a laptop computer):<br><br><br><br>**Figure 2**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

C-1; US Patent No. US 10,904,103 B2

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
| [c] a flexible connection between the base and the connector, | Clickshare Button includes a flexible connection that connects the base and the connector (e.g. as shown in Figure 5 below):  **Figure 3** [Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf](Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf) Barco reserves its rights to supplement the evidence submitted herein. |

**C-1; US Patent No. US 10,904,103 B2**

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [d] a transceiver for communicating with a communications network, | Clickshare Button includes a wireless transceiver configured to connect Clickshare Button directly to a communications network.<br><br>For example, Clickshare Button can communicate via the IEEE 802.11 a/b/g/n/ac protocol:<br><br>**General specifications**<br><br>Connectors — USB-C type<br><br>Authentication protocol — WPA2-PSK in stand alone mode / WPA2-PSK or IEEE 802.1X in network integration mode<br><br>Wireless transmission protocol — IEEE 802.11 a/b/g/n/ac<br><br>Frequency band — 2.4 GHZ and 5 GHz<br><br>**Figure 4**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

**C-1; US Patent No. US 10,904,103 B2**

**Product: Barco ClickShare**

| [e] a physical actuator on the base configured to allow user action to actuate the physical actuator to trigger transfer of a signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the serial plug and play port, and | Clickshare Button includes a physical actuator that allows transfer of a signal from the Clickshare Button to the serial plug and play port via at least one pre-installed generic driver.<br><br>For example, pressing a button allows communication of data for presentation of a processing device's screen (See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage)<br><br>Clickshare utilizes a number of devices with associated pre-installed generic drivers as shown below:<br><br><br>**Figure 5**<br><br>The devices used by Clickshare use pre-installed generic drivers, as the operating system provider also provides the driver, Microsoft: |

C-1; US Patent No. US 10,904,103 B2

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  |

**Figure 6**

Barco reserves its rights to supplement the evidence submitted herein.

| [f] the serial plug and play port being configured to receive arbitrary media content on the host processing device, | The serial plug and play port is configured to receive arbitrary media content from the host processing device. For example, the Clickshare Button is receives image content form the host processing device via the plug and play port which is then is used for wireless presenting. See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage.

Barco reserves its rights to supplement the evidence submitted herein. |

C-1; US Patent No. US 10,904,103 B2

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [g] wherein the base has a visual indicator which is also activated by the user action applied to the physical actuator, | Clickshare Button's base includes a visual indicator which is also activated by the user action. A variety of the visual indicator states are described provided here: https://www.barco.com/en/support/knowledge-base/4022-button-led-ring-behavior-and-explanation.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [h] wherein the physical actuator is configured to be activated by the user action applied to the physical actuator to trigger delivery of the arbitrary media content on the host processing device to said transceiver on the computer peripheral device through said serial plug and play port, and from the transceiver to the communications network, | Clickshare Button is configured to trigger image data from the host processing device when a user action is applied to the physical actuator. See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

C-1; US Patent No. US 10,904,103 B2

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [i] wherein the visual indicator is configured in a way such that the user action by actuating the physical actuator indicates to the user whether or not the arbitrary media content is being sent from the at least one peripheral device to the communications network. | Clickshare Button's base includes a visual indicator is configured in such a way that indicates to the user whether or not arbitrary media content is being sent from the at least one peripheral device to the communications network.  **Figure 7** https://www.barco.com/en/support/knowledge-base/4022-button-led-ring-behavior-and-explanation. Barco reserves its rights to supplement the evidence submitted herein. |

**C-1; US Patent No. US 10,904,103 B2**

**Product: Barco ClickShare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 2. The computer peripheral device of claim 1, wherein the flexible connection is for transferring data signals and power. | The flexible connector of Clickshare Button transfer's power:<br><br>**ClickShare Base Unit dimensions**<br><br>Dimensions (HxWxD)  14.6 mm x 59.3 mm x 161.39 mm / 0.57" x 2.354" x 6.354"<br><br>Power consumption  Powered over USB<br>5V DC<br>350mA Typical<br>500mA Maximum<br><br>Weight  60 gr - 0.132 lb<br><br>**Figure 8**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>The flexible connection also allows ClickShare Button to transfer signals used in the room equipment:<br><br>With the ClickShare Button you can start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room display, camera, microphones, soundbars and any other AV peripheral. No cables, no mess.<br><br>**Figure 9**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

