# Exhibit G

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

Information on possible additional relevant patents or pending patent applications may be requested using the following form https://www.barco.com/en/contact, please indicate the product(s) of interest.

Updated 12 July 2024

| Product Name | Product Number | Patent No. | |
|---|---|---|---|
| DP4K L-series / XDL-series | | EP | 1587315 |
| | | EP | 1863297 |
| | | EP | 2584395 |
| | | EP | 1632804 |
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | EP | 3127328 |
| | | EP | 2633681 |
| | | US | 7002760 |
| | | US | 7938543 |
| | | JP | 5273636 |
| | | CN | 103066496 |
| | | US | 8842705 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 103597400 |
| | | US | 9482877 |
| | | CN | 106165412 |
| | | US | 11067885 |
| | | IN | I681212 |
| | | CN | 103597816 |
| | | US | 9261770 |
| SP4K B-series | | EP | 1587315 |
| | | EP | 1863297 |
| | | EP | 1632804 |
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | EP | 3127328 |
| | | US | 7002760 |
| | | US | 7938543 |
| | | JP | 5273636 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 114174918 |
| | | CN | 103597400 |
| | | US | 9482877 |

| | | | |
|---|---|---|---|
| | | CN | 106165412 |
| | | US | 11067885 |
| | | TW | I681212 |
| SP4K C-series | | EP | 1632804 |
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | EP | 3127328 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 114174918 |
| | | CN | 103597400 |
| | | US | 9482877 |
| | | CN | 106165412 |
| | | US | 11067885 |
| | | TW | I681212 |
| | | CN | 107980083 |
| | | US | 10851822 |
| SP2K S-series | | EP | 1587315 |
| | | EP | 1632804 |
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | US | 7002760 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 110392863 |
| | | US | 11300860 |
| | | CN | 103597400 |
| | | US | 9482877 |
| XDX | | EP | 1587315 |
| | | EP | 1863297 |
| | | EP | 1632804 |
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | EP | 3127328 |
| | | US | 7002760 |
| | | US | 7938543 |
| | | JP | 5273636 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 114174918 |
| | | CN | 103597400 |
| | | US | 9482877 |
| | | CN | 106165412 |
| | | US | 11067885 |
| | | TW | I681212 |
| XDM | | EP | 1632804 |

BARCO_0053944
BARCO_0053943

| | | | |
|---|---|---|---|
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | EP | 3127328 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 114174918 |
| | | CN | 103597400 |
| | | US | 9482877 |
| | | CN | 106165412 |
| | | US | 11067885 |
| | | TW | I681212 |
| | | CN | 107980083 |
| | | US | 10851822 |
| UDM | | EP | 1587315 |
| | | EP | 1863297 |
| | | EP | 1632804 |
| | | EP | 1632805 |
| | | EP | 2697682 |
| | | US | 7002760 |
| | | US | 7938543 |
| | | JP | 5273636 |
| | | JP | 5174317 |
| | | US | 7396132 |
| | | US | 7576932 |
| | | CN | 110392863 |
| | | US | 11300860 |
| | | CN | 103597400 |
| | | US | 9482877 |
| HDR LS4K | | EP | 3737988 |
| | | EP | 3143763 |
| | | EP | 3360320 |
| | | CN | 112335234 |
| | | US | 11463665 |
| | | CN | 111837065 |
| | | US | 11815738 |
| | | CA | 2956844 |
| | | CN | 106662753 |
| | | JP | 6791840 |
| | | US | 9874319 |
| | | US | 10408390 |
| | | JP | 7226700 |
| | | CN | 106537899 |
| | | CN | 7138860 |
| | | CA | 2917585 |
| | | US | 10171779 |
| | | US | 10477170 |
| | | JP | 6634012 |
| | | CA | 2884903 |

