# Exhibit H

███████████ – ███████████
Erwin Six – April 25, 2025

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
2    MARSHALL DIVISION

3    _____
                                     )
4    BARCO, INC. AND BARCO NV,       )
                                     )
5            Plaintiffs,             )
                                     )
6        -against-                   )    Civil Action No.:
                                     )    2:23-cv-00521
7    YEALINK (USA) NETWORK TECHNOLOGY CO., )    (JRG)(RSP)
     LTD.,AND YEALINK NETWORK TECHNOLOGY )
8    CO., LTD.                       )
                                     )
9            Defendants.             )
10   _____)

11

12              ************************

13              ████████████████████

14              ************************

15

16   VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

17                   ERWIN SIX

18              DATE: April 25, 2025

19

20

21

22

23

24   REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

25

██████████ – ██████████
Erwin Six – April 25, 2025

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8                    TRANSCRIPT of the deposition of the
 9    ERWIN SIX, called for Oral Examination in the
10    above-captioned matter, said deposition being taken by
11    and before CHARLENE FRIEDMAN, a Notary Public and
12    Certified Court Reporter, a Registered Professional
13    Reporter, and a Certified Realtime Reporter, at K&L
14    Gates, LLP, 599 Lexington Avenue, New York, New York, on
15    April 25, 2025, commencing at approximately 10:07 in the
16    morning.
17
18
19
20
21
22
23
24
25
```

██████████████ – ██████████████
Erwin Six – April 25, 2025

1    its patents?

2        A    Yes.

3        Q    How does Barco mark its products

4    with its patents?

5        A    Currently, we mark them with

6    stickers on the boxes.  We mark them in the

7    manuals of our products, and we refer there

8    towards our website where that information

9    can be found.

10       Q    When you say "currently," how

11   current are we talking about?

12       A    I only have the knowledge that this

13   is done since 2017.

14       Q    So in 2017, Barco marked its

15   products with stickers?

16       A    On the website, on the website

17   part.

18       Q    Right.  I'm trying to understand

19   what you testified to.

20            You said that, "Currently, we mark

21   them with stickers on the boxes."

22            Can you explain that for me?

23       A    The boxes of the base units have

24   stickers, and on that sticker there is

25   written the patents protected can -- or it

```
 1    refers to where -- to a link where you can
 2    find a list of the patents marked for this
 3    product.
 4         Q    That's only on the base units?
 5         A    On the base units, but the base
 6    units and buttons are, for us, a lot in the
 7    same box.  So base units and buttons are not
 8    separate boxes.  That's in the same box that
 9    they're sitting.
10              And therefore, the label is there
11    on that, and also on the base -- on buttons
12    which we sell separately, they are on
13    boxes --
14              (Reporter clarification.)
15         A    No, no, I'm saying the boxes of
16    ClickShare is base units, the buttons are in
17    there, and there is a patent -- the label on
18    these boxes with buttons, and base units was
19    marked separate buttons for extra in there.
20    It's on the box for the -- for the separate
21    buttons.
22         Q    And it is your testimony this was
23    done since 2017?
24         A    Yes.
25         Q    You're sure about that?
```

████████████ — ████████████
Erwin Six - April 25, 2025

```
 1          A    I believe so, yes.
 2          Q    Was it the practice in the United
 3     States?
 4          A    I think we -- our products are
 5     exactly the same boxed, but there are -- they
 6     have different labels indeed with some
 7     requirements in the regions, but the patent
 8     is normally what is there.  The patent
 9     marking part is there normally in all of the
10     regions.
11          Q    And the patent marking on these
12     boxes, do they list out the specific patent
13     numbers?
14          A    On the label, you mean?
15          Q    Yes, sir.
16          A    On the label there's not a list --
17     a list of the numbers itself.  The reference
18     is to the websites, but there is a list.
19          Q    Okay.
20          MR. YANG:  I'm going to mark a
21          document.  I believe we're up to 21.
22          (Above-mentioned document marked
23          for Identification.)
24          Q    Sir, you have Exhibit 21 in front
25     of you?
```

██████████ – ██████████
Erwin Six - April 25, 2025

```
 1          A    Yes.

 2               MR. YANG:  That has Bates number

 3     Barco 538974 to 976.

 4          Q    Can you tell me what this document

 5     is?

 6               (Witness reviewing.)

 7          A    This is a printout of the website

 8     where you refer to -- when you follow the

 9     link on the labels.

10          Q    So is this the web page where Barco

11     listed its patents for its products?

12          A    Yes.

13          Q    Other than this website whose

14     printout we're looking at here, has Barco

15     listed its patents for its products anywhere

16     else?

17          A    Not that I know since the listing

18     of that in 2017.

19          Q    Right.

20               So this exhibit here, Exhibit 21,

21     is the only website where Barco marked its

22     patents, correct?

