# Exhibit I



US/EN    login myBarco

**Products & solutions**   **Inspiration**   **Contact**   **Support**   **About Barco**   **Partners**

Home   About Barco   Terms and conditions   Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

Download list (Updated 2024-07-12)

Download list (Updated 2023-10-19)

Download list (Updated 2021-06-29)

Download list (Updated 2021-01-19)

Download list (Updated 2020-02-18)

Give feedback

BARCO_0053974
BARCO_0053974

Download list (Updated 2017-12-20)



**Barco, Inc.**
3059 Premiere Parkway Suite 400, Duluth
Georgia 30097 United States
+1 678 475 8000 | +1 678 666 2325 (presales) | +1 866 992 2726 (Service and Support)

Give feedback

**ClickShare**
Video bars for wireless collaboration
Wireless conferencing
Wireless presentation

**Projection**
Cinema projectors
Home cinema projectors
Installation projectors
Rental projectors
Simulation projectors

**Cinema systems**
Cinema projectors
Home cinema projectors
Laser light upgrade
Media servers & audio
Cinema screens

**Video walls**
Controllers
LCD video walls

**Medical displays**
All-in-one displays
Breast imaging displays
Clinical review displays
Custom medical displays
Dental displays
Digital pathology displays
Medical display controllers
Radiology displays
Surgical displays

**Control room software**
Barco CTRL
OpSpace
SecureStream
TransForm N

**Image processing**
Event master
Screen management

**Immersive systems**
Canvas
Caves
Powerwalls

**Digital operating room**
Medical device management
Surgical collaboration

**Services**
Enterprise services
Entertainment services
Healthcare services

BARCO_0053975
BARCO_0053974

LCD video walls

Rear-projection video walls

### Solutions

3D visualization

Cinema

Control rooms

Home entertainment

Live events

Medical imaging & workflows

Meeting rooms

Projection mapping

Simulation & training solutions

Television studio

Themed entertainment

Workplace

### Support

Support

Knowledge base

Training & certification

### Partners

Resellers & system integrators

Alliance partners

Consultants

Suppliers

Why become a partner?

### Inspiration

News & Insights

Customer stories

Upcoming events

### Contact

Contact us

Where to buy

Office locator

### About

This is Barco

Investor relations

Jobs

Press releases

Sustainability

Worldwide offices

Trust center

Corporate governance

Experience center

Patents

**Follow us**

**Receive the latest services & products news**

Sign up

Give feedback

© 2025, Barco. All rights reserved.    Trademarks and copyright    Terms and conditions    Ethics helpline    Privacy policy    Cookie policy

BARCO_0053976
BARCO_0053974