# Exhibit K

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

Information on possible additional relevant patents or pending patent applications may be requested using the following form https://www.barco.com/en/contact, please indicate the product(s) of interest.

Updated 2021-06-29

| Product | Patents |
| --- | --- |
| MDCC-4130 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1 |
| MDCC-4230 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDCC-4330 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDCC-6230 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2 |
| MDCC-6330/MDCC-6430 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1 |

BARCO_0053964

BARCO_0053964

|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
|  | EP1915875B1 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
| MDCG-10130 | US8847975B2 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
| MDCG 3120 | USRE43707E1 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
| MDCG-3221 | US8847975B2 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
| MDCG-5121 | US8847975B2 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | US9685109B2 |
|  | EP2580748A1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
| MDCG-5221 | EP1915875B1 |
|  | US7166829B2 |
|  | US7038186B2 |
| MDMC-12133 | US6950098B2 |

BARCO_0053965
BARCO_0053964

|  | EP1274066B1 |
|---|---|
|  | USRE43707E1 |
|  | US9280943B2 |
|  | EP3113168A1 |
|  | US9685109B2 |
|  | EP2580748A1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
|  | EP1915875B1 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
| MDMG-5121 | USRE43707E1 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
|  | USRE43707E1 |
|  | US9280943B2 |
|  | EP3113168A1 |
|  | US9685109B2 |
|  | EP2580748A1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
| MDMG-5221 | EP1915875B1 |
|  | US7166829B2 |
| MDNC-2221 | US7038186B2 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
| MDNC-3321 | EP1915875B1 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
| MDNC-3421 | US9368057B2 |

BARCO_0053966
BARCO_0053964

|  | EP1915875B1 |
|---|---|
| MDNC-12130 | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | US9280943B2 |
|  | EP3113168A1 |
|  | EP2580748A1 |
|  | US9685109B2 |
|  | US9082334B2 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
| MDNG-2120 | US7166829B2 |
|  | US7038186B2 |
| MDNG-3220 | US7166829B2 |
|  | US7038186B2 |
| MDNG-5221 | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
|  | EP1915875B1 |
| MDNG-6121 | US7166829B2 |
|  | US7038186B2 |
|  | US6950098B2 |
|  | EP1274066B1 |
| MDRC-1119 | US7166829B2 |
|  | US7038186B2 |
| MDRC-2122 | US7166829B2 |
|  | US7038186B2 |
| MDRC-2221 | US7166829B2 |
|  | US7038186B2 |
| MDRC-2224 | US7166829B2 |
|  | US7038186B2 |
| MDNC-6121 | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
|  | EP1915875B1 |
| MDNC-2123 | US7166829B2 |
|  | US7038186B2 |
| MDNG-6221 | US7166829B2 |

BARCO_0053967
BARCO_0053964

|  | US7038186B2 |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
|  | EP1915875B1 |
| MDRC-1219 | US7166829B2 |
|  | US7038186B2 |
| MDRC-2222 | US7166829B2 |
|  | US7038186B2 |
| MDPC-8127 | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | CN102318001B |
|  | US9280943B2 |
|  | EP3113168A1 |
|  | US9313374B |
|  | EP2099014B1 |
|  | US8847975B2 |
| ClickShare CSC-1<br>ClickShare CSM-1<br>ClickShare CS-100<br>ClickShare CS-100 Huddle<br>ClickShare CSE-200<br>ClickShare CSE-200+<br>ClickShare CSE-800<br>ClickShare CX-20<br>ClickShare CX-30<br>ClickShare CX-50 | USD699241<br>US9083769C1<br>US8756348B2 |
| ClickShare CSC-1<br>ClickShare CSM-1<br>ClickShare CS-100<br>ClickShare CS-100 Huddle<br>ClickShare CSE-200<br>ClickShare CSE-200+<br>ClickShare CSE-800<br>ClickShare CX-20<br>ClickShare CX-30<br>ClickShare CX-50 | US8756348B2<br>EP2756668B1<br>US9083769B2 |
| ClickShare Button<br>ClickShare Button and Tray pack | US20150263905A1 |

BARCO_0053968
BARCO_0053964