# Exhibit L

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

Information on possible additional relevant patents or pending patent applications may be requested using the following form https:/www.barco.com/en/contact, please indicate the product(s) of interest.

Updated 19 October 2023

| Product name | Product number | Patents |
| --- | --- | --- |
| DP4K L-series / XDL-series | | EP1863297<br>US7938543<br>JP5273636 |
| | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |
| | | US7002760<br>EP1587315 |
| | | CN103066496<br>US8842705<br>EP2584395 |
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | EP3127328<br>CN106165412B<br>US11067885<br>TWI681212 |
| SP4K B-series | | EP1863297<br>US7938543<br>JP5273636 |
| | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |
| | | US7002760<br>EP1587315 |
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | EP3127328<br>CN106165412B<br>US11067885<br>TWI681212 |

| | | |
|---|---|---|
| SP4K C-series | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | EP3127328<br>CN106165412B<br>US11067885<br>TWI681212 |
| | | CN107980083<br>EP3247914<br>US10851822 |
| SP2K S-series | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |
| | | US7002760<br>EP1587315 |
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | CN110392863B<br>US11300860 |
| XDX | | EP1863297<br>US7938543<br>JP5273636 |
| | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |
| | | US7002760<br>EP1587315 |
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | EP3127328<br>CN106165412B<br>US11067885<br>TWI681212 |
| XDM | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |

| | | |
|---|---|---|
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | EP3127328<br>CN106165412B<br>US11067885<br>TWI681212 |
| | | CN107980083<br>EP3247914<br>US10851822 |
| UDM | | EP1863297<br>US7938543<br>JP5273636 |
| | | EP1632804<br>EP1632805<br>JP5174317<br>US7396132<br>US7576932 |
| | | US7002760<br>EP1587315 |
| | | CN103597400<br>EP2697682<br>US9482877 |
| | | CN110392863B<br>US11300860 |
| Coronis Fusion 4MP | MDCC-4230 | USRE43707E1<br>EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |
| Coronis Fusion 6MP LED | MDCC-6330/MDCC-6430 | USRE43707E1<br>EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |
| Coronis 3MP LED | MDCG-3221 | USRE43707E1<br>EP2099014<br>US8847975<br>US9313374 |
| | | US9082334<br>US9685109<br>EP2580748 |
| Coronis Uniti | MDMC-12133 | USRE43707E1<br>US9280943<br>CN102318001 |
| | | US9082334<br>US9685109<br>EP2580748 |

| | | |
|---|---|---|
| | | EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |
| | | US9799305<br>US10453423 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| Nio Color 3MP | MDNC-3421 | USRE43707E1<br>EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |
| Nio Fusion 12MP | MDNC-12130 | USRE43707E1<br>US9280943<br>CN102318001 |
| | | US9082334<br>US9685109<br>EP2580748 |
| | | EP2099014<br>US8847975<br>US9313374 |
| | | US9799305<br>US10453423 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| Nio Color 5MP | MDNC-6121 | USRE43707E1<br>EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |
| | | US9082334<br>US9685109<br>EP2580748 |
| | | US9799305<br>US10453423 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| Nio Gray 5.8MP | MDNG-6221 | USRE43707E1<br>EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |

| | | |
|---|---|---|
| | | US9082334<br>US9685109<br>EP2580748 |
| | MDPC-8127 | USRE43707E1<br>US9280943<br>CN102318001 |
| | | EP2099014<br>US8847975<br>US9313374 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| | | US9799305<br>US10453423 |
| Coronis Fusion 6MP | MDCC-6530 | USRE43707E1 |
| | | EP2099014<br>US8847975<br>US9313374 |
| | | US9799305<br>US10453423 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| Coronis Fusion 4MP | MDCC-4430 | USRE43707E1 |
| | | EP2099014<br>US8847975<br>US9313374 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| | | US9799305<br>US10453423 |
| Nio Color 2MP | MDNC-2521 | USRE43707E1 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| Nio Color 3MP | MDNC-3521 | USRE43707E1 |
| | | GB2528283<br>CN106716491<br>US10212312 |
| Nio Color 3MP | MDNG-3421 | USRE43707E1 |
| | | EP2099014<br>US8847975<br>US9313374 |
| | | EP1915875<br>US9368057 |
| TruePix Series | | US11359382<br>LU500750 |

| | | |
|---|---|---|
| Unisee | | TWI532087<br>JP6511468<br>US10156748<br>US10545364<br>EP3074812 |
| | | EP3477365B1<br>CN208937867U<br>TWI795454<br>TWM578394U<br>HK40008160<br>US11415824<br>EP3701324 |
| | | US11443663B2<br>CN109404382<br>CN214533860U<br>TWI794272<br>HK40004665 |
| | | CN213751712U<br>TWM597496U<br>DE202019106651U1 |
| | | TWM614181 |
| Unisee2.0 | | LU501037 |
| Unisee2.1 | | LU501037 |
| Clickshare | C-5<br>C-10<br>CX-20<br>CX-30<br>CX-50<br>CX-50 Gen2<br>Button | US8756348<br>US10795832<br>US10585814<br>US11151060<br>US11422951<br>US11216392<br>HK40031997<br>EP2756668<br>US9083769<br>US10904103<br>US11258676<br>SG11201507375W<br>SG10201605318Y<br>USD699241S1<br>EP2756667<br>CN103931176<br>US10050800<br>US10965480<br>US10684972<br>DE212018000388U1<br>ES1259240U<br>JP7303812<br>CN103931175B<br>US10762002<br>SG10201601302PA<br>CN108337099<br>US11403237 |