Exhibit M

INTERNET ARCHIVE

archive.org

# DECLARATION OF MINA CHING

1. I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address).  If archived records for a URL are available, the visitor will be presented with a display of available dates.  The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL".  Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of browser screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each screenshot.

YEALINK_00014418

D015-0000014



7.  Attached hereto as Exhibit B are true and accurate printouts of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each file.

8.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: April 04, 2025

_Mina Ching_
Mina Ching

YEALINK_00014419
D015-0000014

# EXHIBIT A

YEALINK_00014420
D015-0000014

https://web.archive.org/web/20210618114147/https://www.barco.com/en/about-barco/legal/patents

YEALINK_00014421

D015-0000014

INTERNET ARCHIVE
WaybackMachine
https://www.barco.com/en/about-barco/legal/patents
27 captures
8 Feb 2016 – 27 Jun
2020  2021  2022
About this capture

**BARCO**

myBarco partner zone    |    🌐 English / United States of America

Investors  |  Sustainability  |  Jobs

PRODUCTS & SERVICES    SOLUTIONS    NEWS    SUPPORT    CONTACT    ABOUT BARCO    PARTNERS

HOME  ›  ABOUT BARCO  ›  LEGAL & COMPLIANCE  ›  INTELLECTUAL PROPERTY - PATENTS

### About Barco

Barco history

Board of directors

Core leadership team / Executive management

Corporate governance  +

Investor relations  +

Sustainability  +

Worldwide offices  +

Barco Experience Center

Legal & compliance  −

  Terms and conditions

  Privacy

  Barco cookie policy

  **Intellectual property - patents**

  Certificates

  Report a Security Vulnerability / Incident

### Related links

Press releases

Contact

# Intellectual property - patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

**Download list**

Updated 2021-01-19

**Download list**

Updated 2020-02-18

**Download list**

Updated 2017-12-20

---

### Products ›

Wireless collaboration

Projectors

Medical displays

Video walls

Image processing

Software

### Support ›

### About Barco ›

Investor relations

Corporate governance

Sustainability

Barco Experience Center

Careers

### Training ›

### Contact us ›

Where to buy our products

Find a system integrator

Find a distributor

Contact support

### Your local office ›

📍 Barco, Inc.
3059 Premiere Parkway Suite 400, Duluth, Georgia 30097 United States of America

### Follow us

   

### Sign up for our newsletter

Receive the latest news about our services & products

Enter your email address



YEALINK_00014422

D015-0000014

Sign up

**Barco, Inc.**

11080 White Rock Road, Suite 100, Rancho Cordova, California 95670 United States of America

24/7 hotline: 1-866-374-7878

Privacy policy   |   Cookie policy (Cookie preferences)   |   © 2021, Barco. All rights reserved.

YEALINK_00014423

D015-0000014

https://web.archive.org/web/20210926125023/https://www.barco.com/en/about-barco/legal/patents

YEALINK_00014424

D015-0000014

INTERNET ARCHIVE
WayBack Machine
https://www.barco.com/en/about-barco/legal/patents
27 captures
8 Feb 2018 – 27 Jun

JUN SEP JAN
◀ 26 ▶
2020 2021 2022    ▼ About this capture

**BARCO**

myBarco partner zone  |  🌐 English / United States of America

Investors  |  Sustainability  |  Jobs

PRODUCTS & SERVICES    SOLUTIONS    NEWS    SUPPORT    CONTACT    ABOUT BARCO    PARTNERS

HOME  ›  ABOUT BARCO  ›  LEGAL & COMPLIANCE  ›  INTELLECTUAL PROPERTY - PATENTS

## About Barco

Barco history

Board of directors

Core leadership team / Executive management

Corporate governance  +

Investor relations  +

Sustainability  +

Worldwide offices  +

Barco Experience Center

Legal & compliance  −

    Terms and conditions

    Privacy

    Barco cookie policy

    Intellectual property - patents

    Certificates

    Report a Security Vulnerability / Incident

## Related links

Press releases

Contact

# Intellectual property - patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

**Download list**

Updated 2021-06-29

**Download list**

Updated 2021-01-19

**Download list**

Updated 2020-02-18

**Download list**

Updated 2017-12-20

---

Products ›

Wireless collaboration
Projectors
Medical displays
Video walls
Image processing
Software

Support ›

About Barco ›

Investor relations
Corporate governance
Sustainability
Barco Experience Center
Careers

Training ›

Contact us ›

Where to buy our products
Find a system integrator
Find a distributor
Contact support

Your local office ›

📍 Barco, Inc.
3059 Premiere Parkway Suite 400, Duluth, Georgia 30097 United States of America

Follow us



Sign up for our newsletter

Receive the latest news about our services & products

Enter your email address

YEALINK_00014425

D015-0000014

1-866-992-8000

📍 Barco, Inc.

