# Exhibit N

███████████████ – ███████████████ – ███████████████
William B. Scally - May 23, 2025

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS
 2      MARSHALL DIVISION

 3      _____
                                        )
 4      BARCO, INC. AND BARCO NV,       )
                                        )
 5              Plaintiffs,             )
                                        )
 6          -against-                   )  Civil Action No.:
                                        )  2:23-cv-00521
 7                                      )  (JRG)(RSP)
        YEALINK (USA) NETWORK TECHNOLOGY CO., )
 8      LTD.,AND YEALINK NETWORK TECHNOLOGY   )
        CO., LTD.                       )
 9                                      )
                Defendants.             )
10      _____)

11

12

13

14              ████████████ – ████████████

15              ████████████████████████

16

17      VIDEOTAPED DEPOSITION of WILLIAM B. SCALLY

18              Boston, Massachusetts

19

20

21

22

23

24    Reporter: Michael D. O'Connor, RMR, CRR, CRC

25
```

██████████ - ██████████████ - ████████████
William B. Scally - May 23, 2025

Page 2

```
 7                    Friday, May 23, 2025
 8                         10:03 a.m.
 9
10           ████████████ - ████████████████
11                 ██████████████████████
12
13           VIDEOTAPED DEPOSITION of WILLIAM
14   B. SCALLY, held at K&L GATES LLP, One
15   Congress Street, Boston, Massachusetts,
16   pursuant to notice, before Michael D.
17   O'Connor, Registered Merit Reporter,
18   Certified Realtime Reporter, Certified
19   Realtime Captioner.
```

```
 1     A P P E A R A N C E S:

