# Exhibit O



YEALINK_00014474