# Exhibit P



YEALINK_00014475