# Exhibit Q



YEALINK_00014468
D015-0000021