# Exhibit R

BARCO  US/EN   login myBarco

**Products & solutions**   **Inspiration**   **Contact**   **Support**   **About Barco**   **Partners**

Home  >  Support  >  Knowledge base  >  Details

# ClickShare new button Base Unit dependency

Article number: [5644] - Legacy code: [12673]

Applicable to

ClickShare C-10 , ClickShare C-5 , ClickShare CX-50 , ClickShare CX-20 , ClickShare CX-50 2nd generation , ClickShare CX-30

A newer revision (i.e. GEN 4.1) of the ClickShare Button is available for the ClickShare CX-series and C-series Base Units. GEN 4.1 Button will only work in combination with Base Units running firmware version 2.12.0.12 or higher.

**Info!** Prior to FMW 02.13.02, the GEN 4.1 button might not always connect automatically to the "best" WIFI access point. It's advised to upgrade your base units to FMW 02.13.02.

## New Button vs old Button: how to differentiate

The newer ClickShare Button, with the minimal Base Unit requirement, can be differentiated from the older Buttons via either revision number or the model's number. Revision and model can be found on the bottom of your Button.

| Button models | Revision no: | Models no: |
| --- | --- | --- |
| GEN 4.0 (old Button) | Lower than 13 | R9861600D01C |
| GEN 4.1 (new Button) | 13 and higher | CSBTN004 |

> **Info!** Trying to pair a newer Button with a Base Unit running version 2.11.1 or lower will result in a "Pairing Failed" message.

### Important consideration:

| | |
|---|---|
| Does the newer revision have an updated VID/PID? | No, VID and PID are identical. |
| I bought a new Base Unit which came with a Button, do I need to check compatibility? | No, a Base Unit with included Buttons is always compatible out of the box. |
| Will the older revisions still be supported in newer Base Unit releases? | Yes, Buttons with an older revision will keep working fine with the newer Base Unit releases. |

## Properties

Last updated Mar 5, 2025

# No solution found?



### Create a support case

- Technical questions
- Return Material Authorization (RMA)
- Status tracking of pending service requests
- Consumable and spare parts orders

**Create a case**

Create a Cinema case    Help



### Phone support

Our helpdesk provides you with prompt phone support. A team of experienced support engineers is at your service for any professional assistance.

**Get support**



**Barco, Inc.**
3059 Premiere Parkway Suite 400, Duluth 30097 United States
+1 678 475 8000 | +1 678 666 2325 (presales) | +1 866 992 2726 (Service and Support)

**ClickShare**
Video bars for wireless collaboration
Wireless conferencing
Wireless presentation

**Projectors**
Cinema projectors
Home cinema projectors
Installation projectors
Rental projectors
Simulation projectors

**Cinema systems**
Cinema projectors
Home cinema projectors
Laser light upgrade
Media servers & audio
Cinema screens

**Video walls**
Controllers
LCD video walls
LED video walls
Rear-projection video walls

**Solutions**
3D visualization
Cinema
Control rooms
Home entertainment
Live events
Medical imaging & workflows
Meeting rooms
Projection mapping
Simulation & training solutions
Television studio
Themed entertainment
Workplace

**Medical displays**
All-in-one displays
Breast imaging displays
Clinical review displays
Custom medical displays
Dental displays
Digital pathology displays
Medical display controllers
Radiology displays
Surgical displays

**Control room software**
Barco CTRL
OpSpace
TransForm N

**Image processing**
Event master
Screen management

**Support**
Support
Knowledge base
Training & certification

**Partners**
Resellers & system integrators
Alliance partners
Consultants
Suppliers
Why become a partner?

**Inspiration**
News & Insights
Customer stories
Upcoming events

**Immersive systems**
Canvas
Caves
Powerwalls

**Digital operating room**
Medical device management
Surgical collaboration

**Services**
Enterprise services
Entertainment services
Healthcare services

**Contact**
Contact us
Where to buy
Office locator

**About**
This is Barco
Investor relations
Jobs
Press releases
Sustainability
Worldwide offices
Trust center
Corporate governance
Experience center

Partage

**Need support? Contact our support teams:**

+1 866 992 2726 (English)

**Follow us**

    

**Receive the latest services & products news**



© 2025, Barco. All rights reserved.

| Trademarks and copyright | Terms and conditions | Ethics helpline | Privacy policy | Cookie policy | Cookie preferences |

D015-0000003