# Exhibit T

# EXHIBIT REDACTED IN ITS ENTIRETY