# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-00521-JRG-RSP |
| ) | JURY TRIAL DEMANDED |
| YEALINK (USA) NETWORK ) | |
| TECHNOLOGY CO., LTD., and ) | |
| YEALINK NETWORK ) | |
| TECHNOLOGY CO., LTD. ) | |
| ) | |
| *Defendants*. ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court, having considered Defendants' Motion for Partial Summary Judgment regarding no constructive notice of the Asserted Patents, and Plaintiffs' Response and Defendants' Reply thereto, hereby **GRANTS** Defendants' Motion.

**IT IS THEREFORE ORDERED** that, partial summary judgment of no constructive notice of the Asserted Patents is granted in Defendants' favor.