# EXHIBIT D

*Redacted in Entirety*