UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>          Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.<br><br>          Defendants. | Case No. 2:23-CV-00521-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF RESPONSE TO DEFENDANTS'** ***DAUBERT*** **MOTION TO EXCLUDE OPINIONS OF WILLIAM B. SCALLY**

I, Erik J. Halverson, hereby declare as follows:

1. I am a partner at the law firm of K&L Gates LLP and counsel for Plaintiffs Barco, Inc. and Barco NV (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit A** are true and correct excerpts from the April 18, 2025 deposition of ▇▇▇▇▇▇▇▇.

3. Attached as **Exhibit B** are true and correct excerpts from Defendants' First Supplemental and Amended Responses and Objections to Plaintiffs' Fourth Set of Interrogatories (Nos. 17-19).

4. Attached as **Exhibit C** is a true and correct copy of email correspondence between counsel for the parties, dated March 18, 2025 through May 2, 2025.

1

2

5. Attached as **Exhibit D** are true and correct excerpts from the April 25, 2025 deposition of Erwin Six.

6. Attached as **Exhibit E** are true and correct excerpts from the May 23, 2025 deposition of William B. Scally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2025 in San Francisco, CA.

*/s/ Erik J. Halverson*
Erik J. Halverson

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and accompanying Exhibits were filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on July 1, 2025.

*/s/ Erik J. Halverson*

## **CERTIFICATE OF AUTHORIZATION TO SEAL**

I hereby certify that pursuant to Local Rule CV-5(a)(7), the foregoing document and accompanying Exhibits were filed under seal pursuant to the Court's Protective Order entered in this matter (Dkt. 30).

*/s/ Erik J. Halverson*