# EXHIBIT C

███████████████

| | |
|---|---|
| From: | Yang, Stephen |
| To: | Andrews, Joshua N.; Halverson, Erik J.; Macias, Amalia; Smith, Melissa (EXTERNAL); Barco-KLG |
| Cc: | *Client.Yealink.DUS |
| Subject: | RE: Barco v. Yealink - Fourth Set of Interrogatories |
| Date: | Friday, May 2, 2025 1:19:27 PM |
| Attachments: | image001.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

Josh,

We do not agree the financial information Barco now request is relevant. If you wish to meet and confer, we can be available Tuesday between noon and 3 pm ET.

Please also be prepared to discuss the requests in Mr. Gothia's April 28 email.

Best,
Steve

**Stephen Yang**
Partner

D  +1 212 398 4890
New York

---

**From:** Andrews, Joshua N. <Joshua.Andrews@klgates.com>
**Sent:** Thursday, May 01, 2025 1:45 PM
**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Macias, Amalia <amalia.macias@dentons.com>; Smith, Melissa (EXTERNAL) <melissa@gillamsmithlaw.com>; Barco-KLG <Barco-KLG@klgates.com>
**Cc:** *Client.Yealink.DUS <client.yealink.dus@dentons.com>
**Subject:** RE: Barco v. Yealink - Fourth Set of Interrogatories

**[WARNING: EXTERNAL SENDER]**

Counsel,

Please let us know if Yealink will produce financial information regarding the additional products that Yealink admits work with the accused dongle. If not, please provide us a date and time you are available for a meet and confer.

Best,
Josh



**Joshua Andrews**
K&L Gates LLP
1 Congress St., Suite 2900
Boston, MA 02114-2023
Phone: 617-951-9076
Cell: 315-391-0417
Fax: 617-261-3175
joshua.andrews@klgates.com
www.klgates.com

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Thursday, April 24, 2025 9:39 AM
**To:** Macias, Amalia <amalia.macias@dentons.com>; Smith, Melissa (EXTERNAL) <melissa@gillamsmithlaw.com>; Barco-KLG <Barco-KLG@klgates.com>
**Cc:** *Client.Yealink.DUS <client.yealink.dus@dentons.com>
**Subject:** RE: Barco v. Yealink - Fourth Set of Interrogatories

Counsel,

Yealink's rog responses identify ***nineteen additional*** products that Yealink admits work with the accused dongles in this case that Yealink has not provided any financial information. Please produce the financial information immediately. As these products are highly relevant to our damages analysis and forthcoming report, Barco reserves all rights to supplement with this information that Yealink has withheld from discovery.

Best,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com
www.klgates.com

**From:** Macias, Amalia <amalia.macias@dentons.com>
**Sent:** Thursday, April 17, 2025 7:18 PM

**To:** Halverson, Erik J. <Erik.Halverson@klgates.com>; Smith, Melissa (EXTERNAL) <melissa@gillamsmithlaw.com>; Barco-KLG <Barco-KLG@klgates.com>
**Cc:** *Client.Yealink.DUS <client.yealink.dus@dentons.com>
**Subject:** RE: Barco v. Yealink - Fourth Set of Interrogatories

Counsel,

Please see attached Defendants' Responses and Objections to Plaintiffs' Fourth Set of Interrogatories (Nos. 17-19).

Regards,

Amalia Macias
Paralegal

+1 214 647 2492

---

**From:** Halverson, Erik J. <Erik.Halverson@klgates.com>
**Sent:** Tuesday, March 18, 2025 9:39 PM
**To:** Yang, Stephen <stephen.yang@dentons.com>; Gothia, Forrest <forrest.gothia@dentons.com>; Johnson, Victor C. <victor.johnson@dentons.com>; Bickham, Timothy C. <timothy.bickham@dentons.com>
**Cc:** Barco-KLG <Barco-KLG@klgates.com>; Smith, Melissa (EXTERNAL) <melissa@gillamsmithlaw.com>
**Subject:** Barco v. Yealink - Fourth Set of Interrogatories

**[WARNING: EXTERNAL SENDER]**

Counsel,

Please find the attached.

Best,
Erik



**Erik Halverson**
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Phone: 415-882-8238
Mobile: 847-347-5959
erik.halverson@klgates.com

[www.klgates.com](www.klgates.com)

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at [Erik.Halverson@klgates.com](mailto:Erik.Halverson@klgates.com).

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at [Joshua.Andrews@klgates.com](mailto:Joshua.Andrews@klgates.com).