# EXHIBIT E

*Redacted in Entirety*