# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YEALINK (USA) NETWORK ) <br> TECHNOLOGY CO., LTD., and ) <br> YEALINK NETWORK ) <br> TECHNOLOGY CO., LTD. ) <br> ) <br> Defendants. ) | Case No. 2:23-CV-00521-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## ORDER

Pending before the Court is Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.'s *Daubert* Motion to Exclude the Expert Opinion of William B. Scally. Having considered the Motion, the Court DENIES the Motion.