POUNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> YEALINK (USA) NETWORK § <br> TECHNOLOGY CO., LTD., and § <br> YEALINK NETWORK § <br> TECHNOLOGY CO., LTD. § <br> § <br> *Defendants*. § | Civil Action No. 2:23-cv-00521-JRG-RSP <br><br><br> JURY TRIAL DEMANDED |

**DECLARATION OF FORREST GOTHIA IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DR. ALMEROTH'S OPINIONS**

I, Forrest Gothia, hereby declare as follows:

1. I am an associate at the firm of Dentons US LLP and counsel for Defendants Yealink (USA) Network Technology Co., LTD and Yealink Technology Co., LTD ("Yealink"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Deposition of ▮▮▮▮▮▮▮▮, dated April 18, 2025.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the Deposition of Erwin Six, dated April 25, 2025.

4. Attached as **Exhibit C** is at true and correct copy of excerpts from the Deposition of Wesley W. Lightcap, dated April 23, 2025.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the Deposition of Dunxiong Cai, dated April 13, 2025.

1

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

6. Attached as **Exhibit E** is a true and correct copy of the Expert Report of Dr. Michael Brogioli, dated April 27, 2025.

7. Attached as **Exhibit F** is a true and correct copy of the Expert Report of William B. Scally, CFA, dated April 28, 2025.

8. Attached as **Exhibit G** is a true and correct copy of the Expert Report of Richard F. Bero, CPA, CVA, dated May 15, 2025.

9. Attached as **Exhibit H** is a true and correct copy of excerpts from the Deposition of Kevin C. Almeroth, Ph.D., dated May 23, 2025.

10. Attached as **Exhibit I** is a true and correct copy of excerpts from the Deposition of Michael C. Brogioli, Ph.D., dated June 10, 2025.

Executed on July 1, 2025, in Dallas, Texas.

/s/ *Forrest Gothia*
Forrest Gothia