**REDACTED IN ITS ENTIRETY**

# EXHIBIT A