

# EXHIBIT B

▊▊▊▊▊▊▊▊ - ▊▊▊▊▊▊▊▊▊▊▊
Erwin Six - April 25, 2025

Page 1

```
1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
2    MARSHALL DIVISION

3    _____
                                        )
4    BARCO, INC. AND BARCO NV,          )
                                        )
5              Plaintiffs,              )
                                        )
6         -against-                     )  Civil Action No.:
                                        )  2:23-cv-00521
7                                       )  (JRG)(RSP)
     YEALINK (USA) NETWORK TECHNOLOGY CO., )
8    LTD., AND YEALINK NETWORK TECHNOLOGY )
     CO., LTD.                           )
9                                        )
               Defendants.               )
10   _____)

11

12
              *************************
13                  ▊▊▊▊▊▊▊▊▊▊▊▊
14            *************************

15

16     VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

17                       ERWIN SIX

18                  DATE: April 25, 2025

19

20

21

22

23

24   REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

25
```

```
 1
 2
 3
 4
 5
 6
 7
 8              TRANSCRIPT of the deposition of the
 9    ERWIN SIX, called for Oral Examination in the
10    above-captioned matter, said deposition being taken by
11    and before CHARLENE FRIEDMAN, a Notary Public and
12    Certified Court Reporter, a Registered Professional
13    Reporter, and a Certified Realtime Reporter, at K&L
14    Gates, LLP, 599 Lexington Avenue, New York, New York, on
15    April 25, 2025, commencing at approximately 10:07 in the
16    morning.
17
18
19
20
21
22
23
24
25
```

```
1      the presence of everybody in the same room.
2             Is that a fair way --
3      A    Yes.
4      Q    -- to understand?
5      A    Yes.
6      Q    Thank you.
7             I do tend to talk kind of slow.  So
8      just allow me to finish a question before you
9      answer, if you don't mind.
10            Now, what about wireless
11     conferencing, how is that different from
12     wireless presentation?
13     A    Wireless conferencing is a -- a
14     product which allows people to use now that
15     meeting room in order to communicate with
16     third parties, which are not in the meeting
17     room available.
18            So it are people who are calling in
19     via Teams, who are calling in via Zoom or any
20     other conferencing system, and that you can
21     use that as well and facilitate that with the
22     same simplicity, security, diagnosticity
23     which we had before.
24     Q    You've used the word "facilitate" a
25     few times.
```

1    Q    Do you understand the term "BYOD"?
2    A    Yes.
3    Q    What does BYOD mean?
4    A    Bring your own device.
5    Q    Is that referring to wireless
6    presentation?
7    A    Not necessarily.
8    Q    What's the difference between BYOD
9    and wireless presentation?
10   A    That depends on who says it.
11   Q    I'm trying to get --
12   A    And -- and the time when it was
13   used, because the term changed over the
14   years.
15   Q    Let's start with around 2020, and
16   I'm just trying to get your understanding of
17   what the term "BYOD" means.
18   A    The -- the term is 2020?
19   Q    Yes, sir.
20   A    And BYOD?
21        MR. CENTURELLI:  Objection to the
22   form.
23   Q    Yes, sir.
24   A    Again, it is understood on
25   different things.  I can tell you one option

```
 1      of what it was.
 2          Q   Let's start with the first option.
 3              Go ahead.
 4          A   One option is that with -- and it
 5      was the earliest, around 2020, one
 6      interpretation is that BYOD is using a
 7      protocol like Miracast, AirPlay or Google
 8      Cast to share your content.
 9              I don't know whether this is what
10      is meant here.
11          Q   Forget the document for a second.
12      I'm just trying to get your understanding.
13              So your understanding in 2020 is
14      BYOD can refer to using protocols like Google
15      Cast and -- did you say AirPlay?
16          A   AirPlay, yes.
17              But again, to somebody else, it may
18      mean something totally.  So that was my
19      understanding and our understanding.
20          Q   And when you say "our
21      understanding," that's Barco's understanding,
22      correct?
23          A   Yes.
24          Q   Now, AirPlay, that is not a
25      Google -- let me rephrase.
```

▅▅▅▅▅▅▅▅▅▅ - ▅▅▅▅▅▅▅▅▅▅
Erwin Six - April 25, 2025

Page 98

```
 1              AirPlay is not a Barco technology,
 2     correct?
 3          A    No.
 4          Q    Google Cast is not a Barco
 5     technology, either?
 6          A    Nope.
 7          Q    Have you ever heard of a technology
 8     called Smart View?
 9          A    Yes.
10          Q    Is Smart View a Barco technology?
11          A    No.
12          Q    Does Smart View also allow for
13     BYOD?
14          A    As far as I recall, Smart View is
15     another branded name for Miracast, and and
16     Miracast is a protocol similar like Chrome
17     Cast and AirPlay.
18               (Reporter clarification.)
19          A    Miracast, M-I-R-A.
20          Q    So in other words, Smart View had
21     the same functionality as Miracast?
22          A    As far as I recall, yes,
23     technically.
24          Q    Now, Miracast is not a Barco
25     technology, right?
```

▬▬▬▬▬▬▬▬▬▬ - ▬▬▬▬▬▬▬▬▬▬▬▬▬
Erwin Six - April 25, 2025

```
 1        A    No.
 2        Q    Did Miracast allow for BYOD?
 3        A    In this sense of the word, yes.
 4        Q    Did Miracast allow for wireless
 5   presentation?
 6        A    Wireless presentation without a
 7   button, an app-based wireless presentation,
 8   yes.
 9        Q    Without a button, correct?
10        A    Yes.
11        Q    Does Miracast also allow for
12   wireless conferencing?
13        A    No.
14        Q    Why not?
15        A    Because it doesn't have the
16   capabilities of the speakers and the camera
17   to transport that.
18        Q    I see.
19             Does Chrome Cast allow for wireless
20   presentation?
21        A    Technically, one -- one pixel to a
22   screen, yes.
23        Q    I'm not a technical guy, but --
24        A    In the concept of you have a pixel
25   on your screen, and that pixel gets on a --
```

Erwin Six - April 25, 2025

Page 209

```
 1                  C E R T I F I C A T E
 2              I, CHARLENE FRIEDMAN, a Certified Court
 3      Reporter and Notary Public, qualified in and for
 4      the State of New Jersey do hereby certify that
 5      prior to the commencement of the examination ERWIN
 6      SIX was duly sworn by me to testify to the truth
 7      the whole truth and nothing but the truth.
 8              I DO FURTHER CERTIFY that the foregoing
 9      is a true and accurate transcript of the testimony
10      as taken stenographically by and before me at the
11      time, place and on the date hereinbefore set forth.
12              I DO FURTHER certify that I am neither a
13      relative of nor employee nor attorney nor counsel
14      for any of the parties to this action, and that I
15      am neither a relative nor employee of such attorney
16      or counsel, and that I am not financially
17      interested in the action.
18
19                        [signature]
20      _____
21              CHARLENE FRIEDMAN, RPR, CRR, CCR of the
22              State of New Jersey
23              License No:  30XI00204900
24              Date:  April 25, 2025
25
```