# EXHIBIT C

```
1       IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS
2       MARSHALL DIVISION
3       _____
                                            )
4       BARCO, INC. AND BARCO NV,           )
                                            )
5               Plaintiffs,                 )
                                            )
6            -against-                      )  Civil Action No.:
                                            )  2:23-cv-00521
7                                           )  (JRG)(RSP)
        YEALINK (USA) NETWORK TECHNOLOGY CO.,)
8       LTD.,AND YEALINK NETWORK TECHNOLOGY )
        CO., LTD.                           )
9                                           )
                Defendants.                 )
10      _____)
11
12
13
14              DATE: April 23, 2025
15              TIME: 10 :11 a.m.
16
17         DEPOSITION of WESLEY WARREN LIGHTCAP,
18      a 30(b)(6) Witness on behalf of Plaintiff
19      herein, taken by the Defendant, pursuant to
20      Federal Rules of Civil Procedure, and
21      Notice, held at K&L Gates LLP, 599
22      Lexington Ave, New York, NY 10022, at the
23      above-mentioned date and time, before
24      MARINA DUBSON, a Notary Public of the State
25      of New York.
```

```
 1      APPEARANCES:

 2

 3

 4      K&L GATES
        Attorney for Plaintiffs
 5      BARCO, INC. AND BARCO NV
        4 Embarcadero Center, Suite 1200
 6      San Francisco, California 94111
        (415) 882-8200
 7      BY:   ERIK HALVERSON, ESQ.
              Erik.halverson@klgates.com
 8
              JOSHUA ANDREWS, ESQ.
 9            Joshua.Andrews@klgates.com

10

11      DENTONS US LLP
        Attorney for Defendants
12      YEALINK (USA) NETWORK TECHNOLOGY CO., LTD.,
        AND YEALINK NETWORK TECHNOLOGY CO., LTD.
13      1221 Avenue of the Americas
        New York, New York 10020
14      (212) 398-4890
        BY:   STEPHEN YANG, ESQ.
15            Stephen.yang@dentons.com

16

17

18

19      ALSO PRESENT:

20
        Thomas Del Vecchio, Videographer
21

22                    * * * * *

23

24

25
```

```
 1                    W. W. Lightcap
 2         A.    To the best of my knowledge, it
 3   was in early 2024.
 4         Q.    And I am not sure if I asked
 5   you this before.
 6               When did Barco introduce the CX
 7   products to the U.S. market?
 8         A.    I don't know.
 9         Q.    Were they already available in
10   the U.S. market when you joined Barco?
11         A.    Yes.
12               THE VIDEOGRAPHER:  This is the
13          end of Media Number 1.  The time is
14          11:09 a.m.
15               We're off the record.
16               (Whereupon, a short break was
17          taken at this time.)
18               THE VIDEOGRAPHER:  This is
19          Media Number 2.  The time is
20          11:26 a.m.
21               We're back on the record.
22   BY MR. YANG:
23         Q.    Mr. Lightcap, have you ever
24   used Zoom to participate in a meeting?
25         A.    Yes.
```

```
 1                    W. W. Lightcap
 2        Q.    Have you ever used Teams to
 3   participate in a meeting?
 4        A.    Can you clarify what Teams
 5   you're referring to?
 6        Q.    My apologies.
 7              Microsoft Teams.
 8        A.    Yes.
 9        Q.    Have you ever used Cisco Webex
10   to participate in a meeting?
11        A.    Yes.
12        Q.    When you used Zoom, have you
13   ever used the share screen function on the
14   Zoom platform?
15        A.    I believe so.
16        Q.    Have you ever used the share
17   screen function on Teams?
18        A.    Yes.
19        Q.    What about Webex?  Have you
20   used the share screen function on Webex?
21        A.    Yes.
22        Q.    When you used the share screen
23   functions on those platforms, did you have
24   to use a ClickShare Button?
25        A.    No.
```

```
1                    W. W. Lightcap

2                   C E R T I F I C A T E

3

4      STATE OF NEW YORK      )
                              :
5      COUNTY OF RICHMOND     )

6

7           I, MARINA DUBSON, a Notary Public for

8      and within the State of New York, do hereby

9      certify:

10          That the witness whose examination is

11     hereinbefore set forth was duly sworn and

12     that such examination is a true record of

13     the testimony given by that witness.

14          I further certify that I am not

15     related to any of the parties to this

16     action by blood or by marriage and that I

17     am in no way interested in the outcome of

18     this matter.

19          IN WITNESS WHEREOF, I have hereunto

20     set my hand this 23rd day of April 2025.

21

22                        [signature]

23                     ─────────────────
                          MARINA DUBSON
24

25
```