

# EXHIBIT D

Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE EASTERN DISTRCT OF TEXAS
3                       MARSHALL DIVISION
4    ----------------------------------x
     BARCO, INC., AND BARCO NV,         :
5                      Plaintiffs,      : Case No.:
        v.                              : 2:23-cv-00521-JRG-RSP
6    YEALINK (USA) NETWORK TECHNOLOGY   :
     CO., LTD., AND YEALINK NETWORK     :
7    TECHNOLOGY CO., LTD.,              :
8                      Defendants.      :
     ----------------------------------x
9
10            ***  ▮▮▮▮▮▮▮▮▮▮▮▮  ***
11
12        Videotaped deposition of DUNXIONG CAI
13                      VOLUME 1
14               Sunday, April 13, 2025
15                       AT:
16                   10:00 a.m.
17
18        Taken at:
19        K&L Gates LLP
          44th Floor
20        Edinburgh Tower, The Landmark
          15 Queen's Road Central, Hong Kong
21        1+852 2230 3500
22
23
24   Court Reporter:
     KATHERINE SCHILLING, RPR
25   CA CSR No. 14163

Page 2

```
 1              A P P E A R A N C E S
 2        Appearing for the Plaintiffs, BARCO, INC., and
          BARCO NV:
 3              ERIK HALVERSON, ATTORNEY AT LAW
                K&L GATES LLP
 4              4 Embarcadero Center
                Suite 1200
 5              San Francisco, California 94111
                (415) 882-8238
 6              erik.halverson@klgates.com
 7
 8        Appearing for the Defendants, YEALINK (USA)
          NETWORK TECHNOLOGY CO., LTD., AND YEALINK
 9        NETWORK TECHNOLOGY CO., LTD.:
                STEPHEN YANG, PARTNER
10              DENTONS US LLP
                1221 Avenue of the Americas
11              New York, New York 10020
                (212) 398-4890
12              stephen.yang@dentons.com
13
14        ALSO PRESENT:
15              Matthieu Leulier, videographer
16              Helena Chung, interpreter
17              Amanda Lin, check interpreter
18              Feifei Yu, Yealink corporate representative
19
20
21
22
23
24
25
```

Page 22

```
 1         THE WITNESS:  So this is an alternative, so
 2    that the clients can choose something with the
 3    wires.  They can also choose something wireless.
 4              At that time, we did quite a number of
 5    wireless sharing functions.  And they will include
 6    casting methods that would support the Miracast,
 7    AirPlay standard.
 8         CHECK INTERPRETER:  Correction:
 9              "At that time, we worked on several
10    wireless sharing functions, including the standard
11    methods that -- standard casting methods that
12    support Miracast and AirPlay."
13    BY MR. HALVERSON:
14         Q.   Where did Yealink get the idea for the
15    WPP20 product?
16         A.   Where it got the idea?
17         MR. YANG:  Is the witness thinking?  Or is he
18    answering the question?
19         MR. HALVERSON:  I don't know.  You can ask the
20    witness.  That's what he said.
21         MR. YANG:  Yeah.  Can you check with him?
22         MR. HALVERSON:  No --
23         MR. YANG:  Hold on now.
24              Can you check with him, please?
25         MR. HALVERSON:  All right.  Let me ask the
```

Page 38

1    MR. YANG:  And I will just note for the record
2    that the previous question is outside the scope of
3    Mr. Cai's corporate testimony today.  Or, rather,
4    the question, the few questions previous to the one
5    that was just asked.
6    BY MR. HALVERSON:
7        Q.
24       Q.    What wired casting accessories does
25    Yealink sell?

1      A.   Are you talking about the models?

2      CHECK INTERPRETER:  "Model numbers."

3  BY MR. HALVERSON:

4      Q.   Model numbers or product names, however

5  you would refer to them.

6      A.   Our wired casting product model numbers

7  would include VCH50 and VCH51.

8      Q.   What features does Yealink advertise as

9  benefits of the WPP30 as compared to the VCH50?

10      CHECK INTERPRETER:  Check interpreter's

11  rendition:

12          "(Chinese spoken)."

13      THE WITNESS:  We would not say that one of our

14  accessories would be superior to another one of our

15  accessories.  We would only talk about what

16  scenarios would be applicable.

17      CHECK INTERPRETER:  "We would not say that one

18  accessory is better than another accessory.

19  We would only describe what scenarios they can be

20  applied to."

21  BY MR. HALVERSON:

22      Q.   Does Yealink's WPP30 provide any

23  advantages over the VCH50?

24      MR. YANG:  Objection to form.

25      THE WITNESS:  I have already answered that

Page 48

1    our videoconferencing system."

2    BY MR. HALVERSON:

3         Q.   Can Yealink's host machine of Yealink's

4    videoconference system receive audio or video

5    information from a non-Yealink transmitter?

6         MR. YANG:  Objection to scope.

7         CHECK INTERPRETER:  Check interpreter's

8    rendition:

9              "(Chinese spoken)."

