# REDACTED IN ITS ENTIRETY

# EXHIBIT G