

# EXHIBIT I

Michael C. Brogioli, Ph.D. - June 10, 2025

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS
 2      MARSHALL DIVISION

 3      _____
                                      )
 4      BARCO, INC. AND BARCO NV,     )
                                      )
 5            Plaintiffs,             )
                                      )
 6         -against-                  )  Civil Action No.:
                                      )  2:23-cv-00521
 7                                    )  (JRG)(RSP)
        YEALINK (USA) NETWORK TECHNOLOGY CO., )
 8      LTD., AND YEALINK NETWORK TECHNOLOGY )
        CO., LTD.                     )
 9                                    )
              Defendants.             )
10      _____)

11

12

13

14

15

16         The virtual video-recorded deposition of

17      MICHAEL C. BROGIOLI, Ph.D., called by the Defendants

18      for examination, pursuant to stipulation, and

19      pursuant to the Rules of Civil Procedure for the

20      United States District Courts, taken

21      stenographically by Sandra L. Rocca, CSR, RMR, RDR,

22      CRR, via Zoom, on the 10th of June, 2025, at the

23      hour of 8:58 a.m.

24

25      Certification No. 084-003435, 1245
```

```
 1         APPEARANCES: (All parties appeared remotely)
 2
 3            K&L GATES
              By: JOSHUA N. ANDREWS
 4            1 Congress Street Suite 2900
              Boston MA  02114
 5            617.951.9076
              joshua.andrews@klgates.com
 6
                  -and-
 7
              K&L GATES
 8            By: ERIK J. HALVERSON
              4 Embarcadero Center, Suite 1200
 9            San Francisco CA 94111
              415.882.8238
10            erik.halverson@klgates.com

11                appeared on behalf of the
                  Plaintiff;
12
13            DENTONS US LLP
              By: KEVIN GREENLEAF
14            1900 K Street NW
              Washington, D.C.  20006
15            650.798.0381
              kevin.greenleaf@dentons.com
16
                  -and-
17
              DENTONS US LLP
18            By: MR. STEPHEN YANG
              1221 Avenue of the Americas
19            New York, NY  10020-1089
              212.398.4890
20            stephen.yang@dentons.com

21                appeared on behalf of the Defendants.

22
23         Also Present:

24            Gus Phillips, Videographer

25                  * * * * * *
```

Michael C. Brogioli, Ph.D. - June 10, 2025

Page 78

| | | |
|---|---|---|
| 11:50:47 | 1 | statements on that. |
| 11:50:49 | 2 | Q  So you haven't read Dr. Almeroth's report? |
| 11:50:53 | 3 | A  No. |
| 11:50:55 | 4 | Q  So obviously your knowledge base extends |
| 11:51:29 | 5 | beyond what you've provided in your report, correct? |
| 11:51:32 | 6 | A  I'd say generally in terms of computing, |
| 11:51:36 | 7 | yes. |
| 11:51:36 | 8 | Q  Can you identify another agnostic solution |
| 11:51:44 | 9 | from your extensive technical experience? |
| 11:51:49 | 10 | MR. ANDREWS:  Objection, scope, and asked |
| 11:51:51 | 11 | and answered. |
| 11:51:51 | 12 | A  Again, not something I was asked to do. |
| 11:51:55 | 13 | Q  I'm asking you to do it. |
| 11:51:57 | 14 | A  I'm not prepared right now to jog my memory |
| 11:52:00 | 15 | of -- I think you're just asking about agnostic |
| 11:52:06 | 16 | solutions, the universe of things that may or may |
| 11:52:08 | 17 | not be that.  It's not something I have in my |
| 11:52:11 | 18 | report. |
| 11:52:15 | 19 | Q  So the only agnostic solution you have come |
| 11:52:31 | 20 | across in your entire career as a doctor of computer |
| 11:52:38 | 21 | engineering -- you're a doctor of computer |
| 11:52:41 | 22 | engineering; is that correct? |
| 11:52:42 | 23 | A  Electrical and computer, yes. |
| 11:52:44 | 24 | Q  And the only agnostic solution that you've |
| 11:52:47 | 25 | ever seen is Barco's, correct? |

| | | |
|---|---|---|
| 12:48:38 | 1 | Yealink's proposed non-infringing alternative |
| 12:48:40 | 2 | solutions was secure in rebutting that argument.  I |
| 12:48:44 | 3 | didn't see him making those arguments. |
| 12:48:46 | 4 |     Q  You didn't read his report at all is what |
| 12:48:49 | 5 | you testified earlier? |
| 12:48:50 | 6 |     A  That's correct. |
| 12:48:51 | 7 |     Q  Are you aware that he provided a report in |
| 12:49:01 | 8 | this case on infringement?  Let me restate that |
| 12:49:06 | 9 | question. |
| 12:49:06 | 10 |     Are you aware that he provided an expert |
| 12:49:08 | 11 | report to rebut your report? |
| 12:49:13 | 12 |     A  I'm aware that he provided a report.  I was |
| 12:49:17 | 13 | not provided it to read.  Beyond that, I'm not sure |
| 12:49:26 | 14 | what may or may not be in there. |
| 12:49:28 | 15 |     Q  Do you believe our Zoom call today is |
| 12:49:45 | 16 | insecure? |
| 12:49:51 | 17 |     A  In what regard? |
| 12:49:53 | 18 |     Q  In the regard that you say Barco's system is |
| 12:49:57 | 19 | secure, is our Zoom call today secure? |
| 12:50:03 | 20 |     A  I would say probably in certain aspects.  I |
| 12:50:06 | 21 | mean, I'm connecting to Zoom over, you know, |
| 12:50:10 | 22 | presumably a secure link over the internet.  There |
| 12:50:13 | 23 | are aspects of it that may or may not be more secure |
| 12:50:16 | 24 | than others or other solutions. |
| 12:50:19 | 25 |     Q  You're probably using some sort of wireless |

Michael C. Brogioli, Ph.D. - June 10, 2025

Page 127

```
1                  C E R T I F I C A T E
2           I, Sandra L. Rocca, CSR, RMR, RDR, CRR, a
3    Certified Court Reporter within and for the States
4    of Illinois and Florida, do hereby certify:
5           That MICHAEL C. BROGIOLI, Ph.D., the witness
6    whose deposition is hereinbefore set forth, was duly
7    sworn by me and that such deposition is a true
8    record of the testimony given by such witness.
9           I further certify that I am not related to
10   any of the parties to this action by blood or
11   marriage; and that I am in no way interested in the
12   outcome of this matter.
13          IN WITNESS WHEREOF, I have hereunto set my
14   hand this 11th of June, 2025.
15
16
17
18                  [signature: Sandra L. Rocca]
19          _____
20             Sandra L. Rocca, CSR, RMR, RDR, CRR
21
22
23   IL License 084-003435
24   Florida 1245
25   Illinois, D.C. and Florida Notary
```