**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v.  ) | Case No. 2:23-cv-00521-JRG-RSP |
| ) | JURY TRIAL DEMANDED |
| YEALINK (USA) NETWORK ) | |
| TECHNOLOGY CO., LTD., and ) | |
| YEALINK NETWORK ) | |
| TECHNOLOGY CO., LTD. ) | |
| ) | |
| *Defendants.* ) | |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DR. ALMEROTH'S OPINIONS**

The Court, having considered Plaintiffs' Motion to Strike Dr. Almeroth's Opinions, and Defendants' Response in Opposition and Plaintiffs' Reply thereto, hereby **DENIES** Plaintiffs' Motion.

**IT IS THEREFORE ORDERED** that, Plaintiffs' Motion to Strike Dr. Almeroth's Opinions is denied.