# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, § § *Plaintiffs*, § § v. § § YEALINK (USA) NETWORK § TECHNOLOGY CO., LTD., and § YEALINK NETWORK § TECHNOLOGY CO., LTD. § § *Defendants*. § | Civil Action No. 2:23-cv-00521-JRG-RSP  JURY TRIAL DEMANDED |

### DECLARATION OF FORREST GOTHIA IN SUPPORT OF DEFENDANTS' REPLY TO *DAUBERT* MOTION TO STRIKE OPINION OF DR. BROGIOLI (D.I. 112)

I, Forrest Gothia, hereby declare as follows:

1. I am an associate at the law firm of Dentons US LLP and counsel for Defendants Yealink (USA) Network Technology Co., LTD and Yealink Technology Co., LTD ("Yealink"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit F i**s a true and correct copy of excerpts from the deposition transcript of Erwin Six, taken April 25, 2025.

Executed on July 8, 2025 in Dallas, Texas.

/s/ *Forrest Gothia*
Forrest Gothia

1