

# EXHIBIT F

```
1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
2    MARSHALL DIVISION

3    _____
                                    )
4    BARCO, INC. AND BARCO NV,      )
                                    )
5              Plaintiffs,          )
                                    )
6         -against-                 )   Civil Action No.:
                                    )   2:23-cv-00521
7                                   )   (JRG)(RSP)
     YEALINK (USA) NETWORK TECHNOLOGY CO., )
8    LTD.,AND YEALINK NETWORK TECHNOLOGY )
     CO., LTD.                      )
9                                   )
               Defendants.          )
10   _____)

11

12

                  *************************
13                 ■■■■■■■■■■■■■■■■
14                *************************

15

16   VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

17                      ERWIN SIX

18                DATE: April 25, 2025

19

20

21

22

23

24   REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR

25
```

▌ - ▌
Erwin Six - April 25, 2025

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8              TRANSCRIPT of the deposition of the
 9      ERWIN SIX, called for Oral Examination in the
10      above-captioned matter, said deposition being taken by
11      and before CHARLENE FRIEDMAN, a Notary Public and
12      Certified Court Reporter, a Registered Professional
13      Reporter, and a Certified Realtime Reporter, at K&L
14      Gates, LLP, 599 Lexington Avenue, New York, New York, on
15      April 25, 2025, commencing at approximately 10:07 in the
16      morning.
17
18
19
20
21
22
23
24
25
```

```
 1    asking.
 2         A    Can you repeat?
 3         Q    It still works on the same laptop,
 4    the app?
 5              Well, let me rephrase it this way.
 6              The app still works on the same
 7    laptops the button will work with, correct?
 8         A    Yes.
 9         Q    I'm not asking about different
10    experience.
11              Now, would you agree with me that
12    the experience is subjective to the user?
13         A    The experience is key to the value
14    of the product.
15         Q    My question is, would you agree
16    with me that each user's experience is
17    subjective?
18              MR. CENTURELLI:  Objection, asked
19         and answered.
20         A    Each value is similarly subjective.
21         Q    Thank you.
22              MR. YANG:  Counsel, I would like to
23         make a request for production of this
24         internal analytics Mr. Six has testified
25         to regarding the usage of the app versus
```

▉▉▉▉▉▉▉▉▉▉▉▉▉▉ - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Erwin Six - April 25, 2025

Page 205

```
 1          the button.
 2                I do not believe we had received
 3          that information.  I will follow up
 4          afterwards.
 5                MR. CENTURELLI:  Yeah, that would
 6          be great.  If you can please follow up
 7          in writing with all of your requests.
 8                MR. YANG:  Sure.
 9                (Whereupon, the above-mentioned
10          request is noted.)
11     Q    Other than what you may have
12     learned from your counsel, do you have any
13     knowledge as to why Barco decided to file for
14     patent applications?
15                MR. CENTURELLI:  I'm going to
16          object to the question to the extent it
17          calls for attorney-client privileged
18          communications.
19                To the extent if you have an
20          understanding why Barco files for patent
21          applications separate and apart from
22          what you may have learned from counsel,
23          you can provide that answer.
24     A    I know it's privileged discussions
25     with patent attorneys.
```

1    may have learned from counsel, correct?
2         A    Yes.
3    ▮ ███████████████████████████
     ▮ ███████████████████████
     ▮ ███████████████████████████
     ▮ ████████████████████
     ▮   ▮ ██████████████
8              MR. CENTURELLI:  I would like to
9    mark this transcript Attorneys' Eyes
10   Only subject to our review under the
11   protective order.
12             MR. YANG:  Mr. Six, I do not have
13   any further questions for you today.
14             I want to thank you for being here.
15   Really appreciate your time.
16             MR. CENTURELLI:  Mr. Six, I have no
17   questions for you at this time, but I
18   also thank you for your hard work today.
19             THE WITNESS:  Yes.
20             MR. YANG:  Thank you.
21             And let me just make a note, I
22   believe today, during this deposition,
23   we received a number of documents from
24   Barco.  Some of it may relate to or may
25   be relevant to the questions I had today

▆▆▆▆▆▆▆▆▆▆▆▆ - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Erwin Six - April 25, 2025

Page 208

| | |
|---|---|
| 1 | for Mr. Six and also the questions we |
| 2 | had for Mr. Lightcap. |
| 3 | MR. CENTURELLI:  Yeah. |
| 4 | MR. YANG:  We'll take a look, but I |
| 5 | just want to note that on that basis, we |
| 6 | hold this deposition open.  If we need |
| 7 | to revisit, we can talk, but I just want |
| 8 | to make a note. |
| 9 | MR. CENTURELLI:  I understand. |
| 10 | Thank you. |
| 11 | VIDEO OPERATOR:  This will conclude |
| 12 | today's recording of the deposition of |
| 13 | Erwin Six. |
| 14 | We are off record at 3:21 p.m., |
| 15 | April 25, 2015. |
| 16 | (Whereupon, the deposition was |
| 17 | concluded at 3:21 p.m.) |
| 18 | (Witness was excused.) |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1           C E R T I F I C A T E
2            I, CHARLENE FRIEDMAN, a Certified Court
3   Reporter and Notary Public, qualified in and for
4   the State of New Jersey do hereby certify that
5   prior to the commencement of the examination ERWIN
6   SIX was duly sworn by me to testify to the truth
7   the whole truth and nothing but the truth.
8            I DO FURTHER CERTIFY that the foregoing
9   is a true and accurate transcript of the testimony
10  as taken stenographically by and before me at the
11  time, place and on the date hereinbefore set forth.
12           I DO FURTHER certify that I am neither a
13  relative of nor employee nor attorney nor counsel
14  for any of the parties to this action, and that I
15  am neither a relative nor employee of such attorney
16  or counsel, and that I am not financially
17  interested in the action.
18
19           *[signature: Charlene]*
20  _____
21           CHARLENE FRIEDMAN, RPR, CRR, CCR of the
22           State of New Jersey
23           License No:  30XI00204900
24           Date:  April 25, 2025
25