# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,  §<br>§<br>*Plaintiffs*,  §<br>§<br>v.  §<br>§<br>YEALINK (USA) NETWORK  §<br>TECHNOLOGY CO., LTD., and  §<br>YEALINK NETWORK  §<br>TECHNOLOGY CO., LTD.  §<br>§<br>*Defendants*.  § | Civil Action No. 2:23-cv-00521-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF FORREST GOTHIA IN SUPPORT OF DEFENDANTS' REPLY TO *DAUBERT* MOTION AND MOTION TO EXCLUDE EXPERT OPINION OF WILLIAM B. SCALLY (D.I. 113)

I, Forrest Gothia, hereby declare as follows:

1. I am an associate at the law firm of Dentons US LLP and counsel for Defendants Yealink (USA) Network Technology Co., LTD and Yealink Technology Co., LTD ("Yealink"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit J** is a true and correct copy of excerpts from the deposition transcript of Erwin Six, taken April 25, 2025.

3. Attached as **Exhibit K** is a true and correct copy of the expert report of Michael C. Brogioli, Ph.D., dated April 27, 2025.

4. Attached as **Exhibit L** is a true and correct copy of excerpts from the deposition transcript of William B. Scally, taken May 23, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Executed on July 8, 2025 in Dallas, Texas.

/s/ *Forrest Gothia*
Forrest Gothia