# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, <br><br> Plaintiffs, <br><br> v. <br><br> YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD. <br><br> Defendants. | Case No. 2:23-cv-00521-JRG-RSP |

## PLAINTIFFS' NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL-TIME REPORTING

Pursuant to the Court's Third Amended Docket Control Order (Dkt. No. 108), Plaintiffs Barco, Inc. and Barco NV hereby provide notice to the Court of their request for daily transcripts and real-time reporting of the trial proceedings in this case.

A copy of this Notice is also being provided via e-mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: July 21, 2025                                  Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson (Bar No. 333492CA)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238

Christopher Centurelli (*pro hac vice*)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (*pro hac vice*)
Anna.lhommedieu@klgates.com
Joshua N. Andrews (*pro hac vice*)
Joshua.Andrews@klgates.com
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Telephone: (617) 261-3100

Melissa Smith (Texas Bar No. 24001351)
Andrew T. Gorham
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: +1 903 934 8450
Facsimile: +1 903 934 9257
melissa@gillamsmithlaw.com
tom@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*Barco, Inc. and Barco N.V.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Erik J. Halverson*
Erik J. Halverson
