# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:23-CV-00521-JRG-RSP |
| v. | ) |
| | ) |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' TRIAL WITNESS LIST**

Plaintiffs Barco, Inc. and Barco NV, pursuant to the Court's Docket Control order entered in this case, files this Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiffs identifies the following witnesses for trial:

| WITNESS | WILL CALL LIVE | MAY CALL LIVE | MAY CALL VIDEO | WILL CALL VIDEO |
|---|---|---|---|---|
| Erwin Six | X | | | |
| William Scally | X | | | |
| Dr. Michael Brogioli, Ph.D. | X | | | |
| Wesley Lightcap | | X | | |
| Andrew Ludke, Crestron Electronics, Inc., | | | X | |

| Huifen Gao | | | | X |
|---|---|---|---|---|
| Dunxiong Cai | | | | X |
| Yan Wang | | | | X |

Plaintiffs reserve their right to modify the above list in response to change in circumstances of witness availability, in response to witnesses appearing on Yealink's witness list, and in response to any summary judgment orders, *Daubert* orders, or court-issued rulings that impact the scope of this case.

1600223311.1