# EXHIBIT C

## **Exhibit A**

### **Yealink's Witness List**[1]

| No. | Witness | Type of Testimony |
|---|---|---|
| 1. | Dunxiong Cai | Live |
| 2. | Erwin Six | Live |
| 3. | Wesley Lightcap | Live |
| 4. | Andrew Ludke | Live or by Deposition |
| 5. | Dr. Kevin Almeroth | Live |
| 6. | Dr. Michael Brogioli | Live |

---

[1] The witnesses listed in Exhibit A are designated for the issues to which Yealink bears the burden of proof. Yealink reserves the right to call and/or rely on witnesses not presented in Exhibit A for all other purposes, including in rebuttal for any issues on which Barco has the burden of proof.

## Exhibit A

## Yealink's Witness List

| No. | Witness | Type of Testimony |
|---|---|---|
| 1. | Dunxiong Cai | Live |
| 2. | Yan Wang | Live or by Deposition |
| 3. | Huifen Gao | Live or by Deposition |
| 4. | Erwin Six | Live |
| 5. | Wesley Lightcap | Live or by Deposition |
| 6. | Andrew Ludke | Live or by Deposition |
| 7. | Dr. Kevin Almeroth | Live |
| 8. | Richard Bero | Live |