# EXHIBIT D

## Exhibit D

## Barco's Objections to Yealink's List of Witnesses

| No. | Witness | Type of Testimony | Objections |
|---|---|---|---|
| 1. | Dunxiong Cai | Live | |
| 2. | Erwin Six | Live | *See below* |
| 3. | Wesley Lightcap | Live | *See below* |
| 4. | Andrew Ludke | Live or by Deposition | |
| 5. | Dr. Kevin Almeroth | Live | |
| 6. | Dr. Michael Brogioli | Live | *See below* |

Barco objects to calling witnesses twice, including Barco's employees and expert witnesses.

Barco objects to Yealink listing individuals who are not under the subpoena power of the Court as live witnesses.

Barco objects to Yealink's footnote indicating that its witnesses are only "for issues to which Yealink bears the burden of proof" and attempting to reserve "the right to call and/or rely on witnesses not presented in Exhibit A for all other purposes…". Yealink is required to identify all witnesses it may call and trial and Barco objects to any effort by Yealink to hide the identify of its witness.  Furthermore, Yealink did not serve any opening reports and has waived any issues that it "bears the burden of proof".

Barco reserves its right to object to any modification to Yealink's witness list.

Barco further reserves its right to object to any solicited testimony based on the questions presented and/or answers provided.

**Barco's Supplemental Objections to Yealink's Second-Served Witness List**

Yealink served an updated witness list on July 8, 2025, and Barco provides the following additional objections, preserving the above identified objections to Yealink's initially served witness list and the individuals identified above:

**Yealink's Witness List**

| No. | Witness | Type of Testimony | |
|---|---|---|---|
| 1. | Dunxiong Cai | Live | |
| 2. | Yan Wang | Live or by Deposition | *See below* |
| 3. | Huifen Gao | Live or by Deposition | *See below* |
| 4. | Erwin Six | Live | |
| 5. | Wesley Lightcap | Live or by Deposition | *See below* |
| 6. | Andrew Ludke | Live or by Deposition | |
| 7. | Dr. Kevin Almeroth | Live | |
| 8. | Richard Bero | Live | *See below* |

Barco further objects to the inclusion of witnesses not previously identified.

Barco further objects to Yealink playing deposition testimony of its own witnesses. Moreover, Yealink has not served any deposition designations for Ms. Wang, Ms. Gao, or Mr. Lightcap and Barco objects to the use of deposition testimony that has not been designated as required by this Court's Docket Control Order entered in this case.