# EXHIBIT F

| Huifen Gao - April 12, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 5:25-6:13 | | | | | |
| 9:7-11:1 | C | | | | |
| 11:24-12:5 | | | | | |
| 20:6-21:1 | | 78:1-4, 78:8, 78:10-13 | I | | |
| 21:4-13 | | | | | |
| 21:19-21 | R | | | | |
| 21:23 | | | | | |
| 25:5-7 | | | | | |
| 25:9 | | | | | |
| 25:11-22 | | | | | |
| 25:24-26:16 | | | | | |
| 26:18 | | | | | |
| 26:21-23 | | | | | |
| 26:25-27:4 | I | 80:6-13, 27:5-6 | | | |
| 27:8-11 | | | | | |
| 27:13-23 | | 27:25-28:7 | | | |
| 28:14-22 | | | | | |
| 28:24-29:7 | | | | | |
| 29:9-14 | | | | | |
| 31:17-32:5 | | | | | |
| 32:7-13 | | | | | |
| 32:22-33:11 | | | | | |
| 33:24-34:5 | | | | | |
| 34:7-14 | | | | | |
| 35:19-36:5 | | | | | |
| 36:15-37:5 | | | | | |
| 37:7-20 | C | | | | |
| 39:12-17 | | | | | |
| 39:19 | | | | | |
| 41:8-42:2 | C, R, BTS, S | | | | |
| 44:15-17 | R, BTS, S, V, K | | | | |

| Huifen Gao - April 12, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 44:23-45:1 | R, BTS, S, AA, V, K | 43:20-25; 44:6-9 | | | |
| 45:3 | R, BTS, S, AA, V, K | | | | |
| 46:15-21 | | 46:2-14 | | | |
| 48:15-16 | | 50:11-13; 50:15; 50:17-18; 50:25-51:15, 53:5-9, 53:13; 53:13 | Improper counter | | |
| 48:19 | | | | | |
| 50:3-4 | BTS, K, R | | | | |
| 50:6 | BTS, K, R | | | | |
| 68:14-24 | BTS, K, R | | | | |

| Dunxiong Cai - April 13, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 6:1-6 | | | | | |
| 6:8 | | | | | |
| 6:10-12 | | | | | |
| 9:3-7 | | | | | |
| 9:9-19 | | | | | |
| 9:24-10:8 | | 10:9-11 | | | |
| 10:12-17 | | | | | |
| 10:21-12:6 | R | | | | |
| 12:9 | R | | | | |
| 12:11-14 | R | | | | |
| 12:16-25 | R | | | | |
| 15:14-16 | | | | | |
| 15:19-22 | | | | | |
| 16:3-8 | | | | | |
| 16:10-11 | | | | | |
| 16:13-23 | | | | | |
| 20:8-11 | | | | | |
| 20:14-20 | | | | | |
| 21:5-23 | I | 71:10-25, 72:2, 72:11-13, 72:20-73:12 21:24-25 | Improper counter | | |
| 23:21-22 | | | | | |
| 24:1-3 | | | | | |
| 28:19-25 | | 28:13-18 | | | |
| 29:5-11 | | | | | |
| 29:15-20 | | 29:21-22 | | | |
| 29:24 | I | | | | |
| 30:1 | | | | | |

| Dunxiong Cai - April 13, 2025 ||||||
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 30:3 | | | | | |
| 30:5-8 | | | | | |
| 30:10 | R | | | | |
| 30:12-14 | R | | | | |
| 30:22-23 | R | | | | |
| 30:25-31:2 | R | | | | |
| 31:5-6 | R | | | | |
| 31:8-10 | R | | | | |
| 31:12-13 | R | | | | |
| 31:15-19 | R | | | | |
| 31:25-32:1 | R | | | | |
| 32:3 | R | | | | |
| 32:5-6 | R | | | | |
| 32:8-9 | R | | | | |
| 32:18-33:4 | R, I | 33:5-6 | | | |
| 33:24-34:6 | R | | | | |
| 34:8-9 | R | | | | |
| 34:14-19 | R, I, S | | | | |
| 34:22-24 | R, I, S | | | | |
| 35:1-5 | R, I, S | | | | |
| 35:12 | R, I, S | | | | |
| 38:10-23 | | | | | |
| 42:1-7 | | | | | |
| 42:22-43:18 | C | | | | |
| 43:20-21 | | | | | |
| 43:23 | | | | | |
| 56:23-57:3 | R, C, FQ, V | 29:21-24, 30:1-7 | | | |
| 57:5-6 | R, C, FQ, V | 29:21-24, 30:1-8 | | | |
| 57:8 | R, C, FQ, V | 29:21-24, 30:1-9 | | | |
| 57:10-11 | R, C, FQ, V | 29:21-24, 30:1-10 | | | |

