# EXHIBIT G

## Exhibit G

## Yealink's Designation of Deposition Testimony

| Andrew Ludke – April 18, 2025 | | | | |
|---|---|---|---|---|
| **Yealink's Designations** | **Barco's Objection** | **Barco's Counter-Designations** | **Yealink Objections to Counter-Designations** | **Yealink Counter-Counter Designations** |
| 9:22-10:5 | | | | |
| 10:12-19 | | | | |
| 11:2-7 | C, AA | | | |
| 11:11-12:4 | | | | |
| 12:11-23 | NT, A, C | | | |
| 13:1 | | | | |
| 13:3-17 | | 13:18-20 | R, NR | |
| 14:10-15:18 | | | | |
| 15:24-17:15 | | | | |
| 18:1-11 | | | | |
| 19:2-19 | | | | |
| 20:10-21:4 | R | | | |
| 22:18-23:12 | | | | |
| 23:17-24:10 | | | | |
| 25:2-6 | | | | |
| 25:10-16 | | | | |
| 25:23-26:1 | | | | |
| 26:5-20 | | | | |
| 27:4-17 | | | | |
| 31:14-17 | | | | |
| 32:9-15 | | 34:8-9, 34:12-35:1 | R, NR | 35:2-10 |
| 35:11-36:5 | | | | |
| 37:2-10 | | 37:11-14 | | |

| Andrew Ludke – April 18, 2025 | | | | |
|---|---|---|---|---|
| **Yealink's Designations** | **Barco's Objection** | **Barco's Counter-Designations** | **Yealink Objections to Counter-Designations** | **Yealink Counter-Counter Designations** |
| 37:15-38:12 | | | | |
| 38:17-20 | | | | |
| 39:25-40:7 | | | | |
| 40:16-19 | | | | |
| 40:23-41:2 | R, I, A | | | |
| 46:12-47:4 | E, F, IL, K, R | | | |
| 55:16-18 | | | | |
| 55:20-56:1 | | | | |
| 56:5-15 | R | 56:16-21 | C, I, R, NR | 57:7-18 |
| 57:19-58:6 | | | | |
| 85:20-23 | | 86:6-9 | | |
| 86:10-13 | | | | |
| 90:4-6 | A, F, I, K | | | |
| 95:10-96:1 | | | | |
| 99:19-100:14 | | | | |
| 100:25-101:20 | | | | |
| 119:6-9 | A, F, I, K | | | |
| 151:6-16 | | | | |