# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, | ) )  )  ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD. | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 2:23-CV-00521-JRG-RSP

## [PROPOSED] VERDICT FORM

Instructions: Please complete this Verdict Form by following the directions. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on applicable law to the subject matter covered by each question.

1600436034.2

## QUESTION 1:  Damages

What sum of money has Barco established by a preponderance of the evidence would fairly and reasonably compensate Barco for Yealink's past (pre-trial) infringement of Barco's Patents?

$_____

**Please proceed to Question 2.**

## QUESTION 2: Willful Infringement

Did Barco prove by a preponderance of evidence that Yealink willfully infringed any of U.S. Patent No. 10,762,002; 10,795,832; 10,904,103; 11,258,676; 11,403,237; or 11,422,951?

**Please check "Yes" or "No"**

Yes: \_\_\_\_ (for Barco)          No: \_\_\_\_ (for Yealink)

**Please proceed to the Final Page of the Jury Verdict.**

## Final Page of the Jury Verdict

You have reached the end of the verdict form. Please review the form to ensure it accurately reflects your unanimous determinations. The foreperson should then *sign and date* the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____         _____
Signature                                                              Date