# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV, ) ) Plaintiffs, ) ) v. ) ) YEALINK (USA) NETWORK ) TECHNOLOGY CO., LTD., and ) YEALINK NETWORK ) TECHNOLOGY CO., LTD. ) ) Defendants. ) ) | Case No. 2:23-CV-00521-JRG-RSP |

## [DEFENDANTS' PROPOSED] VERDICT FORM

**INSTRUCTIONS**:

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answer to each question must be unanimous. Please refer to and consider the Final Jury Instructions as you answer the questions below for guidance on applicable law.

1

As used in this Verdict Form, the following terms have the following meanings:

- "**Barco**" refers to Plaintiffs Barco, Inc. and Barco NV.

- "**Yealink**" refers to Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.

- The "**'002 Patent**" refers to U.S. Patent No. 10,762,002.

- The "**'832 Patent**" refers to U.S. Patent No. 10,795,832.

- The "**'103 Patent**" refers to U.S. Patent No. 10,904,103.

- The "**'676 Patent**" refers to U.S. Patent No. 11,258,676.

- The "**'237 Patent**" refers to U.S. Patent No. 11,403,237.

- The "**'951 Patent**" refers to U.S. Patent No. 11,422,951.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE**

**INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR**

**VERDICT COMPLIES WITH THEM**

## QUESTION 1: Induced Infringement

Did Barco prove by a preponderance of the evidence that Yealink actively induced its customers to infringe the '002, '676, 237, and '951 Patents?

*Answer "Yes"* **OR** *"No" for each Yealink base unit product listed below:*

**A20-020-TEAMS Video Bar**

       Yes_____               No_____

**Meeting Board**

       Yes_____               No_____

**Room Cast**

       Yes_____               No_____

**Please proceed to Question 2.**

## QUESTION 2: Damages

What is the reasonably royalty that would compensate Barco for Yealink's past (pre-trial) infringement of the Asserted Patents?

$ _____ per dongle

$ _____ per base unit

Based on the reasonable royalty you have found, what sum of money, if any, paid now in cash as a reasonably royalty, has Barco proven by a preponderance of the evidence would compensate Barco for Yealink's past (pre-trial) infringement of the Asserted Patents?

Answer in United States Dollars and Cents, if any:

$_____

**Please proceed to Question 3.**

## QUESTION 3:  Willful Infringement

Did Barco prove by a preponderance of evidence that Yealink willfully infringed any of the Asserted Patents?

**Please check "Yes" or "No"**

Yes: _____        No: _____

**Please proceed to the Final Page of the Jury Verdict.**

## **Final Page of the Jury Verdict**

You have reached the end of the verdict form. Please review the form to ensure it accurately reflects your unanimous determinations. The foreperson should then *sign and date* the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____     _____
Signature                                                                                  Date