UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.<br><br>Defendants. | Case No. 2:23-cv-00521-JRG-RSP |

**NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the August 9, 2025 Notice of Filing of Official Transcript (Dkt. No. 161), Plaintiffs Barco, Inc. and Barco NV (collectively, "Barco") hereby give notice that by September 2, 2025, Barco will file a motion to redact portions of the transcript of the Pretrial Conference, held on August 5, 2025, and reported by Shawn McRoberts, the court reporter.

| | |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted,<br><br>*/s/ Erik J. Halverson*<br>Erik J. Halverson (Bar No. 333492CA)<br>erik.halverson@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8238<br><br>Christopher Centurelli (*pro hac vice*)<br>christopher.centurelli@klgates.com<br>Anna E. L'Hommedieu (*pro hac vice*)<br>Anna.lhommedieu@klgates.com<br>Joshua N. Andrews (*pro hac vice*)<br>Joshua.Andrews@klgates.com<br>**K&L GATES LLP**<br>1 Congress Street, Suite 2900<br>Boston, MA 02114-2023<br>Telephone: (617) 261-3100<br><br>Melissa Smith (Texas Bar No. 24001351)<br>Andrew T. Gorham<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: +1 903 934 8450<br>Facsimile: +1 903 934 9257<br>melissa@gillamsmithlaw.com<br>tom@gillamsmithlaw.com<br><br>*Attorneys for Plaintiffs*<br>*Barco, Inc. and Barco N.V.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3). A copy of this Notice is also being provided via e-mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

                                                     /s/ Erik J. Halverson
                                                   Erik J. Halverson