IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. e*t al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> YEALINK (USA) NETWORK § <br> TECHNOLOGY CO., LTD. *et al.*, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP |

## ORDER

On August 29, 2025, the Court held a hearing regarding a dispute between the Parties regarding the extent of Defendants' admission of infringement (*see generally* Dkt. No. 85) and the impact this has on instructions to the jury during trial (*see* Dkt. No. 185). After consideration of the evidence and argument at the hearing—in particular Defendants' representations made during the claim construction and motion to compel hearing of March 11, 2025 (Dkt. No. 167-2 at 39: 7-15, 25 – 40: 2)—the Court resolves that the jury should be instructed as follows on this issue:

1. Defendants have admitted to direct and indirect infringement of the '002, '237, '676, and '951 Patents when their WPP20 andWPP30 presentations pods are used with a connected device, from May of 2023 to April 25, 2024.

2. Defendants have also admitted that their WPP20 and WPP30 presentation pods infringe the '832 and '103 Patents, directly and indirectly, from May of 2023 to April 25, 2024.

3. However, Defendants have not admitted to inducing infringement after April 25, 2024 for any of the Asserted Patents.

4. At the end of this trial, you will be asked to decide:

- Whether Defendants induced infringement of Barco's Patents after April 25, 2024;

- The amount of damages owed to Barco for Defendants' infringement; and

- Whether Defendants' infringement was willful.

**SIGNED this 1st day of September, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE