**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.<br><br>Defendants. | Case No. 2:23-cv-00521-JRG-RSP |

**JOINT MOTION TO REDACT PORTIONS OF THE AUGUST 5, 2025 PRETRIAL CONFERENCE TRANSCRIPT**

In accordance with Local Rule CV-5.2(b)(4), the August 9, 2025 Notice of Filing of Official Transcript (Dkt. No. 161), and Plaintiffs Barco NV and Barco Inc., and Defendants Yealink Network Technology Co. Ltd. and Yealink (USA) Network Technology Co. Ltd. (collectively, the "Parties") Notice of Intent to Request Redaction filed on August 12, 2025 (Dkt. No. 164) and August 14, 2025 (Dkt. No. 168) respectively, the Parties respectfully move to redact certain confidential information in the August 5, 2025 pretrial conference transcript.

During the August 5, 2025 pretrial conference, the Parties and the Court discussed certain matters designated as "CONFIDENTIAL" and/or "RESTRICTED – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 30). Because of the confidential nature of the information, the Parties respectfully request that the Court order the redaction of the material discussed on the following portions of the transcript:

**Page/Line(s):**

30:22–31:4
44:22–25
66:20–22
68:13–15
69:8–11
69:13
69:16–20
72:12–14
86:19–23

The information disclosed at 30:22-31:4 relates to the confidential business information of a third party to this dispute which the third party has disclosed under the protective order. The remaining information relates to the Parties' sensitive confidential business information, including details of how Barco and Yealink conduct business, which the Parties closely guard and do not publicly disclose.

Public access to this information would give the competitors and would-be rivals of the Parties and the third party unfair competitive advantages. Public disclosure of the identified information creates a risk of hardship to the Parties and the third party, and this harm outweighs the presumption of public access at least because the redactions will not affect the public's ability to understand the underlying issues in the rest of the record. Good cause exists to redact this information from the transcript in light of the potential harm to the Parties and the third party. All individuals present in the courtroom during the August 5, 2025 hearing were subject to the Protective Order in this case, and as such, there was no need to seal the courtroom during the discussion of the information now sought to be redacted. Redacting the requested details does not inhibit the public's ability to understand the dispute, the arguments, or the resolution.

The Parties respectfully request that the Court grant this joint motion to redact the August 5, 2025 Pretrial Conference transcript and enter an order finding that the discussions identified

above be redacted from the public record. The parties' requested redactions are highlighted in Exhibit A, attached hereto under seal.

Dated: September 2, 2025

By: /s/ Erik Halverson
Melissa Smith (Texas Bar No. 24001351)
Andrew T. Gorham
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: +1 903 934 8450
Facsimile: +1 903 934 9257
melissa@gillamsmithlaw.com
tom@gillamsmithlaw.com

Christopher Centurelli (*pro hac vice*)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (*pro hac vice*)
Anna.lhommedieu@klgates.com
Joshua N. Andrews (*pro hac vice*)
Joshua.Andrews@klgates.com
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Telephone: (617) 261-3100

Erik J. Halverson (Bar No. 333492CA)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center,
Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238

*Counsel for Plaintiffs Barco, Inc. and Barco NV*

Respectfully submitted,

By: /s/ Victor Johnson
Victor C. Johnson
Texas Bar No. 24029640
Forrest D. Gothia
Texas Bar No. 24125250
**DENTONS US LLP**
100 Crescent Court, Suite 900
Dallas, Texas 75201
(214) 259-1876
Email: victor.johnson@dentons.com
(214) 259-1887
Email: forrest.gothia@dentons.com

Stephen Yang (*pro hac vice*)
New York State Bar No. 5123492
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 398-4890
Email: stephen.yang@dentons.com

Timothy C. Bickham
DC State Bar No. 45614
Kevin R. Greenleaf (*pro hac vice*)
DC State Bar No. 252893
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006-1102
(202) 408-6390
Email: timothy.bickham@dentons.com
Email: kevin.greenleaf@dentons.com

*Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of September 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Erik Halverson*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Barco and counsel for Yealink met and conferred, per Local Rule CV-7(h), and that this Motion is filed jointly.

Dated: September 2, 2025 */s/ Erik Halverson*