UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>*Plaintiffs*,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.<br><br>*Defendants*. | §§§§§§§§§§§§§<br><br>Civil Action No. 2:23-cv-00521-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UPDATED NOTICE OF TRIAL SCHEDULING CONFLICT**

This case was recently released from its September 5, 2025 trial setting. The Court reset jury selection for 9:00 am CT on September 22, 2025.

Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. (together, "Defendants") respectfully submit this updated notice to inform the Court of the following pre-scheduled and unavoidable scheduling conflicts starting on September 22, 2025.

- **The week of September 22, 2025**: Defendants' damages expert Mr. Rick Bero is expected to testify in person as an expert in a case pending before the U.S. District Court for the Western District of Texas, styled *Kompan A/S et al. v. GameTime et al.*, 1:21-cv-00877. The trial in the *Kompan* matter is currently set for September 22, 2025, and is expected to last four-to-five days. Defendants understand that the *Kompan* trial is set to start on September 22 before Judge Albright as the only scheduled trial for that week, and Mr. Bero is scheduled to be in Court at least on September 23, 24, 25, and 26, and is expected to testify on September 23 or 24 and

1

again at the end of trial, on either September 25 or September 26. These dates would coincide with the dates on which Mr. Bero would testify at trial in this case if jury selection and trial begin on September 22.

- **September 29 to October 8, 2025**: Defendants' technical expert Dr. Kevin Almeroth is expected to testify in person as an expert in a case pending before the U.S. District Court for the Northern District of California, styled *Contour IP Holding, LLC v. GoPro, Inc.*, 3:17-cv-04738. The trial in the *Contour Holding* matter is currently set for September 29, 2025, and is expected to last eight days. Defendants are communicating with counsel in that case and are in the process of determining the dates on which Dr. Almeroth is expected to testify and will follow up with a further notice should a potential conflict arise.

- **Week of October 20, 2025**: Defendants' counsel is scheduled to attend trial in a case pending before the U.S. Bankruptcy Court for the Southern District of Florida.

- **Week of October 27, 2025**: Defendants' technical expert Dr. Kevin Almeroth is expected to testify in person as an expert in a case pending before the U.S. District Court for the Northern District of California.

- **Week of November 3, 2025**: Defendants' technical expert Dr. Kevin Almeroth is expected to testify in person as an expert in a case pending before the U.S. District Court for the District of Delaware.

- **Week of November 17, 2025**: Defendants' technical expert Dr. Kevin Almeroth is expected to testify in person as an expert in a case pending before the U.S. District Court for the District of Delaware.

Accordingly, Defendants respectfully notify the Court of its unavoidable conflict for the September 22, 2025 trial setting.

Defendants respectfully request that the Court take these scheduling conflicts into consideration as it determines the forthcoming trial settings. Defendants will continue to update the Court concerning the status of these scheduling conflicts as the trial date approaches.

Date: September 11, 2025

**DENTONS US LLP**

By: /s/ *Victor C. Johnson*
Victor C. Johnson
Texas Bar No. 24029640
Forrest D. Gothia
Texas Bar No. 24125250
Haley S. Eastham
Texas Bar No. 24122838
100 Crescent Court, Suite 900
Dallas, Texas 75201
Email: victor.johnson@dentons.com
(214) 259-1876
Email: forrest.gothia@dentons.com
(214) 259-1887
Email: haley.eastham@dentons.com
(214) 259-1851

Stephen Yang (*pro hac vice* granted)
1221 Avenue of the Americas
New York, New York 10020
Email: Stephen.yang@dentons.com
(212) 398-4890

Timothy C. Bickham
DC State Bar No. 45614
Kevin R. Greenleaf
1900 K Street, NW
Washington, DC 20006
Email: Timothy.bickham@dentons.com
(202) 408-6390
Email: Kevin.greenleaf@dentons.com
(650) 798-0381

***Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 11, 2025.

                                                 */s/ Victor Johnson*
                                                Victor C. Johnson