# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **BARCO, INC. and BARCO NV,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:23-cv-00521-JRG-RSP |
| **YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.** | § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

## DEFENDANTS' NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to the Notice of Filing of Official Transcript (Dkt. 203), Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. (collectively, "Yealink") hereby give notice that by September 25, 2025, Yealink will file a motion to redact portions of the transcript for the Pretrial Conference held on August 28, 2025.

Date: September 15, 2025

**DENTONS US LLP**

By: /s/ *Victor C. Johnson*
Victor C. Johnson
Texas Bar No. 24029640
Forrest D. Gothia
Texas Bar No. 24125250
100 Crescent Court, Suite 900
Dallas, Texas 75201
Email: victor.johnson@dentons.com
(214) 259-1876
Email: forrest.gothia@dentons.com
(214) 259-1887

Stephen Yang (*pro hac vice* granted)
1221 Avenue of the Americas
New York, New York 10020
Email: Stephen.yang@dentons.com
(212) 398-4890

1

        Timothy C. Bickham
        DC State Bar No. 45614
        Kevin R. Greenleaf
        1900 K Street, NW
        Washington, DC 20006
        Email: Timothy.bickham@dentons.com
        (202) 408-6390
        Email: Kevin.greenleaf@dentons.com
        (202) 408-6390

        *Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3). A copy of this Notice is also being provided via e-mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

        */s/ Victor Johnson*
        Victor C. Johnson