IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BARCO, INC. e*t al.*,                           §
                                                §
        *Plaintiffs*,                           §
                                                §
v.                                              §
                                                §        CIVIL ACTION NO. 2:23-cv-00521-JRG-RSP
                                                §
YEALINK (USA) NETWORK                           §
TECHNOLOGY CO., LTD. *et al.*,                  §
                                                §
        *Defendants*.                           §

## REPORT AND RECOMMENDATION

Before the Court is the Motion for Summary Judgment of No Invalidity, filed by the Barco Plaintiffs. **Dkt. No. 110**. In the Motion, Plaintiffs seek to foreclose Defendants' ability to bring invalidity arguments at trial.

At the August 28, 2025 Final Pretrial Conference, Defendants affirmatively represented that they are not going to bring any invalidity arguments. Dkt. No. 203 at 36: 21-22 ("Yealink also does not intend to argue in this case that the patents are invalid . . . .").

In view of this representation, the instant Motion should be **DENIED AS MOOT**.

A party's failure to file written objections to the findings, conclusions and recommendations contained in this report within 14 days bars that party from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. FED. R. CIV. P. 72(b)(2); *see also Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (*en banc*). Any objection to this Report and

1

Recommendation must be filed in ECF under the event "Objection to Report and Recommendation [cv, respoth]" or it may not be considered by the District Judge.

**SIGNED this 25th day of September, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE