# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. e*t al.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | §    CASE NO. 2:23-cv-00521-JRG-RSP |
| | § |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD. *et al.*, | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.'s (together, "Yealink") Motion to Continue the Trial Date ("Motion"). (Dkt. No. 206). Yealink seeks a continuance from the October 3, 2025 trial setting. However, in the Order of Trials published on September 25, 2025, this case was not on the list of cases that may proceed in the October 3, 2025 trial setting. Accordingly, the Motion is **DENIED AS MOOT**.

So ORDERED and SIGNED this 26th day of September, 2025.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE