UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BARCO, INC. and BARCO NV,** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Civil Action No. 2:23-cv-00521-JRG-RSP** |
| **YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.** | § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |

## DEFENDANTS' UPDATED NOTICE OF TRIAL SCHEDULING CONFLICT

On October 3, 2025, the Court notified the parties that jury selection in this case is scheduled for 9:00 am CT on November 17, 2025. In the event that trial in this case is rescheduled to start on a different date, Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. (together, "Defendants") respectfully submit this notice to inform the Court of the following pre-scheduled and unavoidable scheduling conflicts starting on October 20, 2025.

- **Week of October 20, 2025**: Defendants' counsel is scheduled to attend trial in an evidentiary hearing in a case pending before the U.S. Bankruptcy Court for the Southern District of Florida.

- **Week of October 27, 2025**: Defendants' technical expert Dr. Kevin Almeroth is scheduled to attend trial in a case pending before the U.S. District Court for the Northern District of California.

- **Week of November 3, 2025**: Defendants' technical expert Dr. Kevin Almeroth is scheduled to attend trial in a case pending before the U.S. District Court for the

1

District of Delaware. That case is styled *Express Mobile, Inc. v. GoDaddy.com, LLC*, 1:19-cv-01937 (J. Andrews).

- **Week of November 17, 2025**: Defendants' technical expert Dr. Kevin Almeroth is scheduled to attend trial in a case pending before the U.S. District Court for the District of Delaware. That case is styled *SmartSky Networks, LLC v. Gogo Business Aviation, LLC et al.*, 1:22-cv-00266 (J. Wolson).

- **December 1 – 12, 2025**: Defendants' technical expert Dr. Kevin Almeroth is scheduled to attend trial in a case pending before the U.S. District Court for the Northern District of California. That case is styled *Sandisk Technologies, Inc., et al. v. Viasat, Inc.*, 4:22-cv-04376 (J. Gilliam).

- **January 15, 2026**: Counsel for Plaintiffs and Defendants are scheduled to attend oral argument before the United States Patent Trial & Appeal Board regarding four of the Asserted Patents in this case, styled:

  - IPR2024-01436;
  - IPR2024-01437;
  - IPR2024-01438;
  - IPR2024-01439.

Accordingly, Defendants face direct scheduling conflicts for the dates listed above.

Defendants respectfully request that the Court take these scheduling conflicts into consideration as it determines the forthcoming trial settings. Defendants will continue to update the Court concerning the status of these scheduling conflicts as the trial date approaches.

Date: October 8, 2025

**DENTONS US LLP**

By: /s/ *Victor C. Johnson*
Victor C. Johnson
Texas Bar No. 24029640
Forrest D. Gothia
Texas Bar No. 24125250
Haley S. Eastham
Texas Bar No. 24122838
100 Crescent Court, Suite 900
Dallas, Texas 75201
Email: victor.johnson@dentons.com
(214) 259-1876
Email: forrest.gothia@dentons.com
(214) 259-1887
Email:haley.eastham@dentons.com
(214) 259-1851

Stephen Yang (*pro hac vice* granted)
1221 Avenue of the Americas
New York, New York 10020
Email: Stephen.yang@dentons.com
(212) 398-4890

Timothy C. Bickham
DC State Bar No. 45614
Kevin R. Greenleaf
1900 K Street, NW
Washington, DC 20006
Email: Timothy.bickham@dentons.com
(202) 408-6390
Email: Kevin.greenleaf@dentons.com
(650) 798-0381

*Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on October 8, 2025.

*/s/ Victor C. Johnson*
Victor C. Johnson
