IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD. *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:23-00521-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF RIPENESS REGARDING DEFENDANTS' EMERGENCY
MOTION TO CONTINUE THE TRIAL DATE (DKT. NO. 214)**

Plaintiffs Barco NV and Barco, Inc. (together, "Plaintiffs") respectfully submit this Notice of Ripeness Regarding Defendants' Emergency Motion to Continue the Trial Date (Dkt. No. 214) ("Notice of Ripeness").

On October 8, 2025, Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. (together, "Defendants") filed their Emergency Motion to Continue the Trial Date ("Motion to Continue") (Dkt. No. 214). On October 13, 2025, Defendants filed their Reply to Motion to Continue. Plaintiffs did not file a sur-reply brief, as there were no additional arguments raised by Defendants warranting response.

Accordingly, Plaintiffs file this Notice of Ripeness to notify the Court that the briefing on Defendants' Motion to Continue is now complete and is ripe for the Court's resolution.

Dated: October 28, 2025

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew T. Gorham
Texas Bar No. 24012715
McKellar L. Karr
Texas Bar No. 24114356
**GILLAM & SMITH, LLP**
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: tom@gillamsmithlaw.com
Email: mckellar@gillamsmithlaw.com

Erik J. Halverson (Bar No. 333492CA)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8238

Christopher Centurelli (*Pro Hac Vice*)
christopher.centurelli@klgates.com
Anna E. L'Hommedieu (*Pro Hac Vice*)
Anna.lhommedieu@klgates.com
Joshua N. Andrews (*Pro Hac Vice*)
Joshua.Andrews@klgates.com
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, Massachusetts 02114-2023
Telephone: (617) 261-3100

*Counsel for Plaintiffs*
*Barco, Inc. and Barco N.V.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 28, 2025.

*/s/ Melissa R. Smith*
Melissa R. Smith