# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC AND BARCO NV, <br><br>*Plaintiffs*, <br><br>v. <br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD. AND YEALINK NETWORK TECHNOLOGY CO., LTD., <br><br>*Defendants*. | CASE NO. 2:23-CV-00521-JRG-RSP |

## ORDER

Plaintiffs Barco, Inc. and Barco NV previously filed a Motion for Summary Judgment of No Invalidity (Dkt. No. 110.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 209), recommending denial as moot of Barco's Motion for Summary Judgment of No Invalidity. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment of No Invalidity (Dkt. No. 110) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 6th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE