IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC AND BARCO NV,<br><br>    *Plaintiffs*,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD. AND YEALINK NETWORK TECHNOLOGY CO., LTD.,<br><br>    *Defendants*. | CASE NO. 2:23-CV-00521-JRG-RSP |

## ORDER

Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. previously filed a Motion for Partial Summary Judgment Concerning Marking (Dkt. No. 114.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 208), recommending grant of Yealink's's Motion for Partial Summary Judgment Concerning Marking as unopposed. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Partial Summary Judgment Concerning Marking (Dkt. No. 114) is **GRANTED**.

So ORDERED and SIGNED this 6th day of November, 2025.

                                                  RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE