**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BARCO, INC. and BARCO NV, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00521-JRG-RSP |
| | § | |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD. | § | |
| | § | |
| *Defendants*. | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Plaintiffs**" or "**Barco**" refers to Plaintiffs Barco, Inc. and Barco NV.
- "**Defendants**" or "**Yealink**" refers to Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Networking Technology Co., Ltd.
- The "**'002 Patent**" refers to U.S. Patent No. 10,762,002.
- The "**'832 Patent**" refers to U.S. Patent No. 10,795,832.
- The "**'103 Patent**" refers to U.S. Patent No. 10,904,103.
- The "**'676 Patent**" refers to U.S. Patent No. 11,258,676.
- The "**'237 Patent**" refers to U.S. Patent No. 11,403,237.
- The "**'951 Patent**" refers to U.S. Patent No. 11,422,951.
- The "**Asserted Patents**" refers collectively to the '002 Patent, the '832 Patent, the '103 Patent, the '676 Patent, the '237 Patent, and the '951 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

## QUESTION NO. 1

Did Barco prove by a preponderance of the evidence that Yealink actively induced its customers to infringe the Asserted Patents after April 25, 2024?

For each Asserted Patent below, please answer "Yes" or "No."

**The '002 Patent**

Yes: ____ No: ✓

**The '832 Patent**

Yes: ____ No: ✓

**The '103 Patent**

Yes: ____ No: ✓

**The '676 Patent**

Yes: ____ No: ✓

**The '237 Patent**

Yes: ____ No: ✓

**The '951 Patent**

Yes: ____ No: ✓

**PLEASE PROCEED TO QUESTION NO. 2.**

## QUESTION NO. 2

What sum of money, if paid now in cash as a lump sum royalty through the date of this trial, has Barco proven by a preponderance of the evidence would compensate Barco for Yealink's infringement of the Asserted Patents from May 17, 2023 to April 25, 2024, and, if proven, for any ongoing induced infringement of the Asserted Patents after April 25, 2024?

Answer in United States Dollars and Cents:

$ $907,360 $^{00}$.

**PLEASE PROCEED TO QUESTION NO. 3.**

## QUESTION NO. 3

Did Barco prove by a preponderance of the evidence that Yealink willfully infringed any of the Asserted Patents?

Please answer "Yes" or "No."

Yes: ____ No: ✓

**PLEASE PROCEED TO THE FINAL PAGE OF THE JURY VERDICT FORM.**

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___19___ day of November, 2025.

________________________________

Jury Foreperson