# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
 2                         MARSHALL DIVISION

 3   BARCO, INC., et al.,           ( CAUSE NO. 2:23-CV-521-JRG
                                    )
 4            Plaintiffs,           (
                                    )
 5   vs.                            (
                                    )
 6   YEALINK (USA) NETWORK          (
     TECHNOLOGY CO., LTD., et al.,  )
 7   et al.,                        ( MARSHALL, TEXAS
                                    ) NOVEMBER 17, 2025
 8            Defendants.           ( 9:00 A.M.
     _____
 9

10                              VOLUME 1

11   _____

12                         TRIAL ON THE MERITS

13
                  BEFORE THE HONORABLE RODNEY GILSTRAP
14                    UNITED STATES DISTRICT JUDGE
                               and a jury
15   _____

16

17

18

19

20

21

22              SHAWN McROBERTS, RMR, CRR
                  100 E. HOUSTON STREET
23                MARSHALL, TEXAS  75670
                      (903) 923-8546
24         shawn_mcroberts@txed.uscourts.gov

25
```

|  |  |  |
|---|---|---|
|  | 1 | was an important question that you might have to investigate? |
| 05:38 | 2 | A.  I don't recall. |
|  | 3 | Q.  Now, you've been sitting in this courtroom since the |
|  | 4 | entirety of today listening to the testimony.  Correct? |
|  | 5 | A.  Almost.  I managed to get locked out for about 10 minutes |
|  | 6 | when the courtroom closed one time. |
|  | 7 | Q.  Other than the folks associated with Barco, like yourself |
|  | 8 | and the corporate representative, you're not aware of any |
| 05:38 | 9 | customer using a WPP20 or a WPP30 with any of the accused base |
|  | 10 | devices.  Correct? |
|  | 11 | A.  It sounds like I would be a customer. |
|  | 12 | Q.  I said other than yourself.  I apologize. |
|  | 13 | A.  I think myself and Mr. Six I think used them, but other |
|  | 14 | than us, I haven't spoken to other third-party customers. |
|  | 15 | Q.  Okay.  You didn't do any type of survey or analysis to |
|  | 16 | determine if there were any customers that were using the |
|  | 17 | WPP20 or the WPP30 in the United States.  Correct? |
| 05:39 | 18 | A.  I would say I didn't do a customer survey, no. |
|  | 19 | Q.  As part of your analysis in this case, you were provided |
|  | 20 | a sample of the A20 VideoBar and the RoomCast product? |
|  | 21 | A.  That's correct, yes. |
|  | 22 | Q.  Okay.  Did you buy those or were those provided to you? |
|  | 23 | A.  I did not purchase them myself; they were shipped to me. |
| 05:39 | 24 | Q.  Okay.  And for the RoomCast product that was shipped to |
|  | 25 | you, that was a brand new product.  Correct? |

```
 1              I HEREBY CERTIFY THAT THE FOREGOING IS A

 2         CORRECT TRANSCRIPT FROM THE RECORD OF

 3         PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

 4         I FURTHER CERTIFY THAT THE TRANSCRIPT FEES

 5         FORMAT COMPLY WITH THOSE PRESCRIBED BY THE

 6         COURT AND THE JUDICIAL CONFERENCE OF THE

 7         UNITED STATES.

 8

 9         S/Shawn McRoberts                11/17/2025

10         _____DATE_____
           SHAWN McROBERTS, RMR, CRR
11         FEDERAL OFFICIAL COURT REPORTER
```