UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>*Plaintiffs*,<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.<br><br>*Defendants*. | §§§§§§§§§§§§§§<br><br>Civil Action No. 2:23-cv-00521-JRG-RSP |

## [PROPOSED] ORDER TO SET AN ONGOING ROYALTY

Before the Court is the Motion for Ongoing Royalty (Dkt. No. 243) filed by Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. (together, "Yealink"). Having considered the Motion, the Parties' briefing, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the ongoing royalty rate in this case for the accused technology is hereby **SET** at $54.00 per WPP30 Wireless Presentation Pod sold in the United States by Yealink for post-verdict infringing conduct. It is further **ORDERED** that the ongoing royalty rate set by this Order shall continue until the expiration of the following Asserted Patents: U.S. Patent No. 10,762,002; U.S. Patent No. 10,795,832; U.S. Patent No. 10,904,103; U.S. Patent No. 11,258,676; U.S. Patent No. 11,402,237; U.S. Patent No. 11,422,951.