# EXHIBIT A

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
                              MARSHALL DIVISION

BARCO, INC., et al.,              (   CAUSE NO. 2:23-CV-521-JRG
                                  )
         Plaintiffs,              (
                                  )
vs.                               (
                                  )
YEALINK (USA) NETWORK             (
TECHNOLOGY CO., LTD., et al.,     )
et al.,                           (   MARSHALL, TEXAS
                                  )   NOVEMBER 19, 2025
         Defendants.              (   8:00 A.M.
_____


                                VOLUME 3

_____


                          TRIAL ON THE MERITS


                  BEFORE THE HONORABLE RODNEY GILSTRAP
                      UNITED STATES DISTRICT JUDGE
                              and a jury
_____
```

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

|   |   |   |
|---|---|---|
|  | 1 | we need you to help us.  We need you to look at the facts and |
|  | 2 | decide, hey, this is what we think the reasonable royalty is. |
|  | 3 | Barco has put up its evidence as to what we think the royalty |
|  | 4 | is.  Yealink, they put up their evidence.  We need you to help |
|  | 5 | us and decide that. |
|  | 6 | Yealink's admission of infringement here means we are |
| 10:09 | 7 | entitled to damages.  We are.  It's just how much.  So let's |
|  | 8 | talk about the damages for a minute.  Mr. Scally helped us |
|  | 9 | here.  He did the analysis for us.  He went through the |
|  | 10 | *Georgia-Pacific* factors.  Ms. Smith went through all the |
|  | 11 | papers he considered, all the analysis he did.  And what did |
|  | 12 | he come up with?  $3.172 million.  Not a crazy number.  Not |
|  | 13 | hundreds of millions of dollars.  $3.172 million.  That's |
| 10:10 | 14 | what -- that's what Barco thinks is reasonable.  Sounds |
|  | 15 | reasonable to me.  Hope it sounds reasonable to you. |
|  | 16 | Let's review the facts as to why it's reasonable.  First, |
|  | 17 | how did he reach that number?  He reached that number by |
|  | 18 | looking at the Crestron license agreement.  Remember Mr. Ludke |
|  | 19 | of Crestron who came to Barco and he said, hey, you guys have |
|  | 20 | some great technology.  We want to license it from you.  Can |
|  | 21 | we license it? |
| 10:11 | 22 | And what happened?  A yearlong negotiation where Barco |
|  | 23 | said, I wanted X.  Crestron, guess what?  They said they |
|  | 24 | wanted less than X.  And they negotiated, and ultimately they |
|  | 25 | came up with a deal.  And that deal -- I won't seal the |

```
 1       I HEREBY CERTIFY THAT THE FOREGOING IS A
 2       CORRECT TRANSCRIPT FROM THE RECORD OF
 3       PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 4       I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
 5       FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
 6       COURT AND THE JUDICIAL CONFERENCE OF THE
 7       UNITED STATES.
 8
 9       S/Shawn McRoberts                11/19/2025
10       _____DATE_____
         SHAWN McROBERTS, RMR, CRR
11       FEDERAL OFFICIAL COURT REPORTER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```