**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>        Plaintiffs,<br><br>    v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.,<br><br>        Defendants. | Case No. 2:23-CV-00521-JRG-RSP |

**DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF**
**BARCO'S REPLY IN SUPPORT OF MOTION FOR FINAL JUDGMENT**

I, Erik J. Halverson, hereby declare as follows:

1.     I am a partner at the law firm of K&L Gates LLP and counsel for Plaintiffs Barco, Inc. and Barco NV (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2.     Attached as **Exhibit A** are true and correct excerpts from the trial transcripts in the above-referenced matter.

3.     Attached as **Exhibit B** is a true and correct copy of the Final Judgment in *G+ Communications LLC v. Samsung Electronics Co., Ltd. et al.*, Civil Action No. 2:22-cv-78-JRG (E.D. Tex.).

4.     Attached as **Exhibit C** is a true and correct copy of the Final Judgment in *Atlas Global Tech. v. TP-Link Tech. Co. Ltd.*, Civil Action No. 2:21-cv-00430-JRG-RSP (E.D. Tex.).

1

5.      Attached as **Exhibit D** is a true and correct copy of the Final Judgment in *Ollnova Tech. Ltd. v. Ecobee Tec. ULC d/b/a Ecobee*, Civil Action No. 2:22-cv-00072-JRG (E.D. Tex.).

6.      Attached as **Exhibit E** is a true and correct copy of the Final Judgment in *The Chamberlain Group LLC v. Overhead Door Corp. et al.,* Civil Action No. 2:21-cv-00084-JRG (E.D. Tex.).

7.      Attached as **Exhibit F** is a true and correct copy of the Final Judgment in *Packet Intelligence LLC v. NetScout Systems, Inc.*, Civil Action No. 2:16-cv-00230-JRG (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2026 in San Francisco, CA.

*/s/ Erik J. Halverson*
Erik J. Halverson

2