**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BARCO, INC. and BARCO NV, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:23-CV-521-JRG-RSP |
| YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD., | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court are two Unopposed Motions for Extension of Time (Dkt. No. 245; Dkt. No. 255) filed by Plaintiffs Barco, Inc. and Barco NV and Defendants Yealink (USA) Network Technology Co., Ltd. And Yealink Network Technology Co., Ltd.  In the Motions, the parties ask for (1) a two-week extension of Plaintiffs' Reply brief regarding Dkt. No. 240 (Dkt. No. 245, at 2); and (2) a one-week extension of Defendants' Reply brief regarding Dkt. No. 243 (Dkt. No. 255, at 2).

Having considered the Motions, and noting that they are unopposed, the Court finds that they should be and hereby are **GRANTED**.  Accordingly, it is **ORDERED** that Plaintiffs' current deadline to file a Reply brief supporting Dkt. No. 240 is **EXTENDED** by two (2) weeks.  It is further **ORDERED** that Defendants' current deadline to file a Reply brief supporting Dkt. No. 243 is **EXTENDED** by one (1) week.

**So ORDERED and SIGNED this 20th day of March, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE