**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BARCO, INC. and BARCO NV,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-cv-00521-JRG-RSP |
| | § | |
| **YEALINK (USA) NETWORK** | § | |
| **TECHNOLOGY CO., LTD., and** | § | **JURY TRIAL DEMANDED** |
| **YEALINK NETWORK** | § | |
| **TECHNOLOGY CO., LTD.** | § | |
| | § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**OPPOSED MOTION TO STAY**

Having considered the Defendants' Opposed Motion to Stay, the Court hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the case is stayed until (i) all appeals for the Final Written Decisions in IPR 2024-01346, 2024-01347, 2024-01348, and 2024-01349 are resolved or the time for appeal has expired and (ii) the Patent and Trademark Office's *ex parte* reexamination proceedings concerning the Asserted Patents have concluded.

**IT IS FURTHER ORDERED** that the parties shall file a joint notice with the Court within 15 days of any decision by the appellate court or Patent and Trademark Office.

1