**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>YEALINK (USA) NETWORK<br>TECHNOLOGY CO., LTD., and<br>YEALINK NETWORK TECHNOLOGY<br>CO., LTD.,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:23-CV-00521-JRG-RSP |

**DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY**

I, Erik J. Halverson, hereby declare as follows:

1.　　　I am a partner at the law firm of K&L Gates LLP and counsel for Plaintiffs Barco, Inc. and Barco NV (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2.　　　Attached as **Exhibit A** is a true and correct copy of JX-13, Barco's May 17, 2023 Infringement Notice Letter to Yealink.

3.　　　Attached as **Exhibit B** is a true and correct copy of JX-14, Barco's August 23, 2023 Infringement Notice Letter to Yealink.

4.　　　Attached as **Exhibit C** is a true and correct copy of Barco's Disclosure of Asserted Claims and Infringement Contentions, dated March 11, 2024.

1

5.    Attached as **Exhibit D** is a true and correct copy of the Patent Trial and Appeal Board's April 20, 2026 Order Denying Yealink Authorization to File Motions to Lift Stay, entered in IPR2024-01436, IPR2024-01437, IPR2024-01438, and IPR2024-01439.

6.    Attached as **Exhibit E** is a true and correct copy of the United States Patent and Trademark Office's reexamination operational statistics (updated 2/2026) available at https://www.uspto.gov/learning-and-resources/statistics/reexamination-information.

7.    Attached as **Exhibit F** is a true and correct copy of the Patent Trial and Appeal Board's Appeal Statistics for March 2026 available at https://www.uspto.gov/patents/ptab/statistics.

8.    Attached as **Exhibit G** are true and correct copies of Barco's public April 22, 2026 Requests for Director Review, filed in IPR2024-01436, IPR2024-01437, IPR2024-01438, and IPR2024-01439.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2026 in San Francisco, CA.

*/s/ Erik J. Halverson*
Erik J. Halverson

2