# EXHIBIT A

# K&L GATES

May 17, 2023

**By FedEx**

Huirong Zhang, Secretary/CEO
Marc Rawls, Registered Agent
Yealink Network Technology Co., Ltd.
Yealink (USA) Network Technology Co., Ltd.
999 Peachtree St. Suite 2300
Atlanta, GA 30309

Christopher Centurelli
christopher.centurelli@klgates.com

T +1 617 261 3276
F +1 617 261 3175

**Re:    Cease and Desist Yealink Infringement of Barco Patents**

Dear Mr. Zhang and Mr. Rawls:

My firm represents Barco NV and its subsidiary Barco, Inc. ("Barco") with respect to certain Intellectual Property matters.  An investigation has revealed that Yealink Network Technology Co., Ltd., and its subsidiary Yealink (USA) Network Technology Co., Ltd., (collectively "Yealink") and its distributors and customers are engaging in the unlawful practice of making, using, offering for sale, selling and/or importing products in the United States that infringe upon several of Barco's patents.

Barco has purchased your company's A20-020-TEAMS Video Bar and WPP30 Presentation Pod products in the US and determined they infringe *at least* the following Barco patents: US 11,422,951 B2; US 10,795,832 B2; and US 10,762,002 B2.  Furthermore, Yealink has contributed to and induced its customers and end users of the A20-020-TEAMS Video Bar and WPP30 Presentation Pod products to infringe Barco's patents.  Yealink's conduct amounts to patent infringement under 35 U.S.C. § 271. Claim charts setting forth examples of Yealink's patent infringement are attached.

K&L GATES LLP
STATE STREET FINANCIAL CENTER  ONE LINCOLN STREET  BOSTON  MA 02111
T +1 617 261 3100  F +1 617 261 3175  klgates.com

Barco v. Yealink
JOINT EXHIBIT
**JX-13**
No. 2:23-cv-00521-JRG

Barco requests a meeting during the week of May 22 or May 29 with executives and counsel from Yealink authorized to discuss this topic in order to come to a mutually acceptable agreement. Follow-up meetings in Orlando during the InfoComm trade show, June 13-16, in Orlando, Florida, USA, and virtually can be arranged as well. Please reach out directly to me or to Heidi Poppe at Heidi.poppe@barco.com to schedule a mutually available date and time to meet with Barco.

If Barco does not receive a satisfactory response to resolve Yealink's infringement, Barco is prepared to take all steps necessary to protect its intellectual property rights.

Please have your counsel contact me if you have any questions.

Very truly yours

Christopher Centurelli

2

May 17, 2023

RESTRICTED - ATTORNEYS' EYES ONLY    **JX-13.002**    BARCO_0000002

*For Settlement Discussions Only*

**US Patent No. US 10,762,002 B2**

**Product: Yealink WPP30 and Meeting Bar A20 (Teams edition)**

**Claim chart**

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 11.  A system for connecting a processing device to a communications network the processing device having a memory, a display and an operating system with pre-installed generic drivers providing a generic communications protocol for communication between processing device and a class of peripheral devices, the system comprising:… | WPP30 and Meeting Bar A20 are a system for connecting a processing device to a communications network as set forth in claim 11.<br><br>WPP30 connects a processing device to a communications network.  WPP30 uses a self-built Wi-Fi network, which constitutes a communications network.<br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>The processing device is connected to a communication network as shown below: |

1

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000003

**JX-13.003**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>A display connected to a MeetingBar A20 displays the screen of a processing device in airplane mode.  This illustrates the processing device is connected to the wireless network by the WPP30 because the processing device has no other means of connectivity.<br><br>The processing device includes a memory, display, and operating systems with pre-installed generic drivers.<br><br>A pre-installed generic driver "is intended to mean a driver which is installed on a processing device such as a computer as a standard driver, e.g. is installed with the installation of the operating system. Such a driver is standard for the operating system and can drive a standard class of peripheral devices coupled to or connected to the processing device." '002 patent 14:32-38.<br><br>USB devices are a standard class of peripheral devices that are driven by pre-installed generic drivers.  USB provides a generic communication protocol for communication between the processing device and a class of peripherals. |

