# EXHIBIT F



# **Appeal Statistics**

Patent Trial and Appeal Board

March 31, 2026



# Receipts & Dispositions

## (Mar. 2026)

| Technology Center | Starting Inventory | Appeals Filed | Affirmed | Affirmed-in-Part | Reversed | Panel Remand | Admin Remand | Dismissed | Appeals Decided | Ending Inventory | Inventory Change | % of Inventory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 247 | 34 | 24 | 3 | 7 | 0 | 0 | 1 | 35 | 246 | ▼ -1 | 13.2% |
| 1700 | 341 | 58 | 53 | 9 | 25 | 0 | 0 | 0 | 87 | 312 | ▼ -29 | 16.7% |
| 2100 | 221 | 35 | 23 | 2 | 19 | 0 | 0 | 0 | 44 | 212 | ▼ -9 | 11.4% |
| 2400 | 136 | 24 | 18 | 5 | 12 | 0 | 0 | 0 | 35 | 125 | ▼ -11 | 6.7% |
| 2600 | 178 | 27 | 15 | 2 | 8 | 0 | 0 | 0 | 25 | 180 | ▲ 2 | 9.6% |
| 2800 | 167 | 23 | 26 | 2 | 23 | 0 | 0 | 0 | 51 | 139 | ▼ -28 | 7.4% |
| 2900 | 6 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 4 | ▼ -2 | 0.2% |
| 3600 | 377 | 73 | 74 | 5 | 18 | 0 | 1 | 0 | 98 | 352 | ▼ -25 | 18.9% |
| 3700 | 301 | 58 | 43 | 7 | 28 | 0 | 1 | 0 | 79 | 280 | ▼ -21 | 15.0% |
| 3900 (Ex Parte) | 12 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 11 | ▼ -1 | 0.6% |
| 3900 (Sup. Exam) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ▬ 0 | 0.0% |
| 3900 (Reissue) | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | ▲ 3 | 0.3% |
| 3900 (Regular) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ▬ 0 | 0.0% |
| **Board Total** | **1,988** | **336** | **276** | **35** | **144** | **0** | **2** | **1** | **458** | **1,866** | ▼ **-122** | **100.0%** |

## % Decisions

| Affirmed | Affirmed-in-Part | Reversed | Panel Remand | Admin Remand | Dismissed |
|---|---|---|---|---|---|
| **60.3%** | **7.6%** | **31.4%** | **0.0%** | **0.4%** | **0.2%** |



# Receipts & Dispositions
## (Fiscal Year through Mar. 31, 2026)

| Technology Center | Starting Inventory | Appeals Filed | Affirmed | Affirmed-in-Part | Reversed | Panel Remand | Admin Remand | Dismissed | Appeals Decided | Ending Inventory | Inventory Change | % of Inventory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 316 | 178 | 186 | 8 | 50 | 0 | 1 | 2 | 247 | 246 | ▼ -70 | 13.2% |
| 1700 | 584 | 285 | 328 | 40 | 185 | 0 | 2 | 1 | 556 | 312 | ▼ -272 | 16.7% |
| 2100 | 326 | 190 | 158 | 19 | 128 | 0 | 0 | 0 | 305 | 212 | ▼ -114 | 11.4% |
| 2400 | 220 | 115 | 110 | 20 | 80 | 0 | 0 | 0 | 210 | 125 | ▼ -95 | 6.7% |
| 2600 | 230 | 110 | 88 | 13 | 58 | 0 | 1 | 0 | 160 | 180 | ▼ -50 | 9.6% |
| 2800 | 232 | 137 | 127 | 24 | 78 | 0 | 0 | 1 | 230 | 139 | ▼ -93 | 7.4% |
| 2900 | 14 | 2 | 5 | 0 | 7 | 0 | 0 | 0 | 12 | 4 | ▼ -10 | 0.2% |
| 3600 | 647 | 324 | 433 | 31 | 150 | 0 | 3 | 2 | 619 | 352 | ▼ -295 | 18.9% |
| 3700 | 535 | 282 | 296 | 63 | 176 | 0 | 2 | 0 | 537 | 280 | ▼ -255 | 15.0% |
| 3900 (Ex Parte) | 20 | 15 | 9 | 2 | 12 | 0 | 1 | 0 | 24 | 11 | ▼ -9 | 0.6% |
| 3900 (Sup. Exam) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ▬ 0 | 0.0% |
| 3900 (Reissue) | 2 | 10 | 5 | 1 | 1 | 0 | 0 | 0 | 7 | 5 | ▲ 3 | 0.3% |
| 3900 (Regular) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ▬ 0 | 0.0% |
| **Board Total** | **3,126** | **1,648** | **1,745** | **221** | **925** | **0** | **10** | **6** | **2,907** | **1,866** | **▼ -1,260** | **100.0%** |

## % Decisions

| Affirmed | Affirmed-in-Part | Reversed | Panel Remand | Admin Remand | Dismissed |
|---|---|---|---|---|---|
| **60.0%** | **7.6%** | **31.8%** | **0.0%** | **0.3%** | **0.2%** |



# Pending Appeals FY12 to FY26

**(Sept. 30, 2012 – Mar. 31, 2026)**



# Appeals Intake in FY26

**(Oct. 2025 – Mar. 2026)**



*The Central Reexamination Unit (TC 3900) includes ex parte reexams, inter partes reexams, supplemental examination reviews, regular and reissue cases from all technologies.

# Pendency of Decided Appeals

**Jan. 2026 – Mar. 2026 (color bars & white values) vs. Jan. 2025 – Mar. 2025 (gray bars & values)**

| | 1600 Bio/Pharm | 1700 Chemical | 2100 | 2400 | 2600 | 2800 | 2900 Design | 3600 | 3700 | 3900 Reexam | Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gray (2025) | 15.0 | 13.8 | 10.5 | 10.8 | 12.1 | 15.2 | 11.7 | 13.8 | 16.8 | 5.0 | 13.7 |
| Color (2026) | 8.7 | 7.5 | 7.5 | 7.7 | 8.7 | 7.1 | 7.6 | 7.5 | 7.4 | 2.8 | 7.6 |

Electrical/Computer: 2100, 2400, 2600, 2800
Mech/Bus Method: 3600, 3700

Pendency is calculated as average months from Board receipt date to final decision for a three month period and compared to the same period the previous year.

Central Reexamination Unit (CRU/TC 3900) decisions include *ex parte* reexams, *inter partes* reexam, supplemental examination review, regular cases and most reissues from all technologies except design patent applications.



# Appeals Outcomes in FY26

**(Oct. 2025 – Mar. 2026)**



