**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV,  <br><br> Plaintiffs,  <br><br> v.  <br><br> YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.  <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:23-CV-00521-JRG-RSP |

## ORDER

Pending before the Court is Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.'s Motion to Stay. Having considered the Motion, the Court DENIES the Motion.