**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| BARCO, INC. and BARCO NV,<br><br>*Plaintiffs,*<br><br>v.<br><br>YEALINK (USA) NETWORK TECHNOLOGY CO., LTD., and YEALINK NETWORK TECHNOLOGY CO., LTD.<br><br>*Defendants.* | Case No. 2:23-cv-00521-JRG-RSP |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd. appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment (ECF No. 282) entered September 25, 2026, and all decisions and orders subsidiary and subsequent thereto (including without limitation the Claim Construction Order (ECF Nos. 89 and 96) and all decisions and orders related to the issue of damages, the district court's *Daubert* rulings, evidentiary rulings, and jury instructions regarding damages (*e.g.*, ECF Nos. 160, 178, 189, 219, 220, 221, 230, 232, 235, and 278)).[1]

[1] As of the date of this filing, the Court has not entered on the docket the trial transcripts for citation here.

Date: October 23, 2026

Respectfully submitted,

**DENTONS US LLP**

By: /s/ *Victor C. Johnson*
Victor C. Johnson
Texas Bar No. 24029640
Forrest Gothia
Texas Bar No. 24125250
Haley S. Eastham
Texas Bar No. 24122838
100 Crescent Court, Suite 900
Dallas, Texas 75201
Email: victor.johnson@dentons.com
(214) 259-1876
Email: forrest.gothia@dentons.com
(214) 259-1887
Email: haley.eastham@dentons.com
(214) 259-1851

Stephen Yang (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Email: Stephen.yang@dentons.com
(212) 398-4890

Kevin R. Greenleaf
1900 K Street, NW
Washington, DC 20006
Email: Kevin.greenleaf@dentons.com
(650) 798-0381

***Attorneys for Defendants Yealink (USA) Network Technology Co., Ltd. and Yealink Network Technology Co., Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Victor C. Johnson*
Victor C. Johnson