# Appendix D

**US Patent No. US 11,258,676 B2**

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [pre] A method for connecting one or more processing devices, each processing device being a user device of one participant in a meeting with a plurality of participants, to a wireless communications network having a base node with one or more first displays, the one or more processing devices each having a memory, a second display and an operating system with at least one pre-installed generic driver providing a generic communications protocol for communication between the processing device and a class of peripheral devices, the method comprising the following steps for each processing device: … | Clickshare Button provides a process for connecting a processing device (e.g., a laptop computer) to a communications network as set forth in claim 1.<br><br>Clickshare Button connects the processing device to a communications network.<br><br><br><br>**Figure 1**[1]<br><br>https://www.barco.com/en/products/clickshare-conferencing-collaboration<br><br>Clickshare Button connects the processing device to a wireless communications network shared with one Clickshare Conference, Clickshare Video Bar, or Clickshare Present ("Clickshare Room System"). The Clickshare meeting room system includes a base node with one or more first displays. For example, the Clickshare Conference connects to multiple room devices like a display: |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

**US Patent No. US 11,258,676 B2**

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **ClickShare Conference enables wireless video conferencing in any meeting space. It automatically connects you to room devices like cameras, mics, speakers, sound bars and displays.**<br><br>**Start a meeting from your laptop in seconds, using your preferred video conferencing platform. Make hybrid meetings easy and engaging, with just one click.**<br><br>**Figure 2**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Processing devices include a memory, a display, an operating system, and pre-installed generic drivers providing a generic communications protocol between the processing device and a class of peripheral devices.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [a] (a) coupling a peripheral device to the processing device, the peripheral device having a wireless transceiver; | Clickshare Button includes a connector configured to connect to a serial plug and play port of a processing device (e.g. a laptop computer):<br><br>**Figure 3** |

2

US Patent No. US 11,258,676 B2

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf |
| | The Clickshare Button includes a USB connector and a transceiver capable of wireless transmission: |

### General specifications

| Connectors | USB-C type |
|---|---|
| Authentication protocol | WPA2-PSK in stand alone mode<br>WPA2-PSK or IEEE 802.1X in network integration mode |
| Wireless transmission protocol | IEEE 802.11 a/b/g/n/ac |
| Frequency band | 2.4 GHZ and 5 GHz |

**Figure 4**

https://www.barco.com/en/product/clickshare-conferencing-button

Barco reserves its rights to supplement the evidence submitted herein.

**US Patent No. US 11,258,676 B2**

**Products: Barco Clickshare**

| [b] b) setting up, by means of the pre-installed generic driver of the operating system, a means for communication between the peripheral device and the processing device; | Clickshare Button is configured to set up communications with a processing device using pre-installed generic drivers on the operating system of the processing device.<br><br>For example, Clickshare Button presents itself as a mass storage device, a human interface device (HID) or a composite device:<br><br><br>**Figure 5**<br><br>Each of these devices uses preinstalled generic drivers which may be used as a means for communication between the Clickshare Button and the processing device. |

US Patent No. US 11,258,676 B2

Products: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|  | <br><br>**Figure 6**<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 11,258,676 B2

Products: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [c1] c) coupling the processing device to the wireless communications network via the peripheral device; | Clickshare Button is configured to share data from the processing device to other devices on the communication network.  For example, after the Clickshare button is connected to a processing device, it permits data communication.<br><br><br><br>**Figure 7**<br><br>https://www.youtube.com/watch?v=-TDstArgKJk<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [c2] running a client application stored on the peripheral device to obtain screen scraped data; | Clickshare Button includes a client application configured to run on the processing device to obtain screen scaped data. For example, Clickshare Button includes an executable program that is available on the Clickshare Button storage drive.  *See*, https://www.barco.com/en/support/knowledge-base/4381-do-i-need-to-install-any-software-or-an-app-on-my-pc-or-mac-to-use-clickshare.<br><br>After running the executable program, the Clickshare Button allows presentation of the screen of the host processing device.  *See* https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage. |