| Product | Model | Country | Patent |
|---|---|---|---|
| | | CN | 105993166 |
| | | JP | 7139305 |
| | | US | 11363242 |
| | | CN | 108141574 |
| | | JP | 7053103 |
| | | CN | 202110769620.1 |
| | | JP | 7460677 |
| | | JP | 6788504 |
| | | JP | 7119047 |
| | | US | 9848176 |
| | | US | 10469808 |
| | | US | 10602100 |
| | | US | 11032525 |
| | | US | 11019311 |
| | | US | 11558588 |
| | | CA | 2890373 |
| | | CA | 2890560 |
| | | CA | 2890405 |
| Coronis Fusion 4MP DL | MDCC-4130 | US | RE43707 |
| Coronis Fusion 4MP | MDCC-4230 | EP | 2099014 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| Coronis Fusion 6MP LED | MDCC-6330/MDCC-6430 | EP | 2099014 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| Coronis Fusion 10MP | | EP | 2099014 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | RE43707 |
| Coronis 3MP | | US | RE43707 |
| Coronis 3MP LED | MDCG-3221 | EP | 2099014 |
| | | EP | 2580748 |
| | | US | 8847975 |

| Product | Code | Region | Patent |
|---|---|---|---|
| | | US | 9313374 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | RE43707 |
| Coronis 5MP | | EP | 2099014 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | RE43707 |
| Coronis 5MP LED | | EP | 2099014 |
| | | EP | 2580748 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9368057 |
| | | US | RE43707 |
| Coronis Uniti | MDMC-12133 | EP | 2099014 |
| | | EP | 3170149 |
| | | EP | 2580748 |
| | | EP | 1915875 |
| | | US | 9280943 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | CN | 106716491 |
| | | US | 10212312 |
| | | CN | 102318001 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9368057 |
| | | US | 9799305 |
| | | US | 10453423 |
| | | US | RE43707 |
| Coronis 5MP Mammo | | US | RE43707 |
| Mammo Tomosynthesis 5MP | | EP | 2099014 |
| | | EP | 2580748 |
| | | EP | 1915875 |
| | | US | 9280943 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | CN | 102318001 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9368057 |
| | | US | RE43707 |
| Nio Color 3MP LED | | EP | 2099014 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |

| Product | Model | Country | Patent |
|---|---|---|---|
| | | US | 9368057 |
| | | EP | 2099014 |
| | | EP | 1915875 |
| Nio Color 3MP | MDNC-3421 | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 3170149 |
| | | EP | 2580748 |
| | | US | 9280943 |
| | | US | 8847975 |
| | | US | 9313374 |
| Nio Fusion 12MP | MDNC-12130 | CN | 106716491 |
| | | US | 10212312 |
| | | CN | 102318001 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9799305 |
| | | US | 10453423 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 1915875 |
| Nio 5MP LED | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 3170149 |
| | | EP | 2580748 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| Nio Color 5MP | MDNC-6121 | CN | 106716491 |
| | | US | 10212312 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9368057 |
| | | US | 9799305 |
| | | US | 10453423 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 2580748 |
| | | EP | 1915875 |
| Nio Gray 5.8MP | MDNG-6221 | US | 8847975 |
| | | US | 9313374 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9368057 |

BARCO_0053948
BARCO_0053943

| Product | Model | Region | Patent |
|---|---|---|---|
| Digital Pathology Display | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 3170149 |
| | | US | 9280943 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | CN | 106716491 |
| | | US | 10212312 |
| | | CN | 102318001 |
| | | US | 9799305 |
| | | US | 10453423 |
| | | US | RE43707 |
| Coronis Fusion 6MP | MDCC-6530 | EP | 2099014 |
| | | EP | 3170149 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | CN | 106716491 |
| | | US | 10212312 |
| | | US | 9799305 |
| | | US | 10453423 |
| | | US | RE43707 |
| | | EP | 2099014 |
| | | EP | 3170149 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | CN | 106716491 |
| | | US | 10212312 |
| | | US | 9799305 |
| | | US | 10453423 |
| | | US | RE43707 |
| Nio Color 2MP | MDNC-2521 | EP | 3170149 |
| | | CN | 106716491 |
| | | US | 10212312 |
| | | US | RE43707 |
| Nio Color 3MP | MDNC-3521 | EP | 3170149 |
| | | CN | 106716491 |
| | | US | 10212312 |
| | | US | RE43707 |
| Nio Color 3MP | MDNG-3421 | EP | 2099014 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| Mammo Tomosynthesis 5MP | | EP | 2099014 |
| | | EP | 2580748 |
| | | EP | 1915875 |
| | | EP | 1650730 |
| | | US | 9280943 |