23          A    Yes.

24          Q    And on page 1 of this printout, we

25     see a number of lists.
```

Erwin Six - April 25, 2025

```
 1          A     Umm-hmm, no.

 2          Q     Does the patent application accord

 3    you any patent protection, to your knowledge?

 4          A     No, it doesn't.

 5          Q     You can set that aside for me,

 6    please.

 7                You now have Exhibit 24 in front of

 8    you, Mr. Six?

 9          A     Yes.

10                (Above-mentioned document marked

11          for Identification.)

12          Q     This is another list of patents

13    Barco marked for its products, correct?

14                (Witness reviewing.)

15          A     Yes.

16          Q     It looks like the date here is

17    January 19, 2021.

18                Do you see that?

19          A     Yes.

20          Q     Let's go towards the end of this

21    document.  Actually, let's go to the last

22    page.

23                Do you see the ClickShare products

24    on this page?

25          A     Yes.
```

██████████████ – ██████████████
Erwin Six – April 25, 2025

```
 1          Q    It seems to me the same patents are
 2   listed there for the ClickShare products as
 3   Exhibit 23, correct?
 4          A    Yes.
 5          Q    Again, for the last item,
 6   ClickShare button and ClickShare button and
 7   tray pack, what's listed there, is that a
 8   patent or a patent application?
 9          A    A patent application.
10          Q    Once again, a patent application is
11   not a patent, is it?
12          A    That's not a patent.
13          Q    You can set that aside.
14               (Above-mentioned document marked
15          for Identification.)
16          Q    Do you now have Exhibit 25 in front
17   of you, once again?
18               It's another list of patents Barco
19   marked for its product, correct?
20               (Witness reviewing.)
21          A    Yes.
22          Q    It looks like the date here is June
23   29, 2021.
24               Do you see that?
25          A    Yes.
```

```
 1          Q    Same thing.

 2               Go to the end for me, please.

 3          A    Yes.

 4          Q    For the ClickShare products, it

 5     does not appear to me that there are any

 6     additional patents or patent applications

 7     listed in Exhibit 25 compared to Exhibit 24,

 8     are there?

 9          A    That's correct.

10          Q    And again, at the very end for

11     ClickShare button and ClickShare button and

12     tray pack, what's listed there is a patent or

13     a patent application?

14          A    It's the same patent application.

15          Q    And that patent application is

16     still not a patent, is it?

17          A    Like it is mentioned here, not.

18          Q    Okay.  You can set that aside for

19     me, sir.

20               MR. YANG:  I marked this.

21               MR. CENTURELLI:  Is this the key to

22          the case?

23               MR. YANG:  You got it.  I hate to

24          give it away.

25               (Above-mentioned document marked
```

████████████████ — ████████████████
Erwin Six — April 25, 2025

Page 160

```
1              for Identification.)
2         Q    Mr. Six, you now have Exhibit 26 in
3    front of you?
4         A    Yes.
5         Q    Is this another list of patents
6    Barco marked on its products?
7              (Witness reviewing.)
8         A    Yes.
9         Q    So this exhibit is now dated
10   October 19, 2023, correct?
11        A    Correct.
12        Q    Okay.  Let's go to the last page.
13             We now see a category that just
14   says "ClickShare."
15             Do you see that?
16        A    Yes.
17        Q    And compared to Exhibit 25, or
18   rather, 23, 24 and 25, there are a lot more
19   patents listed, correct?
20        A    Yes, correct.
21        Q    This will just take a second.  I
22   just want to go over some numbers with you.
23   Feel free to consult Exhibit 25 as well.
24             So here do you see a Patent Number
25   U.S. 10795832?
```

███████████████████ - ████████████████████
Erwin Six - April 25, 2025

```
 1          A    Yes.
 2          Q    That appears for the first time in
 3     Exhibit 26, correct?
 4          A    Correct.
 5          Q    We'll go down a few more.
 6               Do you see U.S. 11151060?
 7          A    U.S. -- can you repeat?
 8          Q    Sure.
 9               11151060?
10          A    060, yes.
11          Q    That also appears for the first
12     time in this document, Exhibit 26, correct?
13          A    Yes.
14          Q    And immediately below that, U.S.
15     111422951.
16               Do you see that?
17          A    Yes.
18          Q    Again, first time it appeared was
19     in this Exhibit 26, correct?
20          A    Yes.
21          Q    And if you go about five rows down,
22     there is a U.S. 10904103.
23               Do you see that?
24          A    Yes.
25          Q    The first time it's appeared is --
```

████████████████ – ████████████████
Erwin Six – April 25, 2025

1     was in this Exhibit 26 again, right?

2          A    Yes.

3          Q    We'll go down a few more rows.

4               Do you see a U.S. 10684962?

5          A    Yeah, yep.

6          Q    Same question.

7               First time it appeared was in this

8     patent, correct, in this document, correct?

9          A    Yes.

10         Q    Let's go towards the bottom.

11              Do you see a U.S. 10762002?

12         A    10762002, yeah.

13         Q    First time it appeared in Exhibit

14    26, right?

15         A    Yes.

16         Q    And lastly, the very last, U.S.

17    11403237.

18              Do you see that?

19         A    Yes.

20         Q    Again, this is a new patent that's

21    appeared for the first time in Exhibit 26,

22    right?

23         A    Yes.

24         Q    Okay.  Set that aside for me,

25    please.

████████████ – ████████████
Erwin Six – April 25, 2025