11080 White Rock Road, Suite 100, Rancho
Cordova, California 95670 United States of
America

1-866-992-2726

sign up

This site is protected by reCAPTCHA and the Google
Privacy Policy and Terms of Service apply.

Privacy policy  |  Cookie policy (Cookie preferences)  |  © 2021, Barco. All rights reserved.

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.

YEALINK_00014426

D015-0000014

https://web.archive.org/web/20230609080337/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014427

D015-0000014



US/EN    login myBarco

**BARCO**

Products & solutions    Inspiration    Contact    Support    About Barco    Partners    🔍 Search

Home  >  About Barco  >  Terms and conditions  >  Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| | |
|---|---|
| Download list (Updated 2021-06-29) | ⤓ |
| Download list (Updated 2021-01-19) | ⤓ |
| Download list (Updated 2020-02-18) | ⤓ |
| Download list (Updated 2017-12-20) | ⤓ |

## Get in touch



**Kurt Verheggen**

Compliance officer

+32 56 23 34 35

kurt.verheggen@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

    **Products**    **Support**    **About**

YEALINK_00014428

D015-0000014

Wireless collaboration    Driver software    Investor relations

**Barco, Inc.**
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 美国
+1 678 475 8000

Projectors    Training & certification    Jobs

Medical displays    Knowledge base    Sustainability

Video walls    Contact support    Office locations

Image processing    Trust center

Services    **Partners**    Press releases

Resellers

Alliance partners    **Inspiration**

Consultants    News & insights

Suppliers    Customer stories

Why become a partner?    Upcoming events

**Follow us**

   

**Receive the latest services & products news**

Email address    **Sign up**

This site is protected by reCAPTCHA and the Google
Privacy Policy and Google Terms of Service apply.

© 2023, Barco. All rights reserved.    Terms and conditions    Ethics helpline    Privacy policy    Cookie policy

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.

YEALINK_00014429

D015-0000014

https://web.archive.org/web/20231018145733/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014430

D015-0000014

INTERNET ARCHIVE Wayback Machine
https://www.barco.com/en/about/terms-conditions/patents
32 captures
9 Jun 2023 - 22 Jan 2

**BARCO**

⊕ US/EN    ☺ login myBarco

Products & solutions    Inspiration    Contact    Support    About Barco    Partners    🔍

Home  >  About Barco  >  Terms and conditions  >  Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| | |
|---|---|
| Download list (Updated 2021-06-29) | ⤓ |
| Download list (Updated 2021-01-19) | ⤓ |
| Download list (Updated 2020-02-18) | ⤓ |
| Download list (Updated 2017-12-20) | ⤓ |

# Get in touch



**Isabelle Surdej**

Patent Attorney

+32 477 750 113

Isabelle.Surdej@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

YEALINK_00014431

D015-0000014



Barco, Inc.
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 United States
+1 678-666-2325 (presales)

## Products

ClickShare
Control room software
Digital operating room
Image processing
Medical displays
Projection
Services
Video walls
Virtual & hybrid classrooms

## Solutions

3D visualization
Cinema
Control rooms
Home entertainmen
Live events
Medical imaging & workflows
Projection mapping
Simulation & training
Television studio
Themed entertainment
Virtual & hybrid learning and training
Workplace

## Support

Drivers & firmware
Training & certification
Knowledge base
Contact support

## Partners

Resellers
Alliance partners
Consultants
Suppliers
Why become a partner?