 2

 3     ATTORNEYS FOR PLAINTIFF:

 4        K&L GATES LLP

 5        One Congress Street, Suite 2900

 6        Boston, Massachusetts 02114

 7        (617) 951-9076

 8        BY:    CHRISTOPHER CENTURELLI, ESQ.

 9               Christopher.Centurelli@klgates.com

10

11     ATTORNEYS FOR DEFENDANT:

12        DENTONS US LLP

13        1221 Avenue of the Americas

14        New York, New York 10020-1089

15        (212) 398-4890

16        BY:    STEPHEN YANG, ESQ.

17               stephen.yang@dentons.com

18               FORREST GOTHIA, ESQ.

19               forest.gothia@dentons.com

20

21

22

23

24

25
```

██████████ - ████████████████ - ████████████

William B. Scally - May 23, 2025

| | | |
|---|---|---|
| 10:31:15 | 1 | MR. YANG:  Mr. Centurelli, you |
| 10:31:17 | 2 | will have the opportunity -- |
| 10:31:17 | 3 | MR. CENTURELLI:  I'm going to |
| 10:31:18 | 4 | object to the question, and to the |
| 10:31:19 | 5 | extent you're not letting the witness |
| 10:31:20 | 6 | answer your question.  Okay? |
| 10:31:22 | 7 | MR. YANG:  Noted. |
| 10:31:23 | 8 | MR. CENTURELLI:  When he's done, |
| 10:31:24 | 9 | you can ask a follow-up. |
| 10:31:26 | 10 | MR. YANG:  He's not being |
| 10:31:26 | 11 | responsive.  I'm asking about his |
| 10:31:28 | 12 | opinion and he's telling me about |
| 10:31:30 | 13 | somebody else. |
| 10:31:31 | 14 | MR. CENTURELLI:  I'm going to |
| 10:31:31 | 15 | object as argumentative. |
| 10:31:33 | 16 | MR. YANG:  The record is there. |
| 10:31:34 | 17 | Q.    Again, I'm asking about your |
| 10:31:35 | 18 | opinion that you've offered.  You started the |
| 10:31:38 | 19 | damages period from May of 2023, correct? |
| 10:31:40 | 20 | A.    Yes. |
| 10:31:44 | 21 | Q.    Why did you start from May of |
| 10:31:46 | 22 | 2023? |
| 10:31:47 | 23 | A.    I think the factual basis for |
| 10:31:53 | 24 | starting on or around that timeframe relates to |
| 10:32:01 | 25 | a notice letter that was served on Yealink by |

███████████████ - ████████████████ - ████████████

William B. Scally - May 23, 2025

Page 29

| | | |
|---|---|---|
| 10:32:04 | 1 | Barco, and so that's a reasonably reliable |
| 10:32:09 | 2 | starting point to assess damages. |
| 10:32:12 | 3 | Q.   Based on your analysis, is May of |
| 10:32:27 | 4 | 2023 the earliest point in time where Barco has |
| 10:32:35 | 5 | suffered damages from Yealink's infringement? |
| 10:32:38 | 6 | MR. CENTURELLI:  Objection.  Form. |
| 10:32:40 | 7 | And to the extent it calls for a legal |
| 10:32:42 | 8 | conclusion. |
| 10:32:42 | 9 | A.   I don't have a legal conclusion. |
| 10:32:45 | 10 | However, at least of the six asserted patents |
| 10:32:50 | 11 | in this case, so the '002, the '951, the '832, |
| 10:32:56 | 12 | the '103, the '237, '646, of those asserted |
| 10:33:01 | 13 | patents, I believe the earliest date of those |
| 10:33:05 | 14 | patents is, if memory serves, and we can look |
| 10:33:09 | 15 | at my report, but I think it's September of |
| 10:33:11 | 16 | 2020. |
| 10:33:13 | 17 | So without offering a legal |
| 10:33:15 | 18 | conclusion, Plaintiff would arguably have |
| 10:33:20 | 19 | protection of its intellectual property rights |
| 10:33:25 | 20 | as early as that date. |
| 10:33:27 | 21 | Q.   Your opinion is not based on that |
| 10:33:28 | 22 | date, is it? |
| 10:33:29 | 23 | A.   My opinion is based on that date, |
| 10:33:39 | 24 | in addition to other dates. |
| 10:33:40 | 25 | Q.   Let me rephrase.  Your damages |

| | | |
|---|---|---|
| 10:33:42 | 1 | period does not start in September of 2020, |
| 10:33:47 | 2 | correct? |
| 10:33:47 | 3 | A.    Yes, my damages opinion in my |
| 10:33:50 | 4 | expert report currently has a start date of May |
| 10:33:54 | 5 | of 2023, which is consistent with the notice |
| 10:34:00 | 6 | letter that was served on Yealink by Barco, or |
| 10:34:03 | 7 | the first notice letter. |
| 10:34:04 | 8 | Q.    I understand.  In other words, it |
| 10:34:09 | 9 | is your opinion that Barco is not entitled to |
| 10:34:11 | 10 | any damages before May of 2023; is that fair? |
| 10:34:14 | 11 |         MR. CENTURELLI:  Objection.  Form. |
| 10:34:16 | 12 |     Asked and answered. |
| 10:34:16 | 13 | A.    No, that's not my opinion. |
| 10:34:19 | 14 | Q.    So why did you start, and that's |
| 10:34:22 | 15 | what I'm trying to get at, if that's not your |
| 10:34:25 | 16 | opinion, why did you start in May of 2023 for |
| 10:34:30 | 17 | the damages period? |
| 10:34:31 | 18 |         MR. CENTURELLI:  Objection.  Asked |
| 10:34:32 | 19 |     and answered. |
| 10:34:32 | 20 | A.    It's consistent with my |
| 10:34:41 | 21 | methodology.  Ultimately, I reasonably relied |
| 10:34:45 | 22 | on that date as a reasonable starting point. |
| 10:34:51 | 23 | Q.    So that's what I'm trying to |
| 10:34:52 | 24 | understand, your methodology.  Can you tell me |
| 10:34:55 | 25 | a bit more about this methodology in how you |

██████████████ – ████████████████ – ████████████████
William B. Scally - May 23, 2025

Page 243

```
 1                  C E R T I F I C A T E
 2
 3              I, Michael O'Connor, Registered
 4      Merit Reporter/Certified Realtime Reporter,
 5      do hereby certify:
 6              That WILLIAM B. SCALLY, the witness
 7      whose testimony is hereinbefore set forth,
 8      was duly sworn by me and that such testimony
 9      is a true and accurate record of my
10      stenotype notes taken in the foregoing
11      matter to the best of my knowledge, skill
12      and ability.
13              IN WITNESS WHEREOF, I have hereunto
14      set my hand and Notarial Seal this 23rd day
15      of May 2025.
16
17
18
19                  /s/ Michael O'Connor
                    _____
20                  MICHAEL O'CONNOR, RMR, CRR, CRC
21                       Notary Public
22
23
24      My Commission expires:
25      November 9, 2029
```