10        THE WITNESS:  Our Teams or Zoom conferencing

11   system can receive casting data sent over by Teams

12   or Zoom apps.

13   BY MR. HALVERSON:

14        Q.   Wirelessly, wired, or both?

15        A.   Both.

16        Q.   And so if there was a Teams or Zoom

17   conferencing system in this room, could I send data

18   from my laptop to that system?

19        A.   Yes.

20        Q.   Without any sort of physical plug-in

21   device?

22        A.   Yes.

23        Q.   How?

24        A.   Via Teams' or Zoom's software, or what we

25   call the app, there are such functionalities called

```
1   Team casting or Zoom sharing.  In such cases,
2   there's no need to plug in any dongles, and you can
3   do the sharing.
4         Q.   When you use the word "dongle," what do
5   you mean?
6         A.   I'm referring to WPP.
7         Q.   Do you consider Barco's ClickShare to be
8   a dongle?
9         A.   Yes.
10        Q.   Who else makes dongles other than Barco
11  and Yealink?
12        MR. YANG:  Objection to scope.
13             You can answer.
14        THE WITNESS:  According to my knowledge, there
15  is this company called Mixhub [sic].
16        CHECK INTERPRETER:  "Maxhub."
17        THE WITNESS:  Maxhub.
18  BY MR. HALVERSON:
19        Q.   Does Yealink have any patents on its
20  WPP20 or WPP30 dongles?
21        MR. YANG:  Objection to scope.
22        CHECK INTERPRETER:  Clarification:
23             "(Chinese spoken)."
24        THE WITNESS:  I don't really know.
25  BY MR. HALVERSON:
```

Page 72

1         MR. HALVERSON:  Objection.  Form.

2         THE WITNESS:  It's also doable, achievable.

3         MR. YANG:  I do not have any questions.  Thank

4    you for your time.

5         MR. HALVERSON:  Very briefly.

6         THE WITNESS:  Thank you, everyone --

7         MR. YANG:  Hold on.

8            EXAMINATION BY COUNSEL FOR PLAINTIFFS

9            (Main interpreter is now Helena Chung)

10   BY MR. HALVERSON:

11        Q.   Miracast and AirPlay wirelessly cast

12   using the transceiver for the device to which they

13   are plugged into; correct?

14        CHECK INTERPRETER:  Clarification:

15            "(Chinese spoken)."

16        MR. YANG:  Objection.  Form.

17        THE WITNESS:  There's no need to plug into any

18   device.

19   BY MR. HALVERSON:

20        Q.   There is no separate hardware for

21   Miracast and AirPlay; correct?

22        A.   Correct.  They can be realized on the

23   computer, without the need to plug into any

24   additional equipment or device.

25        Q.   And then you also said that it is

Page 73

1   possible to achieve wireless casting through Teams

2   or Zoom app, in response to a question from

3   Mr. Yang.

4           Do you recall that?

5       A.   Yes.  You can realize wireless casting

6   via Teams or Zoom app.

7       Q.   And that also would use the transceiver

8   of the computer that is running that application;

9   correct?

10      A.   You only need to do it through the

11  computer.  There is no need for any additional

12  equipment.

13      Q.   Did you talk to Mr. Yang about your

14  testimony at all today?

15      MR. YANG:  Let me just clarify.  Are you

16  talking about before or after the deposition

17  started?  So I can understand whether I need to make

18  an objection.

19      MR. HALVERSON:  After, but I can ask it more

20  clearly, if you would like me to.

21      MR. YANG:  Go ahead.  Yeah, let's do that.

22  BY MR. HALVERSON:

23      Q.   After we started today's deposition, did

24  you talk to Mr. Yang about your testimony at all?

25      CHECK INTERPRETER:  Clarification:

Page 76

1                    Veritext Legal Solutions
                        1100 Superior Ave
2                          Suite 1820
                      Cleveland, Ohio 44114
3                    Phone: 216-523-1313
4
     April 16, 2025
5
     To: STEPHEN YANG
6
     Case Name: Barco, Inc. And Barco NV v. Yealink (USA) Network
7    Technology Co., Ltd. Et Al.
8    Veritext Reference Number: 7292810
9    Witness:  Dunxiong Cai       Deposition Date:  4/13/2025
10
     Dear Sir/Madam:
11
12   Enclosed please find a deposition transcript.  Please have the witness
13   review the transcript and note any changes or corrections on the
14   included errata sheet, indicating the page, line number, change, and
15   the reason for the change.  Have the witness' signature notarized and
16   forward the completed page(s) back to us at the Production address
     shown
17
     above, or email to production-midwest@veritext.com.
18
19   If the errata is not returned within thirty days of your receipt of
20   this letter, the reading and signing will be deemed waived.
21
     Sincerely,
22
     Production Department
23
24
25   NO NOTARY REQUIRED IN CA