| Dunxiong Cai - April 13, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 57:13 | R, C, FQ, V | 29:21-24, 30:1-11 | | | |
| 57:19-25 | R | | | | |
| 58:24-25 | R | | | | |
| 59:2 | R | | | | |
| 59:4-5 | R | | | | |
| 59:7 | R | | | | |
| 59:9-19 | R | | | | |
| 59:21-22 | R | | | | |
| 62:13-23 | | | | | |
| 62:25-63:4 | | | | | |
| 63:6 | | | | | |
| 68:24-69:5 | | | | | |

| Yan Wang (Vol. 1) - April 14, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 6:2-7 | | | | | |
| 8:11-15 | | | | | |
| 9:15-24 | | 19:4-12 | R, F, E, H, Improper Counter | | |
| 28:14-15 | | | | | |
| 28:18-23 | | | | | |
| 29:14-15 | | | | | |
| 29:18-30:3 | | | | | |
| 33:18-19 | | | | | |
| 33:21 | | | | | |
| 36:1-8 | | | | | |
| 36:13-18 | R, C, I. K, S, 408 | 36:19-37:7 | | | |
| 37:10-25 | R, C, I. K, S, 408 | | | | |
| 39:13-18 | I, K, 408 | | | | |
| 39:20-40:1 | I, K, 408 | | | | |
| 41:11-21 | I, K, 408 | | | | |
| 41:23 | I, K, 408 | | | | |
| 41:25-42:3 | I, K, 408 | | | | |
| 42:11-18 | I, K, 408 | | | | |
| 44:5-7 | I, K, 408 | | | | |
| 44:9-11 | I, K, 408 | | | | |
| 44:13-45:1 | I, K, 408 | | | | |
| 47:14-20 | I, K, 408 | 48:4-12; 48:15-17 | | | |
| 49:7-13 | I, K, 408 | | | | |
| 49:15-16 | I, K, 408 | | | | |
| 49:19-50:15 | I, K, 408 | | | | |
| 53:21-54:1 | R, B | | | | |
| 56:3-9 | | | | | |

| Yan Wang (Vol. 1) - April 14, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 56:11-12 | | 56:14-15; 56:17 57:6-22; 57:24-25 58:5-10; 58:13-16; 58:18-19; 58:22-23 58:25-59:4 | | | |
| 62:12-16 | R, B | | | | |
| 63:24-64:16 | R, B | | | | |
| 64:18-19 | R, B | | | | |
| 66:24-67:14 | I, K, R | | | | |
| 67:16-17 | I, K, R | | | | |
| 67:19-68:10 | I, K, R | 68:25-69:8; 69:12-24 | | | |
| 70:1-2 | R | | | | |
| 70:15 | R | | | | |
| 70:17-19 | R | 70:25-71:4 | | | |
| 71:5-9 | | 80:14-15; 80:19; 81:4-9 | R, C, BTS, Improper Cou | 81:23-82:5 | BTS, C, R |
| 71:11-12 | | | | | |
| 71:14-16 | | | | | |
| 75:3-4 | | 74:23-24; 75:1 | | | |
| 75:8 | | | | | |
| 75:10 | | | | | |
| 75:12 | | | | | |