2

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000004

*For Settlement Discussions Only*

| a) means for coupling an external peripheral device physically to a port of the processing device, | WPP30 is an external peripheral device.  WPP30 includes a means for coupling to a port of the processing device.  WPP30 quick start guide show the means for coupling physically to a port of the processing device on WPP30.  The means for coupling to port of the processing device is a connector. <br><br>  <br><br> 1. Connect the WPP30  to the USB-A/USB-C port on your computer. <br> Wait Yealink Wireless Presentation Pod software pops up. <br>  <br><br> [yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf](yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf) |
|---|---|

3

RESTRICTED - ATTORNEYS' EYES ONLY

*For Settlement Discussions Only*

| the peripheral device comprising a wireless transceiver and a connector, said connector configured to couple to the port of the processing device; … | WPP30 includes a wireless transceiver and a connector configured to couple to the port of the processing device by the WPP30 data sheet: |
|---|---|

WPP30 includes a wireless transceiver and a connector configured to couple to the port of the processing device by the WPP30 data sheet:

**WPP30 Specifications**

| | | |
|---|---|---|
| Basic | Decoder | Up to 4k/30fps |
| | Input Power | 5V/600 mA |
| | Power Consumption | 2.2 W (Typical) |
| | Interface | • Full-featured USB Type-C×1<br>• USB-C to USB-A Adapter x1 |
| | Button | • START/STOP Button x 1 |
| | LED | • 4K/UHD Indicator ×1<br>• System Error Indicator×1<br>• System Status Indicator×1 |
| Wi-Fi | Standard | Wi-Fi 6, 802.11 a/b/g/n/ac/ax |
| | Frequency | 2.4 GHz/5 GHz |
| | Encryption | WPA-PSK/WPA2-PSK |

yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf

WPP30 includes a wireless transceiver with Wi-Fi 6 (802.11 a/b/g/n/ac/ax) capabilities.

WPP30 includes a connector with USB-C and USB-A interfaces.

4

RESTRICTED - ATTORNEYS' EYES ONLY                      BARCO_0000006

**JX-13.006**

| b) means for setting up, by means of a first pre-installed generic audio driver of the operating system, a means for audio communication between the peripheral device and the processing device… | WPP30 includes a means for setting up, by means of a first pre-installed generic audio driver of the operating system, a means for audio communication between WPP30 and the processing device.<br><br>WPP30 exposes multiple audio endpoints to the processing device.  The audio endpoints provided to the processing device can be seen in the Windows device manager:<br><br><br><br>The audio related devices are set up by means of pre-installed generic drivers.  For example, the driver provider is also the provider of the operating system, Microsoft.<br><br><br><br>Further, the WPP30 datasheet states that no additional drivers are needed: |

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000007

**JX-13.007**

*For Settlement Discussions Only*

yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf

The pre-installed generic drivers are a means for audio communication between WPP30 and the processing device.  The graph below shows the audio communication between WPP30 and the processing device:



This data flow belongs to a USB audio device driven by usbaudio.sys.  Usbaudio.sys is a pre-installed generic driver associated with USB Audio devices.  For example, the image below from the USBDeview tool shows the USB devices and associated drivers (https://www.nirsoft.net/utils/usb_devices_view.html):

6

*For Settlement Discussions Only*



The rows marked blue relate to the WPP30.  The drivers for these devices can be seen in the "Driver Filename" column.  The red box indicates the USB audio devices which are driven by usbaudio.sys.  Further, usbaudio.sys is a pre-installed generic driver:

7

RESTRICTED - ATTORNEYS' EYES ONLY                                                                                                BARCO_0000009

**JX-13.009**

*For Settlement Discussions Only*

| | |
|---|---|
| and by means of a second pre-installed generic driver of the operating system, a means for data communication between the peripheral device and the processing device;… | WPP30 includes by means of a second pre-installed generic driver of the operating system, a means for data communication between WPP30 and the processing device.<br><br>WPP30 enables wireless presentation.  For example, the Yealink product page shows the WPP30 is used for wireless presentation:<br><br><br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>Wireless presentation includes communicating video data.  Video data requires a means for data communication between the peripheral device and the processing device.<br><br>The video data is routed through the connector using DisplayPort.  DisplayPort is natively supported by the modern operating systems and requires no additional drivers.  So, video data is communicated by means of pre-installed generic drivers.<br><br>Further, there are other data communication means between WPP30 and the processing device.  Other data communication means are provided by other exposed USB devices.<br><br>The other exposed USB devices include a HID, a Mass Storage device, or a composite USB device.  These devices are shown in the log provided by the USB Device Tree Viewer tool (https://www.uwe-sieber.de/usbtreeview_e.html): |