**US Patent No. US 11,258,676 B2**

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | As shown below, the executable program is run on the processing device:<br><br><br>**Figure 8**<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [d] d) routing the screen scraped data between the processing device and the wireless communications network via the means for communication for display on the one or more first displays of the base node, wherein the generic communication protocol is used for transferring the screen scraped data for display between the processing device and the peripheral device; and | Clickshare Button is configured to route audio data from the Clickshare Button transceiver via the connector and means for audio communication.  When Clickshare Button is connected to the processing device, the audio is routed via the means for audio communication to Clickshare Button via the connector.<br><br>Clickshare Button routes audio data to a Clickshare base node, over the communications network.  For example, Clickshare connects to the to the room system without additional configuration: |

US Patent No. US 11,258,676 B2

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | **Simple and wireless**<br>No unruly cables. No more interventions and above all, no hassle.<br><br>**Connect in 7 seconds**<br>Open your laptop and connect via the Button or App. Your room system starts instantly and your meeting is running in a blink of an eye.<br><br>**Zero learning curve**<br>ClickShare is self-explanatory and intuitive. No training or manual required.<br><br>**Inspire and inform**<br>Display your meeting rooms' availability or internal communication updates with digital signage.<br><br>**Plug in and go with the ClickShare Button**<br>With the ClickShare Button you start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room equipment. Even guests can join this way!<br><br>Or enjoy the full ClickShare experience and get access to advanced benefits with the free Desktop or Mobile Apps.<br><br>**Figure 9**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [e] e) obtaining electronic access to one or more first displays for display of the screen scraped data; | Clickshare Button is configured to provide access to one or more first display for display of screen scraped data. (See, https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage).<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [f] the method further comprising: displaying the screen scraped data on the one or more first displays in accordance with a set of rules, | ClickShare Room systems are configured to receive and display screen scraped data from multiple Clickshare Buttons each connected to processing devices based on a set of rules. |

US Patent No. US 11,258,676 B2

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| one of the rules being a forcing rule, wherein the forcing rule is that display on the one or more first displays of new screen scraped data is obtained by the action of only one participant involved in the meeting, without requiring the agreement of another participant, the new screen scraped data of any participant for displaying overrides or replaced any data displayed on the one or more first displays from the same or another participant of the meeting. | For example, The ClickShare Conference models CX-30, CX-50, and CS-50 Gen2 support two sources simultaneously displayed on the screen:<br><br><br><br>**Figure 10**<br><br>The Clickshare Button shares content based on a set of rules including a forcing rule.  For example, when a second user can replace the current presenters content: |

9

US Patent No. US 11,258,676 B2

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  |  Image 2–6<br><br>5. To remove your content from the display, click the Button again or click on the stop sharing icon (reference 2 on Image 2–6) in the app window.<br><br>16    R5900099 /15 CX-20<br><br>Getting started<br><br>The LEDs of the Button become static white.<br>6. When leaving the meeting room, unplug the Button from your laptop or click on the exit icon on the upper left corner.<br>When there was no installation when starting with the Button, no trace of the ClickShare application is left on your laptop.<br><br>As second user can replace the current presenter with a long press on his Button.<br><br>**Use in a fully equipped conference room**<br><br>**Figure 11**<br><br>https://www.barco.com/en/support/docs/r5900099 at 16-17.<br><br>.<br>Barco reserves its rights to supplement the evidence submitted herein. |

**US Patent No. US 11,258,676 B2**

**Products: Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 2. The method of claim 1 further comprising loading a server program onto the base node, the server program receiving screen scraped data from one or a plurality of client processing devices, and displaying the screen scraped data on one or more first displays, the server program allowing display in accordance with one or more rules of which one is a forcing rule, wherein the forcing rule is that the display on the one or more first displays is obtained by the action of only one participant involved in the meeting, without requiring the agreement of another participant, new screen scraped data of any participant for display overrides or replaces any data displayed on the one or more first displays from the same or another participant of the meeting. | The Clickshare system loads a server program configured to receive screen scraped data from one or more processing devices and displaying the screen scraped data on one or more first displays.<br><br>The Clickshare system is configured to display screen scraped data based on a set of rules.  See 1[f] which is incorporated by reference.  The server program enables this feature.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