| | | | |
|---|---|---|---|
| | | US | 8847975 |
| | | US | 9313374 |
| | | CN | 102318001 |
| | | US | 9082334 |
| | | US | 9685109 |
| | | US | 9368057 |
| | | US | 9384710 |
| | | US | RE43707 |
| | | US | 9916795 |
| Nio 5MP LED | MDNG-5221 BB/CB | EP | 2099014 |
| | | EP | 1915875 |
| | | US | 8847975 |
| | | US | 9313374 |
| | | US | 9368057 |
| | | US | RE43707 |
| Nexxis | | EP | 1768383 |
| | | US | 8375301 |
| | | US | 9264678 |
| Cinema LED | | CN | 113474716 |
| | | CN | 113196793 |
| | | US | 11924596 |
| | | CN | 113228143 |
| COG | | US | 11094255 |
| R-series | | EP | 3243365 |
| | | US | 11074028 |
| | | CN | 107211536 |
| | | US | 10114601 |
| | | CN | 105723444 |
| | | US | 10152914 |
| | | US | 10600355 |
| | | US | 10210794 |
| TP-series | | US | 11359382 |
| T-series | | CN | 105940440 |
| | | US | 10056014 |
| | | US | 8902127 |
| Unisee | | EP | 3477365 |
| | | EP | 3074812 |
| | | TW | I532087 |
| | | CN | 109696767 |
| | | TW | I795454 |
| | | IN | 453773 |
| | | US | 11415824 |
| | | CN | 113711293 |
| | | US | 11922833 |
| | | JP | 6511468 |
| | | US | 10156748 |
| | | US | 10545364 |
| | | US | 11443663 |
| | | CN | 109404382 |

| | | | |
|---|---|---|---|
| | | TW | I794272 |
| | | HK | 40004665 |
| | | US | 11763704 |
| XGI | | EP | 3155606 |
| | | US | 9886877 |
| | | CN | 106463081 |
| X-series | | CN | 107210014 |
| | | US | 10438520 |
| | | US | 11074028 |
| Clickshare | | EP | 3732827 |
| | | US | 10684972 |
| | | TW | I631855 |
| | | US | 10762002 |
| | | US | 8756348 |
| | | US | 10795832 |
| | | US | 10585814 |
| | | US | 11151060 |
| | | US | 11422951 |
| | | US | 11216392 |
| | | IN | 540901 |
| | | JP | 7303812 |
| | | US | 11966346 |
| | | CN | 103931175 |
| | | SG | 10201601302 |
| | | CN | 108337099 |
| | | US | 11403237 |
| | | CN | 103931176 |
| | | US | 10050800 |
| | | US | 10965480 |
| | | HK | 40031997 |
| | | US | 9083769 |
| | | US | 10904103 |
| | | US | 11258676 |
| | | US | 11792085 |
| | | SG | 11201507375 |
| | | SG | 10201605318 |
| | | US | 11900006 |
| | | US | 11966347 |
| ClickShare Button | | US | 8756348 |
| | | US | 10795832 |
| | | US | 10585814 |
| | | US | 11151060 |
| | | US | 11422951 |
| | | US | 11216392 |
| | | HK | 40031997 |
| | | US | 9083769 |
| | | US | 10904103 |
| | | US | 11258676 |
| | | US | 11792085 |

| | | SG | 11201507375 |
|---|---|---|---|
| | | SG | 10201605318 |

BARCO_0053952
BARCO_0053943