```
 1              Mr. Six, has Barco ever marked its
 2    patents on the button itself?
 3         A    Not as I recall, no.
 4         Q    I'm going to hand you two exhibits.
 5              MR. YANG:  Exhibit 27.
 6              (Above-mentioned document marked
 7         for Identification.)
 8              MR. YANG:  And Exhibit 28.
 9              (Above-mentioned document marked
10         for Identification.)
11         Q    I just have one question, one
12    question each on these -- on these exhibits.
13              Sir, you have Exhibit 27 and 28
14    Bates number Yealink 00014474 and 14475?
15         A    Yes.
16         Q    Sticking with Exhibit 27 first,
17    what is that picture showing?
18              (Witness reviewing.)
19         A    That's our ClickShare button, the
20    last generation.
21         Q    So generation 4?
22         A    Yes.
23         Q    Is there an actuator on there?
24         A    Yes.
25         Q    Is there a light on there?
```

 1          A    Yes.

 2          Q    Exhibit 28, what is that showing?

 3               (Witness reviewing.)

 4          A    The back of the -- of our

 5     ClickShare button.

 6          Q    Is it generation 4 again?

 7          A    Yes.

 8          Q    Are there any patents listed in

 9     either Exhibit 27 or 28?

10          A    No.

11          Q    You can set those aside for me,

12     please.  We're getting to pictures so you

13     know we're towards the end.

14               You have Exhibit 29 in front of

15     you, sir?

16          A    Yes.

17               (Above-mentioned document marked

18          for Identification.)

19               MR. YANG:  Yealink 14466.

20          Q    What is that picture showing?

21               (Witness reviewing.)

22          A    That's an extra button, a

23     ClickShare button, a box of a ClickShare

24     button to be specific.

25          Q    Right.

██████████ — ██████████
Erwin Six — April 25, 2025

1          That's the box in which Barco ships

2     its button, correct?

3          A     Not all the buttons.  There are

4     spare buttons.  There are also buttons in the

5     packs where the base units are in.

6               Like I said, we have a package with

7     either a base unit and two buttons or with

8     one button.  This is an extra spare pack.

9          Q     I see.

10              But if one were to just buy a

11    button by itself, this is a box in which it

12    comes, right?

13         A     Yes.

14         Q     Take a look at this.

15              Do you see a website link on there?

16         A     Only the www.Barco.com.

17         Q     Nothing else?

18         A     No.

19         Q     Is that the same website where

20    Barco marked its patents?

21              MR. CENTURELLI:  Object to form.

22         A     It's not a website in which you

23    earlier showed me.

24         Q     It's not, right?

25              You can set that aside.  You now

███████████ — ███████████
Erwin Six — April 25, 2025

1    have Exhibit 30 in front of you.

2              (Above-mentioned document marked

3         for Identification.)

4              MR. YANG:  Yealink 00014472.

5              Do you see that, sir?

6              (Witness reviewing.)

7         A    Yes.

8         Q    Can you tell me what this picture

9    is showing?

10        A    This picture is showing the button,

11   the separate packaged button and a card with

12   information on the firmware, the firmware

13   update and a QR code on where to find that

14   firmware, and also, where to find the manuals

15   and things like that.

16        Q    To your knowledge, does this QR

17   code lead a user to the website where Barco

18   marked its patents?

19        A    That, I don't know.  I have to scan

20   it.

21        Q    Go ahead.

22              (Witness complying.)

23        Q    Are you there, sir?

24        A    Yes.

25        Q    Can you tell me the web page the QR

█████████████ — ███████████████
Erwin Six — April 25, 2025

1    your phone as an exhibit, but I'm sure you'll

2    have a problem with that.

3              Let's move on.

4              So by the way, this website that

5    you were looking at from this QR code, is

6    that the same website where Barco marked its

7    patents?

8         A    No.

9         Q    It's not, right?

10        A    No, it's not.

11             You have to click through to the

12   manuals, yeah.

13        Q    Okay.  What do you have to click

14   through to get to the patent?

15        A    I have to go into the ClickShare

16   C5C and then go to the manuals, yeah.

17        Q    On the web page you were just

18   looking at, is there any link that has told

19   you anything about patents?

20        A    Trademarks and copyrights.

21        Q    Are trademarks and copyrights the

22   same things as patents?

23        A    No.

24        Q    So my question is --

25        A    So the words "patents," no.

██████████████ – ██████████████
Erwin Six – April 25, 2025

1          Q    Right.

2               So my question is, is there

3    anything on that web page that said anything

4    about patents?

5          A    I should do a search, but I assume

6    you did it.

7          Q    Go ahead.

8          A    No.

9          Q    No.

10              You now have exhibit -- I'm sorry.

11              MR. CENTURELLI:  31?

12              MR. YANG:  31, yes, sir.

13              (Above-mentioned document marked

14         for Identification.)

15         Q    You now have Exhibit 31 in front of

16    you.

17              Just read the title of this article

18    for me, please.

19              (Witness reviewing.)

20         A    "ClickShare New Button Base Unit

21    Dependency."

22         Q    Is that the same web page we just

23    saw, the one you accessed through the QR code

24    in Exhibit 30?

25         A    Yes.

████████████████ – ████████████████
Erwin Six – April 25, 2025