## Contact

Office locator
Where to buy

## About Barco

This is Barco
Investor relations
Jobs
Press releases
Sustainability
Worldwide offices
Trust center
Corporate governance
Experience center
Patents

## Inspiration

News & insights
Customer stories
Upcoming events

## Follow us



Receive the latest services & products news



© 2023, Barco. All rights reserved.    Terms and conditions    Ethics helpline    Privacy policy    Cookie policy    Cookie preferences

YEALINK_00014432

D015-0000014

https://web.archive.org/web/20231025034415/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014433

D015-0000014

https://www.barco.com/en/about/terms-conditions/patents

INTERNET ARCHIVE **Wayback Machine** | 32 captures
9 Jun 2023 – 22 Jan 2

**BARCO**

⊕ US/EN    ⚬ login myBarco

Products & solutions    Inspiration    Contact    Support    About Barco    Partners

Home › About Barco › Terms and conditions › Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| | |
|---|---|
| Download list (Updated 2021-06-29) | ⤓ |
| Download list (Updated 2021-01-19) | ⤓ |
| Download list (Updated 2020-02-18) | ⤓ |
| Download list (Updated 2017-12-20) | ⤓ |

## Get in touch



**Isabelle Surdej**

Patent Attorney

+32 477 750 113

Isabelle.Surdej@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

YEALINK_00014434

D015-0000014



Barco, Inc.
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 United States
+1 678-666-2325 (presales)

**Products**

ClickShare
Control room software
Digital operating room
Image processing
Medical displays
Projection
Services
Video walls
Virtual & hybrid classrooms

**Solutions**

3D visualization
Cinema
Control rooms
Home entertainmen
Live events
Medical imaging & workflows
Projection mapping
Simulation & training
Television studio
Themed entertainment
Virtual & hybrid learning and training
Workplace

**Support**

Drivers & firmware
Training & certification
Knowledge base
Contact support

**Partners**

Resellers
Alliance partners
Consultants
Suppliers
Why become a partner?

**Contact**

Office locator
Where to buy

**About Barco**

This is Barco
Investor relations
Jobs
Press releases
Sustainability
Worldwide offices
Trust center
Corporate governance
Experience center
Patents

**Inspiration**

News & insights
Customer stories
Upcoming events

**Follow us**



Receive the latest services & products news



© 2023, Barco. All rights reserved.    Terms and conditions    Ethics helpline    Privacy policy    Cookie policy    Cookie preferences

YEALINK_00014435
D015-0000014

https://web.archive.org/web/20231028172410/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014436

D015-0000014

INTERNET ARCHIVE
WayBack Machine
https://www.barco.com/en/about/terms-conditions/patents
32 captures
9 Jun 2023 - 22 Jan 2

**BARCO**

⊕ US/EN    ○ login myBarco

Products & solutions    Inspiration    Contact    Support    About Barco    Partners    🔍

Home  ›  About Barco  ›  Terms and conditions  ›  Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| | |
|---|---|
| Download list (Updated 2021-06-29) | ⬇ |
| Download list (Updated 2021-01-19) | ⬇ |
| Download list (Updated 2020-02-18) | ⬇ |
| Download list (Updated 2017-12-20) | ⬇ |

## Get in touch



**Isabelle Surdej**

Patent Attorney

+32 477 750 113

Isabelle.Surdej@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

YEALINK_00014437

D015-0000014



Barco, Inc.
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 United States
+1 678-666-2325 (presales)

### Products

ClickShare
Control room software
Digital operating room
Image processing
Medical displays
Projection
Services
Video walls
Virtual & hybrid classrooms

### Solutions

3D visualization
Cinema
Control rooms
Home entertainment
Live events
Medical imaging & workflows
Projection mapping
Simulation & training
Television studio
Themed entertainment
Virtual & hybrid learning and training
Workplace

### Support

Drivers & firmware
Training & certification
Knowledge base
Contact support

### Partners

Resellers
Alliance partners
Consultants
Suppliers
Why become a partner?