| Andrew Ludke - April 18, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 9:22-10:5 | | | | | |
| 27:4-11 | | | | | |
| 27:20-28:11 | | 27:12-17 28:12-13; 28:18-21 | | | |
| 28:24-29:16 | | 29:17-30:18 | | | |
| 47:12-20 | | 48:7-9 | R | | |
| 58:10-59:2 | | | | | |
| 59:4-60:4 | | | | | |
| 66:22-69:5 | | 69:13-24; 70:8-16; 71:4-9 | | | |
| 76:1-3 | | | | | |
| 76:12-18 | | | | | |
| 83:20-84:8 | | | | | |
| 84:10-20 | | 84:24-85:6 | | | |
| 88:23-90:3 | | 87:2-88:8; 90:4-21 | | | |
| 90:22-91:20 | | | | | |
| 91:24-93:1 | | 93:13-15; 93:24 | | | |
| 93:10-12 | | | | | |
| 94:3-7 | | | | | |
| 94:9 | | | | | |
| 97:9-17 | | | | | |
| 97:23-98:12 | | 98:13-17 | | | |
| 99:23-100:14 | | 99:19-22; 100:25-101:20 | | | |

| Andrew Ludke - April 18, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 102:19-103:13 | B, I, F | 104:5-19; 104:25-105:6; 115-20-116:1 116:11-17 118:22-119:9 120:4-121:5 123:1-15 124:9-125:8 136:19-137:24 138:9-17 138:21-139:20 140:3-5 140:11-141:5 | Improper counter | | |
| 144:4-145:2 | | | | | |
| 145:10-146:4 | | | | | |
| 146:7-8 | | | | | |
| 147:3-148:21 | | | | | |
| 150:5-153:23 | R, S, BTS | | | | |
| 161:17-162:5 | R | | | | |

| Wesley Warren Lightcap - April 23, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 5:22-23 | | | | | |
| 7:22-25 | | | | | |
| 8:2-9 | | 8:10-21; 9:6-11 | | | |
| 10:17-25 | | 10:5-16 | | | |
| 11:2-23 | | 44:23-45:3<br>12:7-15<br>12:23-13:6 | Improper counter | | |
| 12:16-20 | | 44:23-45:3; 49:3-9; 60:3-17, 62:4-11, 69:23-70:5, 70:15-71:7, 72:2-7, 72:20-73:8, 73:19-22, 74:5-7, 77:20-79:9 | Improper counter; K, B, I, R, BTS, C | | |
| 14:17-25 | | 14:6-9 | | | |
| 15:2-21 | | | | | |
| 16:3-21 | | 16:22-17:14; 18:7-19 19:4-5; 19:8-11; 19:14-20:17; 21:8-22:8 | | | |
| 22:9-19 | I | 23:7-13; 23:20-24:7; 24:17-22; 25:5-18; 26:17-27:6; 27:10-11 | | | |
| 27:17-24 | | 27:25-28:1 | | | |
| 28:3-25 | R, K | | | | |
| 29:2-9 | R, K | | | | |
| 29:12-13 | R, K | | | | |
| 29:15-21 | R, K | | | | |
| 29:25 | R, K | | | | |
| 30:2-3 | | | | | |
| 30:5-7 | R, K | | | | |
| 30:10-11 | R | | | | |

| **Wesley Warren Lightcap - April 23, 2025** |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 30:13-25 | R | | | | |
| 31:2-4 | R | 31:5-14 | | | |
| 31:15-23 | R | | | | |
| 82:5-25 | R, LC, IL, P | | | | |
| 83:2-10 | R, P | | | | |
| 83:13-15 | R, P | | | | |
| 83:17-25 | R, P | 52:16-53:10, 55:9-15, 55:19-56:4 | | | |
| 84:2-23 | R, P | 52:16-53:10, 55:9-15, 55:19-56:4 | | | |
| 85:4-9 | R, P | 52:16-53:10, 55:9-15, 55:19- | I | | |
| 85:11-25 | R, P | | | | |
| 86:2-25 | R, P | 64:3-13, 64:19-65:5, 65:21-66:10<br>87:2-8; 87:24-88:4 | | | |
| 90:14-25 | | 90:4-9 | | | |
| 91:2-25 | R, P. IL | 92:4-8, 95:17-20, 96:16-97:6, 98:13-15, 98:20-24, 99:14-16, 101:10-25, 103:10-14, 105:9-14, 108:12-23, 112:19-22, 114:8-115:3, 118:9-19, 119:9-13, 120:13-15, 120:21-121:19, 122:16-20, 123:13-25, 124:18-23, 125:7-22 | | | |