8

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000010

**JX-13.010**

*For Settlement Discussions Only*

| |
|---|
| …<br>Child Device 2        : **USB Input Device**<br> Device ID            : USB\VID_6993&PID_B06D&MI_01\6&91EB5CA&0&0001<br> Class          : **HIDClass**<br> Driver KeyName       : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0031 (GUID_DEVCLASS_HIDCLASS)<br> Service          : **HidUsb**<br> Location          : 0000.0014.0000.002.000.000.000.000.000<br> LocationPaths        : PCIROOT(0)#PCI(1400)#USBROOT(0)#USB(2)#USBMI(1)<br>ACPI(_SB_)#ACPI(PC00)#ACPI(XHCI)#ACPI(RHUB)#ACPI(HS02)#USBMI(1)<br>  Child Device 1     : **HID**-compliant vendor-defined device<br>  Device Path       : \\?\HID#VID_6993&PID_B06D&MI_01&Col01#7&174c7a30&0&0000#{4d1e55b2-<br>f16f-11cf-88cb-001111000030} (GUID_DEVINTERFACE_HID)<br>  Kernel Name       : \Device\00000180<br>  Device ID        : HID\VID_6993&PID_B06D&MI_01&COL01\7&174C7A30&0&0000<br>  Class         : HIDClass<br>  Driver KeyName     : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0033 (GUID_DEVCLASS_HIDCLASS)<br>  Child Device 2     : **HID**-compliant vendor-defined device<br>  Device Path       : \\?\HID#VID_6993&PID_B06D&MI_01&Col02#7&174c7a30&0&0001#{4d1e55b2-<br>f16f-11cf-88cb-001111000030} (GUID_DEVINTERFACE_HID)<br>  Kernel Name       : \Device\00000181<br>  Device ID        : HID\VID_6993&PID_B06D&MI_01&COL02\7&174C7A30&0&0001<br>  Class         : HIDClass<br>  Driver KeyName     : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0034 (GUID_DEVCLASS_HIDCLASS)<br>…<br>Child Device 4        : **USB Input Device**<br> Device ID            : USB\VID_6993&PID_B06D&MI_03\6&91EB5CA&0&0003<br> Class          : **HIDClass**<br> Driver KeyName       : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0032 (GUID_DEVCLASS_HIDCLASS)<br> Service          : **HidUsb**<br> Location          : 0000.0014.0000.002.000.000.000.000.000<br> LocationPaths        : PCIROOT(0)#PCI(1400)#USBROOT(0)#USB(2)#USBMI(3)<br>ACPI(_SB_)#ACPI(PC00)#ACPI(XHCI)#ACPI(RHUB)#ACPI(HS02)#USBMI(3)<br>  Child Device 1     : **HID**-compliant headset<br>  Device Path       : \\?\HID#VID_6993&PID_B06D&MI_03&Col01#7&f13be4c&0&0000#{4d1e55b2-f16f-<br>11cf-88cb-001111000030} (GUID_DEVINTERFACE_HID) |

9

RESTRICTED - ATTORNEYS' EYES ONLY                                                                BARCO_0000011

**JX-13.011**

*For Settlement Discussions Only*

```
Kernel Name        : \Device\00000182
Device ID          : HID\VID_6993&PID_B06D&MI_03&COL01\7&F13BE4C&0&0000
Class              : HIDClass
Driver KeyName     : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0035 (GUID_DEVCLASS_HIDCLASS)
Service            : WUDFRd
Child Device 2     : HID-compliant consumer control device
Device Path        : \\?\HID#VID_6993&PID_B06D&MI_03&Col02#7&f13be4c&0&0001#{4d1e55b2-f16f-
11cf-88cb-001111000030} (GUID_DEVINTERFACE_HID)
    Kernel Name        : \Device\00000183
    Device ID          : HID\VID_6993&PID_B06D&MI_03&COL02\7&F13BE4C&0&0001
    Class              : HIDClass
    Driver KeyName     : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0036 (GUID_DEVCLASS_HIDCLASS)
    Child Device 3     : HID-compliant vendor-defined device
    Device Path        : \\?\HID#VID_6993&PID_B06D&MI_03&Col03#7&f13be4c&0&0002#{4d1e55b2-f16f-
11cf-88cb-001111000030} (GUID_DEVINTERFACE_HID)
    Kernel Name        : \Device\00000184
    Device ID          : HID\VID_6993&PID_B06D&MI_03&COL03\7&F13BE4C&0&0002
    Class              : HIDClass
    Driver KeyName     : {745a17a0-74d3-11d0-b6fe-00a0c90f57da}\0037 (GUID_DEVCLASS_HIDCLASS)
…
```