# Appendix E

**US Patent No. US 11,403,237 B2**

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [pre] A method for connecting a processing device to a communications network, the processing device having a memory, a display, an operating system and communication between the processing device and a class of peripheral devices, the method comprising: | Clickshare Button provides a process for connecting a processing device (e.g., a laptop computer) to a communications network as set forth in claim 1.<br><br>Clickshare Button connects the processing device to a communications network.<br><br><br><br>**Figure 1** [1]<br><br>https://www.barco.com/en/products/clickshare-conferencing-collaboration<br><br>Clickshare Button provides network connectivity through a wireless transmission protocol: |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

**US Patent No. US 11,403,237 B2**

**Product**: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **General specifications** <br><br> | Connectors | USB-C type | <br> | Authentication protocol | WPA2-PSK in stand alone mode <br> WPA2-PSK or IEEE 802.1X in network integration mode | <br> | Wireless transmission protocol | IEEE 802.11 a/b/g/n/ac | <br> | Frequency band | 2.4 GHZ and 5 GHz | <br><br> **Figure 2** <br><br> https://www.barco.com/en/product/clickshare-conferencing-button <br><br> The processing device includes a memory, display, and operating systems with pre-installed generic drivers. <br><br> The processing device communicates with a class of peripheral devices (e.g., USB devices).  USB devices are a standard class of peripheral devices that are driven by pre-installed generic drivers.  USB provides a generic communication protocol for communication between the processing device and a class of peripherals. <br><br> Barco reserves its rights to supplement the evidence submitted herein. |

2

US Patent No. US 11,403,237 B2

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [a1] a) coupling an external peripheral device physically to a port of the processing device, the external peripheral device having a transceiver and a connector to couple to the port of the processing device, and | Clickshare Button includes an external peripheral device that is coupled to a port of the processing device. For example, Clickshare Button includes a USB interface which plugs into a laptop:<br><br><br><br>**Plug in and go with the ClickShare Button**<br><br>With the ClickShare Button you start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room equipment. Even guests can join this way!<br><br>**Figure 3**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf |

US Patent No. US 11,403,237 B2

Product: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|-------|-----------------------------------|
|       | Clickshare Button includes a wireless transceiver and a connector configured to couple to the port of the processing device:<br><br>**General specifications**<br><br>| Connectors | USB-C type |<br>| Authentication protocol | WPA2-PSK in stand alone mode / WPA2-PSK or IEEE 802.1X in network integration mode |<br>| Wireless transmission protocol | IEEE 802.11 a/b/g/n/ac |<br>| Frequency band | 2.4 GHZ and 5 GHz |<br><br>**Figure 4**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Clickshare Button includes a wireless transceiver with Wi-Fi (IEEE 802.11 a/b/g/n/ac) capabilities.<br><br>Clickshare Button includes a connector (e.g., USB interface).<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 11,403,237 B2

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [a2] presenting the external peripheral device to the processing device as a human interface device; | Clickshare Button makes use of multiple devices including human interface devices:<br><br>**Figure 5**<br><br>So, Clickshare Button presents as a human interface device.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

5

**US Patent No. US 11,403,237 B2**

**Product**: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [b] b) communicating at least one of audio data and display data from the processing device to the external peripheral device via the human interface device; | Clickshare Button's human interface device is configured to communicate data from the processing device to the Clickshare Button.<br><br>An example of the data being communicated from the processing device to the Clickshare Button is evidenced by the screen shared data shown here:<br><br><br><br>**Figure 6**<br><br>https://www.youtube.com/watch?v=qQmwrcf56ZE.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 11,403,237 B2