```
 1           Q    And again, on this web page, is
 2      there anything that says -- let me rephrase.
 3                On this web page, is there any
 4      reference to patents?
 5           A    No.
 6           Q    Set that aside for me.
 7                You now have Exhibit 32 in front of
 8      you.
 9                (Above-mentioned document marked
10           for Identification.)
11                MR. YANG:  Yealink 14471.
12           Q    Is that the back cover of the --
13           A    Yes.
14           Q    Let me finish, please.
15           A    Oh, sorry.
16           Q    Is that the back cover of the
17      package for the button generation 4 that we
18      just saw?
19                (Witness reviewing.)
20           A    Yes.
21           Q    Do you see any link in here that --
22      let me rephrase.
23                Is there any reference here to
24      Barco's patents?
25           A    Not -- not the word "patents," no.
```

████████████████████ - ████████████████████
Erwin Six - April 25, 2025

1    I don't know about the QR codes.

2         Q    If you want to scan the QR codes,

3    go ahead.

4              (Witness complying.)

5         A    The top one I cannot scan.

6         Q    Just let me know when you're done.

7         A    The quality of the -- I cannot scan

8    the product info of the QR codes.

9         Q    The product info, you said?

10        A    Yes.  It's due to the picture.

11        Q    Okay.

12        A    The top right.

13        Q    What about the other QR codes, are

14   you able to scan those?

15        A    These -- both of these, yes, but

16   it's probably due to the perspective.

17        Q    Well, the ones you were able to

18   scan, did those QR codes lead you to Barco's

19   patent marking page?

20        A    No.

21        Q    What do they lead you to?

22        A    It leaded to the -- the pages of

23   the certification, either the certification

24   warnings next to it.

25        Q    To your knowledge, is the product

██████████ – ████████████
Erwin Six – April 25, 2025

1    info page the same page as the patent

2    markings page?

3        A    There is also a click through

4    needed, to.

5        Q    A click through from that web page,

6    correct?

7        A    Yes.

8        Q    You can set that aside.

9             (Above-mentioned document marked

10       for Identification.)

11       Q    Mr. Six, you have Exhibit 33 in

12   front of you with Bates number Barco 64947

13   to --

14       A    Yes.

15       Q    -- 949.

16            Have you seen this document before?

17            (Witness reviewing.)

18       A    Yes.

19       Q    What is this document?

20       A    This is an early proposal in that

21   set of negotiations that we were doing with

22   Crestron.

23            MR. CENTURELLI:  Can you please

24       take time to read the document fully?

25            Take time to read the document

███████████████ - ████████████████
Erwin Six - April 25, 2025

```
 1                    C E R T I F I C A T E
 2          I, CHARLENE FRIEDMAN, a Certified Court
 3    Reporter and Notary Public, qualified in and for
 4    the State of New Jersey do hereby certify that
 5    prior to the commencement of the examination ERWIN
 6    SIX was duly sworn by me to testify to the truth
 7    the whole truth and nothing but the truth.
 8          I DO FURTHER CERTIFY that the foregoing
 9    is a true and accurate transcript of the testimony
10    as taken stenographically by and before me at the
11    time, place and on the date hereinbefore set forth.
12          I DO FURTHER certify that I am neither a
13    relative of nor employee nor attorney nor counsel
14    for any of the parties to this action, and that I
15    am neither a relative nor employee of such attorney
16    or counsel, and that I am not financially
17    interested in the action.
18
19
20          _____
21          CHARLENE FRIEDMAN, RPR, CRR, CCR of the
22          State of New Jersey
23          License No:  30XI00204900
24          Date:  April 25, 2025
25
```