### Contact

Office locator
Where to buy

### About Barco

This is Barco
Investor relations
Jobs
Press releases
Sustainability
Worldwide offices
Trust center
Corporate governance
Experience center
Patents

### Inspiration

News & insights
Customer stories
Upcoming events

**Follow us**

      

Receive the latest services & products news



© 2023, Barco. All rights reserved.    Terms and conditions    Ethics helpline    Privacy policy    Cookie policy    Cookie preferences

YEALINK_00014438
D015-0000014

https://web.archive.org/web/20231128092117/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014439

D015-0000014

https://www.barco.com/en/about/terms-conditions/patents
INTERNET ARCHIVE
32 captures
9 Jun 2023 - 22 Jan 2
Go
NOV
28
2023

**BARCO**

⊕ US/EN    ☌ login myBarco

Products & solutions    Inspiration    Contact    Support    About Barco    Partners

Home > About Barco > Terms and conditions > Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| Download list (Updated 2021-06-29) | ⭳ |
|---|---|
| Download list (Updated 2021-01-19) | ⭳ |
| Download list (Updated 2020-02-18) | ⭳ |
| Download list (Updated 2017-12-20) | ⭳ |

## Get in touch



**Isabelle Surdej**
Patent Attorney

+32 477 750 113
Isabelle.Surdej@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

YEALINK_00014440

D015-0000014



Barco, Inc.
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 Vereinigte Staaten
+1 678 666 2325 (Pre-sales)

**Products**

ClickShare

Control room software

Digital operating room

Image processing

Medical displays

Projection

Services

Video walls

Virtual & hybrid classrooms

**Solutions**

3D visualization

Cinema

Control rooms

Home entertainment

Live events

Medical imaging & workflows

Projection mapping

Simulation & training

Television studio

Themed entertainment

Virtual & hybrid learning and training

Workplace

**Support**

Drivers & firmware

Training & certification

Knowledge base

Contact support

**Partners**

Resellers

Alliance partners

Consultants

Suppliers

Why become a partner?

**Contact**

Office locator

Where to buy

**About Barco**

This is Barco

Investor relations

Jobs

Press releases

Sustainability

Worldwide offices

Trust center

Corporate governance

Experience center

Patents

**Inspiration**

News & insights

Customer stories

Upcoming events

**Follow us**



Receive the latest services & products news



© 2023, Barco. All rights reserved.     Terms and conditions     Ethics helpline     Privacy policy     Cookie policy     Cookie preferences

https://web.archive.org/web/20231210135614/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014442

D015-0000014

INTERNET ARCHIVE
Wayback Machine
https://www.barco.com/en/about/terms-conditions/patents
32 captures
9 Jun 2023 - 22 Jan 2

**BARCO**

⊕ US/EN    ⚲ login myBarco

Products & solutions    Inspiration    Contact    Support    About Barco    Partners

Home > About Barco > Terms and conditions > Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| | |
|---|---|
| Download list (Updated 2021-06-29) | ⤓ |
| Download list (Updated 2021-01-19) | ⤓ |
| Download list (Updated 2020-02-18) | ⤓ |
| Download list (Updated 2017-12-20) | ⤓ |

# Get in touch



**Isabelle Surdej**

Patent Attorney

+32 477 750 113

Isabelle.Surdej@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

YEALINK_00014443

D015-0000014



**Barco, Inc.**
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 United States
+1 678 666 2325 (Pre-sales)

**Products**
ClickShare
Control room software
Digital operating room
Image processing
Medical displays
Projection
Services
Video walls
Virtual & hybrid classrooms

**Solutions**
3D visualization
Cinema
Control rooms
Home entertainment
Live events
Medical imaging & workflows
Projection mapping
Simulation & training
Television studio
Themed entertainment
Workplace

**Support**
Drivers & firmware
Training & certification
Knowledge base
Contact support

**Partners**
Resellers
Alliance partners
Consultants
Suppliers
Why become a partner?

**Contact**
Office locator
Where to buy

**About Barco**
This is Barco
Investor relations
Jobs
Press releases
Sustainability
Worldwide offices
Trust center
Corporate governance
Experience center
Patents

**Inspiration**
News & insights
Customer stories
Upcoming events

**Follow us**

     

**Receive the latest services & products news**

Sign up

© 2023, Barco. All rights reserved.    Terms and conditions    Ethics helpline    Privacy policy    Cookie policy    Cookie preferences

YEALINK_00014444
D015-0000014

https://web.archive.org/web/20240118070730/https://www.barco.com/en/about/terms-conditions/patents