| Wesley Warren Lightcap - April 23, 2025 ||||||
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 92:2-3 | R, P. IL | 92:4-8, 95:17-20, 96:16-97:6, 98:13-15, 98:20-24, 99:14-16, 101:10-25, 103:10-14, 105:9-14, 108:12-23, 112:19-22, 114:8-115:3, 118:9-19, 119:9-13, 120:13-15, 120:21-121:19, 122:16-20, 123:13-25, 124:18-23, 125:7-22 | | | |
| 93:8-24 | R, P. IL | 92:4-8, 95:17-20, 96:16-97:6, 98:13-15, 98:20-24, 99:14-16, 101:10-25, 103:10-14, 105:9-14, 108:12-23, 112:19-22, 114:8-115:3, 118:9-19, 119:9-13, 120:13-15, 120:21-121:19, 122:16-20, 123:13-25, 124:18-23, 125:7-22 | | | |
| 127:24-25 | | | | | |
| 128:2-22 | | 128:23-129:4; 130:9-20; 130:23-131:9; 133:23-134:2; 134:14-135:25; 135:18-21; 145:10-14 | | | |
| 145:20-25 | | | | | |
| 146:2-25 | | | | | |
| 147:2-25 | | | | | |
| 148:2-7 | | | | | |
| 150:15-23 | | | | | |
| 152:5-8 | | | | | |
| 153:15-18 | R, P, LC, IL | | | | |
| 153:21-25 | R, P, LC, IL | | | | |

US_ACTIVE\130786401\V-1

| Wesley Warren Lightcap - April 23, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 154:2-3 | R, P, LC, IL | | | | |
| 154:5-12 | R, P, LC, IL | 154:13-16 | | | |
| 154:17-23 | R, P, LC, IL | 154:24-25 | | | |
| 155:2-9 | R, P, LC, IL | 155:10-19 | | | |
| 159:10-18 | | | | | |

| Erwin Six - April 25, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 8:6-7 | | | | | |
| 8:20-23 | | | | | |
| 38:23-39:19 | | | | | |
| 48:5-14 | | | | | |
| 48:16-49:6 | | | | | |
| 58:5-22 | | | | | |
| 60:7-23 | | | | | |
| 61:22-24 | | | | | |
| 62:16-24 | | | | | |
| 80:18-81:7 | | | | | |
| 102:7-9 | | | | | |
| 104:15-19 | | | | | |
| 104:24-105:1 | | | | | |
| 123:6-124:2 | | | | | |
| 126:6-17 | | | | | |
| 129:9-24 | | | | | |
| 132:14-25 | | | | | |
| 133:10-19 | | | | | |
| 136:22-137:18 | | | | | |
| 140:8-12 | | | | | |
| 177:21-179:3 | | | | | |
| 179:16-19 | | | | | |
| 180:11-15 | | | | | |
| 183:8-10 | | | | | |
| 183:12-185:4 | | | | | |
| 187:17-21 | | | | | |
| 191:17-25 | | | | | |
| 193:10-194:8 | | | | | |
| 196:17-197:25 | | | | | |

| Erwin Six - April 25, 2025 | | | | | |
|---|---|---|---|---|---|
| **Barco Initial Designations** | **Yealink Objections** | **Yealink Counter-Designations** | **Barco Objections to Counter-Designations** | **Barco Counter-Counter Designations** | **Yealink Objections to Counter-Counter Designations** |
| 199:23-201:24 | | | | | |
| 202:1-23 | | | | | |