The other devices all use a preinstalled generic driver provided by the operating system as shown below:

10

RESTRICTED - ATTORNEYS' EYES ONLY

**JX-13.012**

*For Settlement Discussions Only*

| c) wherein the peripheral device is configured in a way to connect the processing device to a communications network via the transceiver;… | WPP30 is configured to connect the processing device to a communications network via a transceiver.<br><br>As shown in the preamble, WPP30 connects a processing device to a communications network.<br><br>WPP30 has a wireless transceiver with Wi-Fi 6 (802.11 a/b/g/n/ac/ax) capabilities, as shown on the WPP30 data sheet:<br><br><table><tr><td></td><td></td><td>•   System Status Indicator×1</td></tr><tr><td rowspan="3">Wi-Fi</td><td>Standard</td><td>Wi-Fi 6, 802.11 a/b/g/n/ac/ax</td></tr><tr><td>Frequency</td><td>2.4 GHz/5 GHz</td></tr><tr><td>Encryption</td><td>WPA-PSK/WPA2-PSK</td></tr><tr><td>Bluetooth</td><td>Standard</td><td>Bluetooth 5.0</td></tr></table> |
| d) means for routing audio data from the processing device to the wireless transceiver via the connector of the peripheral device and the means for audio communication and means for routing the audio data from the wireless transceiver of the peripheral device to a base node over the communications network, wherein the first pre-installed generic audio driver is used for transferring the audio data between the processing device and the peripheral device. | WPP30 includes a means for routing audio data from the WPP30 transceiver via the connector and means for audio communication.  When WPP30 is connected to the processing device, the audio is routed via the means for audio communication to WPP30 via the connector as shown in 11 b).<br><br>WPP30 includes a means for routing the audio data from the WPP30 to a base node over the communications network.  The base node is "a processing device, e.g. a host computer adapted to receive user selected arbitrary media content, the base node 36 being coupled to a central display 44 which can be a fixed format display and/or a projector or similar." '002 patent 17:29-34.  A MeetingBar A20 includes a base node.<br><br>As shown in the preamble, when stopping all communication means on the processing device by putting it in airplane mode, the processing device still communicates with a MeetingBar A20.  This means that the data must be communicated from the processing device to the MeetingBar A20 via the WPP30 transceiver over the communications network.<br><br>The first pre-installed generic audio driver is used to transfer audio data between the processing device and WPP30 as shown in 11 b). |

11

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000013

*For Settlement Discussions Only*

**US Patent No. US 10,795,832 B2**

**Product: Yealink WPP30**

**Claim Chart**

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. A peripheral device comprising:<br>[a] a base,… | WPP30 is a peripheral device.<br><br><br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>As shown in the WPP30 datasheet, the WPP30 comprises a base:<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

1

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000014

**JX-13.014**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [b] …a connector configured to connect to a serial plug and play port of a host processing device,… | WPP30 includes a connector as illustrated by the WPP30 datasheet shown below:<br><br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>The connector is configured to connect to a serial plug and play port of a host processing device.  USB stands for Universal Serial Bus, a technology that facilitates serial plug and play connectivity.  Plug and play connectivity involves the discovery of a hardware component in a system without the need for physical device configuration.  '832 patent 9:44–53. |

2

BARCO_0000015

**JX-13.015**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [c] … a flexible connection between the base and the connector configured to transfer data signals and power, and,… | WPP30 includes a flexible connection that connects the base and the connector.  The flexible nature is illustrated by the image below:<br><br><br><br>The flexible connector transfers data signals and power.  For example, WPP30 transfers data signals.  This is illustrated by a USB log obtained from a WPP30 device using a "USB Device Tree Viewer" tool (https://www.uwe-sieber.de/usbtreeview_e.html).  The USB log illustrates that signal endpoints are detected when connecting WPP30 to a host processing device.  Data signals transfer through the flexible connection as there are no other connectivity means between the base and the host processing device. A filter USB log showing the data signal endpoints is below: ■<br><br>`======================= USB Device =======================`<br>`+++++++++++++++++ Device Information +++++++++++++++++`<br>`Device Description     : USB Composite Device`<br>`…`<br>`Child Device 1         : USB Mass Storage Device`<br>`…`<br>`Child Device 2         : USB Input Device`<br>`…`<br>`Child Device 3         : Yealink Room (WinUsb Device)`<br>`…`<br>`Child Device 4         : USB Input Device`<br>`…`<br>`Child Device 5         : Yealink Room Audio (USB Audio Device)`<br>`…`<br>`Child Device 6         : Yealink Audio (USB Audio Device)`<br>`…`<br>`Child Device 7         : Yealink Room Camera (USB Video Device)`<br>`…` |