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [c], c) reading the audio data from the port, | Clickshare Button reads audio data from the port of the processing device.<br><br>An example of the audio data being read from the port is shown by the video conferencing meeting identified in Figure 6.  https://www.youtube.com/watch?v=qQmwrcf56ZE.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| d] d) connecting the processing device to a communications network via the transceiver, and | Clickshare Button is configured to connect the processing device to the communications network via the transceiver. For example, the Clickshare Button provides access to meeting room devices without additional configuration through its transceiver, rather than requiring additional cabling:<br><br><br><br>With the ClickShare Button you can start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room display, camera, microphones, soundbars and any other AV peripheral. No cables, no mess.<br>**Figure 7**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Barco reserves its rights to supplement the evidence submitted herein |

US Patent No. US 11,403,237 B2

**Product**: **Barco Clickshare**

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [e] e) display data and audio data being routed between the processing device and the communications network via the transceiver and further to a base node. | Clickshare Button is configured to route data from the Clickshare Button transceiver via the connector to the communications network and to a Clickshare Conference, Clickshare Video Bar, or Clickshare Present ("Clickshare Room System"). Clickshare Button routes data to a Clickshare Room System, over the communications network.  For example, Clickshare connects to the to the room system without additional configuration:  **Figure 8** Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf Barco reserves its rights to supplement the evidence submitted herein. |

US Patent No. US 11,403,237 B2

**Product**: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 4.  The method of claim 1, wherein a client application is stored on the external peripheral device which when run on the processing device obtains screen scraped data. | Clickshare Button includes a client application configured to run on the processing device to obtain screen scaped data. For example, Clickshare Button includes an executable program that is available on the Clickshare Button storage drive. *See*, https://www.barco.com/en/support/knowledge-base/4381-do-i-need-to-install-any-software-or-an-app-on-my-pc-or-mac-to-use-clickshare.<br><br>After running the executable program, the Clickshare Button allows presentation of the screen of the processing device. *See* https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage.<br><br>As shown, the executable program is run on the processing device:<br><br>```
D:\>dir
 Volume in drive D is ClickShare
 Volume Serial Number is D3EF-2883