YEALINK_00014445

D015-0000014

INTERNET ARCHIVE
Wayback Machine
32 captures
9 Jun 2023 - 22 Jan 2

https://www.barco.com/en/about/terms-conditions/patents

Go    DEC    JAN    FEB
18
2023    2024    2025    About this capture

**BARCO**    ⊕ US/EN    ⚲ login myBarco

Products & solutions    Inspiration    Contact    Support    About Barco    Partners    🔍

Home  >  About Barco  >  Terms and conditions  >  Patents

# Patents

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

| | |
|---|---|
| Download list (Updated 2023-10-19) | ⬇ |
| Download list (Updated 2021-06-29) | ⬇ |
| Download list (Updated 2021-01-19) | ⬇ |
| Download list (Updated 2020-02-18) | ⬇ |
| Download list (Updated 2017-12-20) | ⬇ |

## Get in touch



**Isabelle Surdej**

Patent Attorney

+32 477 750 113
Isabelle.Surdej@barco.com



**Barco company address**

Beneluxpark 21
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

**Barco registered office**

Pres.Kennedypark 35
BE-8500 Kortrijk, Belgium
Tel: +32 56 23 32 11

YEALINK_00014446

D015-0000014



**Barco, Inc.**
3059 Premiere Parkway Suite 400,
Duluth
Georgia 30097 Verenigde Staten
+1 678 666 2325 (Pre-sales)

**Products**

ClickShare
Control room software
Digital operating room
Image processing
Medical displays
Projection
Services
Video walls

**Solutions**

3D visualization
Cinema
Control rooms
Home entertainment
Live events
Medical imaging & workflows
Projection mapping
Simulation & training
Television studio
Themed entertainment
Workplace

**Support**

Drivers & firmware
Training & certification
Knowledge base
Contact support

**Partners**

Resellers
Alliance partners
Consultants
Suppliers
Why become a partner?

**Contact**

Office locator
Where to buy

**About Barco**

This is Barco
Investor relations
Jobs
Press releases
Sustainability
Worldwide offices
Trust center
Corporate governance
Experience center
Patents

**Inspiration**

News & insights
Customer stories
Upcoming events

**Follow us**

     

**Receive the latest services & products news**



© 2024, Barco. All rights reserved.     Terms and conditions     Ethics helpline     Privacy policy     Cookie policy     Cookie preferences

YEALINK_00014447
D015-0000014

# EXHIBIT B

YEALINK_00014448
D015-0000014

https://web.archive.org/web/20211025200726/https://az877327.vo.msecnd.net/~/media/downloads/pdfs/product-patent%20list%20jun%2029%202021%20pdf.pdf?la=en&v=1

YEALINK_00014449

D015-0000014

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

Information on possible additional relevant patents or pending patent applications may be requested using the following form https://www.barco.com/en/contact, please indicate the product(s) of interest.

Updated 2021-06-29

| Product | Patents |
|---|---|
| MDCC-4130 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1 |
| MDCC-4230 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDCC-4330 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDCC-6230 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2 |
| MDCC-6330/MDCC-6430 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1 |

| | |
|---|---|
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| MDCG-10130 | US8847975B2 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| MDCG 3120 | USRE43707E1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| MDCG-3221 | US8847975B2 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| MDCG-5121 | US8847975B2 |
| | US7166829B2 |
| | US7038186B2 |
| | USRE43707E1 |
| | US9685109B2 |
| | EP2580748A1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| MDCG-5221 | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| MDMC-12133 | US6950098B2 |

YEALINK_00014451

D015-0000014

| | |
|---|---|
| | EP1274066B1 |
| | USRE43707E1 |
| | US9280943B2 |
| | EP3113168A1 |
| | US9685109B2 |
| | EP2580748A1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| MDMG-5121 | USRE43707E1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9280943B2 |
| | EP3113168A1 |
| | US9685109B2 |
| | EP2580748A1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| MDMG-5221 | EP1915875B1 |
| | US7166829B2 |
| MDNC-2221 | US7038186B2 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| MDNC-3321 | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| MDNC-3421 | US9368057B2 |