3

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000016

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | Power is also transferred by the flexible connection.  WPP30 has a typical power consumption of 2.2W as shown on the WPP30 data sheet, shown below.  WPP30 obtains the power from the processing device as no other power source is available.<br><br>**WPP30 Specifications**<br><br>| Decoder | Up to 4k/30fps |<br>| Input Power | 5V/600 mA |<br>| Power Consumption | 2.2 W (Typical) |<br>| Interface | • Full-featured USB Type-C×1<br>• USB-C to USB-A Adapter x1 |<br><br>Basic<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |
| 1. [d] … wherein the base has electronics comprising a wireless transceiver and a processing engine, wherein said wireless transceiver and the processing engine are configured to connect the peripheral device directly to a wireless communications network, and… | WPP30 has a wireless transceiver with Wi-Fi 6 (802.11 a/b/g/n/ac/ax) capabilities:<br><br>• System Status Indicator×1<br>| | Standard | Wi-Fi 6, 802.11 a/b/g/n/ac/ax |<br>| Wi-Fi | Frequency | 2.4 GHz/5 GHz |<br>| | Encryption | WPA-PSK/WPA2-PSK |<br>| Bluetooth | Standard | Bluetooth 5.0 |<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>WPP30 has a processing engine.  For example, WPP30 contains a hardware encoding chip solution to prevent the need for installing any software, driver or occupying the host processing device CPU.  This requires a processing engine in the WPP30:<br><br>sentation.                                        D<br><br>No Extra Driver, Plug-and-play                • F<br>WPP30 is suitable for the devices that support free collaboration and have full-featured USB Type-C   P<br>port. WPP30 adopts the built-in hardware encoding chip solution. No need to install any software or<br>driver, and no CPU-occupied.                  • A<br><br>Rich Collaboration Ways. Efficient Team Work   • A<br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

4

**JX-13.017**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | WPP30 uses a self-built Wi-Fi network, which constitutes a wireless communications network:<br><br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>A wireless communications network includes any network that does not use cable links between nodes. '832 patent 11:58-63.<br><br>WPP30 connects directly to the wireless communications network including for example a receiving device such as the Yealink MeetingBar A20 for WPP30 to provide wireless media transfer and display.<br><br>The WPP30 datasheet shown above further states "With Yealink self-built Wi-Fi network, no routers or extra network configuration required."  As such, the wireless capabilities of WPP30 are configured to connect WPP30 directly to a wireless communications network. |

5

RESTRICTED - ATTORNEYS' EYES ONLY

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [e] … a physical actuator on the base being configured to actuate a signal and to transfer the signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the port, … | WPP30 includes a physical actuator on the base to actuate a signal.  WPP30 is configured to actuate a signal and to transfer the signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver for the port.  For example, this is illustrated in the quick start guide below where the user is instructed to press the presentation button on WPP30:  yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf<br><br>There are various other references to this button:<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

6

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000019

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | The graph below shows how the data transfer between the host processing device and WPP30 occurs when using the flexible connector:<br><br><br><br>There is a clear correlation between the user actuating the physical actuator on WPP30 and the signal sent over the serial plug and play port between the host processing device and WPP30.  This correlation happens when the actuation signal is transferred from WPP30 to the host processing device, and the only interface between WPP30 and host processing device is the serial plug and play port.<br><br>WPP30 does not require drivers to be specifically installed.  This is shown in the WPP30 datasheet:<br><br>port. WPP30 adopts the built-in hardware encoding chip solution. No need to install any software or driver, and no CPU-occupied.<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