 Directory of D:\

15/08/2024  11:24                 14 .version
15/08/2024  11:24              8.102 ClickShare_for_Windows.cat
15/08/2024  17:13         20.228.256 ClickShare_for_Windows.exe
15/08/2024  11:24              1.206 ClickShare_for_Windows.sig
15/08/2024  11:24                130 Download ClickShare Extension Pack.url
15/08/2024  11:24                 97 autorun.inf
15/08/2024  11:24                 99 eula.url
15/08/2024  11:24                 99 privacy_policy.url
               8 File(s)     20.238.003 bytes
               0 Dir(s)              0 bytes free
```<br>**Figure 9**<br><br>Barco reserves its rights to supplement the evidence submitted herein. |

Appendix F

US Patent No. US 11,422,951 B2

Products: Barco Clickshare

| Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. An electronic meeting tool for communicating user selected arbitrary media content from users at a meeting comprising: … | The Clickshare Button and a Clickshare Conference, Clickshare Video Bar, or Clickshare Present ("Clickshare Room System") provide an electronic meeting tool for communicating arbitrary media content from users at a meeting:<br><br><br><br>**Figure 1**[1]<br><br>https://www.barco.com/en/products/clickshare-conferencing-collaboration<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [a] a base node, the base node being coupled to a first display, … | A Clickshare Room System includes a base node which couples to one or more first displays. For example, the Clickshare Conference connects to multiple room devices like a display: |

---

[1] Annotations have been added to various figures in red to specifically identify certain portions of the figure.

| Claim | Exemplary Evidence of Infringement |
|---|---|
|  | **ClickShare Conference enables wireless video conferencing in any meeting space. It automatically connects you to room devices like cameras, mics, speakers, sound bars and displays.**<br><br>**Start a meeting from your laptop in seconds, using your preferred video conferencing platform. Make hybrid meetings easy and engaging, with just one click.**<br><br>**Figure 2**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [b] the base node being adapted to receive user selected arbitrary media content from at least one peripheral device via a wireless communications network, … | The Clickshare Room System is adapted to receive user selected arbitrary media content from at least one peripheral device via a wireless communications network.  For example, the Clickshare receives content from a processing device:<br><br>**What is ClickShare Present, our wireless presentation solution?**<br><br>ClickShare Present enables you to connect any device - laptop, mobile or tablet - and effortlessly share content on the main meeting room screen. A range of interactive features help make your meetings collaborative and interactive. No cables and no hassle for employees or visitors.<br><br>**Figure 3**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>The Clickshare Room system receives this content from the Clickshare Button connected to a wireless communications network.  For example, the Clickshare Button allows you to wirelessly start a video meeting or share content: |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>**Plug in and go with the ClickShare Button**<br><br>With the ClickShare Button you start your wireless video meeting or share content on the meeting room display. Plug the USB-C device into your laptop and within seconds, you are automatically connected to the meeting room equipment. Even guests can join this way!<br><br>**Figure 4**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [c] and [the base node being adapted to] to control display of | The Clickshare Room System is adapted to control the display of the user selected arbitrary media content on the first display. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| the user selected arbitrary media content on the first display; and | As shown with respect to 1[b], the Clickshare Room System supports wireless presentation.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [d] the at least one peripheral device being adapted to communicate the user selected arbitrary media content to the wireless communications network; … | Clickshare Button is adapted to communicate the user selected arbitrary media content to the wireless communications network.<br><br>Clickshare Button includes a wireless transceiver with IEEE 802.11 a/b/g/n/ac transmission protocol:<br><br>**General specifications**<br><br>| Connectors | USB-C type |<br>| Authentication protocol | WPA2-PSK in stand alone mode<br>WPA2-PSK or IEEE 802.1X in network integration mode |<br>| Wireless transmission protocol | IEEE 802.11 a/b/g/n/ac |<br>| Frequency band | 2.4 GHZ and 5 GHz |<br><br>**Figure 5**<br><br>https://www.barco.com/en/product/clickshare-conferencing-button<br><br>Clickshare Button provides arbitrary media content to the wireless communication network.  An example use of the Clickshare Button is provided here: |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br>**Figure 6**<br><br>https://www.youtube.com/watch?v=-TDstArgKJk\<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [e] wherein the at least one peripheral device is a connection unit comprising: … | Clickshare Button is a connection unit.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| [f] (a) a connector adapted to couple to a port of a user processing device, the user processing device having a second display and a memory, … | Clickshare Button includes a connector adapted to couple to a port of a user processing device (e.g., a laptop computer). |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| |  **Figure 7** [Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf](Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf) The user processing device includes a memory and display. Barco reserves its rights to supplement the evidence submitted herein. |
| [g] (b) a transmitter for transferring user selected arbitrary media content to the wireless communications network, and … | Clickshare Button includes a wireless transceiver with IEE 802.11 a/b/g/n/ac transmission protocol which can transmit arbitrary media content to the wireless communications network:  **Figure 8** [https://www.barco.com/en/product/clickshare-conferencing-button](https://www.barco.com/en/product/clickshare-conferencing-button) Barco reserves its rights to supplement the evidence submitted herein. |

| Claim | Exemplary Evidence of Infringement |
|---|---|
| [h] (c) an input device configured to allow the user to carry out a user action on the input device … | Clickshare Button includes an input device configured to allow a user action:<br><br><br><br>**Figure 9**<br><br>Barco-Clickshare-family-brochure-Love-Meeting-nare6_m.pdf<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [i] that triggers transfer of said user selected arbitrary media content from the transmitter to the wireless communications network and to the base node through the wireless communications network for display on the first display, … | Clickshare Button includes an input device in the form of a physical actuator that allows the user to carry out a user action.<br><br>For example, pressing a button allows communication of data for presentation of a processing device's screen: https://www.barco.com/en/support/knowledge-base/2898-clickshare-button-sharing-usage.<br><br>Barco reserves its rights to supplement the evidence submitted herein. |
| … [j] the input device being a physical actuator coupled to the at least one peripheral device. | Clickshare Button includes an input device being a physical actuator coupled to the Clickshare Button. As shown in 1[h], Clickshare Button's input device is a button. A button is a physical actuator.<br><br>Barco reserves its rights to supplement the evidence submitted herein |