YEALINK_00014452
D015-0000014

|  | EP1915875B1 |
| --- | --- |
| MDNC-12130 | US7166829B2<br>US7038186B2<br>USRE43707E1<br>US9280943B2<br>EP3113168A1<br>EP2580748A1<br>US9685109B2<br>US9082334B2<br>US9313374B2<br>EP2099014B1<br>US8847975B2 |
| MDNG-2120 | US7166829B2<br>US7038186B2 |
| MDNG-3220 | US7166829B2<br>US7038186B2 |
| MDNG-5221 | US7166829B2<br>US7038186B2<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDNG-6121 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1 |
| MDRC-1119 | US7166829B2<br>US7038186B2 |
| MDRC-2122 | US7166829B2<br>US7038186B2 |
| MDRC-2221 | US7166829B2<br>US7038186B2 |
| MDRC-2224 | US7166829B2<br>US7038186B2 |
| MDNC-6121 | US7166829B2<br>US7038186B2<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDNC-2123 | US7166829B2<br>US7038186B2 |
| MDNG-6221 | US7166829B2 |

YEALINK_00014453
D015-0000014

|  | US7038186B2 |
| --- | --- |
|  | USRE43707E1 |
|  | US9313374B2 |
|  | EP2099014B1 |
|  | US8847975B2 |
|  | US9368057B2 |
|  | EP1915875B1 |
| MDRC-1219 | US7166829B2 |
|  | US7038186B2 |
| MDRC-2222 | US7166829B2 |
|  | US7038186B2 |
|  | US7166829B2 |
|  | US7038186B2 |
|  | USRE43707E1 |
|  | CN102318001B |
|  | US9280943B2 |
|  | EP3113168A1 |
|  | US9313374B |
|  | EP2099014B1 |
| MDPC-8127 | US8847975B2 |
| ClickShare CSC-1 | USD699241 |
| ClickShare CSM-1 | US9083769C1 |
| ClickShare CS-100 | US8756348B2 |
| ClickShare CS-100 Huddle |  |
| ClickShare CSE-200 |  |
| ClickShare CSE-200+ |  |
| ClickShare CSE-800 |  |
| ClickShare CX-20 |  |
| ClickShare CX-30 |  |
| ClickShare CX-50 |  |
| ClickShare CSC-1 | US8756348B2 |
| ClickShare CSM-1 | EP2756668B1 |
| ClickShare CS-100 | US9083769B2 |
| ClickShare CS-100 Huddle |  |
| ClickShare CSE-200 |  |
| ClickShare CSE-200+ |  |
| ClickShare CSE-800 |  |
| ClickShare CX-20 |  |
| ClickShare CX-30 |  |
| ClickShare CX-50 |  |
| ClickShare Button | US20150263905A1 |
| ClickShare Button and Tray pack |  |

https://web.archive.org/web/20230130035301/https://az877327.vo.msecnd.net/~/media/downl oads/pdfs/product-patent%20list%20jun%2029%202021%20pdf.pdf?la=en&v=1

YEALINK_00014455

D015-0000014

Barco N.V. and its affiliates and subsidiaries hereby give notice to the public of products covered by patents or patent applications under 35 U.S.C. § 287(a). The below list may not be exhaustive.

Information on possible additional relevant patents or pending patent applications may be requested using the following form https://www.barco.com/en/contact, please indicate the product(s) of interest.

Updated 2021-06-29

| Product | Patents |
|---|---|
| MDCC-4130 | US7166829B2 <br> US7038186B2 <br> US6950098B2 <br> EP1274066B1 <br> USRE43707E1 |
| MDCC-4230 | US7166829B2 <br> US7038186B2 <br> US6950098B2 <br> EP1274066B1 <br> USRE43707E1 <br> US9313374B2 <br> EP2099014B1 <br> US8847975B2 <br> US9368057B2 <br> EP1915875B1 |
| MDCC-4330 | US7166829B2 <br> US7038186B2 <br> US6950098B2 <br> EP1274066B1 <br> USRE43707E1 <br> US9313374B2 <br> EP2099014B1 <br> US8847975B2 <br> US9368057B2 <br> EP1915875B1 |
| MDCC-6230 | US7166829B2 <br> US7038186B2 <br> US6950098B2 <br> EP1274066B1 <br> USRE43707E1 <br> US9313374B2 <br> EP2099014B1 <br> US8847975B2 |
| MDCC-6330/MDCC-6430 | US7166829B2 <br> US7038186B2 <br> US6950098B2 <br> EP1274066B1 |