7

RESTRICTED - ATTORNEYS' EYES ONLY

**JX-13.020**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
|  | The pre-installed generic drivers can also be inspected on the host processing system when connecting WPP30 to the host processing device.  For example, the image below from the USBDeview tool (https://www.nirsoft.net/utils/usb_devices_view.html) shows the USB device and the associated drivers:<br><br><br><br>The rows marked in blue relate to WPP30.  The drivers for these devices can be seen in the "Driver Filename" column.  Each of these drivers come preinstalled on the operating system, as shown below: |

8

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000021

**JX-13.021**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>As shown, WPP30 includes a physical actuator configured to actuate a signal and to transfer the signal to the connector to transfer to the serial plug and play port via at least one pre-installed generic driver. |

9

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000022

**JX-13.022**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [f] … and the serial plug and play port is configured to receive thereafter image data displayed on the host processing device, … | WPP30 is configured to perform content sharing, as described on WPP30 product page seen below:<br><br><br><br>https://www.yealink.com/en/product-detail/wireless-presentation-wpp30 |

10

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000023

**JX-13.023**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| 1. [g] … wherein the physical actuator is configured to be activated by a user action applied to the physical actuator which triggers delivery of the image data from the host processing device via the serial plug and play port to the wireless transceiver, and from the wireless transceiver to the wireless communications network. | WPP30 includes the physical actuator configured to be activated by a user action which triggers delivery of the image data from the host processing device via the serial plug and play port to the wireless transceiver, and from the wireless transceiver to the wireless communications network.<br><br>For example, the physical actuator in 1[e], triggers the image data originating from the host processing device to be received by WPP30.<br><br>The transceiver on WPP30 then communicates the image data to the wireless communications network.<br><br>As indicated in 1[d], WPP30 uses a self-built Wi-Fi network.  As such, the image data may be communicated from the host processing device to the wireless transceiver in WPP30, and subsequently from the wireless transceiver to the wireless communications network.<br><br>The Wi-Fi trace shown below shows data traffic between of image data between WPP30 and a MeetingBar A20. ■<br><br> |

11

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000024

**JX-13.024**

*For Settlement Discussions Only*

**US Patent No. US 11,422,951 B2**

**Products: Yealink WPP30 and MeetingBar A20 (Teams edition)**

**Claim chart**

| Representative Claim | Exemplary Evidence of Infringement |
| --- | --- |
| 1. An electronic meeting tool for communicating user selected arbitrary media content from users at a meeting comprising: | WPP30 and MeetingBar A20 include electronic meeting tools for communicating user selected arbitrary media content from users at a meeting.<br><br>As shown on the Yealink product page, WPP30 is an electronic device that enables wireless presentation. Wireless presentation involves communicating arbitrary media content.<br><br><br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30<br><br>The Yealink WPP30 communicates with an additional Yealink device. As shown on the Yealink product page, WPP30 communicates with a MeetingBar A20 Teams Edition: |

1

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000025

**JX-13.025**

*For Settlement Discussions Only*

| **Representative Claim** | **Exemplary Evidence of Infringement** |
|---|---|
| |  https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20<br><br>MeetingBar A20 includes a camera, microphone and speakers. |

2

RESTRICTED - ATTORNEYS' EYES ONLY

**JX-13.026**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [a] a base node, the base node being coupled to a first display, … | MeetingBar A20 includes a base node being coupled to a first display.  A base node is, in part, "a processing device, e.g. a host computer adapted to receive user selected arbitrary media content, the base node 36 being coupled to a central display which can be a fixed format display or a projector or similar."  '951 patent 14:66 - 15:5.  A processing device is a device "having a processing engine capable of various types of digital processing, such as rendering graphic images for display."  '951 patent 11:66 - 12:2.<br><br>MeetingBar A20 may be coupled to a display as shown on the Yealink product page:<br><br><br><br>https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20<br><br>Further, MeetingBar A20 includes a processing engine to be render images for display as shown below:<br><br><br><br>**ANYTHING YOU SHARE**<br><br>Support wireless presentation with WPP30<br><br>https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20 |

3

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000027

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [b] … the base node being adapted to receive user selected arbitrary media content from at least one peripheral device via a wireless communications network, … | WPP30 is a peripheral device and MeetingBar A20 is adapted to receive user selected arbitrary media content from WPP30 via a wireless communications network.  As shown below, WPP30 is capable of wireless content sharing:  <br><br> https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20 <br><br> MeetingBar A20 supports wireless presentation from WPP30:  <br><br> https://www.yealink.com/en/product-detail/microsoft-teams-rooms-meetingbar-a20 |