YEALINK_00014456

D015-0000014

| | |
|---|---|
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| MDCG-10130 | US8847975B2 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| MDCG 3120 | USRE43707E1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| MDCG-3221 | US8847975B2 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| MDCG-5121 | US8847975B2 |
| | US7166829B2 |
| | US7038186B2 |
| | USRE43707E1 |
| | US9685109B2 |
| | EP2580748A1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| MDCG-5221 | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| MDMC-12133 | US6950098B2 |

YEALINK_00014457

D015-0000014

| | |
|---|---|
| | EP1274066B1 |
| | USRE43707E1 |
| | US9280943B2 |
| | EP3113168A1 |
| | US9685109B2 |
| | EP2580748A1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| MDMG-5121 | USRE43707E1 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | USRE43707E1 |
| | US9280943B2 |
| | EP3113168A1 |
| | US9685109B2 |
| | EP2580748A1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| MDMG-5221 | EP1915875B1 |
| | US7166829B2 |
| MDNC-2221 | US7038186B2 |
| | US7166829B2 |
| | US7038186B2 |
| | US6950098B2 |
| | EP1274066B1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| MDNC-3321 | EP1915875B1 |
| | US7166829B2 |
| | US7038186B2 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| MDNC-3421 | US9368057B2 |

YEALINK_00014458
D015-0000014

|  | EP1915875B1 |
|---|---|
| MDNC-12130 | US7166829B2<br>US7038186B2<br>USRE43707E1<br>US9280943B2<br>EP3113168A1<br>EP2580748A1<br>US9685109B2<br>US9082334B2<br>US9313374B2<br>EP2099014B1<br>US8847975B2 |
| MDNG-2120 | US7166829B2<br>US7038186B2 |
| MDNG-3220 | US7166829B2<br>US7038186B2 |
| MDNG-5221 | US7166829B2<br>US7038186B2<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDNG-6121 | US7166829B2<br>US7038186B2<br>US6950098B2<br>EP1274066B1 |
| MDRC-1119 | US7166829B2<br>US7038186B2 |
| MDRC-2122 | US7166829B2<br>US7038186B2 |
| MDRC-2221 | US7166829B2<br>US7038186B2 |
| MDRC-2224 | US7166829B2<br>US7038186B2 |
| MDNC-6121 | US7166829B2<br>US7038186B2<br>USRE43707E1<br>US9313374B2<br>EP2099014B1<br>US8847975B2<br>US9368057B2<br>EP1915875B1 |
| MDNC-2123 | US7166829B2<br>US7038186B2 |
| MDNG-6221 | US7166829B2 |

YEALINK_00014459
D015-0000014

| | |
|---|---|
| | US7038186B2 |
| | USRE43707E1 |
| | US9313374B2 |
| | EP2099014B1 |
| | US8847975B2 |
| | US9368057B2 |
| | EP1915875B1 |
| | US7166829B2 |
| MDRC-1219 | US7038186B2 |
| | US7166829B2 |
| MDRC-2222 | US7038186B2 |
| | US7166829B2 |
| | US7038186B2 |
| | USRE43707E1 |
| | CN102318001B |
| | US9280943B2 |
| | EP3113168A1 |
| | US9313374B |
| | EP2099014B1 |
| MDPC-8127 | US8847975B2 |
| ClickShare CSC-1 | USD699241 |
| ClickShare CSM-1 | US9083769C1 |
| ClickShare CS-100 | US8756348B2 |
| ClickShare CS-100 Huddle | |
| ClickShare CSE-200 | |
| ClickShare CSE-200+ | |
| ClickShare CSE-800 | |
| ClickShare CX-20 | |
| ClickShare CX-30 | |
| ClickShare CX-50 | |
| ClickShare CSC-1 | US8756348B2 |
| ClickShare CSM-1 | EP2756668B1 |
| ClickShare CS-100 | US9083769B2 |
| ClickShare CS-100 Huddle | |
| ClickShare CSE-200 | |
| ClickShare CSE-200+ | |
| ClickShare CSE-800 | |
| ClickShare CX-20 | |
| ClickShare CX-30 | |
| ClickShare CX-50 | |
| ClickShare Button | US20150263905A1 |
| ClickShare Button and Tray pack | |

YEALINK_00014460
D015-0000014