4

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000028

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [c] … and [the base node being adapted to] to control display of the user selected arbitrary media content on the first display; and | MeetingBar A20 is adapted to control the display of the user selected arbitrary media content on the first display.  MeetingBar A20 switches displayed images between shared and non-shared content.<br><br>When MeetingBar A20 is in Microsoft Teams Room (MTR) mode and in a Teams meeting, the user selected arbitrary media content is directly shared inside of the active Teams meeting and displayed on the first display as show in Figure 1 and Figure 2 below: .<br><br> <br>Figure 1 MTR - Meeting - Before sharing          Figure 2 MTR - Meeting - Sharing from WPP30<br><br>When MeetingBar A20 is in MTR mode but not in a Teams meeting and WPP30 shares user selected arbitrary media content, the MTR home screen is hidden and the user selected arbitrary media content is shown on the first display.  When sharing is stopped, the MTR home screen is displayed again on the first display.  This is shown in Figure 3 and Figure 4: |

5

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000029

**JX-13.029**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br>Figure 3 MTR – No Meeting - Before sharing    Figure 4 MTR - No Meeting - After sharing<br><br>When MeetingBar A20 is in BYOD mode and WPP30 shares user selected arbitrary media content, the BYOD home screen is hidden and the user selected arbitrary media content is shown on the display.  When sharing is stopped the BYOD home screen is displayed on the first display.  This is shown in Figure 5 and Figure 6:<br><br> <br>Figure 5 Device mode - Before sharing    Figure 6 Device mode - After sharing |

6

RESTRICTED - ATTORNEYS' EYES ONLY

**JX-13.030**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [d] - the at least one peripheral device being adapted to communicate the user selected arbitrary media content to the wireless communications network; | WPP30 is adapted to communicate the user selected arbitrary media content to the wireless communications network.  As shown in the WPP30 datasheet, WPP30 uses a self-built Wi-Fi network:<br><br>Key Features and Benefits<br><br>Wireless Presentation with High Security and Encryption<br>With Yealink self-built Wi-Fi network, no routers or extra network configuration required. Therfore, WPP30 has low dependence to the business network and makes sharing smooth and easy. Applied with AES encryption and WPA high-security data encryption technology, WPP30 prevents content sharing from accidental leakage or tampering.<br><br>4K HD Presentation, Low Latency<br>Thanks to the high-performance 2x2 MIMO, Wi-Fi 6 module, WPP30 delivers immediate response, smooth and trouble-free presenting experience with low latency. WPP30 supports a 2.4GHz/5GHz dual-band wireless network, perfect anti-interference capability, and up to 4K/30fps ultra HD presentation.<br><br>No Extra Driver, Plug-and-play<br>WPP30 is suitable for the devices that support free collaboration and have full-featured USB Type-C port. WPP30 adopts the built-in hardware encoding chip solution. No need to install any software or driver, and no CPU-occupied.<br><br>Rich Collaboration Ways, Efficient Team Work<br><br>Self-built Wi-Fi Network<br>· 4K/30fps Full HD Content Sharing<br>· Adaptive Software/Hardware Encoding<br>· Supports Dual-band 2.4GHz/5GHz Wireless Networks<br>· Plug and Play, without Extra Software or Driver<br>· Full-featured USB Type-C and USB Type-A Ports<br>· AES & WPA Data Encryption<br>· Adapt to Computers and Mobile Phones<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br>A wireless network includes "any network that does not use cable links between nodes, e.g. uses RF, optical or InfraRed for communication purposes, such as IrDA, diffuse infra-red, WLAN, WiMax, WiFi, WiFi Direct, Bluetooth or any other wireless communication network known to the person skilled in the art."  '951 patent 11:60-65.<br><br>WPP30 communicates user selected arbitrary media is communicated to the wireless communication network.  When a processing device connected to WPP30 was in airplane mode and had no other wired connection, the processing device display could still be seen on the MeetingBar A20 display.  This is illustrated below: |

7

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000031

JX-13.031

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>This display is connected to the Yealink MeetingBar A20.  This display shows the shared content from the processing device connected to the WPP30 when the device has no wired connection.  The display also shows that the laptop is in airplane mode.  The only means of communication is WPP30, so WPP30 is adapted to communicate user selected arbitrary media content to the wireless network. |

8

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000032

**JX-13.032**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [e] - wherein the at least one peripheral device is a connection unit comprising: | WPP30 includes a connection unit, as shown below:<br><br><br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30 |

9

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000033

**JX-13.033**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [f] (a) a connector adapted to couple to a port of a user processing device, the user processing device having a second display and a memory, | WPP30 includes a connector as illustrated by a portion of the WPP30 datasheet that is shown below:<br><br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>USB interfaces are adapted to couple to a port on most user processing devices.  A user processing device can be in the form of a computer, laptop, palm top, PDA, a smartphone, a tablet, or other similar devices. '951 patent 11:66 - 12:4. |

10

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000034

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | The WPP30 quick start guide is shown instructs connecting WPP30 into a computer:<br><br><br><br>yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf<br><br>The depicted computer has a second display and, as commonly accepted, a memory.<br><br>As shown below, WPP30 can couple to different user processing devices:<br><br><br><br>Yealink 4K Wireless Presentation Pod - Video Conferencing \| Yealink<br><br>As shown, WPP30 has a connector that is adapted to be coupled to a port of a user processing device, the user processing device having a second display and a memory. |

11

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000035

**JX-13.035**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [g] (b) a transmitter for transferring user selected arbitrary media content to the wireless communications network, and, | WPP30 includes a transmitter for transferring user selected arbitrary media content to the wireless communications network.<br><br>The WPP30 data sheet shows that WPP30 includes a transmitted compatible with WiFi 6 a/b/g/n/ac/ax standard, which is suitable for transferring user selected arbitrary media content:<br><br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br>Further, the WPP30 data sheet shows that WPP30 uses a self-built Wi-Fi:<br><br><br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

12

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000036

**JX-13.036**

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [h] (c) an input device configured to allow the user to carry out a user action on the input device … | WPP30 includes an input device that allows the user to carry out a user action on the input device.  The WPP30 quick start guide instructs the user to press a button on the Yealink WPP30 to share content:<br><br><br><br>yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es) -v1.2.pdf<br><br>The button is also referenced on the WPP30 data sheet and Yealink product site:<br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf |

13

BARCO_0000037

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
|  | <br><br>yealink-wireless-presentation-pod-wpp30-datasheetv4.0.pdf<br><br><br><br>https://www.yealink.com/en/product-detail/video-conferencing-wpp30 |

14

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000038

**JX-13.038**

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [i] … that triggers transfer of said user selected arbitrary media content from the transmitter to the wireless communications network and to the base node through the wireless communications network for display on the first display, … | WPP30 includes an input device that triggers transfer of user selected arbitrary media content from the transmitted to the wireless communications network and to the base node through the wireless communications network for display on the first display.<br><br>In the WPP30 quick start guide, it is mentioned that the user can press the button to share full screen or to stop sharing:<br><br><br>**Start or Stop Sharing Content**<br><br><br><br>1. Connect the WPP30 to the USB-A/USB-C port on your computer.<br>   Wait Yealink Wireless Presentation Pod software pops up.<br><br>Yealink Wireless Presentation Pod software<br><br>2. On the WPP30, press the presentation button to share full screen.<br><br>Press the presentation button again to stop sharing.<br><br>yealink-wpp30-wireless-presentation-pod-quick-start-guide-(en,cn,de,fr,es)-v1.2.pdf<br><br>The transfer of user selected arbitrary media content from the transmitter to the wireless communications network and to the base node through the wireless communications network is supported by the graph below.  The graph below shows a Wi-Fi trace that monitors the connection between the WPP30 button and the Yealink MeetingBar A20: |

15

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000039

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| | <br><br>At the start of the trace, WPP30 was transferring user selected arbitrary media data.  A user action was then carried out on the input device and the data transfer is significantly reduced.  Four more user actions are carried out on the input device, which is shown in the WI-Fi trace.<br><br>As such, the WPP30 button triggers transfer of user selected arbitrary media content from the transmitted to the wireless communications network and to the base node through the wireless communications network for display on the first display. |

16

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000040

JX-13.040

*For Settlement Discussions Only*

| Representative Claim | Exemplary Evidence of Infringement |
|---|---|
| [j] … the input device being a physical actuator coupled to the at least one peripheral device. | WPP30 includes an input device being a physical actuator coupled to the WPP30.  As shown in 1[h], WPP30 includes a button.  A button is a physical actuator. |

17

RESTRICTED - ATTORNEYS' EYES ONLY

BARCO_0000041

**JX-13.041**